UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERARDO BAEZ GARCIA,<br><br>Plaintiff,<br>v.<br><br>CALIBER CONCRETE CONSTRUCTION INC.,<br><br>Defendant. | CASE NO. 3:26-cv-06146-DGE<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS (DKT. NO. 7) AS MOOT |

This matter comes before the Court on its own review of the record. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading once as a matter of right no later than 21 days after service of a responsive pleading, or relevant here, 21 days after service of a motion under Federal Rule of Civil Procedure 12(b). On September 28, 2026, Defendants filed a motion to dismiss Plaintiffs' complaint. (Dkt. No. 7.) On October 19, 2026, Plaintiff filed an amended complaint against all Defendants. (Dkt. No. 9.)

As Plaintiff's amended complaint supersedes his original complaint, the Court DENIES as moot Defendant's motion to dismiss (Dkt. No. 7). *See Valadez v. Chertoff*, 656 F.3d 851, 857

(9th Cir. 2011); *Umouyo v. Bank of America NA*, 2022 WL 2392386, at *1 (W.D. Wash. July 1, 2022). Defendant may file, if appropriate, a new motion to dismiss based on the amended complaint.

Dated this 28th day of October 2026.

David G. Estudillo
United States District Judge