The Honorable David G. Estudillo
Note on Motion Calendar: November 30, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERARDO BAEZ GARCIA, LUKE LOPEZ, and ROWDY PAYNE, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER CONCRETE CONSTRUCTION, INC., a Washington for profit corporation, and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 3:26-CV-06146-DGE<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S SECOND MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>November 30, 2026 |

This matter came before the Court on Defendant Caliber Concrete Construction, Inc.'s Second Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

The Court has reviewed all pleadings filed by all parties related to the motion.

Having considered the foregoing, it is HEREBY ORDERED:

1. Defendant's Motion to Dismiss is hereby GRANTED.
2. Plaintiffs' First Amended Class Action Complaint for Damages and Injunctive Relief is DISMISSED WITH PREJUDICE with respect to Claim 2 (Violation of Washington Industrial Safety and Health Act regulation WAC 296-62-09547) and Claim 3 (Failure to Provide Meal Periods) in their entirety.



SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

3. Furthermore, Claim 1 (Payment of Wages Less Than Entitled), Claim 4 (Failure to Pay Overtime Wages), and Claim 5 (Willful Refusal to Pay Wages) are DISMISSED WITH PREJUDICE to the extent they are based on WAC 296-62-09547 and the alleged failure to provide meal periods.

DATED this _________ day of___________________, 2026.

_______________________________
The Honorable David G. Estudillo
United States District Judge

Presented by:

SEBRIS BUSTO JAMES

*s/Darren A. Feider*
Darren A. Feider, WSBA #22430
dfeider@sbj.law

*s/Han Lee*
Han Lee, WSBA #39576
hlee@sbj.law

15375 SE 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233

*Attorneys for Defendant*



SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005