The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERARDO BAEZ GARCIA, LUKE LOPEZ, and ROWDY PAYNE, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER CONCRETE CONSTRUCTION, INC., a Washington for profit corporation, and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 3:26-cv-06146-DGE<br><br>DECLARATION OF MATT LAUKALA IN SUPPORT OF DEFENDANT'S 2ND MOTION TO DISMISS |

I, Matt Laukala, declare as follows:

1. <u>Declarant</u>. I am a Vice President at Caliber Concrete Construction. I am over 18 years of age, have personal knowledge of the facts set forth in this declaration, and am competent to testify to them.

2. <u>Caliber</u>. Caliber is in the construction trade as a construction firm and general contractor. Caliber is a regional leader in providing construction services for a variety of commercial projects. Caliber specializes in the cement/concrete site work.

3. <u>The CBAs</u>. Collective bargaining agreements (the "CBAs") entered into by and between Caliber and the Western States Regional Council of Carpenters, Western Washington Cement Masons Local 528, and the Washington and Northern Idaho District Council of Laborers (the "Unions"), have governed the terms and conditions of Plaintiffs Gerardo Garcia, Luke Lopez,



SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

and Rowdy Payne, and the putative class members' employment at Caliber. The CBAs contain detailed provisions regarding rest breaks, meal periods, wages, overtime, and hours, as well as provisions requiring employees to grieve and arbitrate. Attached as **Exhibit A** is a true and correct copy of Plaintiffs' cement mason CBA in effect during the time period of Plaintiffs' employment at Caliber as cement masons. This CBA is in effect from Jun 1, 2024, to May 31, 2028. Attached as **Exhibit B** is the cement mason's CBA that was in effect from June 1, 2021, to May 31, 2024.

4. In addition to the cement mason's CBA, Caliber has also entered into collective bargaining agreements with other unions that cover the putative class members. Attached as **Exhibit C** is a true and correct copy of the union agreement for carpenters. Attached as **Exhibit D** is a true and correct copy of the union agreement for laborers that covered 2021 to 2024. Attached as **Exhibit E** is a true and correct copy of the union agreement for laborers covering 2024 to 2027.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 2nd day of November 2026, in Pacific, Washington.

Matt Laukala
Vice President of Caliber Concrete



SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

# Exhibit A

**2024 – 2028 AGREEMENT**
**between**

**ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON**
**and**

**WESTERN WASHINGTON**
**CEMENT MASONS LOCAL 528**

**INDEX** — **PAGE**


| | |
|---|---|
| PREAMBLE | 2 |
| <u>ARTICLE</u> | |
| 1. EFFECTIVE DATE AND DURATION | 2 |
| 2. SCOPE OF AGREEMENT | 2 |
| 3. RIGHTS OF THE PARTIES | 3 |
| 4. GRIEVANCE PROCEDURE | 3 |
| 5. UNION SECURITY AND HIRING | 4 |
| 6. SUBCONTRACTORS | 5 |
| 7. PROTECTION OF RIGHTS | 5 |
| 8. HOLIDAYS | 6 |
| 9. MEAL PERIODS AND SICK LEAVE | 6 |
| 10. TERMINATION AND PAYDAY | 7 |
| 11. JOB INSPECTION | 8 |
| 12. JURISDICTIONAL DISPUTES | 8 |
| 13. SAFETY MEASURES | 9 |
| 14. PROTECTION OF BARGAINING UNIT WORK | 9 |
| 15. SAVINGS CLAUSE | 9 |
| 16. HOURS OF WORK | 9 |
| 17. OVERTIME | 11 |
| 18. REPORTING AND MINIMUM HOURS PAY | 12 |
| 19. WORKING RULES | 13 |
| 20. SPECIAL CONDITIONS | 15 |
| 21. PRE-DETERMINED WAGE RATE PROJECTS | 15 |
| 22. SUBSTANCE ABUSE POLICY | 15 |
| 23. LIGHT DUTY RETURN TO WORK | 16 |
| SCHEDULE A - CLASSIFICATIONS AND WAGE SCALES | 16 |
| SCHEDULE B – FRINGE BENEFITS | 19 |
| SCHEDULE C – TRAVEL CONDITIONS | 20 |
| APPENDIX A – UNION RECOGNITION AND HIRING PROCEDURES | 22 |

**2024 - 2028 AGREEMENT**

**between**

**ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON**

**and**

**WESTERN WASHINGTON**
**CEMENT MASONS LOCAL 528**

## PREAMBLE

This is a collective bargaining Agreement between certain individual members of the Associated General Contractors of Washington, a Chapter of the Associated General Contractors of America, Inc. (hereinafter referred to as the "Employer"), and Local 528 affiliated with the Operative Plasterers and Cement Masons International Association, AFL-CIO (hereinafter referred to as the "Union"), and shall constitute an Agreement between the parties hereto for the work, conditions and wage rates provided for herein in the territory as described in Article 2.

## ARTICLE 1
## EFFECTIVE DATE AND DURATION

SECTION 1. This Agreement shall be effective commencing June 1, 2024 and shall continue in force and effect through May 31, 2028. Upon its expiration, this Agreement shall continue from year to year, June 1 through May 31 of each year, by automatic renewal unless changed, superseded by a successor principal agreement, or terminated. For the purpose of negotiating alterations in wages and other terms and conditions of employment, either party may open this Agreement or any contract effectuated through automatic renewal by giving written "Notice of Opening" no later than sixty (60) nor more than ninety (90) days prior to the expiration date. "Notice of Opening" is no way intended by the parties as a termination of, nor shall it in anyway be construed as, a termination of this Agreement or any annual contract effectuated through automatic renewal nor as forestalling automatic renewal as herein provided. The parties reserve the right to economic recourse in negotiations, except during the interval between the giving of "Notice of Opening" and the expiration date.

SECTION 2. Except by mutual written agreement between the Union and Employer, termination of this Agreement or any annual contract effectuated through automatic renewal, must, to the exclusion of all other methods, be perfected by giving written "Notice of Termination" not later than sixty (60) nor more than ninety (90) days prior to the expiration date, whereupon the contract shall, on its expiration date, terminate. Effective termination eliminates automatic renewal.

SECTION 3. Any "Notice of Opening" or "Notice of Termination" given in hand within sixty (60) days of any expiration date shall be absolutely null and void and completely ineffective for all purposes.

## ARTICLE 2
## SCOPE OF AGREEMENT

SECTION 1. This Agreement shall cover all construction work in the following counties in the State of Washington: Clallam, Cowlitz, Grays Harbor, Island, Jefferson, King, Kitsap, Lewis, Mason, Pacific, Pierce, San Juan, Skagit, Snohomish, Thurston, Wahkiakum and Whatcom. The eastern boundary shall be a straight north and south line passing one (1) mile west of Easton. If, during the term of this

Agreement, the Union's territorial jurisdiction is enlarged by the Cement Masons International Union, this Agreement shall be applicable to such enlarged jurisdiction and shall supersede the terms of any other agreement in such enlarged jurisdiction to which the Employer and a Cement Mason local are parties.

SECTION 2. This Agreement covers all Cement Masons' work to be done at the site of the construction, alteration, painting or repair of a building, structure or other work.

SECTION 3. Cement Mason work covered by this Agreement shall be as outlined in the Constitution of the Operative Plasterers and Cement Masons International Association, the AFL-CIO, National Building Trades AFL-CIO decisions of record, Green Book decisions, agreements between International Unions, local awards and area practices.

SECTION 4. People who perform Cement Masons' work for an Employer are referred to in this Agreement as Cement Masons.

## ARTICLE 3
## RIGHTS OF THE PARTIES

SECTION 1. The Union retains all rights, except as those rights are limited by the express and specific language of this written Agreement. Nothing anywhere in this Agreement shall be construed to impair the right of the Union to conduct its affairs in all particulars except as expressly and specifically modified by the express and specific language of this written Agreement. It is further agreed that nothing contained in this Agreement shall be construed as limiting the Union's right to control its internal affairs and discipline its members who have violated the Union's Constitution and Bylaws, or who have violated the terms of this Agreement, or who have crossed or worked behind a primary picket line including, but not limited to, such a picket line at the Employer's premises or jobsite where the Employer is engaged in work. It shall not be a violation of this Agreement if the Union advises Cement Masons to exercise rights conferred by this Agreement or provided by law.

SECTION 2. Except as limited by this Agreement the Employer shall have exclusive right to manage their business, to control and supervise all operations and direct all work forces, including but not limited to the right to select and hire, discharge (with or without cause), promote, transfer, or schedule employees, to control and regulate the use of equipment, materials, tools and other property of the Employer and to maintain efficiency among their employees.

SECTION 3. Any reference to "mutual agreement" is defined to mean an agreement between the Union and the Employer.

SECTION 4. The Union retains the right upon mutual agreement between the Union and Employer to document Local 528 members work practices and processes.

## ARTICLE 4
## GRIEVANCE PROCEDURE

SECTION 1. Except as otherwise expressly provided in this Agreement, there shall be no strike or lockout on any job over any dispute between the Union and Employer, and all disputes between the Union and the Employer, arising during the term of this Agreement, shall be settled in accordance with the provisions of this Article. The term dispute includes, but is not limited to, differences concerning the interpretation and applications of this Agreement.

SECTION 2. In the event a dispute arises on the job, the following procedure will be followed to address the dispute: If the employer fails at any time to comply within the time limits provided in any step herein, they will automatically progress onto the next step in the grievance procedure. The deadlines in this article shall prevail unless they are extended by mutual agreement between the Union and Employer.

A. Step One: Representatives of the Union shall attempt to settle the dispute by contacting in writing the Employer involved. The Employer shall respond in writing within fifteen (15) working days of such written notice. In the event a dispute is not resolved, the matter shall proceed to Step Two.
B. Step Two: Board of Conciliation – The dispute shall be referred to a Board of Conciliation within fifteen (15) working days. This Board shall consist of three (3) people who have no direct involvement in the dispute, one (1) appointed by each party and a third person mutually agreed to by both parties. If these three (3) people cannot affect a settlement within seven (7) working days after the dispute has been referred to them, the matter shall proceed to Step Three, within fifteen (15) working days.

C. Step Three: Mediation – By mutual agreement between the Union and Employer, the matter may be referred to mediation. The parties shall request a mediator from the Federal Mediation and Conciliation Service or other acceptable service. This person shall serve as the mediator to resolve the dispute. The expense of employing the mediator shall be borne equally by both parties and each party shall be responsible for their own attorney fees and costs. Should mediation be waived or the parties fail to reach agreement, the matter shall proceed to Step Four, within fifteen (15) working days.

D. Step Four: Arbitration – The parties shall request a list of seven (7) names from the Federal Mediation and Conciliation Service or other acceptable service and shall alternately strike six (6) names from the list. The remaining name shall serve as the arbitrator to resolve the grievance. If the arbitrator is not available to hear the case within twenty (20) working days, the parties will contact the other arbitrators from the list. The arbitrator is authorized to hear and determine all disputes referred to them pursuant to this Article and their decisions shall be final and binding and shall be reduced to writing with a copy furnished to each party. The losing party is responsible for the fees of the arbitrator.

SECTION 3. In the event the Employer has violated any of the wage, travel, subsistence or trust contribution provisions of the Agreement, the Union shall be permitted to take economic action against such Employer. If such Employer deposits a certified check in the amount estimated by the Union to be due, made payable to the Union, with the administrator of the Health and Welfare fund and gives the Union notice that this has been done, the Union shall be required to refrain from further economic action and to submit the matter to arbitration and the procedure under Section 3 of this Article shall apply.

## ARTICLE 5
## UNION SECURITY AND HIRING

SECTION 1. All employees covered by this Agreement, who are members of the Union on the date of execution of this Agreement, shall be required by the Employer to maintain their membership as a condition of employment. All employees who are not members of the Union on the date of the execution of this Agreement, and all employees hired after the execution date of this Agreement shall, on and after the eighth day following the date of execution of this Agreement, or initial date of employment,

whichever is later, be required by the Employer to become and remain members of the Union as a condition of employment.

SECTION 2. In the event an employee fails to tender the admission fee or a member of the Union fails to maintain their membership in accordance with provisions of this Article, the Union will notify the Employer in writing and such notice shall constitute a request to the Employer to discharge the employee within forty-eight (48) hours (Saturdays, Sundays and Holidays excluded).

SECTION 3. An employee who is not a member of the Union at the time of his initial employment will be granted only one (1), eight (8) day grace period during the life of this contract.

SECTION 4. Hiring hall requirements, rules and regulations for work in Local 528's jurisdiction are set forth in Appendix A.

## ARTICLE 6
## SUBCONTRACTORS

SECTION 1. An Employer who is party to this Agreement shall not subcontract, nor otherwise transfer, in whole or in part, any jobsite Cement Mason work to any person, firm, corporation or other business entity (subcontractor) unless the subcontractor is a party to a collective bargaining agreement with the Union.

Jobsite refers to the construction, alteration, painting, or repair of a building, structure or other work. Disputes involving this Section will be resolved under the grievance and arbitration procedure. If the dispute is not resolved in this way, suit may be filed in a court of competent jurisdiction (state or federal) in King County, Washington. No economic action shall be permitted.

SECTION 2. Whenever the Employer is obligated to satisfy WBE/MBE/DBE recruiting requirements, the Union and the Employer by mutual agreement may waive this provision prior to commencement of the work in the event an Employer and Union are unable to find qualified competitive union WBE/MBE/DBE subcontractors.

SECTION 3. When potential union subcontractors are not available in the locality of the jobsite to perform the work and where the general contractor receives no competitive union bids, by mutual agreement, the Employer and the Union may waive this provision. Provided, however, the Union and the Employer shall review the prices submitted before assigning the non-union subcontractor.

## ARTICLE 7
## PROTECTION OF RIGHTS

SECTION 1. It is not a violation of this Agreement, and it shall not be cause of discharge, discipline or permanent replacement, for a Cement Mason to refuse to cross or work behind a primary picket line, including, but not limited to, a primary picket line at the premises of the Employer or jobsite at which the Employer is engaged in work. It is not a violation of this Agreement if the Union advises the Cement Masons to respect or refuse to work behind a primary picket line.

SECTION 2. Except as provided in Article 6 of this Agreement, all work covered by this Agreement and customarily performed on the job site by Cement Masons working under this Agreement, shall continue to be performed on the jobsite by employees covered under this Agreement. The Employer agrees to refrain from entering into a contract or otherwise undertaking to perform any work in violation

of the terms of the Article. All Employers who subcontract work shall have a pre-job conference, if requested, to provide the Union with a list of all subcontractors.

SECTION 3. It is the intent of the Employer and the Union to protect all jobsite work which has been traditionally performed by bargaining unit employees.

SECTION 4. The Union agrees to cooperate with the individual Employers in achieving maximum efficiency and productivity and to work with management and individual Employers to eliminate inefficiency and production limitations. It shall be considered to be contrary to the purposes and intent of this Agreement for any Journeyman or Apprentice to work for other Employers after their regular day's employment with one Employer, or for any Journeyman or Apprentice to take jobs on their own and on behalf of their own selves after regular hours of employment or during weekends, holidays and vacations. Any employee violating this Section may be terminated.

## ARTICLE 8
## HOLIDAYS

SECTION 1. Holidays recognized by this Agreement shall be New Year's Day, Martin Luther King Jr. Day, Memorial Day (last Monday in May), Fourth of July, Labor Day, Thanksgiving Day, the Friday and Saturday after Thanksgiving Day and Christmas Day. Any holiday which falls on a Sunday shall be observed as a holiday on the following Monday. A holiday shall be a twenty-four (24) hour period, beginning with the regular starting time of the first shift on the date of the holiday unless otherwise mutually agreed to by the Employers and the Union. No work shall be performed on Labor Day except to protect life and property, or by mutual agreement of the Union and the Employer. If any of the listed holidays falls on a Saturday, the preceding Friday shall be a regular work day.

## ARTICLE 9
## MEAL PERIODS AND SICK LEAVE

SECTION 1. MEAL PERIOD

A. Employees shall not be required to work more than five (5) hours from the start of the shift without at least a one-half (½) hour break for lunch. This lunch period shall not begin earlier than three and one-half (3½) hours after the start of the shift. If they are required to work past five (5) hours, one-half (½) hour at the applicable overtime rate shall be added to the hours worked and they must then be allowed time to eat their lunch. If not allowed to eat their lunch, employees will be paid and additional one-half (½) hour of overtime.

B. Employees required to work more than two (2) hours after the end of the shift shall be allowed at least one-half (½) meal period which shall be considered as time worked, and if it is impractical for the employees to leave the job, they shall be provided a lunch by the Employer. If not given the one-half (½) hour meal period, one half (½) hour at the applicable overtime rate shall be added to the hours worked.

C. Employees required to work more than five (5) hours after the end of the regular shift shall be allowed at least one-half (½) hour meal period which shall be considered as time worked, and if it is impractical for the employees to leave the job, they shall be provided a lunch by the Employer. If not given the on-half (½) hour meal period, one-half (½) hour at the applicable overtime rate shall be added to the hours worked.

D. In the event that the Employer establishes a ten (10) hour day, the first lunch period shall be at mid-shift. Employees' lunch period may be staggered during the period of three and one-half (3½) to five (5) hours from the start of the shift to cover necessary work of a continuous nature.

E. In the event of a delay/missed meal as noted above, the applicable overtime rate shall apply.

SECTION 2. SICK LEAVE

The parties to this agreement hereby expressly waive the provisions of any ordinance requiring paid sick leave, and any other similar ordinances adopted by the provisions of any state, city, or county ordinance, rule, or regulation.

The Parties have negotiated in good faith a comprehensive sick leave program that meets or exceeds the minimum standards required by Washington's Paid Sick Leave Law, RCW 49.46.200 through 49.46.830, and is attached as a Memorandum of Understanding ("MOU"). The compensation element of the sick leave program has been negotiated into the compensation package that is set forth in this Agreement and provides payment of leave at the normal hourly compensation before usage as allowed by RCW 49.46.180. The Employer agrees to contribute an amount equal to 2.5% of the employee's normal hourly wage rate for each hour worked when covered by this Agreement to the PTO fund.

The purpose of the PTO fund is to provide employees with paid time off. Employees are authorized to use paid sick leave for the reasons provided in RCW 49.46.210, as amended. The employee shall be allowed to use sick leave for which the employee has received compensation, in accordance with State law, as set forth in the MOU.

## ARTICLE 10
## TERMINATION AND PAYDAY

SECTION 1. Employees shall be paid in full prior to quitting time on the jobsite once each week (on the same day), but in no event shall more than five (5) days' (Saturdays, Sundays and Holidays excluded) wages be withheld.

If the regular payday falls on a Holiday, the employees shall be paid on the last regular work day before the Holiday.

An employee's paycheck stub or attached statement shall contain an itemized statement showing the breakdown of straight time hours, overtime hours and all authorized deductions, and must indicate the name and address of the Employer.

SECTION 2. An employee shall be paid in full when discharged.

SECTION 3. Upon the completion of the employee's job, the employee shall be paid within twenty-four (24) hours. If not completed within normal office hours, payment shall be made within twenty-four (24) hours (Saturdays, Sundays and Holidays excluded). Payment, if so desired, may be made through the Union Hall or by regular mail with the postmark cancellation date accepted as payment date.

SECTION 4. Employees who quit shall be paid no later than the next regular pay period.

SECTION 5. If the payment is not made expressly as provided in this Article, then the employee shall be paid two (2) hours pay at the appropriate hourly wage rate for each twenty-four (24) period (Saturday, Sunday and holidays excepted) thereafter until payment is made. In the case of payment by mail, the

postmark on the envelope will serve as the cutoff date for any penalty. Employees must notify the Union within three (3) working days after the payday, layoff or discharge to be eligible for penalty pay. Payment made that is declared "NSF" shall be subject to all provisions of this section. Notification regarding an NSF payment must be submitted to the Union within three (3) working days after receipt of NSF notification. Penalty pay shall be established from date of discharge. The employee shall be paid all fees associated with the NSF in addition to two (2) hours pay at the appropriate hourly wage rate for each twenty-four (24) hour period (Saturday, Sunday and holidays excepted) thereafter until payment is made. In the case of payment by mail, the postmark on the envelope will serve as the cutoff dated for any penalty.

SECTION 6. No adjustment of disputed pay will be made unless the employee or the Union shall make a claim in writing to the Employer's representative ten (10) days from the pay period in question, except in cases of continuing or willful violations of this Agreement.

SECTION 7. Should the Employer make any changes to an employee's hours, the Employer must notify the employee. Should the employer fail to comply, the union may request future 24 hour joint notifications.

SECTION 8. An Individual Employer may pay Employees utilizing direct deposit, as provided under Washington law.

## ARTICLE 11
## JOB INSPECTION

SECTION 1. The Business Representative of the Union will be permitted to visit any project at any time, but shall not at any time interfere with the progress of the work. On projects which are either military or security provisions, the Employer will cooperate with the Union officials in this regard as far as regulations permit.

## ARTICLE 12
## JURISDICTIONAL DISPUTES

SECTION 1. If a jurisdictional dispute arises, it shall first be submitted to the Union and the Employer for settlement. Then if no understanding or agreement is reached within forty-eight (48) hours, it shall be referred to the two (2) International Representatives and they shall confer with the affected Employer for settlement. Pending such settlement, the craft performing the work at the time the dispute arises, shall continue in such capacity until settlement has been reached as above provided.

SECTION 2. Assignment of work shall be governed by decisions of record, area practice and existing or prospective International jurisdictional agreements.

SECTION 3. No Work Disruption Over Jurisdiction. All jurisdictional disputes shall be resolved without the occurrence of any strike, work stoppage, disruption, or slowdown of any nature, and the contractor's assignments shall be adhered to until the dispute is resolved.

SECTION 4. Mutually Agreed to Work Assignments: The employer agrees to assign any procedure, method or technique used to procure a finish to concrete to be performed by members of the Cement Masons Union.

**ARTICLE 13**
**SAFETY MEASURES**

SECTION 1. The Employer and the employee will conform to all federal and state health and safety regulations applicable to work covered by this Agreement and shall have adequate shelters available where necessary, with heat, where the employees can change and dry their clothes and store their tools. On all projects covered by this Agreement, there shall be provided by the Employer at all times during construction sanitary facilities consisting of a reasonable number of toilets, urinals, hand sanitizer and/or hand-washing station(s). Fresh drinking water will be available to the employees. The Employer will furnish all protective clothing with equipment required at the jobsite for handling of toxic materials.

**ARTICLE 14**
**PROTECTION OF BARGAINING UNIT WORK**

SECTION 1. The Employer shall not directly or indirectly perform, undertake or accomplish any jobsite Cement Mason's work except in complete compliance with all terms and provisions of this Agreement.

**ARTICLE 15**
**SAVINGS CLAUSE**

SECTION 1. This Agreement is not intended to, and shall not be construed, to permit acts which violate any valid Federal or State law.

SECTION 2. If any provision of this Agreement or the application of such provision shall in any court or other Governmental action be held invalid, the remaining provisions and their application shall not be affected thereby. Provided, however, upon such invalidation the parties signatory hereto agree to immediately meet to renegotiate such provisions affected. The parties agree to arrive at a mutually satisfactory replacement within sixty (60) days unless a definite extension of time is mutually agreed to between the Union and Employer. In the event that the parties are unable to negotiate a replacement, the matter shall be resolved through the provisions of Article 4.

**ARTICLE 16**
**HOURS OF WORK**

SECTION 1. SINGLE-SHIFT OPERATION

A. Eight (8) hours shall constitute a day's work, five (5) days shall constitute a week's work, Monday through Friday.

B. A single shift for the Cement Masons will be the established shift for the jobsite and shall be between the hours of 5:00 a.m. and 6:00 p.m. and eight (8) hours of continuous employment (except for lunch period) shall constitute a day's work Monday through Friday of each week. In the event the entire job is down due to weather conditions Monday through Friday, then Saturday may, by mutual agreement between the Union and Employer, be worked as a voluntary make-up day at the straight time rate. Such shift for the Cement Masons will be the established shift for the jobsite unless altered by mutual agreement between the Union and Employer.

C. Four (4) ten (10) hour shifts at the straight time rate may be established either Monday through Thursday or Tuesday through Friday. If, through no fault of an employee, an employee works less than 4–10's for the first week of employment, the 4-10's shift does not apply. In the event the

entire job is down due to weather conditions, then Friday (when working Monday through Thursday) or Saturday (when working Tuesday through Friday) may, by mutual agreement between the Union and Employer, be worked as a voluntary make-up day at the option of the Employer. All hours worked in excess of ten (10) hours a day or forty (40) hours a week must be compensated at the overtime rate.

D. No employee shall be discharged, laid off, disciplined, replaced or transferred for refusing to work a voluntary make-up day, provided they inform the Employer they will not be working.

E. In the event of a civil emergency such as, but not limited to, earthquakes, floods or fires, starting time of the shift may be made to fit the emergency and eight (8) hours in any twenty-four (24) hour period may be worked at straight time. In order to work such shift, mutual agreement between the Union and Employer shall be received.

F. Special Shifts: When due to conditions beyond the control of the Employer, or when contract specifications require that work can only be performed outside the regular day shift, then a special shift may be worked at the straight time rate with mutual agreement between the Union and Employer. The starting time of work will be arranged to fit such conditions of work. Such shift shall consist of eight (8) hours work for eight (8) hours pay or ten (10) hours work for ten (10) hours pay for four (4)-ten (10) hour shifts worked in accordance with paragraph (c) of this Section.

G. Holiday Week: In the event that a holiday is celebrated during the week (Monday through Friday), the remaining four week days of the week may be worked as four (4) ten (10) hour shifts. In the event the entire job is down due to weather conditions, then Saturday, with mutual agreement between the Union and Employer, may be worked as a voluntary make-up day at the straight time rate.

SECTION 2. MULTIPLE-SHIFT OPERATION

There will be no shift operation on slab work unless by mutual agreement between the Union and Employer. Shifts may be established when considered necessary by the Employer. Shift hours and rates will be as follows:

A. Two-Shift Operation. On a two consecutive shift operation, no shift penalty is involved for work performed on either of these two shifts. Each shift must be scheduled for at least eight (8) hours except as provided for in Section 1 of this Article. On a two-shift operation, the second shift shall be established for a minimum of three (3) days.
Once the starting times are established for the two-shift operation, they shall not be changed except upon three (3) working days written notice to the Union or by mutual agreement between the Union and Employer. This section does not apply to a Mat/Initial Foundation Pour (See Article 18, Section 6).

B. Three-Shift Operation. On a three-shift operation, the following shall apply:

1. First-Shift – The regular hours of work on the first shift of three-shift operations shall be eight (8) hours of continuous employment, except for lunch period at mid-shift, between the hours of 5:00 a.m. and 6:00 p.m.

2. Second-Shift – The second-shift shall be seven and one-half (7½) hours of continuous employment, except for lunch period at mid-shift, and shall be paid for at eight (8) hours at the straight time hourly wage rate.

3. Third-Shift – The third-shift shall consist of seven (7) consecutive hours of employment, except for lunch period at mid-shift, and shall be paid for at eight (8) hours at the straight time hourly wage rate.

C. Multiple-shift (a two or three-shift) operation will not be utilized on the entire project if at any time it is deemed advisable and necessary for the Employer to multiple-shift a specific operation. Those groups of employees only who relieve first-shift groups of employees and such first-shift groups of employees who are relieved by groups of employees on a second-shift, and on a three-shift operation those groups of employees who relieve the groups of employees on a second-shift, shall be construed as working multiple shifts. The intent of this clause shall be construed so as to recognize that a "reliever group" and a "relief group" does not necessarily mean "man for man" relief.

D. It is understood and agreed that when the first shift of a multiple-shift (a two or three shift) operation is started at the basic straight time rate or at a specific overtime rate, all shifts of that day's operation shall be completed at that rate.

## ARTICLE 17
## OVERTIME

SECTION 1.

(1) Monday through Friday, the first four (4) hours of overtime after eight (8) hours of straight time work shall be paid at one and one half (1-½) times the straight time rate of pay. All additional overtime will be paid at two (2) times the straight time rate of pay.

(2) On a four ten (10) hour shift, Monday through Thursday, the first two (2) hours of overtime after ten (10) hours of straight time work shall be paid at one and one half (1½) times the straight time rate of pay. All additional overtime will be paid at two (2) times the straight time rate of pay.

(3) On a four ten (10) hour shift, Monday through Thursday, on Friday (except when worked as a make-up day), the first twelve (12) hours of work will be paid at one and one half (1½) times the straight time rate of pay. Additional overtime shall be paid at two (2) times the straight time rate of pay.

SECTION 2. Saturday, the first twelve (12) hours of work will be paid at one and one half (1½) times the straight time rate of pay. All additional overtime shall be paid at two (2) times the straight time rate of pay.

SECTION 3. All work performed on Sunday and Holidays shall be paid at two (2) times the straight time rate of pay.

SECTION 4. The Employer shall have the sole discretion to assign overtime work to employees.

## ARTICLE 18
## REPORTING AND MINIMUM HOURS PAY

SECTION 1. Employees reporting for work and not put to work shall receive two (2) hours pay at the regular straight time rate unless notified not to report at the end of the previous shift or two (2) hours prior to the start of a shift. The following methods may be used to notify employees not to report:

A. Telephone Call: It is understood that it shall be the responsibility of the Employer to secure from each employee a contact telephone number. If the employee does not, at the Employer's request, furnish a telephone number or fails to inform the Employer of any change of number at which they may be reached, then the Employer shall be relieved of any responsibility of notification and shall not have to pay show-up time.

B. Telephone Recording: Notification may be given via a call-in telephone recording provided by the Employer. The recording shall be available at least two (2) hours prior to the start of the shift. It shall be the employees responsibility to call in if such a recording is provided.

C. Text message: Notification may be given via a text message provided by the Employer. The text message shall be sent at least two (2) hours prior to the start of the shift. It shall be the employee's responsibility to call in or reply if such a message is provided.

The Employer will select one or more of the above methods for notifying employees of inclement weather conditions and alert employees in advance of the method(s) to be used.

Reporting pay on overtime days shall be a minimum of two (2) hours at the overtime rate.

SECTION 2. Mandatory Rates of Pay (2-4-8): Employees reporting for work and not put to work shall receive two (2) hours pay at the regular straight time rate. Employees who have started any work shall receive four (4) hours pay at the regular straight time rate. Employees who work more than four (4) hours, shall receive eight (8) hours pay at regular straight time rate, regardless of job site conditions unless employee leaves of their own volition or is discharged for cause, in which event they shall be paid for actual time worked.

SECTION 3. Employees called to work and who are put to work on Saturdays, Sundays or holidays shall receive a minimum of four (4) hours at the applicable overtime rate. Where such overtime exceeds four (4) hours, the overtime work performed shall be paid for in one-half (½) hour periods, and fractional parts of such period shall count as one-half (½) hour.

SECTION 4. When a shift is suspended due to inclement weather, after the two (2) hour minimum, employees shall be paid for actual time worked.

SECTION 5. When an employee is "called out" to work without at least eight (8) hours time off since their previous established shift, all such "call out" time shall be paid at the overtime rate until they shall have the eight (8) hours rest period.

SECTION 6. Start of Pour. The Cement Mason crew must be on the job at the start of the shift in which finishing will be required and assist with the pour on slab work or work preparatory to concrete finishing coming within the jurisdiction of the Cement Masons.

A. Mat/Initial Foundation Pour: It is understood and agreed that this section applies only to Mat/Initial Foundation pours with established multiple shift applications.

When the schedule topping off/final crew starts their shift, the Cement Masons start their shift. This section does not apply to specially-created shift operations applicable only to Cement Masons.

SECTION 7. An employee reporting late on a job shall be paid only from the time that they actually report to the job provided sufficient notification time or dispatch time has been allowed.

SECTION. 8 Employees that are dispatched for work shall fill out employment paperwork on the Employer's time. Employees who have difficulty with digital applications and/or digital timecards will be provided paper copies or given assistance by the employer.

## ARTICLE 19
## WORKING RULES

SECTION 1. NUMBER OF EMPLOYEES REQUIRED

A. Whenever the Employer calls the Union for employees, they shall give as much information as possible concerning the work to be performed and the Business Representative shall be responsible to secure this information from the Employer so that qualified employees may be furnished and good labor relations be assured.

B. The Employer or their Cement Mason foreman shall determine the number of employees required on any operation after consultation with the Cement Mason foreman. Should a disagreement arise with Cement Masons in determining the number of employees required, the Employer's determination shall be final.

C. The Employer superintendent or their Cement Mason foreman shall have the authority to lay off Cement Masons at their discretion as the final finishing process diminishes or to discharge any Cement Mason whom they feel unqualified or who is incapable of working due to physical condition.

SECTION 2. FOREMEN

A. The Employer has the right of choosing their foreman who must be a qualified, experienced Journeyman Cement Mason.

B. Where there are three (3) or more Cement Masons employed on the job, one (1) shall be paid foreman's rate as specified in Schedule "A".

C. When the foreman has six (6) or more employees under their supervision, they may not be required to use any tools other than those necessary in laying out work and for the establishing of lines and grades.

D. The Cement Mason foreman shall be in charge of all work falling within the jurisdiction of the Cement Masons. If a Cement Mason refuses to follow instructions of their foreman in performing such work which comes within jurisdiction of the Union or leaves the job without permission of the foreman, the employee shall be deemed to be terminated and shall be entitled to pay only for the actual time worked on that shift. The Cement Mason foreman shall accept orders from the Employer or their representative.

E. Foremen may be permitted to operate a machine in an emergency at his regular rate of pay when no other member of the crew is so qualified.

SECTION 3. TOOLS

A. The employee shall furnish all standard hand tools as follows:

1. Boots
2. Wooden hand float
3. Rubber gloves
4. 16 inch or 18 inch trowel
5. 12 inch or 14 inch trowel
6. Margin trowel
7. Edger ½ inch radius and edger ¾ inch radius
8. Set of step stools
9. Jointer
10. Magnesium hand float
11. Small hand brush
12. Knee pads
13. Claw hammer
14. Saw
15. Nail apron
16. Mason hammer

B. The Employer shall furnish all tools to complete the job that are not required by the employee.

All tools and equipment shall be left clean and free of residue at the finish of the day's work.

SECTION 4. COMPLETING SHIFT

A journeyman Cement Mason or their apprentice shall complete the shift on work which comes under the jurisdiction of Cement Masons regardless of the type of work on which they started the shift.

SECTION 5. GENERAL

A. There will be no discrimination against any Cement Mason because of past or present Union activities, but no Cement Mason other than the designated representatives shall carry on Union activities during working hours and they shall use only reasonable time. The Union shall notify the Employer of the designated job representative on the dispatch slip or by other means prior to the time work commences.

B. All work must be performed and left in a workmanlike manner.

C. If concrete has any admixture, the Cement Mason foreman shall be advised as to type and amount.

D. The Employer shall bear the responsibility and be the sole authority as to quality of any finished work.

SECTION 6. If Cement Masons #528 furnishes employees to any Employer at more favorable conditions than those set forth in this Agreement, the Union shall immediately make available to Employers signatory to this Agreement such more favorable conditions.

## ARTICLE 20
## SPECIAL CONDITIONS

Both parties recognize that there may be extenuating circumstances when it is to the mutual interest of both parties to modify the terms of this Agreement. In that event, it will not be a violation of this Agreement for the parties to meet and mutually agree between the Union and Employer to make such modifications to meet a specific need on a specific project.

## ARTICLE 21
## PRE-DETERMINED WAGE RATE PROJECTS

SECTION 1. In the event the Employer bids a public job or project being awarded by a federal, state, county, city or other public entity which is to be performed at a pre-determined and/or prevailing wage rate established by the Department of Labor, pursuant to the Davis-Bacon Act, 40 U.S.C. Section 3141 et. seq., and implementing regulations or by the Washington State Department of Labor and Industries pursuant to RCW (39.12) and implementing regulations, the published hourly wage rate set forth in said public award in effect at the time of bid shall apply for the first twenty-four (24) months of the project from the date the contractor is allowed to proceed. Upon request, the Employer will provide the Union with the date that they are allowed to proceed. The fringe benefit contribution rates shall be those as established and maintained by the Master Agreement. Notwithstanding the above, project agreements may be mutually agreed upon between the Union and Employer to allow use of the pre-determined wage rate for the duration of a project to exceed twenty-four (24) months.

SECTION 2. In the event the specifications include an escalator provision covering wages, such amount will be included as an increase to wages to the extent that the Employer may recover in the escalator claim.
SECTION 3. The Employer may, when requested in writing, supply accurate and reliable information on company stationery that will assist the Union in establishing the correct Davis-Bacon rates when responding to Department of Labor requests for prevailing wage data.

## ARTICLE 22
## SUBSTANCE ABUSE POLICY

SECTION 1. Labor and Management are committed to providing employees with a drug-free and alcohol-free work place. It is the goal to protect the health and safety of employees and to promote a productive work place and to protect the reputation of Labor and Management and the employees.

SECTION 2. Consistent with these goals, the Employer prohibits any use, possession, distribution or sale at its employment sites, of drugs, drug paraphernalia or alcohol. A testing program pursuant to the Substance Abuse Program may be instituted, upon the mutual consent of labor and management whose consent shall not unreasonably be withheld, to monitor compliance with this policy.

SECTION 3. An acceptable Substance Abuse Program is contained in a separate addendum to this Collective Bargaining Agreement, but is not a part of this agreement and modifications to the Substance Abuse Program, by mutual agreement of the Employer and the Union, will not constitute a change to this agreement. Mutual agreement will not be unreasonably withheld.

SECTION 4. Any grievance related to any Employer's substance abuse program shall be resolved through Article 4, Grievance Procedure, of this Agreement.

**ARTICLE 23**
**LIGHT DUTY RETURN TO WORK**

It is agreed that the Employer may return an injured employee to light duty status when allowed by the member's doctor. At no time will the employee's total earnings be less than their full time loss compensation under industrial insurance. Further, the employee will be provided with a full fringe package, as per the collective bargaining agreement, over and above total remuneration. Should the employee on light duty have to be laid off, due to no work available, the Employer will not adversely affect their ability to continue to receive loss time benefits from the Industrial Insurance Division of Labor and Industries (including self-insured employers), provided they are still medically eligible.

**SCHEDULE "A"**
**CLASSIFICATIONS AND WAGE SCALES**

SECTION 1. The classification of employment and minimum wage scales shall be set forth in this Agreement. When a Cement Mason is temporarily required to perform work of another classification within the craft for one (1) hour or more, the Cement Mason shall be paid at the higher rate for the entire shift.

SECTION 2. The minimum wage rates in the schedule below shall become effective as shown in the schedule.

| WAGES | | | | |
|---|---|---|---|---|
| **GROUP** | **EFFECTIVE DATE** | | | |
| | **June 1, 2024** | **June 1, 2025** | **June 1, 2026** | **June 1, 2027** |
| **I** | **$54.16+2.5% PTO** | **TBD** | **TBD** | **TBD*** |
| **II** | **$54.66+2.5% PTO** | **TBD** | **TBD** | **TBD*** |

*$2.75 plus CPI-U (Seattle-Tacoma) as of December 2026 capped at 3%

| DEDUCTIONS FROM WAGES (These deductions are included in wages) | | | | |
|---|---|---|---|---|
| **GROUP** | **EFFECTIVE DATE** | | | |
| | **June 1, 2024** | **June 1, 2025** | **June 1, 2026** | **June 1, 2027** |
| **Vacation** | **$2.00** | **TBD** | **TBD** | **TBD** |
| **Union Programs** | **$0.70** | **TBD** | **TBD** | **TBD** |
| **Union Dues Check-off** | **$2.30** | **TBD** | **TBD** | **TBD** |
| **Building Fund** | **$0.40** | **TBD** | **TBD** | **TBD** |
| **International Training** | **$0.07** | **TBD** | **TBD** | **TBD** |
| **Internal Organizing Fund** | **$0.10** | **TBD** | **TBD** | **TBD** |
| **Local 528 Scholarship Fund** | **$0.01** | **TBD** | **TBD** | **TBD** |

| FRINGE BENEFITS | | | | |
|---|---|---|---|---|
| EFFECTIVE DATE | | | | |
| | June 1, 2024 | June 1, 2025 | June 1, 2026 | June 1, 2027 |
| **Health & Security** | **$8.29** | **TBD** | **TBD** | **TBD** |
| **Pension** | **$7.98** | **TBD** | **TBD** | **TBD** |
| **401K** | **$4.00** | **TBD** | **TBD** | **TBD** |
| **Apprenticeship** | **$1.00** | **TBD** | **TBD** | **TBD** |
| **WCISAP**** | **$0.06** | **$0.06** | **$0.06** | **$0.06** |
| **PTO/Paid Sick Leave*** | **2.5% of normal hourly wage** | **2.5% of normal hourly wage** | **2.5% of normal hourly wage** | **2.5% of normal hourly wage** |

Additional Taxed Item:
"PTO" (Paid Time Off/Sick Leave) is in addition to hourly wage and a separate line item on the check.
*PTO amounts are a fringe benefit and not to be compounded as overtime.

FRINGE BENEFIT OPTION: If any additional sums are necessary for the fringe benefit plans, by mutual agreement such sums may be deducted from wages, with sixty (60) days prior notice.

****Employer participation in the Washington Construction Industry Substance Abuse Program (WCISAP) is voluntary.**

| CLASSIFICATIONS | |
|---|---|
| Foreman and General Foreman | See Section 3 |
| Group I | Application of all Epoxy Material<br>Cement Mason<br>Building General<br>Concrete Paving<br>Curb & Gutter, Sidewalks<br>Floor Grinder/ Polisher<br>Patching Concrete<br>Spackling or Skim Coating Concrete<br>Application of Sealing Compound<br>Curing all Concrete<br>Grouting of all Plates<br>Grouting of Tiltup Panels |
| Group II | Application of Underlayment<br>Troweling Machine Operator<br>Curb & Gutter Machine<br>Screed & Rodding Machine<br>Green Concrete Saw (self-powered)<br>Pneumatic Power Tools<br>Power Chipping & Bushing<br>Sand Blasting Architectural Finish<br>Application of all Composition Mastic<br>Application of all Plastic Material<br>Finish Colored Concrete<br>Hand Powered Grinder<br>Gunite Nozzleman |

| | |
|---|---|
| | Tunnel Workers<br>Troweling Machine Operator on colored Slabs, Composition or Kalman floors |

SECTION 3. Foremen shall receive 10% over the Journeymen Group 1 wage. General Foreman shall receive 15% over Journeymen Group 1 wage.

SECTION 4. Craft jurisdiction is neither determined nor awarded by classification appearing in any AGC labor agreement.

SECTION 5. A Cement Mason or Apprentice working on a swinging suspended scaffold over twenty-five (25) feet shall be paid at $0.50 above their classification. (The deck of the scaffold platform shall be the measuring point.) The Cement Mason or Apprentice will be paid at the above rates for the entire shift.

SECTION 6. Washington Cement Masons Apprenticeship Committee.
The sponsor may accelerate, by an evaluation process, the advancement of apprentices who demonstrate abilities and mastery of the occupation to the level for which they are qualified. When the apprentice is granted advanced standing, the sponsor must notify the Employer/training agent of the appropriate wage per the wage progression schedule specified in these Standards.

**Note: Six (6) months period=nine hundred (900) hours; last twelve (12) month period = eighteen hundred (1800) hours.**

**Effective June 1, 2017**

| Step | Number of hours/months | Percentage of journey-level rate |
|---|---|---|
| 1 | 0000 - 0900 hours / 0 – 6 months | 60% |
| 2 | 0901 – 1800 hours / 7 – 12 months | 65% |
| 3 | 1801 – 2700 hours / 13 – 18 months | 70% |
| 4 | 2701 – 3600 hours / 19 – 24 months | 80% |
| 5 | 3601 – 4500 hours / 25 – 30 months | 90% |
| 6 | 4501 – 5400 hours / 31 – 36 months | 95% |
| 7 | 5401 – 6400 hours / 37 – 48 months | 95% |

All classifications for premium wages shall be paid at 100% to those apprentices working in any one of those premium wage classifications.

SECTION 7. When four (4) Cement Masons are on the job, it shall be mandatory that an apprentice be used.

SECTION 8. There shall be a joint apprenticeship committee composed of equal members from the Union and from the Employers party to this Agreement who shall govern the apprenticeship program. No Cement Mason shall be worked or paid as an apprentice unless properly registered under the approved apprenticeship program established by this committee.

**SCHEDULE "B"**
**FRINGE BENEFITS**

SECTION 1. Each Employer shall make the payments to trust as fund payments as outlined in Schedule "A", Section 2.

SECTION 2. UNION DUES CHECK-OFF: Upon written authorization from the individual employee, the Employer agrees to deduct Union dues from the net pay, after taxes, and remit each month to the fringe benefit administrator, in accordance with applicable law. The written authorization given by the employee shall be irrevocable for a period of one (1) year or until the termination date of the applicable collective bargaining agreement, whichever occurs sooner. The fringe benefit administrator shall be the depository for the individual dues deduction authorization forms. The Employer shall remit the authorized Union dues deductions on the transmittal forms used for fringe benefit contributions and that the pro-rata costs of such forms and the collection and accounting thereof, including any costs incurred by the administrator for acting as authorization depository, will be paid by the Union to the fringe benefit administrator. After such funds have been deducted, they shall be held in trust for the benefit of the Union pending remittance to the Union.

SECTION 3. The trust funds referred to in this Article shall be administered by joint labor management boards of trustees. By entering into this Agreement, the Employer adopts and agrees to be bound by the terms of the Trust Agreements establishing the funds referred to in this Article and agrees to be bound by all past and future lawful acts of the Trustees of each such fund. The Employer designates the lawfully appointed Employer Trustees of the funds and their successors as their representative on the funds.

SECTION 4. Payments required by this Article shall be due (i.e., postmarked or received) on the fifteenth (15th) calendar day of the month next following the month in which the hours were worked. Payments and completed report forms shall be sent to Welfare & Pension Administration Services, Inc. (Administrator). It shall be the Employer's responsibility to obtain reporting forms. If, in the opinion of a certified public accountant, hired by the Union or the Trustees of a fund, the Employer has failed to maintain accurate time records it shall be conclusively presumed that each Cement Mason who performed any Cement Mason's work in a given week worked forty (40) hours in that week.

SECTION 5. In the event an Employer fails to make any of the contributions, remittances or wages as required by this contract, such Employer shall be required to pay, in addition to the principal sum due, liquidated damages in the amount of twenty-five dollars ($25.00) for each month's delinquency or twelve percent (12%) of the amount due, whichever is greater, and shall also be liable for reasonable attorney's fees and the costs of collection. In the event suit is initiated, it is agreed that such suit shall be filed in a court of competent jurisdiction (either state or federal) located in King County, Washington.

SECTION 6. The Trustees shall have the authority to appoint a certified public accountant who shall have the right to enter upon the Employer's premises at reasonable times, during normal business hours, and inspect and copy business records and other duties relevant to their function as ordered by the Trust. Such records as required by the certified public account to perform their duties (i.e., insuring compliance with this Agreement) will be provided by the Employer.

SECTION 7. It shall be the duty and right of the Trustees of the Trust to audit each Employer party to this Agreement once every three (3) years. The net cost of any such audit shall be borne pro rata by the Trusts.

SECTION 8. If any Employer audit conducted under the authority granted by this Agreement reveals an underpayment of either wages or fringe benefits, the Employer shall be required to pay the entire costs

of the audit and liquidated damages due; unless, if in the opinion of the certified public accountant, the errors are due to inadvertent mathematical mistakes, and providing, however, the Employer has in the opinion of the auditor, a satisfactory bookkeeping system or accounting firm.

SECTION 9. The Trustees of each of the Trusts shall be obligated to accept contributions from any Employer who is party to an Agreement with the Union. The term Employer as used in this Section includes governmental and quasi-governmental entities. The provisions of this Article shall control in the event of any apparent or actual conflict between this Article and the terms of a Trust agreement or policy of a Board of Trustees.

SECTION 10. Employers shall be obligated to file a remittance report once each month regardless of whether or not the Employer actually employs any Cement Masons. In the event the Employer fails to file the required report and, as a consequence of such failure to file, the trust initiates legal proceedings against the Employer, then in that event, the Employer shall be obligated to pay to the trust reasonable attorney's fees and expenses incurred.

## SCHEDULE "C"
## TRAVEL CONDITIONS

SECTION 1. The payment for transportation reimbursement shall be governed by the following provisions.

The parties recognize that it is sometimes inconvenient to get to the job location because of varying distances. The Employers are accordingly agreeable to pay transportation allowances as an adjustment for out-of-pocket expenses so long as such allowances are not construed as any form of compensation for employment. It is agreed and understood that while traveling to and from work, the employees are not within the course and scope of their employment and the relationship of employer/employee does not commence until the hourly wages commence.

(a)Employees who qualify for travel pay shall be paid for days worked or part thereof and shall be paid full travel. Likewise, employees who qualify for show up time shall also qualify for full travel. When employees leave the job because of personal reasons, travel pay will be prorated.

(b)Parking Fee: If an employee is required to park their vehicle at a parking lot and is subsequently the same day required to remove his vehicle and park in another parking lot due to direction given by his Employer, the employee shall be entitled to reimbursement for said second parking upon presentation of signed parking lot ticket to Employer.

SECTION 2. Daily travel remuneration shall be paid on jobs located outside of the free zone computed from the City Hall of the following listed cities: Everett, Seattle, Tacoma or the employee's residence (whichever is closest to the job site).

Effective - Contract Renewal
0 to 35 radius miles Free
Greater than 35 to 45 radius miles $15.00
Greater than 45 to 55 radius miles $20.00
Greater than 55 to 70 radius miles $35.00
Greater than a 70-mile radius $65.00

SECTION 3. Subsistence: When Cement Masons are required to travel seventy (70) miles or over, they shall receive sixty-five dollars ($65.00) per day subsistence pay. On subsistence jobs, the employee

shall be paid from the point of referral to the jobsite and return at the beginning and ending of the job at the regular travel expense rate plus $0.25 a mile for each mile over seventy (70) radius miles.

SECTION 4. When an Employer requests a Cement Mason to leave the jurisdictional area covered by this Agreement, they shall receive travel time at straight time rates with a maximum of eight (8) hours in any twenty-four (24) hours, plus fare to and from the job once during the life of the job provided that the employee actually is required to travel. When not practical to commute daily, they shall receive actual reasonable subsistence unless Section 6 applies. Employees requisitioned and reporting to jobs before the jobs are ready shall be paid the regular scale of wages until the job starts or shall receive applicable return travel expense.

SECTION 5. FERRY FARES.

All necessary ferry transportation is to be reimbursed by the Employer in the following instances and manner:

A. Employees will be reimbursed at the passenger's fare or passenger's car fare when substantiated by receipts.

B. When employees elect to live at or near the project and forego daily ferry travel, it is recognized that they are entitled to the prerogative of visiting their homes for the weekend, and in that event ferry charges shall be paid for each weekend travel as substantiated by receipts.

SECTION 6. BOARD AND LODGING

When the Employer provides camp, or board and lodging, the basic wage scale will be observed and the rate for camp, and board and lodging will be compensated by the Employer. The applicable travel shall apply on the first and last day of employment, with the exception that should the employee quit of their own volition prior to five (5) days employment, travel expense shall be allowed for the first day only. Jobs in remote areas where camp, or board and lodging is not provided and housing is inadequate or cost for housing is prohibitive, the Employer will make every effort to arrange for housing at reasonable rates for their employees.

SECTION 7. REMOTE PROJECTS

On dam, hydroelectric, building projects and other remote engineering projects such as airports, refineries and radar or radio installations, but not limited thereto, where the Employer provides camp, or board and lodging, remuneration for travel expense will be paid as set forth in this Schedule C, plus required traveling time for the initial trip to the job and return. Payment of travel time and travel remuneration on the return trip will be paid off to all employees, including discharges and layoff; the only exception that shall apply will be as to those employees that remain on the job less than thirty (30) calendar days who voluntarily quit.

SECTION 8. Downtown Seattle Zone Pay (Effective January 3, 2022)

A The Downtown Seattle Zone is defined as the area West of I-5, East of Elliott Bay, South of Mercer Street and North of Royal Brougham. It also includes the area North of Yesler Way, West of Broadway, South of Pike St and East Pike St, and the section of I-5 North of Yesler Way and South of Pike St. For the purpose of this section the Mercer and Royal Brougham boundaries will be straight line extensions to a point the straight line intersects Elliott Bay.

B When parking is not reimbursed or provided a premium of $1.00 per hour shall be paid for each hour worked on projects within this zone.

SECTION 9. Bellevue Zone Pay (Effective June 1, 2022)

A. The Bellevue Zone is defined as the area West I-405, East of 100th Avenue NE, North of Main Street, South of NE 12th street which includes a straight-line extension to a point that intersects with 100th Avenue NE.

B. When parking is not reimbursed or provided a premium of $1.00 per hour shall be paid for each hour worked on projects within this zone.

## APPENDIX "A"
## UNION RECOGNITION AND HIRING PROCEDURES

In order for the individual Employer to avail themselves of a trained working force, and in order to secure an equitable distribution of employment among Cement Masons who are qualified and who maintain residence in the bargaining unit, the following shall prevail:

SECTION 1. The Employer recognizes the Union as the sole and exclusive collective bargaining representative of employees over whom the Union has jurisdiction pursuant to Section 9 of the Labor-Management Relations Act as amended.

SECTION 2. The recruitment of employees shall be the responsibility of the Union, and it shall maintain an office or offices for the convenience of the Employers and for job applicants. It shall maintain all records necessary to carrying out this hiring procedure. The Union shall furnish qualified Cement Masons in all phases of work coming under the jurisdiction of the Union.

SECTION 3. The individual Employers will call upon the Union for referral of all qualified Cement Masons they may require to do work covered by the Agreement. When in need of journeymen or apprentice Cement Masons, the Employer shall notify the local Union office, either in writing or by telephone forty-eight (48) hours in advance, stating the location, starting time, approximate duration of the job, the type of work to be performed and the number of Cement Masons required.

SECTION 4. Realizing that employees working under this Agreement acquire certain rights through experience in the industry and acquire Health and Welfare benefits for themselves and their families, it is agreed that selection of applicants for referral will be on the following basis:

A. The Union shall maintain a list of applicants in the Union office or designated dispatch point who are out of work and available for employment.

B. Registration and referral of applicants shall be on a non-discriminatory basis without regard to race, color, sex, creed, age or to membership or non-membership in the Union and shall be in accordance with the following plan. The Union shall register all applicants for employment on the basis of the groups listed below. Each applicant shall be registered in the highest priority group for which they are qualified. The reference to "this Agreement" which appears below include predecessor agreements.

1. GROUP A Cement Masons who have been employed by an Employer or Employers party or parties to this Agreement who have worked for any such Employer or Employers

for an aggregate time of a least seven hundred and fifty (750) hours during the period of one (1) year immediately preceding registration date.

2. GROUP B Cement Masons who have been employed by an Employer or Employers party or parties to this Agreement who have worked for such Employer or Employers for an aggregate time of less than seven hundred and fifty (750) hours during the period of one (1) year immediately preceding registration date, or journeyman Cement Masons when they can show proof of three (3) years within the immediate previous five (5) years experience in building and construction of cement finishing work.

   Each applicant for employment shall be required to furnish such date, records, names of Employers and length of employment licenses as may be deemed necessary, and each applicant shall complete such forms or registration as may be submitted to them. An applicant for employment shall also list any special skills they may possess.

3. GROUP C All other applicants for employment who are physically fit for work in the construction industry.

SECTION 5. The Union shall make up and prepare the roster for preference of rehire by grouping all applicants who come within the above classifications and shall utilize the Cement Masons Health & Security records in establishing these accrued rights based on length of employment. A separate list will be maintained for apprentice Cement Masons, with applicants being referred on the same basis as those for Cement Mason journeymen. All applicants shall register during normal working hours. No registration will be deemed current unless the applicant has registered within the last nine (9) days. The Union will keep a current dated list of unemployed workers and will remove the names of workers who become employed and add to the bottom of the list the names of workers who report to the Union that they are unemployed.

SECTION 6. Applicants shall be referred from Group A in successive order as their names appear on the out-of-work list and when Group A is exhausted, then, applicants from Group B in successive order as their names appear on the out-of-work list and when Group B is exhausted then applicants from Group C in successive order as their names appear on the out-of-work list.

SECTION 7. The referral procedure as contained herein shall be followed except:

A. When the individual Employer has placed an order for employees requiring special skills or of special classifications, applicants possessing the qualifications of the job will be referred in the order in which their names appear on Groups A, B or C of the out-of-work list.

B. The Employer may call by name any of the local area employees who have within the last two (2) years been employed by him. The Union office will honor such request without regard to the requested employee's place on the out-of-work list, provided such employees are not employed elsewhere.

   Where Employers engage in a joint venture, employees employed by the member company of the joint venture may be transferred to the job or called for by name if the requirements of above have been met by said member company of the joint venture within the territory covered by this Agreement.

If this provision is used by Cement Mason employees and/or Employers to circumvent the intent of this Agreement, the Union may refer such case to the joint hiring committee for adjudication.

C. Requests by Employers for any Cement Mason to act as supervisor or foreman shall be honored without regard to the requested Cement Mason's place on the out-of-work list.

D. Selection of applicants for referral to jobs shall be on a non-discriminatory basis and shall not be based on or in any way affected by Union membership, bylaws, rules, regulation, constitutional provisions or any other aspect of or obligation of Union membership, policies or requirements.

E. Any Cement Mason registered on the out-of-work list and who refuses to accept a dispatch to any Employer shall be denied the right of immediate dispatch and their name shall be placed at the bottom of the registration list.

F. The Employer retains the right to reject any job applicant, but the Employer shall not discriminate against any applicant or employee for membership or non-membership in the Union, or because of race, color, sex, creed, age or handicap as those terms are defined by law.

G. When a registrant does not report to a job after being dispatched (and similar problems), or has been laid off as unsatisfactory by three (3) Employers or has been discharged for cause by at least three (3) Employers within a twelve (12) month period, they may be denied further use of the hiring hall provided the Employers have furnished the local Union reasons for such layoffs or discharges, until such time as they demonstrate their fitness to return to the hiring hall list.

H. Whenever an employee is discharged without notice to the Union of the reason for discharge, they may be considered eligible for rehire unless this reason is confirmed in writing.

I. When the individual Employer has placed a verbal or written order for referral of qualified Cement Masons from the local Union and should a shortage of applicants exist and they cannot be supplied by the local Union within forty-eight (48) hours from time workers ordered are required to report to the job (Saturdays, Sunday and Holidays excluded), the Employer may then seek qualified Cement Masons from sources other than the local Union. The Employer shall notify the Union giving the name, address and classification of such workers hired within five (5) days of the date of employment.

SECTION 8. The Employers and the Union shall post in places where notices to all employees and applicants for employment are customarily posted, all provisions relating to the referral, registration and hiring provisions of this Agreement.

SECTION 9. These referral and hiring provisions have been entered into in order to comply with the National Labor Relations Act as amended and all parties concerned shall cooperate with each other to comply with the requirements of the Act.

**IN WITNESS WHEREOF,** this agreement has been executed by the Western Washington Cement Masons, Local 528 and the AGC of Washington, a chapter of the Associated General Contractors of America, Inc., on behalf of certain individual members who have authorized the Chapter to execute the Agreement on their behalf.

AGC OF WASHINGTON:

Signed by:
Garrett Condel
5A197F89A4A6497...

Garrett Condel
AGC of Washington

7/18/2024

Date

CEMENT MASON'S LOCAL 528

Signed by:
Eric Coffelt
3F5F36818B1340D...

Eric Coffelt
Cement Masons, Local 528

7/18/2024

Date

Memorandum of Understanding
between
The Associated General Contractors of Washington
And
Cement Masons Local 528

Memorandum of Understanding (MOU) by and between the Associated General Contractors of Washington (hereinafter referred to as the "Employer") and Cement Masons Local 528 (hereinafter referred to as the "Union") (collectively referred to as "Parties") regarding the payment of monthly Paid Time Off ("PTO") contributions.

Effective June 1, 2024, this MOU amends the Parties' Collective Bargaining Agreement ("CBA") to expressly waive the requirements of RCW 49.46.200 through 49.46.830 and provides equivalent, or better, benefits for employers signatory to the CBA, and their employees, for the submission and accrual of PTO contributions as specified herein.

The parties agree as follows:

1. The signatory employer agrees to make PTO contributions for all hours worked under the Parties' CBA or other written agreement requiring employer contributions. PTO contributions shall be submitted with a signatory employer's fringe benefit contributions, which are paid in accordance with Schedule B, Fringe Benefits, of the Parties' CBA. The contribution payment shall be made monthly, with payments due with the employer's other fringe benefit contributions.
2. The parties agree that the PTO contribution shall be 1/40th, or 2.5%, of the total hourly wages per hour, not including fringe benefit contributions, to be paid as employer contributions. Benefits will accrue pursuant to the terms of the Operative Plasterers and Cement Mason (OPCMIA) - Employers Paid Time Off Plan ("Plan"). Benefits will be paid to eligible participants and their dependents in accordance with the terms of the Plan. Employers will track hours as required by law; any accrued but unused benefits shall be paid out to members upon separation of employment.
3. The Union agrees that it is an approved referral union program authorized under RCW 50.20.010 and in compliance with WAC 192-210-110.
4. This Agreement establishes equivalent paid time off provisions, as required by Washington's Paid Sick Leave Law, RCW 49.46.200 through 49.46.830, including:
    a. granting each Employee at least one hour of time off for authorized sick leave uses for every 40 hours worked;
    b. authorized paid time off includes time off for the following:

i. for an employee's mental or physical illness, injury or health condition; need for medical diagnosis, care or treatment of a mental or physical illness, injury or health condition; or need for preventative medical care;
ii. for care of a family member with a mental or physical illness, injury or health condition; care of a family member who needs medical diagnosis, care or treatment of a mental or physical illness, injury or health condition; or care of a family member who needs preventative medical care;
iii. for closure of the employee's place of business or child's school or place of care by order of a public official for any health-related reasons; or
iv. for certain reasons related to domestic violence, sexual assault or stalking as defined by law.

c. allowing Employees to use time off for authorized paid time off uses in the smallest increment of time tracked by the Employer's payroll system;
d. paying into each Employee's PTO/vacation fund an amount that meets or exceeds the normal hourly compensation;
e. permitting at least 40 hours of accrued but unused paid sick leave to carry over annually;
f. requesting verification of an Employee's need for sick leave only for absences exceeding three days or as otherwise permitted by law, as long as verification does not result in an unreasonable burden or expense to the Employee;
g. requiring notice of foreseeable leave 10 days, or as early as practicable, in advance of the use of paid sick leave and notice of unforeseeable leave as soon as possible before the required start of the employee's shift, unless it is not practicable to do so;
h. restoring benefits as required by law to employees if they are terminated and rehired within 12 months of separation; and
i. prohibiting retaliation or discrimination for any Employee's lawful use of sick leave or any other rights provided under the Minimum Wage Requirements and Labor Standards Act

5. The benefits provided for in this Agreement provide benefits that exceed or are equivalent to Washington's Paid Sick Leave, except the payment of leave at the normal hourly compensation may occur before usage.
6. This Agreement becomes effective on June 1st 2024. It shall be considered a part of the parties master collective bargaining agreement, and any disputes arising hereunder shall be resolved through the parties' grievance procedure listed in that master collective bargaining agreement.

7. Should this Agreement be found to not meet the construction exemption of RCW 49.46 by direction, decree, or order from an arbitrator, Washington's Department of Labor and Industry, or a court of competent jurisdiction, the parties agree to meet without delay and negotiate changes to this Agreement and, if necessary the agreement, to qualify for the construction exemption of RCW 49.46 within thirty (30) days unless mutually extended. The remaining parts or provisions of this addendum and the agreement shall remain in full force and effect. In the event that additional funds are needed to maintain compliance with the laws stated above, the parties agree to meet and bargain in good faith over how such funds shall be contributed and/or allocated.
8. Any changes or modifications to this MOU must be mutually agreed upon in writing by both parties.

Effective this 5/28/2024 day of 5/28/2024, 2024.

| **Associated General Contractors of Washington** | **Cement Masons Local 528** |
| --- | --- |
| DocuSigned by: [Signature] Garrett Condel 5A197F89A4A6497... | DocuSigned by: [Signature] Eric Coffelt 3F5F36818B1340D... |
| [Name] Garrett Condel | [Name] Eric Coffelt |
| [Date] 5/28/2024 | [Date] 5/28/2024 |

# Exhibit B

**2021 – 2024 AGREEMENT**
**between**

**ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON**
**and**

**WESTERN WASHINGTON**
**CEMENT MASONS LOCAL 528**

| **INDEX** | **PAGE** |
|---|---|
| **PREAMBLE** | **2** |
| **ARTICLE** | |
| **1. EFFECTIVE DATE AND DURATION** | **2** |
| **2. SCOPE OF AGREEMENT** | **2** |
| **3. RIGHTS OF THE PARTIES** | **3** |
| **4. GRIEVANCE PROCEDURE** | **3** |
| **5. UNION SECURITY AND HIRING** | **4** |
| **6. SUBCONTRACTORS** | **5** |
| **7. PROTECTION OF RIGHTS** | **5** |
| **8. HOLIDAYS** | **6** |
| **9. MEAL PERIODS AND SICK LEAVE** | **6** |
| **10. TERMINATION AND PAYDAY** | **7** |
| **11. JOB INSPECTION** | **8** |
| **12. JURISDICTIONAL DISPUTES** | **8** |
| **13. SAFETY MEASURES** | **8** |
| **14. PROTECTION OF BARGAINING UNIT WORK** | **9** |
| **15. SAVINGS CLAUSE** | **9** |
| **16. HOURS OF WORK** | **9** |
| **17. OVERTIME** | **11** |
| **18. REPORTING AND MINIMUM HOURS PAY** | **11** |
| **19. WORKING RULES** | **13** |
| **20. SPECIAL CONDITIONS** | **14** |
| **21. PRE-DETERMINED WAGE RATE PROJECTS** | **15** |
| **22. SUBSTANCE ABUSE POLICY** | **15** |
| **23. LIGHT DUTY RETURN TO WORK** | **15** |
| **SCHEDULE A - CLASSIFICATIONS AND WAGE SCALES** | **16** |
| **SCHEDULE B – FRINGE BENEFITS** | **18** |
| **SCHEDULE C – TRAVEL CONDITIONS** | **19** |
| **APPENDIX A – UNION RECOGNITION AND HIRING PROCEDURES** | **21** |

**2021 - 2024 AGREEMENT**

**between**

**ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON**

**and**

**WESTERN WASHINGTON**
**CEMENT MASONS LOCAL 528**

## PREAMBLE

This is a collective bargaining Agreement between certain individual members of the Associated General Contractors of Washington, a Chapter of the Associated General Contractors of America, Inc. (hereinafter referred to as the "Employer"), and Local 528 affiliated with the Operative Plasterers and Cement Masons International Association, AFL-CIO (hereinafter referred to as the "Union"), and shall constitute an Agreement between the parties hereto for the work, conditions and wage rates provided for herein in the territory as described in Article 2.

## ARTICLE 1
## EFFECTIVE DATE AND DURATION

SECTION 1. This Agreement shall be effective commencing June 1, 2021 and shall continue in force and effect through May 31, 2024. Upon its expiration, this Agreement shall continue from year to year, June 1 through May 31 of each year, by automatic renewal unless changed, superseded by a successor principal agreement, or terminated. For the purpose of negotiating alterations in wages and other terms and conditions of employment, either party may open this Agreement or any contract effectuated through automatic renewal by giving written "Notice of Opening" no later than sixty (60) nor more than ninety (90) days prior to the expiration date. "Notice of Opening" is no way intended by the parties as a termination of, nor shall it in anyway be construed as, a termination of this Agreement or any annual contract effectuated through automatic renewal nor as forestalling automatic renewal as herein provided. The parties reserve the right to economic recourse in negotiations, except during the interval between the giving of "Notice of Opening" and the expiration date.

SECTION 2. Except by mutual written agreement between the Union and Employer, termination of this Agreement or any annual contract effectuated through automatic renewal, must, to the exclusion of all other methods, be perfected by giving written "Notice of Termination" not later than sixty (60) nor more than ninety (90) days prior to the expiration date, whereupon the contract shall, on its expiration date, terminate. Effective termination eliminates automatic renewal.

SECTION 3. Any "Notice of Opening" or "Notice of Termination" given in hand within sixty (60) days of any expiration date shall be absolutely null and void and completely ineffective for all purposes.

## ARTICLE 2
## SCOPE OF AGREEMENT

SECTION 1. This Agreement shall cover all construction work in the following counties in the State of Washington: Clallum, Cowlitz, Grays Harbor, Island, Jefferson, King, Kitsap, Lewis, Mason, Pacific, Pierce, San Juan, Skagit, Snohomish, Thurston, Wahkiakum and Whatcom. The eastern boundary shall be a straight north and south line passing one (1) mile west of Easton. If, during the term of this

Agreement, the Union's territorial jurisdiction is enlarged by the Cement Masons International Union, this Agreement shall be applicable to such enlarged jurisdiction and shall supersede the terms of any other agreement in such enlarged jurisdiction to which the Employer and a Cement Mason local are parties.

SECTION 2. This Agreement covers all Cement Masons' work to be done at the site of the construction, alteration, painting or repair of a building, structure or other work.

SECTION 3. Cement Mason work covered by this Agreement shall be as outlined in the Constitution of the Operative Plasterers and Cement Masons International Association, the AFL-CIO, National Building Trades AFL-CIO decisions of record, Green Book decisions, agreements between International Unions, local awards and area practices.

SECTION 4. People who perform Cement Masons' work for an Employer are referred to in this Agreement as Cement Masons.

## ARTICLE 3
## RIGHTS OF THE PARTIES

SECTION 1. The Union retains all rights, except as those rights are limited by the express and specific language of this written Agreement. Nothing anywhere in this Agreement shall be construed to impair the right of the Union to conduct its affairs in all particulars except as expressly and specifically modified by the express and specific language of this written Agreement. It is further agreed that nothing contained in this Agreement shall be construed as limiting the Union's right to control its internal affairs and discipline its members who have violated the Union's Constitution and Bylaws, or who have violated the terms of this Agreement, or who have crossed or worked behind a primary picket line including, but not limited to, such a picket line at the Employer's premises or jobsite where the Employer is engaged in work. It shall not be a violation of this Agreement if the Union advises Cement Masons to exercise rights conferred by this Agreement or provided by law.

SECTION 2. Except as limited by this Agreement the Employer shall have exclusive right to manage their business, to control and supervise all operations and direct all work forces, including but not limited to the right to select and hire, discharge (with or without cause), promote, transfer, or schedule employees, to control and regulate the use of equipment, materials, tools and other property of the Employer and to maintain efficiency among their employees.

SECTION 3. Any reference to "mutual agreement" is defined to mean an agreement between the Union and the Employer.

SECTION 4. The Union retains the right upon mutual agreement between the Union and Employer to document Local 528 members work practices and processes.

## ARTICLE 4
## GRIEVANCE PROCEDURE

SECTION 1. Except as otherwise expressly provided in this Agreement, there shall be no strike or lockout on any job over any dispute between the Union and Employer, and all disputes between the Union and the Employer, arising during the term of this Agreement, shall be settled in accordance with the provisions of this Article. The term dispute includes, but is not limited to, differences concerning the interpretation and applications of this Agreement.

SECTION 2. In the event a dispute arises on the job, the following procedure will be followed to address the dispute: If the employer fails at any time to comply within the time limits provided in any step herein, they will automatically progress onto the next step in the grievance procedure. The deadlines in this article shall prevail unless they are extended by mutual agreement between the Union and Employer.

A. Step One: Representatives of the Union shall attempt to settle the dispute by contacting in writing the Employer involved. The Employer shall respond in writing within fifteen (15) working days of such written notice. In the event a dispute is not resolved, the matter shall proceed to Step Two.
B. Step Two: Board of Conciliation – The dispute shall be referred to a Board of Conciliation within fifteen (15) working days. This Board shall consist of three (3) people who have no direct involvement in the dispute, one (1) appointed by each party and a third person mutually agreed to by both parties. If these three (3) people cannot affect a settlement within seven (7) working days after the dispute has been referred to them, the matter shall proceed to Step Three, within fifteen (15) working days.

C. Step Three: Mediation – By mutual agreement between the Union and Employer, the matter may be referred to mediation. The parties shall request a mediator from the Federal Mediation and Conciliation Service or other acceptable service. This person shall serve as the mediator to resolve the dispute. The expense of employing the mediator shall be borne equally by both parties and each party shall be responsible for their own attorney fees and costs. Should mediation be waived or the parties fail to reach agreement, the matter shall proceed to Step Four, within fifteen (15) working days.

D. Step Four: Arbitration – The parties shall request a list of seven (7) names from the Federal Mediation and Conciliation Service or other acceptable service and shall alternately strike six (6) names from the list. The remaining name shall serve as the arbitrator to resolve the grievance. If the arbitrator is not available to hear the case within twenty (20) working days, the parties will contact the other arbitrators from the list. The arbitrator is authorized to hear and determine all disputes referred to them pursuant to this Article and their decisions shall be final and binding and shall be reduced to writing with a copy furnished to each party. The losing party is responsible for the fees of the arbitrator.

SECTION 3. In the event the Employer has violated any of the wage, travel, subsistence or trust contribution provisions of the Agreement, the Union shall be permitted to take economic action against such Employer. If such Employer deposits a certified check in the amount estimated by the Union to be due, made payable to the Union, with the administrator of the Health and Welfare fund and gives the Union notice that this has been done, the Union shall be required to refrain from further economic action and to submit the matter to arbitration and the procedure under Section 3 of this Article shall apply.

## ARTICLE 5
## UNION SECURITY AND HIRING

SECTION 1. All employees covered by this Agreement, who are members of the Union on the date of execution of this Agreement, shall be required by the Employer to maintain their membership as a condition of employment. All employees who are not members of the Union on the date of the execution of this Agreement, and all employees hired after the execution date of this Agreement shall, on and after the eighth day following the date of execution of this Agreement, or initial date of employment,

whichever is later, be required by the Employer to become and remain members of the Union as a condition of employment.

SECTION 2. In the event an employee fails to tender the admission fee or a member of the Union fails to maintain their membership in accordance with provisions of this Article, the Union will notify the Employer in writing and such notice shall constitute a request to the Employer to discharge the employee within forty-eight (48) hours (Saturdays, Sundays and Holidays excluded).

SECTION 3. An employee who is not a member of the Union at the time of his initial employment will be granted only one (1), eight (8) day grace period during the life of this contract.

SECTION 4. Hiring hall requirements, rules and regulations for work in Local 528's jurisdiction are set forth in Appendix A.

## ARTICLE 6
## SUBCONTRACTORS

SECTION 1. An Employer who is party to this Agreement shall not subcontract, nor otherwise transfer, in whole or in part, any jobsite Cement Mason work to any person, firm, corporation or other business entity (subcontractor) unless the subcontractor is a party to a collective bargaining agreement with the Union.

Jobsite refers to the construction, alteration, painting, or repair of a building, structure or other work. Disputes involving this Section will be resolved under the grievance and arbitration procedure. If the dispute is not resolved in this way, suit may be filed in a court of competent jurisdiction (state or federal) in King County, Washington. No economic action shall be permitted.

SECTION 2. Whenever the Employer is obligated to satisfy WBE/MBE/DBE recruiting requirements, the Union and the Employer by mutual agreement may waive this provision prior to commencement of the work in the event an Employer and Union are unable to find qualified competitive union WBE/MBE/DBE subcontractors.

SECTION 3. When potential union subcontractors are not available in the locality of the jobsite to perform the work and where the general contractor receives no competitive union bids, by mutual agreement, the Employer and the Union may waive this provision. Provided, however, the Union and the Employer shall review the prices submitted before assigning the non-union subcontractor.

## ARTICLE 7
## PROTECTION OF RIGHTS

SECTION 1. It is not a violation of this Agreement, and it shall not be cause of discharge, discipline or permanent replacement, for a Cement Mason to refuse to cross or work behind a primary picket line, including, but not limited to, a primary picket line at the premises of the Employer or jobsite at which the Employer is engaged in work. It is not a violation of this Agreement if the Union advises the Cement Masons to respect or refuse to work behind a primary picket line.

SECTION 2. Except as provided in Article 6 of this Agreement, all work covered by this Agreement and customarily performed on the job site by Cement Masons working under this Agreement, shall continue to be performed on the jobsite by employees covered under this Agreement. The Employer agrees to refrain from entering into a contract or otherwise undertaking to perform any work in violation

of the terms of the Article. All Employers who subcontract work shall have a pre-job conference, if requested, to provide the Union with a list of all subcontractors.

SECTION 3. It is the intent of the Employer and the Union to protect all jobsite work which has been traditionally performed by bargaining unit employees.

SECTION 4. The Union agrees to cooperate with the individual Employers in achieving maximum efficiency and productivity and to work with management and individual Employers to eliminate inefficiency and production limitations. It shall be considered to be contrary to the purposes and intent of this Agreement for any Journeyman or Apprentice to work for other Employers after their regular day's employment with one Employer, or for any Journeyman or Apprentice to take jobs on their own and on behalf of their own selves after regular hours of employment or during weekends, holidays and vacations. Any employee violating this Section may be terminated.

## ARTICLE 8
## HOLIDAYS

SECTION 1. Holidays recognized by this Agreement shall be New Year's Day, Martin Luther King Jr. Day, Memorial Day (last Monday in May), Fourth of July, Labor Day, Thanksgiving Day, the Friday and Saturday after Thanksgiving Day and Christmas Day. Any holiday which falls on a Sunday shall be observed as a holiday on the following Monday. A holiday shall be a twenty-four (24) hour period, beginning with the regular starting time of the first shift on the date of the holiday unless otherwise mutually agreed to by the Employers and the Union. No work shall be performed on Labor Day except to protect life and property, or by mutual agreement of the Union and the Employer. If any of the listed holidays falls on a Saturday, the preceding Friday shall be a regular work day.

## ARTICLE 9
## MEAL PERIODS AND SICK LEAVE

SECTION 1. MEAL PERIOD

A. Employees shall not be required to work more than five (5) hours from the start of the shift without at least a one-half (½) hour break for lunch. This lunch period shall not begin earlier than three and one-half (3½) hours after the start of the shift. If they are required to work past five (5) hours, one-half (½) hour at the applicable overtime rate shall be added to the hours worked and they must then be allowed time to eat their lunch. If not allowed to eat their lunch, employees will be paid and additional one-half (½) hour of overtime.

B. Employees required to work more than two (2) hours after the end of the shift shall be allowed at least one-half (½) meal period which shall be considered as time worked, and if it is impractical for the employees to leave the job, they shall be provided a lunch by the Employer. If not given the one-half (½) hour meal period, one half (½) hour at the applicable overtime rate shall be added to the hours worked.

C. Employees required to work more than five (5) hours after the end of the regular shift shall be allowed at least one-half (½) hour meal period which shall be considered as time worked, and if it is impractical for the employees to leave the job, they shall be provided a lunch by the Employer. If not given the on-half (½) hour meal period, one-half (½) hour at the applicable overtime rate shall be added to the hours worked.

D. In the event that the Employer establishes a ten (10) hour day, the first lunch period shall be at mid-shift. Employees' lunch period may be staggered during the period of three and one-half (3½) to five (5) hours from the start of the shift to cover necessary work of a continuous nature.

E. In the event of a delay/missed meal as noted above, the applicable overtime rate shall apply.

SECTION 2. SICK LEAVE

The parties to this agreement hereby expressly waive the provisions of the City of Seattle Ordinance 123698 requiring paid sick leave, City of Tacoma Ordinance 28275 requiring paid sick leave and any other similar ordinances adopted by a jurisdiction.

## ARTICLE 10
## TERMINATION AND PAYDAY

SECTION 1. Employees shall be paid in full prior to quitting time on the jobsite once each week (on the same day), but in no event shall more than five (5) days' (Saturdays, Sundays and Holidays excluded) wages be withheld.

If the regular payday falls on a Holiday, the employees shall be paid on the last regular work day before the Holiday.

An employee's paycheck stub or attached statement shall contain an itemized statement showing the breakdown of straight time hours, overtime hours and all authorized deductions, and must indicate the name and address of the Employer.

SECTION 2. An employee shall be paid in full when discharged.

SECTION 3. Upon the completion of the employee's job, the employee shall be paid within twenty-four (24) hours. If not completed within normal office hours, payment shall be made within twenty-four (24) hours (Saturdays, Sundays and Holidays excepted). Payment, if so desired, may be made through the Union Hall or by regular mail with the postmark cancellation date accepted as payment date.

SECTION 4. Employees who quit shall be paid no later than the next regular pay period.

SECTION 5. If the payment is not made expressly as provided in this Article, then the employee shall be paid two (2) hours pay at the appropriate hourly wage rate for each twenty-four (24) period (Saturday, Sunday and holidays excepted) thereafter until payment is made. In the case of payment by mail, the postmark on the envelope will serve as the cutoff date for any penalty. Employees must notify the Union within three (3) working days after the payday, layoff or discharge to be eligible for penalty pay. Payment made that is declared "NSF" shall be subject to all provisions of this section. Notification regarding an NSF payment must be submitted to the Union within three (3) working days after receipt of NSF notification. Penalty pay shall be established from date of discharge. The employee shall be paid all fees associated with the NSF in addition to two (2) hours pay at the appropriate hourly wage rate for each twenty-four (24) hour period (Saturday, Sunday and holidays excepted) thereafter until payment is made. In the case of payment by mail, the postmark on the envelope will serve as the cutoff dated for any penalty.

SECTION 6. No adjustment of disputed pay will be made unless the employee or the Union shall make a claim in writing to the Employer's representative ten (10) days from the pay period in question, except in cases of continuing or willful violations of this Agreement.

SECTION 7. Should the Employer make any changes to an employee's hours, the Employer must notify the employee. Should the employer fail to comply, the union may request future 24 hour joint notifications.

SECTION 8. An Individual Employer may pay Employees utilizing direct deposit, as provided under Washington law.

## ARTICLE 11
## JOB INSPECTION

SECTION 1. The Business Representative of the Union will be permitted to visit any project at any time, but shall not at any time interfere with the progress of the work. On projects which are either military or security provisions, the Employer will cooperate with the Union officials in this regard as far as regulations permit.

## ARTICLE 12
## JURISDICTIONAL DISPUTES

SECTION 1. If a jurisdictional dispute arises, it shall first be submitted to the Union and the Employer for settlement. Then if no understanding or agreement is reached within forty-eight (48) hours, it shall be referred to the two (2) International Representatives and they shall confer with the affected Employer for settlement. Pending such settlement, the craft performing the work at the time the dispute arises, shall continue in such capacity until settlement has been reached as above provided.

SECTION 2. Assignment of work shall be governed by decisions of record, area practice and existing or prospective International jurisdictional agreements.

SECTION 3. No Work Disruption Over Jurisdiction. All jurisdictional disputes shall be resolved without the occurrence of any strike, work stoppage, disruption, or slowdown of any nature, and the contractor's assignments shall be adhered to until the dispute is resolved.

SECTION 4. Mutually Agreed to Work Assignments: The employer agrees to assign any procedure, method or technique used to procure a finish to concrete to be performed by members of the Cement Masons Union.

## ARTICLE 13
## SAFETY MEASURES

SECTION 1. The Employer and the employee will conform to all federal and state health and safety regulations applicable to work covered by this Agreement and shall have adequate shelters available where necessary, with heat, where the employees can change and dry their clothes and store their tools. On all projects covered by this Agreement, there shall be provided by the Employer at all times during construction sanitary facilities consisting of a reasonable number of toilets, urinals, hand sanitizer and/or hand-washing station(s). Fresh drinking water will be available to the employees. The Employer will furnish all protective clothing with equipment required at the jobsite for handling of toxic materials.

## ARTICLE 14
## PROTECTION OF BARGAINING UNIT WORK

SECTION 1. The Employer shall not directly or indirectly perform, undertake or accomplish any jobsite Cement Mason's work except in complete compliance with all terms and provisions of this Agreement.

## ARTICLE 15
## SAVINGS CLAUSE

SECTION 1. This Agreement is not intended to, and shall not be construed, to permit acts which violate any valid Federal or State law.

SECTION 2. If any provision of this Agreement or the application of such provision shall in any court or other Governmental action be held invalid, the remaining provisions and their application shall not be affected thereby. Provided, however, upon such invalidation the parties signatory hereto agree to immediately meet to renegotiate such provisions affected. The parties agree to arrive at a mutually satisfactory replacement within sixty (60) days unless a definite extension of time is mutually agreed to between the Union and Employer. In the event that the parties are unable to negotiate a replacement, the matter shall be resolved through the provisions of Article 4.

## ARTICLE 16
## HOURS OF WORK

SECTION 1. SINGLE-SHIFT OPERATION

A. Eight (8) hours shall constitute a day's work, five (5) days shall constitute a week's work, Monday through Friday.

B. A single shift for the Cement Masons will be the established shift for the jobsite and shall be between the hours of 5:00 a.m. and 6:00 p.m. and eight (8) hours of continuous employment (except for lunch period) shall constitute a day's work Monday through Friday of each week. In the event the entire job is down due to weather conditions Monday through Friday, then Saturday may, by mutual agreement between the Union and Employer, be worked as a voluntary make-up day at the straight time rate. Such shift for the Cement Masons will be the established shift for the jobsite unless altered by mutual agreement between the Union and Employer.

C. Four (4) ten (10) hour shifts at the straight time rate may be established either Monday through Thursday or Tuesday through Friday. If, through no fault of an employee, an employee works less than 4–10's for the first week of employment, the 4-10's shift does not apply. In the event the entire job is down due to weather conditions, then Friday (when working Monday through Thursday) or Saturday (when working Tuesday through Friday) may, by mutual agreement between the Union and Employer, be worked as a voluntary make-up day at the option of the Employer. All hours worked in excess of ten (10) hours a day or forty (40) hours a week must be compensated at the overtime rate.

D. No employee shall be discharged, laid off, disciplined, replaced or transferred for refusing to work a voluntary make-up day, provided they inform the Employer they will not be working.

E. In the event of a civil emergency such as, but not limited to, earthquakes, floods or fires, starting time of the shift may be made to fit the emergency and eight (8) hours in any twenty-four (24)

hour period may be worked at straight time. In order to work such shift, mutual agreement between the Union and Employer shall be received.

F. Special Shifts: When due to conditions beyond the control of the Employer, or when contract specifications require that work can only be performed outside the regular day shift, then a special shift may be worked at the straight time rate with mutual agreement between the Union and Employer. The starting time of work will be arranged to fit such conditions of work. Such shift shall consist of eight (8) hours work for eight (8) hours pay or ten (10) hours work for ten (10) hours pay for four (4)-ten (10) hour shifts worked in accordance with paragraph (c) of this Section.

G. Holiday Week: In the event that a holiday is celebrated during the week (Monday through Friday), the remaining four week days of the week may be worked as four (4) ten (10) hour shifts. In the event the entire job is down due to weather conditions, then Saturday, with mutual agreement between the Union and Employer, may be worked as a voluntary make-up day at the straight time rate.

SECTION 2. MULTIPLE-SHIFT OPERATION

There will be no shift operation on slab work unless by mutual agreement between the Union and Employer. Shifts may be established when considered necessary by the Employer. Shift hours and rates will be as follows:

A. Two-Shift Operation. On a two consecutive shift operation, no shift penalty is involved for work performed on either of these two shifts. Each shift must be scheduled for at least eight (8) hours except as provided for in Section 1 of this Article. On a two-shift operation, the second shift shall be established for a minimum of three (3) days.
Once the starting times are established for the two-shift operation, they shall not be changed except upon three (3) working days written notice to the Union or by mutual agreement between the Union and Employer. This section does not apply to a Mat/Initial Foundation Pour (See Article 18, Section 6).

B. Three-Shift Operation. On a three-shift operation, the following shall apply:

1. First-Shift – The regular hours of work on the first shift of three-shift operations shall be eight (8) hours of continuous employment, except for lunch period at mid-shift, between the hours of 5:00 a.m. and 6:00 p.m.

2. Second-Shift – The second-shift shall be seven and one-half (7½) hours of continuous employment, except for lunch period at mid-shift, and shall be paid for at eight (8) hours at the straight time hourly wage rate.

3. Third-Shift – The third-shift shall consist of seven (7) consecutive hours of employment, except for lunch period at mid-shift, and shall be paid for at eight (8) hours at the straight time hourly wage rate.

C. Multiple-shift (a two or three-shift) operation will not be utilized on the entire project if at any time it is deemed advisable and necessary for the Employer to multiple-shift a specific operation. Those groups of employees only who relieve first-shift groups of employees and such first-shift groups of employees who are relieved by groups of employees on a second-shift, and on a three-shift operation those groups of employees who relieve the groups of employees on a second-shift,

shall be construed as working multiple shifts. The intent of this clause shall be construed so as to recognize that a "reliever group" and a "relief group" does not necessarily mean "man for man" relief.

D. It is understood and agreed that when the first shift of a multiple-shift (a two or three shift) operation is started at the basic straight time rate or at a specific overtime rate, all shifts of that day's operation shall be completed at that rate.

## ARTICLE 17
## OVERTIME

SECTION 1.

(1) Monday through Friday, the first four (4) hours of overtime after eight (8) hours of straight time work shall be paid at one and one half (1-½) times the straight time rate of pay. All additional overtime will be paid at two (2) times the straight time rate of pay.

(2) On a four ten (10) hour shift, Monday through Thursday, the first two (2) hours of overtime after ten (10) hours of straight time work shall be paid at one and one half (1½) times the straight time rate of pay. All additional overtime will be paid at two (2) times the straight time rate of pay.

(3) On a four ten (10) hour shift, Monday through Thursday, on Friday (except when worked as a make-up day), the first twelve (12) hours of work will be paid at one and one half (1½) times the straight time rate of pay. Additional overtime shall be paid at two (2) times the straight time rate of pay.

SECTION 2. Saturday, the first twelve (12) hours of work will be paid at one and one half (1½) times the straight time rate of pay. All additional overtime shall be paid at two (2) times the straight time rate of pay.

SECTION 3. All work performed on Sunday and Holidays shall be paid at two (2) times the straight time rate of pay.

SECTION 4. The Employer shall have the sole discretion to assign overtime work to employees.

## ARTICLE 18
## REPORTING AND MINIMUM HOURS PAY

SECTION 1. Employees reporting for work and not put to work shall receive two (2) hours pay at the regular straight time rate unless notified not to report at the end of the previous shift or two (2) hours prior to the start of a shift. The following methods may be used to notify employees not to report:

A. Telephone Call: It is understood that it shall be the responsibility of the Employer to secure from each employee a contact telephone number. If the employee does not, at the Employer's request, furnish a telephone number or fails to inform the Employer of any change of number at which they may be reached, then the Employer shall be relieved of any responsibility of notification and shall not have to pay show-up time.

B. Telephone Recording: Notification may be given via a call-in telephone recording provided by the Employer. The recording shall be available at least two (2) hours prior to the start of the shift. It shall be the employees responsibility to call in if such a recording is provided.

C. Text message: Notification may be given via a text message provided by the Employer. The text message shall be sent at least two (2) hours prior to the start of the shift. It shall be the employee's responsibility to call in or reply if such a message is provided.

The Employer will select one or more of the above methods for notifying employees of inclement weather conditions and alert employees in advance of the method(s) to be used.

Reporting pay on overtime days shall be a minimum of two (2) hours at the overtime rate.

SECTION 2. Mandatory Rates of Pay (2-4-8): Employees reporting for work and not put to work shall receive two (2) hours pay at the regular straight time rate. Employees who have started any work shall receive four (4) hours pay at the regular straight time rate. Employees who work more than four (4) hours, shall receive eight (8) hours pay at regular straight time rate, regardless of job site conditions unless employee leaves of their own volition or is discharged for cause, in which event they shall be paid for actual time worked.

SECTION 3. Employees called to work and who are put to work on Saturdays, Sundays or holidays shall receive a minimum of four (4) hours at the applicable overtime rate. Where such overtime exceeds four (4) hours, the overtime work performed shall be paid for in one-half (½) hour periods, and fractional parts of such period shall count as one-half (½) hour.

SECTION 4. When a shift is suspended due to inclement weather, after the two (2) hour minimum, employees shall be paid for actual time worked.

SECTION 5. When an employee is "called out" to work without at least eight (8) hours time off since their previous established shift, all such "call out" time shall be paid at the overtime rate until they shall have the eight (8) hours rest period.

SECTION 6. Start of Pour. The Cement Mason crew must be on the job at the start of the shift in which finishing will be required and assist with the pour on slab work or work preparatory to concrete finishing coming within the jurisdiction of the Cement Masons.

A. Mat/Initial Foundation Pour: It is understood and agreed that this section applies only to Mat/Initial Foundation pours with established multiple shift applications. When the schedule topping off/final crew starts their shift, the Cement Masons start their shift. This section does not apply to specially-created shift operations applicable only to Cement Masons.

SECTION 7. An employee reporting late on a job shall be paid only from the time that they actually report to the job provided sufficient notification time or dispatch time has been allowed.

SECTION. 8 Employees that are dispatched for work shall fill out employment paperwork on the Employer's time. Employees who have difficulty with digital applications and/or digital timecards will be provided paper copies or given assistance by the employer.

# ARTICLE 19
# WORKING RULES

SECTION 1. NUMBER OF EMPLOYEES REQUIRED

A. Whenever the Employer calls the Union for employees, they shall give as much information as possible concerning the work to be performed and the Business Representative shall be responsible to secure this information from the Employer so that qualified employees may be furnished and good labor relations be assured.

B. The Employer or their Cement Mason foreman shall determine the number of employees required on any operation after consultation with the Cement Mason foreman. Should a disagreement arise with Cement Masons in determining the number of employees required, the Employer's determination shall be final.

C. The Employer superintendent or their Cement Mason foreman shall have the authority to lay off Cement Masons at their discretion as the final finishing process diminishes or to discharge any Cement Mason whom they feel unqualified or who is incapable of working due to physical condition.

SECTION 2. FOREMEN

A. The Employer has the right of choosing their foreman who must be a qualified, experienced Journeyman Cement Mason.

B. Where there are three (3) or more Cement Masons employed on the job, one (1) shall be paid foreman's rate as specified in Schedule "A".

C. When the foreman has six (6) or more employees under their supervision, they may not be required to use any tools other than those necessary in laying out work and for the establishing of lines and grades.

D. The Cement Mason foreman shall be in charge of all work falling within the jurisdiction of the Cement Masons. If a Cement Mason refuses to follow instructions of their foreman in performing such work which comes within jurisdiction of the Union or leaves the job without permission of the foreman, the employee shall be deemed to be terminated and shall be entitled to pay only for the actual time worked on that shift. The Cement Mason foreman shall accept orders from the Employer or their representative.

E. Foremen may be permitted to operate a machine in an emergency at his regular rate of pay when no other member of the crew is so qualified.

SECTION 3. TOOLS

A. The employee shall furnish all standard hand tools as follows:

1. Boots
2. Wooden hand float
3. Rubber gloves
4. 16 inch or 18 inch trowel
5. 12 inch or 14 inch trowel
6. Margin trowel

7. Edger ½ inch radius and edger ¾ inch radius
8. Set of step stools
9. Jointer
10. Magnesium hand float
11. Small hand brush
12. Knee pads
13. Claw hammer
14. Saw
15. Nail apron
16. Mason hammer

B. The Employer shall furnish all tools to complete the job that are not required by the employee.

All tools and equipment shall be left clean and free of residue at the finish of the day's work.

SECTION 4. COMPLETING SHIFT

A journeyman Cement Mason or their apprentice shall complete the shift on work which comes under the jurisdiction of Cement Masons regardless of the type of work on which they started the shift.

SECTION 5. GENERAL

A. There will be no discrimination against any Cement Mason because of past or present Union activities, but no Cement Mason other than the designated representatives shall carry on Union activities during working hours and they shall use only reasonable time. The Union shall notify the Employer of the designated job representative on the dispatch slip or by other means prior to the time work commences.

B. All work must be performed and left in a workmanlike manner.

C. If concrete has any admixture, the Cement Mason foreman shall be advised as to type and amount.

D. The Employer shall bear the responsibility and be the sole authority as to quality of any finished work.

SECTION 6. If Cement Masons #528 furnishes employees to any Employer at more favorable conditions than those set forth in this Agreement, the Union shall immediately make available to Employers signatory to this Agreement such more favorable conditions.

## ARTICLE 20
## SPECIAL CONDITIONS

Both parties recognize that there may be extenuating circumstances when it is to the mutual interest of both parties to modify the terms of this Agreement. In that event, it will not be a violation of this Agreement for the parties to meet and mutually agree between the Union and Employer to make such modifications to meet a specific need on a specific project.

## ARTICLE 21
## PRE-DETERMINED WAGE RATE PROJECTS

SECTION 1. In the event the Employer bids a public job or project being awarded by a federal, state, county, city or other public entity which is to be performed at a pre-determined and/or prevailing wage rate established by the Department of Labor, pursuant to the Davis-Bacon Act, 40 U.S.C. Section 3141 et. seq., and implementing regulations or by the Washington State Department of Labor and Industries pursuant to RCW (39.12) and implementing regulations, the published hourly wage rate set forth in said public award in effect at the time of bid shall apply for the first twenty-four (24) months of the project from the date the contractor is allowed to proceed. Upon request, the Employer will provide the Union with the date that they are allowed to proceed. The fringe benefit contribution rates shall be those as established and maintained by the Master Agreement. Notwithstanding the above, project agreements may be mutually agreed upon between the Union and Employer to allow use of the pre-determined wage rate for the duration of a project to exceed twenty-four (24) months.

SECTION 2. In the event the specifications include an escalator provision covering wages, such amount will be included as an increase to wages to the extent that the Employer may recover in the escalator claim.

SECTION 3. The Employer may, when requested in writing, supply accurate and reliable information on company stationery that will assist the Union in establishing the correct Davis-Bacon rates when responding to Department of Labor requests for prevailing wage data.

## ARTICLE 22
## SUBSTANCE ABUSE POLICY

SECTION 1. Labor and Management are committed to providing employees with a drug-free and alcohol-free work place. It is the goal to protect the health and safety of employees and to promote a productive work place and to protect the reputation of Labor and Management and the employees.

SECTION 2. Consistent with these goals, the Employer prohibits any use, possession, distribution or sale at its employment sites, of drugs, drug paraphernalia or alcohol. A testing program pursuant to the Substance Abuse Program may be instituted, upon the mutual consent of labor and management whose consent shall not unreasonably be withheld, to monitor compliance with this policy.

SECTION 3. An acceptable Substance Abuse Program is contained in a separate addendum to this Collective Bargaining Agreement, but is not a part of this agreement and modifications to the Substance Abuse Program, by mutual agreement of the Employer and the Union, will not constitute a change to this agreement. Mutual agreement will not be unreasonably withheld.

SECTION 4. Any grievance related to any Employer's substance abuse program shall be resolved through Article 4, Grievance Procedure, of this Agreement.

## ARTICLE 23
## LIGHT DUTY RETURN TO WORK

It is agreed that the Employer may return an injured employee to light duty status when allowed by the member's doctor. At no time will the employee's total earnings be less than their full time loss compensation under industrial insurance. Further, the employee will be provided with a full fringe package, as per the collective bargaining agreement, over and above total remuneration. Should the employee on light duty have to be laid off, due to no work available, the Employer will not adversely affect their ability to continue to receive loss time benefits from the Industrial Insurance Division of Labor and Industries (including self-insured employers), provided they are still medically eligible.

**SCHEDULE "A"**
**CLASSIFICATIONS AND WAGE SCALES**

SECTION 1. The classification of employment and minimum wage scales shall be set forth in this Agreement. When a Cement Mason is temporarily required to perform work of another classification within the craft for one (1) hour or more, the Cement Mason shall be paid at the higher rate for the entire shift.

SECTION 2. The minimum wage rates in the schedule below shall become effective as shown in the schedule.

| | **WAGES** | | |
|---|---|---|---|
| **GROUP** | **EFFECTIVE DATE** | | |
| | **June 1, 2021** | **June 1, 2022** | **June 1, 2024** |
| **I** | **$47.87** | **TBD** | **TBD** |
| **II** | **$48.37** | **TBD** | **TBD** |

| **DEDUCTIONS FROM WAGES (These deductions are included in wages)** | | | |
|---|---|---|---|
| **GROUP** | **EFFECTIVE DATE** | | |
| | **June 1, 2021** | **June 1, 2022** | **June 1, 2023** |
| **Vacation** | **$2.00** | **TBD** | **TBD** |
| **Union Programs** | **$0.65** | **TBD** | **TBD** |
| **Union Dues Check-off** | **$2.01** | **TBD** | **TBD** |
| **Building Fund** | **$0.32** | **TBD** | **TBD** |
| **International Training** | **$0.07** | **TBD** | **TBD** |
| **Internal Organizing Fund** | **$0.10** | **TBD** | **TBD** |

| | **FRINGE BENEFITS** | | |
|---|---|---|---|
| | **EFFECTIVE DATE** | | |
| | **June 1, 2021** | **June 1, 2022** | **June 1, 2023** |
| **Health & Security** | **$8.09** | **TBD** | **TBD** |
| **Pension** | **$10.10** | **TBD** | **TBD** |
| **Apprenticeship** | **$0.85** | **TBD** | **TBD** |
| **WCISAP**** | **$0.06** | **$0.06** | **$0.06** |

FRINGE BENEFIT OPTION: If any additional sums are necessary for the fringe benefit plans, by mutual agreement such sums may be deducted from wages, with sixty (60) days prior notice.

****Employer participation in the Washington Construction Industry Substance Abuse Program (WCISAP) is voluntary.**

| CLASSIFICATIONS | |
|---|---|
| Foreman and General Foreman | See Section 3 |
| Group I | Application of all Epoxy Material<br>Cement Mason<br>Building General<br>Concrete Paving<br>Curb & Gutter, Sidewalks<br>Floor Grinder/ Polisher<br>Patching Concrete<br>Spackling or Skim Coating Concrete<br>Application of Sealing Compound<br>Curing all Concrete<br>Grouting of all Plates<br>Grouting of Tiltup Panels |
| Group II | Application of Underlayment<br>Troweling Machine Operator<br>Curb & Gutter Machine<br>Screed & Rodding Machine<br>Green Concrete Saw (self-powered)<br>Pneumatic Power Tools<br>Power Chipping & Bushing<br>Sand Blasting Architectural Finish<br>Application of all Composition Mastic<br>Application of all Plastic Material<br>Finish Colored Concrete<br>Hand Powered Grinder<br>Gunite Nozzleman<br>Tunnel Workers<br>Troweling Machine Operator on colored Slabs, Composition or Kalman floors |

SECTION 3. Foremen shall receive 10% over the Journeymen Group 1 wage. General Foreman shall receive 15% over Journeymen Group 1 wage.

SECTION 4. Craft jurisdiction is neither determined nor awarded by classification appearing in any AGC labor agreement.

SECTION 5. A Cement Mason or Apprentice working on a swinging suspended scaffold over twenty-five (25) feet shall be paid at $0.50 above their classification. (The deck of the scaffold platform shall be the measuring point.) The Cement Mason or Apprentice will be paid at the above rates for the entire shift.

SECTION 6. Washington Cement Masons Apprenticeship Committee.
The sponsor may accelerate, by an evaluation process, the advancement of apprentices who demonstrate abilities and mastery of the occupation to the level for which they are qualified. When the apprentice is granted advanced standing, the sponsor must notify the Employer/training agent of the appropriate wage per the wage progression schedule specified in these Standards.

**Note: Six (6) months period=nine hundred (900) hours; last twelve (12) month period = eighteen hundred (1800) hours.**

**Effective June 1, 2017**

| Step | Number of hours/months | Percentage of journey-level rate |
|---|---|---|
| 1 | 0000 - 0900 hours / 0 – 6 months | 60% |
| 2 | 0901 – 1800 hours / 7 – 12 months | 65% |
| 3 | 1801 – 2700 hours / 13 – 18 months | 70% |
| 4 | 2701 – 3600 hours / 19 – 24 months | 80% |
| 5 | 3601 – 4500 hours / 25 – 30 months | 90% |
| 6 | 4501 – 5400 hours / 31 – 36 months | 95% |
| 7 | 5401 – 6400 hours / 37 – 48 months | 95% |

All classifications for premium wages shall be paid at 100% to those apprentices working in any one of those premium wage classifications.

SECTION 7. When four (4) Cement Masons are on the job, it shall be mandatory that an apprentice be used.

SECTION 8. There shall be a joint apprenticeship committee composed of equal members from the Union and from the Employers party to this Agreement who shall govern the apprenticeship program. No Cement Mason shall be worked or paid as an apprentice unless properly registered under the approved apprenticeship program established by this committee.

## SCHEDULE "B"
## FRINGE BENEFITS

SECTION 1. Each Employer shall make the payments to trust as fund payments as outlined in Schedule "A", Section 2.

SECTION 2. UNION DUES CHECK-OFF: Upon written authorization from the individual employee, the Employer agrees to deduct Union dues from the net pay, after taxes, and remit each month to the fringe benefit administrator, in accordance with applicable law. The written authorization given by the employee shall be irrevocable for a period of one (1) year or until the termination date of the applicable collective bargaining agreement, whichever occurs sooner. The fringe benefit administrator shall be the depository for the individual dues deduction authorization forms. The Employer shall remit the authorized Union dues deductions on the transmittal forms used for fringe benefit contributions and that the pro-rata costs of such forms and the collection and accounting thereof, including any costs incurred by the administrator for acting as authorization depository, will be paid by the Union to the fringe benefit administrator. After such funds have been deducted, they shall be held in trust for the benefit of the Union pending remittance to the Union.

SECTION 3. The trust funds referred to in this Article shall be administered by joint labor management boards of trustees. By entering into this Agreement, the Employer adopts and agrees to be bound by the terms of the Trust Agreements establishing the funds referred to in this Article and agrees to be bound by all past and future lawful acts of the Trustees of each such fund. The Employer designates the lawfully appointed Employer Trustees of the funds and their successors as their representative on the funds.

SECTION 4. Payments required by this Article shall be due (i.e., postmarked or received) on the fifteenth (15th ) calendar day of the month next following the month in which the hours were worked. Payments and completed report forms shall be sent to Welfare & Pension Administration Services, Inc.

(Administrator). It shall be the Employer's responsibility to obtain reporting forms. If, in the opinion of a certified public accountant, hired by the Union or the Trustees of a fund, the Employer has failed to maintain accurate time records it shall be conclusively presumed that each Cement Mason who performed any Cement Mason's work in a given week worked forty (40) hours in that week.

SECTION 5. In the event an Employer fails to make any of the contributions, remittances or wages as required by this contract, such Employer shall be required to pay, in addition to the principal sum due, liquidated damages in the amount of twenty-five dollars ($25.00) for each month's delinquency or twelve percent (12%) of the amount due, whichever is greater, and shall also be liable for reasonable attorney's fees and the costs of collection. Liquidated damages in the event of a trust delinquency will be divided as follows: forty percent (40%) to Health and Welfare; forty percent (40%) to Pension and twenty percent (20%) to Apprenticeship. In the event suit is initiated, it is agreed that such suit shall be filed in a court of competent jurisdiction (either state or federal) located in King County, Washington.

SECTION 6. The Trustees shall have the authority to appoint a certified public accountant who shall have the right to enter upon the Employer's premises at reasonable times, during normal business hours, and inspect and copy business records and other duties relevant to their function as ordered by the Trust. Such records as required by the certified public account to perform their duties (i.e., ensuring compliance with this Agreement) will be provided by the Employer.

SECTION 7. It shall be the duty and right of the Trustees of the Trust to audit each Employer party to this Agreement once every three (3) years. The net cost of any such audit shall be borne pro rata by the Trusts.

SECTION 8. If any Employer audit conducted under the authority granted by this Agreement reveals an underpayment of either wages or fringe benefits, the Employer shall be required to pay the entire costs of the audit and liquidated damages due; unless, if in the opinion of the certified public accountant, the errors are due to inadvertent mathematical mistakes, and providing, however, the Employer has in the opinion of the auditor, a satisfactory bookkeeping system or accounting firm.

SECTION 9. The Trustees of each of the Trusts shall be obligated to accept contributions from any Employer who is party to an Agreement with the Union. The term Employer as used in this Section includes governmental and quasi-governmental entities. The provisions of this Article shall control in the event of any apparent or actual conflict between this Article and the terms of a Trust agreement or policy of a Board of Trustees.

SECTION 10. Employers shall be obligated to file a remittance report once each month regardless of whether or not the Employer actually employs any Cement Masons. In the event the Employer fails to file the required report and, as a consequence of such failure to file, the trust initiates legal proceedings against the Employer, then in that event, the Employer shall be obligated to pay to the trust reasonable attorney's fees and expenses incurred.

## SCHEDULE "C"
## TRAVEL CONDITIONS

SECTION 1. The payment for transportation reimbursement shall be governed by the following provisions.

The parties recognize that it is sometimes inconvenient to get to the job location because of varying distances. The Employers are accordingly agreeable to pay transportation allowances as an adjustment for out-of-pocket expenses so long as such allowances are not construed as any form of compensation for employment. It is agreed and understood that while traveling to and from work, the

employees are not within the course and scope of their employment and the relationship of employer/employee does not commence until the hourly wages commence.

(a) Employees who qualify for travel pay shall be paid for days worked or part thereof and shall be paid full travel. Likewise, employees who qualify for show up time shall also qualify for full travel. When employees leave the job because of personal reasons, travel pay will be prorated.

(b) Parking Fee: If an employee is required to park their vehicle at a parking lot and is subsequently the same day required to remove his vehicle and park in another parking lot due to direction given by his Employer, the employee shall be entitled to reimbursement for said second parking upon presentation of signed parking lot ticket to Employer.

SECTION 2. Daily travel remuneration shall be paid on jobs located outside of the free zone computed from the City Hall of the following listed cities: Everett, Seattle, Tacoma or the employee's residence (whichever is closest to the job site).

Effective - Contract Renewal
0 to 35 radius miles Free
Greater than 35 to 45 radius miles $15.00
Greater than 45 to 55 radius miles $20.00
Greater than 55 to 70 radius miles $35.00
Greater than a 70-mile radius $65.00

SECTION 3. Subsistence: When Cement Masons are required to travel seventy (70) miles or over, they shall receive sixty-five dollars ($65.00) per day subsistence pay. On subsistence jobs, the employee shall be paid from the point of referral to the jobsite and return at the beginning and ending of the job at the regular travel expense rate plus $0.25 a mile for each mile over seventy (70) radius miles.

SECTION 4. When an Employer requests a Cement Mason to leave the jurisdictional area covered by this Agreement, they shall receive travel time at straight time rates with a maximum of eight (8) hours in any twenty-four (24) hours, plus fare to and from the job once during the life of the job provided that the employee actually is required to travel. When not practical to commute daily, they shall receive actual reasonable subsistence unless Section 6 applies. Employees requisitioned and reporting to jobs before the jobs are ready shall be paid the regular scale of wages until the job starts or shall receive applicable return travel expense.

SECTION 5. FERRY FARES.

All necessary ferry transportation is to be reimbursed by the Employer in the following instances and manner:

A. Employees will be reimbursed at the passenger's fare or passenger's car fare when substantiated by receipts.

B. When employees elect to live at or near the project and forego daily ferry travel, it is recognized that they are entitled to the prerogative of visiting their homes for the weekend, and in that event ferry charges shall be paid for each weekend travel as substantiated by receipts.

SECTION 6. BOARD AND LODGING

When the Employer provides camp, or board and lodging, the basic wage scale will be observed and the rate for camp, and board and lodging will be compensated by the Employer. The applicable travel shall apply on the first and last day of employment, with the exception that should the employee quit of their own volition prior to five (5) days employment, travel expense shall be allowed for the first day only. Jobs in remote areas where camp, or board and lodging is not provided and housing is inadequate or cost for housing is prohibitive, the Employer will make every effort to arrange for housing at reasonable rates for their employees.

SECTION 7. REMOTE PROJECTS

On dam, hydroelectric, building projects and other remote engineering projects such as airports, refineries and radar or radio installations, but not limited thereto, where the Employer provides camp, or board and lodging, remuneration for travel expense will be paid as set forth in this Schedule C, plus required traveling time for the initial trip to the job and return. Payment of travel time and travel remuneration on the return trip will be paid off to all employees, including discharges and layoff; the only exception that shall apply will be as to those employees that remain on the job less than thirty (30) calendar days who voluntarily quit.

SECTION 8. Downtown Seattle Zone Pay (effective January 3, 2022)

A. The Downtown Seattle Zone is defined as the area West of I-5, East of Elliott Bay, South of Mercer Street and North of Royal Brougham. It also includes the area North of Yesler Way, West of Broadway, South of Pike St and East Pike St, and the section of I-5 North of Yesler Way and South of Pike St. For the purpose of this section the Mercer and Royal Brougham boundaries will be straight line extensions to a point the straight line intersects Elliott Bay.

B. When parking is not reimbursed or provided a premium of $1.00 per hour shall be paid for each hour worked on projects within this zone.

SECTION 9. Bellevue Zone Pay (Effective June 1, 2022)

A. The Bellevue Zone is defined as the area West I-405, East of 100th Avenue NE, North of Main Street, South of NE 12th street which includes a straight-line extension to a point that intersects with 100th Avenue NE.

C. When parking is not reimbursed or provided a premium of $1.00 per hour shall be paid for each hour worked on projects within this zone.

## APPENDIX "A"
## UNION RECOGNITION AND HIRING PROCEDURES

In order for the individual Employer to avail themselves of a trained working force, and in order to secure an equitable distribution of employment among Cement Masons who are qualified and who maintain residence in the bargaining unit, the following shall prevail:

SECTION 1. The Employer recognizes the Union as the sole and exclusive collective bargaining representative of employees over whom the Union has jurisdiction pursuant to Section 9 of the Labor-Management Relations Act as amended.

SECTION 2. The recruitment of employees shall be the responsibility of the Union, and it shall

maintain an office or offices for the convenience of the Employers and for job applicants. It shall maintain all records necessary to carrying out this hiring procedure. The Union shall furnish qualified Cement Masons in all phases of work coming under the jurisdiction of the Union.

SECTION 3. The individual Employers will call upon the Union for referral of all qualified Cement Masons they may require to do work covered by the Agreement. When in need of journeymen or apprentice Cement Masons, the Employer shall notify the local Union office, either in writing or by telephone forty-eight (48) hours in advance, stating the location, starting time, approximate duration of the job, the type of work to be performed and the number of Cement Masons required.

SECTION 4. Realizing that employees working under this Agreement acquire certain rights through experience in the industry and acquire Health and Welfare benefits for themselves and their families, it is agreed that selection of applicants for referral will be on the following basis:

A. The Union shall maintain a list of applicants in the Union office or designated dispatch point who are out of work and available for employment.

B. Registration and referral of applicants shall be on a non-discriminatory basis without regard to race, color, sex, creed, age or to membership or non-membership in the Union and shall be in accordance with the following plan. The Union shall register all applicants for employment on the basis of the groups listed below. Each applicant shall be registered in the highest priority group for which they are qualified. The reference to “this Agreement” which appears below include predecessor agreements.

1. GROUP A Cement Masons who have been employed by an Employer or Employers party or parties to this Agreement who have worked for any such Employer or Employers for an aggregate time of a least seven hundred and fifty (750) hours during the period of one (1) year immediately preceding registration date.

2. GROUP B Cement Masons who have been employed by an Employer or Employers party or parties to this Agreement who have worked for such Employer or Employers for an aggregate time of less than seven hundred and fifty (750) hours during the period of one (1) year immediately preceding registration date, or journeyman Cement Masons when they can show proof of three (3) years within the immediate previous five (5) years experience in building and construction of cement finishing work.

   Each applicant for employment shall be required to furnish such date, records, names of Employers and length of employment licenses as may be deemed necessary, and each applicant shall complete such forms or registration as may be submitted to them. An applicant for employment shall also list any special skills they may possess.

3. GROUP C All other applicants for employment who are physically fit for work in the construction industry.

SECTION 5. The Union shall make up and prepare the roster for preference of rehire by grouping all applicants who come within the above classifications and shall utilize the Cement Masons Health & Security records in establishing these accrued rights based on length of employment. A separate list will be maintained for apprentice Cement Masons, with applicants being referred on the same basis as those for Cement Mason journeymen. All applicants shall register during normal working hours. No registration will be deemed current unless the applicant has registered within the last nine (9) days. The Union will keep a current dated list of unemployed workers and will remove the names of workers who

become employed and add to the bottom of the list the names of workers who report to the Union that they are unemployed.

SECTION 6. Applicants shall be referred from Group A in successive order as their names appear on the out-of-work list and when Group A is exhausted, then, applicants from Group B in successive order as their names appear on the out-of-work list and when Group B is exhausted then applicants from Group C in successive order as their names appear on the out-of-work list.

SECTION 7. The referral procedure as contained herein shall be followed except:

A. When the individual Employer has placed an order for employees requiring special skills or of special classifications, applicants possessing the qualifications of the job will be referred in the order in which their names appear on Groups A, B or C of the out-of-work list.

B. The Employer may call by name any of the local area employees who have within the last two (2) years been employed by him. The Union office will honor such request without regard to the requested employee’s place on the out-of-work list, provided such employees are not employed elsewhere.

Where Employers engage in a joint venture, employees employed by the member company of the joint venture may be transferred to the job or called for by name if the requirements of above have been met by said member company of the joint venture within the territory covered by this Agreement.

If this provision is used by Cement Mason employees and/or Employers to circumvent the intent of this Agreement, the Union may refer such case to the joint hiring committee for adjudication.

C. Requests by Employers for any Cement Mason to act as supervisor or foreman shall be honored without regard to the requested Cement Mason’s place on the out-of-work list.

D. Selection of applicants for referral to jobs shall be on a non-discriminatory basis and shall not be based on or in any way affected by Union membership, bylaws, rules, regulation, constitutional provisions or any other aspect of or obligation of Union membership, policies or requirements.

E. Any Cement Mason registered on the out-of-work list and who refuses to accept a dispatch to any Employer shall be denied the right of immediate dispatch and their name shall be placed at the bottom of the registration list.

F. The Employer retains the right to reject any job applicant, but the Employer shall not discriminate against any applicant or employee for membership or non-membership in the Union, or because of race, color, sex, creed, age or handicap as those terms are defined by law.

G. When a registrant does not report to a job after being dispatched (and similar problems), or has been laid off as unsatisfactory by three (3) Employers or has been discharged for cause by at least three (3) Employers within a twelve (12) month period, they may be denied further use of the hiring hall provided the Employers have furnished the local Union reasons for such layoffs or discharges, until such time as they demonstrate their fitness to return to the hiring hall list.

H. Whenever an employee is discharged without notice to the Union of the reason for discharge, they may be considered eligible for rehire unless this reason is confirmed in writing.

I. When the individual Employer has placed a verbal or written order for referral of qualified

Cement Masons from the local Union and should a shortage of applicants exist and they cannot be supplied by the local Union within forty-eight (48) hours from time workers ordered are required to report to the job (Saturdays, Sunday and Holidays excluded), the Employer may then seek qualified Cement Masons from sources other than the local Union. The Employer shall notify the Union giving the name, address and classification of such workers hired within five (5) days of the date of employment.

SECTION 8. The Employers and the Union shall post in places where notices to all employees and applicants for employment are customarily posted, all provisions relating to the referral, registration and hiring provisions of this Agreement.

SECTION 9. These referral and hiring provisions have been entered into in order to comply with the National Labor Relations Act as amended and all parties concerned shall cooperate with each other to comply with the requirements of the Act.

**IN WITNESS WHEREOF,** this agreement has been executed by the Western Washington Cement Masons, Local 528 and the AGC of Washington, a chapter of the Associated General Contractors of America, Inc., on behalf of certain individual members who have authorized the Chapter to execute the Agreement on their behalf.

AGC OF WASHINGTON:

DocuSigned by:
Garrett Condel
5A197F89A4A6497...

Garrett Condel
AGC of Washington

6/16/2021

Date

CEMENT MASON’S LOCAL 528

DocuSigned by:
Eric Coffelt
3F5F36818B1340D...

Eric Coffelt
Cement Masons, Local 528

6/16/2021

Date

**LETTER OF UNDERSTANDING**
**REGARDING THE 2021-2024 LABOR AGREEMENT**
**BETWEEN THE**
**ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON**
**AND**
**WESTERN WASHINGTON**
**CEMENT MASONS LOCAL 528**

**CONTRACT UPDATE**

The execution of this Agreement between the Associated General Contractors of Washington and the Western Washington Cement Masons Local 528 constitutes an agreement as follows with respect to the 2021-2024 Labor Agreement:

The parties agree to the following language within Schedule C Travel Conditions. This Agreement fulfills the "me too" negotiated provision concerning geographical zone: "The Cement Masons shall receive the same geographic zone as defined in PNWRCC agreement..." The following language and effective date satisfy the "me too" agreement, and the following language shall be binding.

**APPENDIX I SCHEDULE "C" ZONE PAY DIFFERENTIAL**

SECTION 6. Downtown Seattle Zone Pay (effective January 3, 2022)

A. The Downtown Seattle Zone is defined as the area West of I-5, East of Elliott Bay, South of Mercer Street and North of Royal Brougham. It also includes the area North of Yesler Way, West of Broadway, South of Pike St and East Pike St, and the section of I-5 North of Yesler Way and South of Pike St. For the purpose of this section the Mercer and Royal Brougham boundaries will be straight line extensions to a point the straight line intersects Elliott Bay.

B. When parking is not reimbursed or provided a premium of $1.00 per hour shall be paid for each hour worked on projects within this zone.

SECTION 7. Bellevue Zone Pay (Effective June 1, 2022)

A. The Bellevue Zone is defined as the area West I-405, East of 100th Avenue NE, North of Main Street, South of NE 12th street which includes a straight-line extension to a point that intersects with 100th Avenue NE.

C. When parking is not reimbursed or provided a premium of $1.00 per hour shall be paid for each hour worked on projects within this zone.

This LOU does not constitute an opening of the contract, all other language changes and economic enhancements resulting from the 2021-2024 contract negotiations remain unchanged.

**IN WITNESS WHEREOF,** the aforementioned have executed this Letter of Understanding to the Labor Agreement.

**FOR WESTERN WASHINGTON CEMENT MASONS LOCAL 528**

DocuSigned by:
By: Eric Coffelt
3F5F36618B1340D...
Print Name: Eric Coffelt
Date: 12/1/2021

**FOR ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON**

DocuSigned by:
By: Garrett Condel
5A197F89A4A6497...
Print Name: Garrett Condel
Date: 12/1/2021

# Exhibit C

# COLLECTIVE BARGAINING AGREEMENT

## THE STATE OF WASHINGTON

AND

## WESTERN STATES REGIONAL COUNCIL OF CARPENTERS

EFFECTIVE
JULY 1, 2025 THROUGH JUNE 30, 2027

2025-2027

# WESTERN STATES REGIONAL COUNCIL OF CARPENTERS 2025-2027

**PREAMBLE**
**ARTICLE 1 SCOPE ........ 1**
**ARTICLE 2 RECOGNITION ........ 1**
**ARTICLE 3 UNION DUES DEDUCTION ........ 1**
**ARTICLE 4 HIRING OF NEW EMPLOYEES ........ 2**
Section 8. Definitions: ........ 3
**ARTICLE 5 FOREPERSONS AND LEADPERSONS, VESSEL AND TERMINAL GENERAL FOREPERSON ........ 4**
A. Forepersons and Leadpersons ........ 4
Section 8. Overtime Assignments within a Shop ........ 6
B. General Forepersons ........ 6
Section 4. The General Forepersons positions will be filled on the following basis: ........ 6
C. Evaluations of General Forepersons, Forepersons, Planners, and Safety and Health Supervisors ........ 7
**ARTICLE 6 HOURS OF WORK AND RATES OF PAY ........ 8**
Section 1. Normal Work Week ........ 8
Overtime Rate ........ 8
One (1) Hour Minimum Overtime ........ 9
Section 2. Four (4) Day/Ten (10) Hour Shifts ........ 9
Section 3. Saturday and Sunday Work ........ 9
Work on Scheduled Days Off ........ 9
Section 4. Shift Transfers ........ 9
Section 5. Regular and Modified Day Shifts ........ 10
Section 6. Overtime Lunch Periods ........ 10
Section 7. Callout Compensation ........ 11
Section 8. Shift Minimum Hours ........ 12
Section 9. Callout but not needed ........ 12
Section 10. Separated Employee Pay ........ 12
Section 11. Higher Rate of Pay ........ 12
Section 12. Post-Shift Scheduled or Callout Work Schedules ........ 13
Section 13. Jury Duty ........ 14
**ARTICLE 7 HOLIDAYS ........ 14**
**ARTICLE 8 VACATION ........ 16**
**ARTICLE 9 ........ 18**
**ARTICLE 10 APPRENTICESHIP, TRAINING PROGRAM AND NEW TECHNOLOGIES ........ 19**
A. Apprenticeship Program ........ 19
Section 1. Apprenticeship Program ........ 19
Section 2. Apprentice ........ 19
Section 3. Regular Apprentices ........ 19
Section 4. Temporary Apprentices ........ 19
Section 5. Contributions ........ 19
Section 6. Ratio of Apprentices to Journeyperson ........ 19

Section 7. Section Apprentice Work ... 20
B. Training Program ... 20
Section 1. Hours of Work: ... 20
Section 2. Training Pay, Travel, Room and Board ... 20
Section 3. Employee-Requested Training ... 20
C. New Technologies and Training ... 21
**ARTICLE 11 LOCKOUTS, STRIKES AND SLOWDOWNS PROHIBITED ... 21**
**ARTICLE 12 GRIEVANCE PROCEDURE ... 21**
Section 2. Terms and Requirements: ... 21
Section 3. Filing and Processing: ... 23
**ARTICLE 13 ASSIGNMENT OF WORK ... 26**
**ARTICLE 14 SHOP STEWARDS – MEETINGS AND RELATED MATTERS ... 26**
**ARTICLE 15 PAY DAY ... 27**
**ARTICLE 16 TRAVEL TIME AND OUT-OF-YARD WORK ... 27**
**ARTICLE 17 SICK LEAVE ... 28**
Section 14. Sick Leave Cash Out ... 30
**ARTICLE 18 LEAVES OF ABSENCE ... 30**
Section 1. Employment Status ... 30
Section 2. Return from Leave ... 31
Section 3. No Accrual ... 31
Section 4. No Conversion ... 31
Section 5. Bereavement Leave ... 31
Section 6. PFML Insurance Program Premiums ... 32
Section 9. Military Leave of Absence ... 32
**ARTICLE 19 SAFETY, SANITATION, VENTILATION AND PHYSICAL EXAMINATION ... 33**
**ARTICLE 20 UNION REPRESENTATIVES - MEETINGS AND RELATED MATTERS ... 35**
A. Union Representatives ... 35
B. Meetings and Related Matters ... 35
**ARTICLE 21 NO LIMITS ON PRODUCTION ... 36**
**ARTICLE 22 DIRTY WORK ... 36**
**ARTICLE 23 ASBESTOS PREMIUM ... 37**
**ARTICLE 24 JURISDICTIONAL DISPUTES ... 38**
**ARTICLE 25 PASSES - MEALS ... 38**
A. Passes ... 38
B. Meals ... 39
**ARTICLE 26 TOOLS ... 39**
**ARTICLE 27 SAVINGS CLAUSE ... 39**
**ARTICLE 28 MANAGEMENT RIGHTS ... 40**
**ARTICLE 29 ADDITIONAL WAGE STIPEND ... 40**
**ARTICLE 30 HEALTH CARE BENEFITS AMOUNTS ... 40**
Section 3. Wellness ... 41
Section 5. Flexible Spending Arrangement ... 41
**ARTICLE 31 NON-DISCRIMINATION ... 42**
**ARTICLE 32 ACCOMMODATION FOR DISABILITIES ... 43**
**ARTICLE 33 TIME, LEAVE, AND ATTENDANCE ... 43**
**ARTICLE 34 DISCIPLINE ... 43**

**ARTICLE 35 EFFECTIVE DATE AND DURATION OF AGREEMENT ............................................ 44**

## APPENDICES

**APPENDIX A ........................................................................................................ A-1**
Straight Time Hourly Wage Rates

## MEMORANDA OF UNDERSTANDING

**A. DATA SHARING AGREEMENT ........................................................................ M-1**
**B. MEDICAL FLEXIBLE SPENDING ARRANGEMENT WORK GROUP ....................................... M-3**
**C.EAGLE HARBOR SECOND SHIFT STAFFING AND SCHEDULES ............................................ M-5**
**D. COMPENSATORY TIME ............................................................................... M-7**
**E. LEAVE WITH PAY IN RESPONSE TO EMERGENCY PROCLAMATION 25-07 ........................ M-8**

**SIGNATURE PAGE**

## PREAMBLE

This Collective Bargaining Agreement (Agreement) is between the State of Washington (hereinafter referred to as the "Employer"), and the Western States Regional Council of Carpenters (hereinafter referred to as the "Union") for the purpose of setting forth the mutual understanding of the parties as to conditions of employment for those employees for whom the Employer recognizes the Union as the collective bargaining representative.

It is agreed by the parties that it is in their best interest to establish employment relations based on mutual respect and cooperation, provide for fair treatment to all employees, promote efficient and cost-effective service, and recognize the value of employees and the work they perform. To that end, both parties are committed to the support and encouragement of diversity, equity and inclusion in a pro-equity anti-racism workplace environment.

## ARTICLE 1
## SCOPE

This Agreement shall apply to all employees regularly assigned maintenance, repair and conversion work necessary to maintain the Washington State Ferries (WSF) vessels, terminals, facilities and auxiliary equipment or fixtures used in conjunction therewith, with the exception of the Shore Gang Inlandboatmens Union, Metal Trades and Washington Federation of State Employees (WFSE) bargaining units.

The parties agree that the provisions of this Agreement constitute the complete agreement between the parties. Any Letter or Memorandum of Understanding (LOU/MOU) applicable to the parties shall be listed in an Appendix of this Agreement as a letter or MOU that is in effect for the term of this Agreement or a term specifically less than the term of the Agreement. A letter or MOU not listed shall be null and void. Letters or MOUs added to the Agreement during its term shall specifically state the duration of the letter or MOU not to exceed the term of the Agreement. Also, it is expressly understood and agreed upon that no term or provision of this Agreement may be amended, modified, changed, or altered except by a written agreement executed by the parties. This clause does not constitute a waiver by either party of its duty to bargain pursuant to RCW 47.64.

## ARTICLE 2
## RECOGNITION

The Employer recognizes the Western States Regional Council of Carpenters (Union) as set forth in the Preamble and signatory hereto as the sole and exclusive collective bargaining representative of the full-time employees and all regular part-time employees covered by the classifications contained in Appendix A of this Agreement.

This Agreement is between the State of Washington (hereinafter referred to as the "Employer"), and the Union for the purpose of setting forth the mutual understanding of the parties as to conditions of employment for those employees for whom the Employer recognizes the Union as the sole collective bargaining representative.

## ARTICLE 3
## UNION DUES DEDUCTION

**Section 1**. The Employer shall, when provided with written authorization by the exclusive bargaining representative of an employee covered by this Agreement, deduct from employee wages either: a set percentage each payroll date or a set dollar amount on the twenty-fifth of the month payroll which has been or will be in the future authorized by the membership. The working dues which are deducted shall be paid monthly by the tenth of the month following the month in which they are deducted to the Union. Dues deduction may be changed once per year on the anniversary date of the Agreement by the Union with the resulting dues check off amount either as a set dollar amount or as a set percentage applicable to all the employees within the Union.

**Section 2.** An employee may cancel their payroll deduction of dues/fees by written notice to the Union. After the Employer receives the confirmation from the exclusive bargaining representative that the employee has revoked authorization for deductions, the Employer shall end the deduction no later than the second payroll after the receipt of the confirmation.

## ARTICLE 4
## HIRING OF NEW EMPLOYEES

**Section 1.** The Employer agrees that, when additional employees are required, the Union will be given seventy-two (72) hours' (three (3) workdays) notice via email at the time of the recruitment posting for open positions so that the Union may have a reasonable opportunity to refer applicants for employment. Applicants referred by the Union shall meet the minimum qualifications as specified in the job position(s) description(s) provided to the Union. Such notice shall specify the number and qualifications of the employees required, and the Union agrees that it will refer experienced applicants when available to the Employer. The parties recognize that the Employer will develop and implement a performance evaluation process for Eagle Harbor probationary employees.

A new employee shall serve a six (6) month probationary period and shall receive the appropriate rate of pay for the position during such probationary period. The probationary period may be extended by the Employer up to an additional six (6) months upon agreement between the Employer and the Union. In addition, an employee's probationary period will be extended on a day for day basis for any day(s) that the employee is on leave without pay or shared leave, except for leave taken for military service.

The Employer may separate a probationary employee at any time during the probationary period, and such separation will not be subject to the grievance procedure. The Employer will provide the employee five (5) working days' written notice prior to the effective date of the separation. If the Employer fails to provide five (5) working days' notice, the separation will stand and the employee will be entitled to payment of salary for up to five (5) working days, which the employee would have worked had notice been given.

**Section 2.** Selection of applicants for referral to jobs shall be on a nondiscriminatory basis and shall not be based on or in any way affected by Union membership, by-laws, rules, regulations, constitutional provisions, or any other aspect or obligation of Union membership, policies or requirements.

**Section 3.** The Employer retains the right to reject any job applicant referred by the Union. The Employer may discharge any employee for just and sufficient cause.

**Section 4.** If the Employer hires persons other than those referred by the Union, the Employer shall advise the Union within seven (7) working days after such person is hired as to the name, address, personnel identification number, date of hire, classification,

and rate of pay of such employee. The same information shall be furnished by the Employer to the Union within forty-eight (48) hours after termination of any employee.

**Section 5.** All employees referred to the Employer by the Union under this Article shall submit to the providing of such records as are or may be required by the Employer for the purpose of identification.

**Section 6.** The Union and the Employer agree to hold the Union and Employer signatory hereto harmless from any monetary damage and penalties assessed against them by any government agency or court of law because of any charge of unfair labor practice or act where such practice or act was proximately or solely caused by the Union or Employer.

**Section 7.** Temporary employees who have served six (6) cumulative months shall have all benefits afforded a permanent employee. Such temporary employees will not have access to the grievance procedure for layoff.

**Section 8.** **Definitions:**

A. Probationary Period:
Every part-time or full-time employee following their initial appointment to a permanent position will serve a probationary period of six (6) months unless extended.

B. Trial Service Period:
Employees with permanent status who are promoted, or who voluntarily accept a transfer or demotion into a job classification in which they have not previously held permanent status, will serve a trial service review period of six (6) months. An Employer may extend the trial service period for an individual employee up to an additional six (6) months upon agreement between the Employer and the Union. Trial service periods will be extended on a day for day basis for any day(s) that the employee was on leave without pay or shared leave, except for that taken for military service.

C. Permanent Status:
An employee will attain permanent status in a job classification upon their successful completion of a probationary, trial service or transition review period.

D. Temporary Employment:
The Employer may make temporary appointments to address organizational needs including but not limited to filling behind a permanent employee, participation in an apprenticeship program or to reduce the effects of a hiring freeze. Temporary appointments will not result in the incumbent attaining permanent status. Temporary employment will not exceed twelve (12) months except when filling behind a permanent incumbent who is on extended leave.

# ARTICLE 5
# FOREPERSONS AND LEADPERSONS,
# VESSEL AND TERMINAL GENERAL FOREPERSON

**A. Forepersons and Leadpersons**

**Section 1.** When the Employer selects Forepersons and Leadpersons, they shall be Journeyperson members of the craft which they are to supervise.

**Section 2.** The compensation for Foreperson and Leadperson shall be as set forth in Appendix A.

**Section 3.** When from one (1) to three (3) persons are employed, one (1) of the persons will be selected as Leadperson.

**Section 4.** When four (4) to six (6) persons are employed, one (1) of the persons will be selected as Foreperson, but no Leadperson will be selected. When seven (7) or more persons are employed in each craft, one (1) of the persons will be selected as Foreperson and another one (1) as Leadperson. If the number of persons employed is reduced below four (4), the Foreperson rating shall not be eliminated for a minimum period of forty-five (45) days If operational and workload needs demonstrate the need to add a leadperson outside the ratios set above, the General Manager has the discretion to add a leadperson to a shop to address the workload concerns.

If a Foreperson is off on a Friday or the day preceding a holiday, the person that has been designated as the temporary Foreperson on the day before the weekend or the holiday, shall be the point of contact for all callouts until the next regularly scheduled shift.

A. The appointments of Leadpersons and Forepersons as specified in this Article refer to Leadpersons and Forepersons who are working supervisors of all of the people employed by the Employer. Forepersons and Leadpersons are not required for subsets of employees, e.g., shifts, work crews, field crews.

B. In the event the Employer desires to appoint temporary Forepersons or Leadpersons to provide onsite supervision to crews who are working away from Eagle Harbor, such Forepersons and Leadpersons will be selected on the basis of seniority, if they are qualified to do the work. Temporary Forepersons and Leadpersons will revert to their regular classification upon conclusion of the work.

**Section 5.** Employees interested in permanent Foreperson and Leadperson openings shall inform the Employer of their interest in writing. The Employer will consult with the interested employees to identify training needed and provide materials or training to help employees to become qualified for position openings.

When a permanent Leadperson or Foreperson opening occurs, employees that have expressed an interest in writing shall be provided the opportunity to interview for the position. The Employer may conduct competitive recruitments consisting of both internal and external candidates within the same recruitment posting. External candidates will only be considered if no internal candidates are selected for the position. In addition to a candidate's interview score, a comprehensive review by the Employer of all candidate application materials and reference checks will occur to determine the most qualified candidate for the position.

The interview panel shall include no less than one (1) union member and no less than one (1) management member. For Leadperson interviews, the union member will be the Foreperson from the applicable shop. The panel will review all applications and interview scoring materials for each candidate and determine the best qualified applicant for the position. The decision of the panel shall not be grievable. The panel shall make a majority recommendation to the Director of Vessel Engineering and Maintenance, or their designee. The Director shall then approve the formal offer of employment to the successful candidate. If, in the judgment of the Employer, that employee is not the most qualified, the employee shall be informed by the Employer as to the reason(s).

**Section 6.** When a temporary Foreperson opening occurs, the senior Leadperson shall be given first consideration for that position. If, in the judgment of the Employer, the Leadperson is not acceptable, that person shall be informed by the Employer as to the reason(s). Thereafter, in the filling of the temporary Foreperson position, the next most senior employee shall be offered the position and so forth, down the seniority list.

When a temporary Leadperson opening occurs, the senior employee in that craft shall be given first consideration for that position. If, in the judgment of the Employer, the employee is not acceptable, that person shall be informed by the Employer as to the reason(s). Thereafter, in the filling of the temporary Leadperson position, the next most senior employee shall be offered the position and so forth, down the seniority list.

**Section 7.** An employee promoted to a permanent Foreperson or Leadperson position shall serve a six (6) month trial service period and shall receive the appropriate rate of pay for the position during such trial service period. An employee determined to be unqualified for the position during or at the end of the trial service period shall be informed in writing of the reason(s) for disqualification and shall then return to the employee's previously held position at the former rate of pay with no loss of seniority in the previously held position. Such action will not be subject to the grievance procedure.

If an employee in the position of Foreperson or Leadperson has completed their trial service period, and it is determined they are unqualified for the position, the employee shall be informed in writing of the reason(s) for disqualification and shall then return to the employee's previously held position at the former rate of pay with

no loss of seniority in the previously held position. If the employee's previous position is that of Leadperson, and that position has been filled, the employee that is in the position of Leadperson shall return to a Journeyperson position and rate of pay in their classification with no loss of seniority. The employee that is being removed from the position of Foreperson shall then be returned to the position of Leadperson.

**Section 8.** **Overtime Assignments within a Shop**
It will be the responsibility of each shop Foreperson to ensure a fair and equitable distribution of overtime work. Seniority cannot be used for the basis of overtime. The objective of overtime distribution is to allow for a fair and reasonable sharing of hours over an extended period of time. An overtime report will be generated quarterly for each shop steward to show individual overtime.

**Section 9.** Forepersons and Leadpersons shall be provided a position description which accurately reflects the duties of their positions. Forepersons and Leadpersons are expected to perform duties as specified in the position descriptions. The Employer will notify the Union in advance of any significant proposed changes in the position descriptions and will consider the Union's comments, if any, on the proposed changes prior to implementation.

**B. General Forepersons**

**Section 1.** In addition to the duties described in the job description, the following guidelines are applicable to the General Forepersons Positions.

**Section 2.** The positions of Vessel and Terminal General Forepersons will become permanent positions at Eagle Harbor, day shift. The second shift will have one General Foreperson.

**Section 3.** For the purpose of coordinating work, including prioritization of work between crafts, the shop Forepersons will communicate first with the Vessel and Terminal General Forepersons for day shift and the General Foreperson for second shift. If the General Forepersons are not available, the Foreperson shall communicate with the Vessel and Terminal Maintenance Managers.

**Section 4.** **The General Forepersons positions will be filled on the following basis:**

A. The General Forepersons will be selected by the Employer from all employees working at Eagle Harbor in a Journeyperson craft position. The Employer may conduct competitive recruitments consisting of both internal and external candidates within the same recruitment posting. External candidates will only be considered if no internal candidates are selected for the position. In addition to a candidate's interview score, a comprehensive review by the Employer of all candidate application materials and reference checks will occur to determine the most qualified candidate for the position.

B. The interview panel shall include no less than one (1) union member and no less than one (1) management member. The panel will review all applications and interview scoring materials for each candidate and

determine the best qualified applicant for the position. The decision of the panel shall not be grievable. The panel shall make a majority recommendation to the Director of Vessel Engineering and Maintenance, or their designee. The Director shall then approve the formal offer of employment to the successful candidate. If, in the judgment of the Employer, that employee is not the most qualified, the employee shall be informed by the Employer as to the reason(s).

C. Employees selected to be the General Forepersons will remain in that position as long as the incumbents maintain performance expectations. The Employer may revert an employee within six (6) months when the. Employee is determined to be unqualified for the position. The employee shall be informed in writing of the reasons for disqualification and shall then return to the employee's previously held position at the former rate of pay with no loss of seniority in the previously held position. Such action will not be subject to the grievance procedure.

D. At the end of the assignment as General Forepersons, the individuals will return to the positions held immediately prior to taking the General Foreperson position.

E. The General Forepersons may, within the first six months of the assignment, revert from the General Forepersons positions and return to their previous assignment. After the first six months, the employee may request to revert to a vacant lead or foreperson position. If there are no vacant lead or foreperson positions, the employee would revert to a vacant journeyperson position for which they meet the skills and abilities.

**Section 5**. The selection of an Employee to be the General Foreperson or the removal of the General Foreperson from the position is not subject to the grievance procedure. All other terms and conditions of the Collective Bargaining Agreement (CBA) will apply to the Vessel and Terminal General Forepersons.

**Section 6.** The General Forepersons' vacation shall be approved by the Vessel or Terminal Maintenance Manager. The General Forepersons shall submit requests one month in advance.

**Section 7.** The provisions of Sections 2, 4.A, B, C, D, E, 5 and 6 shall also apply to the positions of Planner and Health & Safety Supervisor, as referenced in Appendix A.

**C. Evaluations of General Forepersons, Forepersons, Planners, and Safety and Health Supervisors**

**Section 1.** Each General Foreperson and the Planner shall be evaluated by the Vessel or Terminal Maintenance Manager on an annual basis. The Safety and Health Supervisor designated by the Employer shall be evaluated by the Safety Systems Manager on an annual basis. The performance evaluation process gives the Vessel or Terminal Maintenance Manager an opportunity to discuss performance goals

with the employee and assess and review their performance with regard to those goals.

Each Foreperson shall be evaluated by the Eagle Harbor Operations Manager or General Manager (as designated by management) on an annual basis. The performance evaluation process will provide the Eagle Harbor Operations Manager or General Manager the opportunity to discuss performance goals with the employee and assess and review the employee's performance with regard to the performance goals.

**Section 2.** In accordance with Section C.1 above, the Manager (as applicable), will meet with the employee at the start of the employee's review period to discuss performance expectations. The employee will receive copies of their performance expectations as well as notification of any modifications made during the review period. Employee work performance will be evaluated during probation, trial service and at least annually thereafter.

**Section 3.** The Manager (as applicable) will discuss the evaluation with the employee. The employee will have the opportunity to provide feedback on the evaluation. The performance evaluation process will include, but not be limited to, a written performance evaluation on forms used by the Employer, the employee's signature acknowledging receipt of the forms, and any comments by the employee. A copy of the performance evaluation will be provided to the employee at the time of the review. A copy of the final performance evaluation, including any employee comments, will be provided to the employee. The performance evaluation, including the employees' comments, will be maintained in the employee's personnel file.

**Section 4.** If an employee disagrees with their performance evaluation, the employee has the right to attach a rebuttal.

**Section 5.** The performance evaluation is not subject to the grievance procedure in Article 12.

## ARTICLE 6
## HOURS OF WORK AND RATES OF PAY

**Section 1.** **Normal Work Week**

The normal work week shall be five (5) consecutive days, Monday through Friday, of not more than eight (8) hours per day, exclusive of lunch period.

**Overtime Rate**

Overtime worked by an employee will be paid at one and one-half (1½) times (overtime rate) the employee's straight time rate of pay. Within a twenty-four (24) hour period, if an employee works over twelve (12) hours, excluding the lunch period, any time worked beyond twelve (12) hours will be paid at two (2) times (double time) the straight time rate of pay until a minimum rest period of eight (8)

hours is provided. (Note: The twenty-four (24) hour period begins at the start of the employees' regular work shift.

These financial incentives and rest period are provided as an acknowledgement of the hazard of continuous work and are provided for the safety of the workers.

**One (1) Hour Minimum Overtime**
For all overtime worked, actual time will be reported, but an employee shall be guaranteed a one (1) hour minimum, except with respect to "overtime lunch periods," which is set forth in Section 6 of this Article. For time worked in excess of one (1) hour, overtime will be paid in one (1) hour increments.

**Section 2. Four (4) Day/Ten (10) Hour Shifts**
Not withstanding the foregoing, upon mutual agreement between the Employer, the Union and the affected employees, said employees may be scheduled to work four (4) consecutive ten (10) hour days at the straight time rate of pay within a work week; management approval must be obtained prior to the shift change. Under such schedule, all time worked in excess of twelve (12) hours in any 24-hour period shall be at two (2) times the straight time rate of pay until a minimum rest period of eight (8) hours is provided. It is further agreed this type of scheduling will be used selectively. (Note: The twenty-four (24) hour period beings at the start of the employee's regular work shift.)

**Section 3. Saturday and Sunday Work**

A. The first eight (8) hours that an employee works on Saturday, if the employee is assigned on that day, shall be paid at one and one-half (1 ½) times the applicable rate and two (2) times the applicable rate after that until a minimum rest period of eight (8) hours is provided.

B. Any time that an employee works on Sunday shall be paid at two (2) times the applicable rate.

**Work on Scheduled Days Off**
Employees who work on scheduled days off will be compensated at their overtime rate of pay.

**Section 4. Shift Transfers**
Employees transferred from one shift to another, unless relieved from work at least a full shift as set forth herein, before starting their new shift, shall be paid the overtime rates for the first such shift worked. Employees transferred from one shift to another will not result in the employee earning less than 40 hours in a workweek.

However, if an employee working on the "first" or regular day shift is required to return to work on the third shift within the same twenty-four (24) hour workday period, they shall receive double time for the first such "third" shift worked. The twenty-four (24) hour workday period mentioned herein shall be the twenty-four (24) hour period commencing with the starting time of the day shift. No employee

shall be transferred from a regular assigned shift to another shift more than once a workweek except in an extreme emergency involving a shortage of workers.

**Section 5. Regular and Modified Day Shifts**

A. The regular day shift shall begin no earlier than 6:00 a.m. and shall be an eight and one-half (8½) hour period less thirty (30) minutes for unpaid meal period. The start or end of the day shift may also be modified by flex time with prior approval from management. Starting times and stopping times are subject to change if ferry schedules change. Pay for a full shift period shall be a sum equivalent to eight (8) times the regular hourly rate with no premium. The second and third shifts shall start on or within an hour of the preceding shifts, unless mutual agreement between the union and management.

B. To ensure that an adequate workforce is available at all times once flex time has been adopted, shop start time assignments will be approved by the Operations Manager or designee.

C. On a case-by-case basis, employees may request to adjust their start or end times to accommodate workload and personal needs. Approval for such adjustments must be made in advance through the Operations Manager. Employees requesting adjustments to their schedule will receive their regular rate of pay for their adjusted schedule.

This is to ensure that the crews are balanced and always have adequate supervision and personnel across start times, the Maintenance Manager has the authority to modify start times when a shop becomes unbalanced at any point.

**Section 6. Overtime Lunch Periods**

Employees working overtime shall receive a lunch period of thirty (30) minutes on the Employer's time after every four (4) hours if the overtime hours are annexed to a regular scheduled shift. An employee required to work during their regular lunch period shall receive the overtime rate for such lunch period and shall thereafter take a lunch on the Employer's time when practicable.

The regular second shift shall be an eight (8) hour period less thirty (30) minutes for meals on employee's time. Pay for a full second shift period shall be a sum equivalent to eight (8) times the regular hourly rates as set forth in Appendix A plus ten percent (10%).

The regular third shift shall be a seven and one-half (7½) hour period less thirty (30) minutes for meals on the employee's time. Pay for a full third shift period shall be a sum equivalent to eight (8) times the regular hourly rates as set forth in Appendix A plus fifteen percent (15%).

**Section 7. Callout Compensation**

If the Employer calls out an employee between regularly scheduled work shifts due to an emergency or unforeseen operational needs, the affected employee will be compensated as follows:

A. A Foreperson or acting Foreperson will receive a minimum of four (4) hours pay at the overtime rate of pay for a callout. The minimum hours of pay is in recognition of the Foreperson's or acting Foreperson's availability to complete work assignments, including, but not limited to, receiving and making phone calls to arrange work activities during their off duty hours.

This payment does not apply:

1. To any subsequent calls within the four (4) hour period (beginning when the initial call was received);

2. When a Foreperson or acting Foreperson is scheduled to work by management in advance or when a work schedule is extended on either end of a shift; or

3. When a Foreperson or acting Foreperson receives a callout within two (2) hours of their normal start time and only coordination over the phone is required. Instead, the Foreperson or acting Foreperson will receive the overtime rate of pay until the start of their regularly scheduled shift.

B. If circumstances require substantial Foreperson coordination that exceeds the four (4) hour minimum callout, additional time spent in support that is annexed (as provided below) to the callout will be compensated at a minimum of fifteen (15) minute increments, or actual time on the phone, whichever is greater. This provision also applies when the Foreperson or acting Foreperson is required to support additional callouts for separate emergencies that may occur during the same callout timeframe. The following callout and annexation period provisions apply to a callout being taken by a Foreperson or acting Foreperson:

1. Monday through Friday at 2:45 p.m., a callout and annexation period shall be from the time of the callout until a period not to exceed eight (8) hours in total, or the start of the next shift, whichever is shorter. One (1) or more subsequent calls for the same incident within a callout annexation period shall not constitute additional callouts.

2. If a callout occurs during the weekend or on a holiday, which commences at the end of a shift Friday (2:45 p.m.), or a day preceding a holiday, the callout and annexed period shall last from the time of callout for a total length of time of eight (8) hours, or the start of the next shift, whichever is shorter. One (1) or more

subsequent calls for the same incident within a callout annexation period shall not constitute additional callouts.

3. Any call for a new incident within an existing annexation period begins a new callout and ends that annexation period.

C. A Journeyperson and/or Leadperson will receive a minimum of four (4) hours pay at the overtime rate of pay for a callout. If required to work past four (4) hours, the employee will be compensated for the actual hours worked including travel. A Journeyperson and/or Leadperson will also receive a payment of three (3) hours pay at the basic salary, per occurrence, in addition to all other compensation due for hours worked.

This payment does not apply when a Journeyperson or Leadperson is scheduled to work by management in advance or when a work schedule is extended on either end of the shift, when an employee is on unapproved leave without pay, or when an employee is on administrative leave.

D. A Foreperson shall dispatch available shop personnel prior to accepting the job themselves. Management approval is required for self-dispatch.

**Section 8. Shift Minimum Hours**

Employees starting their regular shift or called and starting to work after the starting time of their regular shift shall receive not less than four (4) hours pay for the first half of the shift and, if required to continue on second half of shift, they shall receive pay for a full shift. This payment does not apply during after-hour or off-shift callouts.

Callouts after hours, on weekends, or on holidays do not constitute a shift.

**Section 9. Callout but not needed**

Employees required to report for work for a regularly scheduled shift and not needed shall receive four (4) hours straight time pay. Employees required to report for work on a weekend and not used shall receive four (4) hours at the overtime rate.

**Section 10. Separated Employee Pay**

Employees who voluntarily quit or are discharged for cause shall be paid only for actual hours worked.

**Section 11. Higher Rate of Pay**

Any employee already receiving a higher rate of pay than the minimum set forth in Appendix A for their classification shall suffer no reduction as a result of this Agreement, and nothing herein shall preclude the payment of a higher rate at the discretion of the Employer.

**Section 12. Post-Shift Scheduled or Callout Work Schedules**

A. In the situation where an employee who has completed the normal work shift and continues working is scheduled or later called back to work, other than the normal work shift, the following schedule shall apply with regard to reporting time the following day:

**6:15 a.m. Start**

| OFF CLOCK | NEXT REPORT |
|---|---|
| Before 7:15 p.m. | 6:15 a.m. |
| Between 7:16 p.m. and 12:15 a.m | Employees will be provided eleven (11) hours off before reporting for their next shift. |
| After 12:15 a.m. | 6:15 a.m. - Next day |

**1:15 p.m. Start**

| OFF CLOCK | NEXT REPORT |
|---|---|
| Before 2:15 a.m. | 1:15 p.m. |
| Between 2:16 a.m. and 7:15 a.m. | Employees will be provided eleven (11) hours off before reporting for their next shift. |
| After 7:15 a.m. | 1:15 p.m. - Next day |

**9:00 p.m. Start**

| OFF CLOCK | NEXT REPORT |
|---|---|
| Before 10:00 a.m. | 9:00 p.m. |
| Between 10:01 a.m. and 3:00 p.m. | Employees will be provided eleven (11) hours off before reporting for their next shift. |
| After 3:00 p.m. | 9:00 p.m. - Next day |

Section 12.A does not apply to General Foreperson, Foreperson, or acting Foreperson activities. Reporting times will be adjusted to compensate for flex time.

Reporting time changes reflected in this section are effective on the ratification date of the Agreement and are not retroactive.

Even though the employee is not required to report to work until the time specified above, the employee will be paid for a full eight (8) hours, or ten (10) hours if that is the employee's normal work schedule. Employees will need to submit the appropriate leave code in DOT.time to account for their workday.

All hours worked on the callout will be paid in accordance with the appropriate provisions of this Agreement and the applicable provisions of the WSF pay manual.

*After all work and travel is completed for work away from Eagle Harbor. Clock out time for work is at Eagle Harbor.

B. Section 12.A is not applicable to early start instances as defined below:

| Early Start Time | |
|---|---|
| 6:15 a.m. – 2:45 p.m. Shift | Applicable Standard |
| From 2:15 a.m. – 4:15 a.m.<br><br>(2-4 hour early start) | Four (4) hour minimum overtime (OT) and three (3) hour straight time (ST) call back (Pay code 55)<br><br>"Off-Clock" does not apply |
| From 4:16 a.m – 6:15 a.m.<br><br>(0-2 hour early start) | Unplanned early start:<br>1. OT until the employee's scheduled regular start time, or (at the employee's discretion),<br>2. Flex shift start time and end time<br><br>"Off-Clock" does not apply<br><br>Three (3) hour ST call back is not applicable |
| Work that started prior to 2:15 a.m. is covered by Section 12.A | **All unplanned early start must be approved by an Eagle Harbor Maintenance Manager |

**Section 13. Jury Duty**

An employee called for jury duty shall be paid the amount of the straight time earnings lost due to such service.

## ARTICLE 7
## HOLIDAYS

**Section 1.** The following days shall be paid holidays for all employees covered by this Agreement:

New Year's Day (January 1), Martin Luther King Jr. Day (third Monday in January), Presidents' Day (February 12), Washington's Birthday (third Monday in February), Memorial Day (last Monday in May), Juneteenth (June 19), Independence Day (July 4), Labor Day (first Monday in September), Indigenous Peoples Day (second Monday in October), Veterans' Day (November 11), Thanksgiving Day (fourth [4th] Thursday in November), Native American Heritage Day (the Friday following the fourth [4th] Thursday in November), Christmas Day (December 25) and an additional optional holiday to be selected by the employee.

Any additional days declared holidays by the state of Washington for Washington state employees shall be granted to the employees covered under this Agreement.

**Section 2.** Any of the above holidays falling during an employee's regular work week shall be given off with pay, and, if called back to work on such days, the employee shall receive two (2) hours pay for each hour worked as a result of the call back. If a holiday falls on a Saturday, the previous Friday shall be observed as the holiday; if a holiday falls on Sunday, the following Monday shall be observed as the holiday. For employees working a four (4) day, ten (10) hour shift, if a holiday falls on a nonscheduled day, the workday closest to the holiday shall be designated as a holiday.

**Section 3.** Full-time employees will be paid at straight time rate as noted in Appendix A for hours they are scheduled to work on that day even though they do not work provided: (a) the employee has been in the employ of the Employer for fifteen (15) calendar days, or in the case of the optional holiday for temporary employees, one thousand forty (1,040) cumulative hours within the contract year (July 1 - June 30); and (b) the employee has worked all of the hours required by the Employer on both the regular scheduled workday prior to and the regular scheduled work day following the applicable holiday.

Part-time employees who begin employment before and remain employed after the holiday will be compensated for the holiday in an amount proportionate to the time in pay status during the month to that required of full-time employment.

An employee will receive holiday pay without meeting the requirements of (b) above under the following conditions:

A. The employee's last day worked and the holiday(s) fall within the same pay period. Absence on the qualifying day or days is due to one of the following:

1. Bona fide non-industrial illness or injury covered by a doctor's certification;

2. Absence approved by the Employer; or

3. The employee has been laid off due to lack of work within ten (10) regular scheduled work days either before or after the holiday provided the employee is returning to work within ten (10) days of the holiday.

B. An employee absent from work because of an occupational injury or occupational illness who reports back to work when able to do so shall receive holiday pay for any holidays which occur in the first thirty (30) calendar days of such absence.

The optional holiday must be taken within the calendar year in which it is earned. Whenever possible, requests to use the optional holiday shall be made at least two (2) weeks in advance.

**Section 4.** Employees may designate their personal (optional) holiday leave as a supplemental benefit while receiving a partial wage replacement for paid family and/or medical leave under the Washington State Paid Family and Medical Leave Insurance Program, Title 50A RCW. The employer may require verification that the employee has been approved to receive benefits for paid family and/or medical leave under Title 50A RCW before approving personal holiday leave as a supplemental benefit.

## ARTICLE 8
## VACATION

**Section 1.** Each year, each employee with a minimum of one thousand forty (1,040) cumulative hours of employment shall receive eight (8) hours of paid vacation leave for each one hundred seventy-three (173) hours of completed employment up to and including ninety-six (96) hours. Additional bonus days of vacation leave will be credited for satisfactorily completing the first two (2), three (3), four (4), five (5), seven (7), ten (10), sixteen (16), twenty (20) and twenty-five (25) years of continuous employment respectively. For full-time employees who have been in pay status for eighty (80) non-overtime hours in a calendar month, the Vacation Leave Accrual Rate Schedule shall be in accordance with the above, and will be credited on the following basis:

| SERVICE | VACATION CREDIT |
|---|---|
| 1,040 hours | 48 hours |
| 1,213 hours | 56 hours |
| 1,386 hours | 64 hours |
| 1,560 hours | 72 hours |
| 1,733 hours | 80 hours |
| 1,907 hours | 88 hours |
| 2,080 hours | 96 hours |
| 2 years | 104 hours |
| 3 years | 120 hours |
| 4 years | 136 hours |
| 5 years | 160 hours |
| 7 years | 168 hours |

| | |
|---|---|
| Nine (9) years and over | 176 hours |
| Eleven (11) years and over | 184 hours |
| Thirteen (13) years and over | 192 hours |
| Fourteen (14) years and over | 200 hours |
| Sixteen (16) years and over | 208 hours |
| Eighteen (18) years and over | 224 hours |
| Twenty (20) years and over | 232 hours |
| Twenty-two (22) years and over | 240 hours |
| Twenty-four (24) years and over | 248 hours |
| Twenty-six (26) years and over | 256 hours |
| Twenty-eight (28) years and over | 264 hours |
| Thirty (30) years and over | 272 hours |

**Section 2.** Vacation leave is accumulative to a total of three hundred twenty (320) hours, after which time, if not taken, it shall lapse month by month. Any employee eligible for retirement who has accumulated more than two hundred forty (240) hours vacation leave shall take all accumulated leave over two hundred forty (240) hours prior to starting the employee's retirement. The intent and purpose of this Section is that no trades employee may retire with more than two hundred forty (240) hours accumulated leave credits upon retirement.

Vacation leave accrual for part-time employees will be proportionate to the number of hours the part-time employee is in pay status during the month to that required for full-time employment.

**Section 3.** Vacation leave is accumulative to a total of three hundred twenty (320) hours, after which time, if not taken, it shall lapse month by month. At no time can an employee have more than three hundred twenty (320) hours to their credit.

**Section 4.** An employee's vacation anniversary date shall be based on the date they commence employment with the Employer.

**Section 5.** Vacation leave is not available to an employee unless the employee has served six (6) continuous months of employment.

A re-employed or reinstated employee also must have six (6) months of continuous employment before being entitled to use vacation leave.

Leave credits accumulated are canceled automatically on separation after a period of continuous employment of less than six (6) months.

**Section 6.** All accumulated annual leave shall be paid when an employee separates for any reason after six (6) months of continuous employment, provided seven (7) days' notice has been given by the employee who quits.

**Section 7.** Vacation pay shall be computed on the basis of the straight time rate in effect at the time the vacation is taken.

**Section 8.** Whenever possible, vacations will be scheduled for the mutual convenience of the Employer and employee. An employee's request for vacation time off shall be submitted to the employee's Foreperson in writing. At the time the employee submits a vacation time off request, the employee must have or will have accrued the leave to cover the vacation time off as requested. Whenever possible, requests for vacation time shall be made at least two (2) weeks in advance. Vacation or personal holiday leave requests that create an inability to honor work or training commitments and/or would unreasonably impact personnel may be denied. The Foreperson in an area must report quarterly who will be on vacation and when. Leave of absence without pay for short periods may be granted at the discretion of the Employer. Such requests shall be made in advance. Requests for leave without pay for extended periods shall be considered subject to established WSF policies.

**Section 9.** Holidays shall not be considered when computing vacation time off. When one of the holidays specified in Article 7, Holidays, occurs during an employee's vacation period, they shall receive an additional day of vacation.

**Section 10.** Vacation credits as set out in Section 1 shall be pro-rated and credited on a monthly basis.

**Section 11.** Employees may designate vacation leave as a supplemental benefit while receiving a partial wage replacement for the paid family and/or medical leave under the Washington State Paid Family and Medical Leave Insurance Program, Title 50A RCW. The employer may require verification that the employee has been approved to receive benefits for paid family and /or medical leave under Title 50A RCW before approving vacation leave as a supplemental benefit.

## ARTICLE 9

**Article intentionally left vacant.*

# ARTICLE 10
# APPRENTICESHIP, TRAINING PROGRAM AND NEW TECHNOLOGIES

**A. Apprenticeship Program**

**Section 1. Apprenticeship Program**

"Apprenticeship Program" (Program) in this Agreement means a Program approved by the Washington State Apprenticeship and Training Council that is registered with the Apprenticeship Section of Specialty Compliance Services Division of the Washington State Department of Labor and Industries.

**Section 2. Apprentice**

"Apprentice" in this Agreement means an employee that is indentured to an approved Program and shall be subject to the Standards of Apprenticeship of the Program. An Apprentice shall be subject to the terms and conditions of this Agreement between the WSF and the Union. An Apprentice does not have the required number of hours of practical experience and training and has not passed the required evaluation necessary to be a Journeyperson in their respective trade/classification.

**Section 3. Regular Apprentices**

When the WSF desires to hire an Apprentice as a regular employee, the WSF shall make their selection from the Unions list of indentured Apprentices. The hiring of additional Apprentices in the same trade shall be done consistent with Article 4, Hiring of New Employees.

**Section 4. Temporary Apprentices**

When the WSF desires to hire a temporary Apprentice, the WSF shall place a work call to the Union and specify either a low-time or a high-time Apprentice. A low-time Apprentice has completed fifty percent (50%) or less of their training and a high-time Apprentice has completed more than fifty percent (50%) of their training.

The WSF retains all rights in determining the staffing needs of each classification and the hiring of Apprentices shall be at WSF sole discretion.

**Section 5. Contributions**

A Letter of Agreement will be executed with the Program in which a Journeyperson is employed. The WSF shall contribute fifteen cents ($0.15) for each compensable straight-time hour worked by a Journeyperson at Eagle Harbor, to the Program.

In no event will hourly contributions exceed two thousand eighty (2,080) hours for each Journeyperson employed during a calendar year.

**Section 6. Ratio of Apprentices to Journeyperson**

The WSF may employ Apprentices at the following ratio within each trade/classification:

One (1) Apprentice for the first Journeyperson employed, 1:1.

Thereafter one (1) Apprentice for each two (2) Journeyperson employed, 1:2.

**Section 7. Section Apprentice Work**

The Apprentice shall at all times be under the direction of a Journeyperson of the same classification in which the work is being performed. An Apprentice shall not work alone inconsistent with the appropriate Unions Standards of Apprenticeship. An Apprentice, who is working with a Journeyperson on a particular project, shall not be considered to be working alone, provided the Journeyperson is responsible for the Apprentice's work, actively directs the Apprentice and performs inspections as required. The Apprentice shall not work alone in a remote location or where other Journeypersons are not readily available.

A Journeyperson who directs an Apprentice does not qualify for Foreperson or Leadperson pay by that action alone. The WSF may initially employ an Apprentice at a level other than the entry level, however, at no time after initial employment shall an Apprentice's hours be waived for purposes of advancement to Journeyperson.

**B. Training Program**

**Section 1. Hours of Work:**

When attending a training program, the hours of work will be the scheduled class hours. The workday will consist of eight (8) hours exclusive of any meal period. Overtime will not be paid unless the training class extends beyond eight (8) hours. In no event shall an employee be compensated for less than a full day when attending such training.

Employees who are on alternate work schedules shall convert to a normal five (5) day eight (8) hour work week during the weeks that they have training.

**Section 2. Training Pay, Travel, Room and Board**

Employees shall be compensated at the proper rate of pay for hours spent at training or schooling that is approved in advance by WSF. Transportation, room and board (when required) that is approved in advance by WSF and is in accordance with applicable state policy shall be paid by WSF. Mileage will be paid, where applicable, at the rate allowed by applicable state policy for use of private automobiles.

A. Travel time for non-mandatory training shall be compensated at the straight time rate of pay.

B. Travel time for mandatory training shall be paid in accordance with Article 16, Travel Time and Out-of-Yard Work, hereof.

**Section 3. Employee-Requested Training**

Any employee who successfully completes a training course related to the employee's job, which has previously been approved by the Employer prior to enrollment, shall be reimbursed by the Employer for the total cost of tuition and books required, provided the employee receives a passing grade.

**C. New Technologies and Training**

**Section 1.** The Employer agrees that as new technologies that affect and impact the craft are introduced into the industry that bargaining unit employees will be educated and trained in the new technologies considered to be part of the work of the appropriate trades when introduced to the Washington State Ferry System. New Technology shall be understood to include any proposed introduction of the following:

A. Any non-proprietary computer controlled machinery.

B. Any new processes such as machining, repair methods, installations, removals or new techniques or methods within the industry.

C. Type of systems whether they are propulsion, or ships back-up systems or any system within the vessels, docks, terminals, or any other work place within the bargaining unit's area of exclusive jurisdiction.

D. New methods and/or materials used for enhancement of the vessels, docks, and terminals.

E. Any other technological innovations which would substantially affect jobs or job content which would be considered within the exclusive scope of the bargaining unit.

F. The parties agree this section is not subject to the grievance procedure.

## ARTICLE 11
## LOCKOUTS, STRIKES AND SLOWDOWNS PROHIBITED

**Section 1.** Pursuant to RCW 47.64.140, there shall be no strikes, work stoppages and lockouts at any time. Rather, any dispute arising between the parties will be resolved according to the provisions contained with the CBA and/or RCW 47.64.

## ARTICLE 12
## GRIEVANCE PROCEDURE

**Section 1.** The Union and the Employer encourage problem resolution between employees and management and are committed to assisting in resolution of disputes as soon as possible. In the event a dispute is not resolved in an informal manner, this Article provides a formal process for problem resolution.

**Section 2.** **Terms and Requirements:**

A. Grievance Definition

A grievance is an allegation by an employee or a group of employees that there has been a violation, misapplication, or misinterpretation of this Agreement, which occurred during the term of this Agreement. The term "grievant" as used in this Article includes the term "grievants."

B. Filing a Grievance

Grievances may be filed by the Union on behalf of an employee or on behalf of a group of employees. If the Union does so, it will set forth the name of the employee or the names of the group of employees.

C. Computation of Time

The parties acknowledge that time limits are important to judicious processing and resolution of grievances. Days are calendar days, and will be counted by excluding the first day and including the last day of timelines. When the last day falls on a Saturday, Sunday or holiday, the last day will be the next day which is not a Saturday, Sunday or holiday. Transmittal of grievances, appeals and responses will be in writing, and timelines will apply to the date of receipt, not the date of postmarking.

D. Failure to Meet Timelines

Failure by the Union to comply with the initial thirty (30) day deadline contained in Section 3A below will result in the automatic withdrawal of the grievance. Failure by the Employer to comply with the timelines will entitle the Union to move the grievance to the next step of the procedure. In the case of a dispute over the timeliness of a grievance, such issue may be brought forth to an arbitrator for their determination.

E. Contents

The written grievance should include the following information:

1. A statement of the pertinent facts surrounding the nature of the grievance;
2. The date the incident occurred;
3. The specific Article and/or section of the Agreement violated;
4. The specific remedy requested;
5. The name of the grievant or a description of the group; and
6. The name and signature of the Union representative.

F. Modifications

No newly alleged violations and/or remedies may be made after the initial written grievance is filed, except by written mutual agreement.

G. Resolution

If the Employer provides the requested remedy or a mutually agreed upon alternative, the grievance will be considered resolved and may not be moved to the next step.

H. Withdrawal
A grievance may be withdrawn at any time.

I. Resubmission
If terminated, resolved, or withdrawn, the same grievance cannot be re-submitted.

J. Consolidation
The Employer or the Union may consolidate grievances arising out of the same set of facts.

K. Bypass
Any of the steps in this procedure may be bypassed with mutual written consent of the parties involved at the time the bypass is sought.

L. Discipline
Disciplinary grievances will be initiated at the level at which the disputed action was taken. The Employer may discipline any employee with just and sufficient cause up to and including termination.

M. Alternative Resolution Methods
Any time during the grievance process, by mutual consent, the parties may use alternative methods to resolve a non-disciplinary grievance. If the parties agree to use alternative methods, the time frames in this Article are suspended. If the selected alternative method does not result in a resolution, the Union may return to the grievance process and the time frames resume. Any expenses and fees of alternative methods will be shared equally by the parties.

**Section 3. Filing and Processing:**

A. Filing
A grievance must be filed within thirty (30) days of the occurrence giving rise to the grievance or the date the grievant knew or could reasonably have known of the occurrence. This thirty (30) day period may be used to attempt to informally resolve the dispute.

B. Processing
**Step 1 – Director of Vessels or Designee**
If the issue is not resolved informally, the Union may present a written grievance to the Director of Vessels or the Director's designee with a copy to the WSF Labor Relations Office at laborrelations@wsdot.wa.gov within the thirty (30) day period described above. The Director of Vessels or the Director's designee will meet or confer by telephone with a union steward and/or staff representative and the

grievant within fifteen (15) days of receipt of the grievance, and will respond in writing to the Union within ten (10) days after the meeting.

**Step 2 – Ferries Division Assistant Secretary or Designee**
If the grievance is not resolved at Step 1, the Union may request a Step 2 meeting by filing it with the Ferries Division Assistant Secretary or designee, with a copy to the WSF Labor Relations Office at laborrelations@wsdot.wa.gov, within fifteen (15) days of the Union's receipt of the Step 1 decision. The Ferries Division Assistant Secretary or designee will meet or confer by telephone with a union steward and/or staff representative and the grievant within fifteen (15) days of receipt of the appeal, and will respond in writing to the Union within ten (10) days after the meeting.

**Step 3 – Pre-Arbitration Review Meetings (PARM)**
If the grievance is not resolved at Step 2, the Union may request a PARM by filing the written grievance including a copy of all previous responses and supporting documentation with the OFM State Human Resources Labor Relations & Compensation Policy Section (LR&CP) at labor.relations@ofm.wa.gov with a copy to the agency's Human Resource Office within fifteen (15) days of the Union's receipt of the Step 2 decision. Within fifteen (15) days of the receipt of all the required information, the LR&CP representative or designee will discuss with the Union:

1. If a PARM will be scheduled with the LR&CP representative or designee, an agency representative, and the Union's staff representative shall review and attempt to settle the dispute.

2. If the parties are unable to reach agreement to conduct a meeting, the LR&CP representative or designee will notify the Union in writing that no PARM will be scheduled.

Within fifteen (15) days of receipt of the request, a PARM will be scheduled. The meeting will be conducted at a mutually agreeable time. The LR&CP will notify the Union, in writing, of the meeting results within ten (10) days of the conclusion of the PARM.

**Step 4 – Arbitration**
If the grievance is not resolved at Step 3, or the LR&CP representative or designee notifies the Union in writing that no PARM will be scheduled, the Union may file a request for arbitration. The demand to arbitrate the dispute must be filed with the Federal Mediation and Conciliation Service (FMCS) within fifteen (15) days of the PARM or the receipt of the notice that no PARM will be scheduled. A copy of the demand to arbitrate the dispute will be provided to the LR&CP and WSF Labor Relations contemporaneous to filing a demand to arbitrate the dispute with FMCS. However, by mutual agreement, the parties may instead refer the dispute to the Public Employment Relations Commission (PERC) for final resolution.

C. Selecting an Arbitrator
The parties will select an arbitrator by mutual agreement or by alternately striking names supplied by the FMCS (limited to seven [7] names).

D. Authority of the Arbitrator
1. The arbitrator will:
   a. Have no authority to rule contrary to, add to, subtract from, or modify any of the provisions of this Agreement;

   b. Be limited in their decision to the grievance issue(s) set forth in the original written grievance, unless the parties agree to modify it;

   c. Not make any award that provides an employee with compensation greater than would have resulted had there been no violation of this Agreement; and

   d. Not have the authority to order the Employer to modify their staffing levels or to direct staff to work overtime.

2. The arbitrator will hear arguments on and decide issues of arbitrability before the first day of arbitration, at a time convenient for the parties immediately prior to hearing the case on its merits, or as part of the entire hearing and decision-making process. If the issue of arbitrability is argued prior to the first day of arbitration, it may be argued in writing or by telephone, at the discretion of the arbitrator. Although the decision may be made orally, it will be put in writing and provided to the parties.

3. The decision of the arbitrator will be final and binding upon the Union, the Employer and the grievant.

E. Arbitration Costs
1. The expenses and fees of the arbitrator, and the cost (if any) of the hearing room, will be shared equally by the parties.

2. If the arbitration hearing is postponed or canceled at the request of one (1) party, that party will bear the cost of the postponement or cancellation. The costs of any mutually agreed upon postponements or cancellations will be shared equally by the parties.

3. If either party desires a record of the arbitration, a court reporter may be used. If that party purchases a transcript, a copy will be provided to the arbitrator free of charge. If the other party desires a copy of the transcript, it will pay for half of the costs of the fee for the court reporter, the original transcript and a copy.

4. Each party is responsible for the costs of its representatives, witnesses, attorneys, and all other costs related to the development and presentation of their case. Every effort will be made to avoid the presentation of repetitive

witnesses. The Union is responsible for paying any travel or per diem expenses for its witnesses, the grievant, and the Union representative.

F. Tracking of Monetary Disbursements, Grievance/Arbitration Settlements and Awards

1. At the time a disbursement is authorized as a result of a grievance settlement or as a result of an arbitration award, the Employer will notify the Union and the Manager of the Eagle Harbor facility of the authorization, including the name of the individual employee(s) authorized to receive the payment, the grievance number, if applicable, and the amount of disbursement. A copy of this notification will be forwarded to the WSF Payroll Office as the basis for authorizing the disbursement of funds.

2. At the time the disbursement is made, WSF will confirm in writing to the employee and to the Union the amount, date of payment, and grievance/arbitration identification number.

G. Successor Clause

Grievances filed under the 2025-2027 Agreement will be processed to completion in accordance with the provisions of the 2025-2027 Agreement.

## ARTICLE 13
## ASSIGNMENT OF WORK

The Staff Chief Engineer has the authority to assign to their crew any job function they desire when the vessels are in normal operations.

While vessels are in operational status, Eagle Harbor craft personnel are only invited aboard vessels to perform work at the Staff Chief Engineer's request and are required to report to the Watch Officers prior to performing any work requisitions.

While vessels are in normal lay-up status at the Eagle Harbor Facility and/or while a vessel is in normal lay-up at any other terminal for purposes other than the vessels' operational tie-up, all work requisitions submitted by the Staff Chief Engineer will be performed by craft personnel. This is not intended to allow Staff Chief Engineers, during normal lay-up status, to withhold work requisitions to enable vessel crew members to perform rehabilitation work normally done by craft employees.

## ARTICLE 14
## SHOP STEWARDS - MEETINGS AND RELATED MATTERS

**Section 1.** It is recognized by the Employer that shop stewards are desirable for the proper administration of the terms of this Agreement. The Employer also recognizes that it is desirable that the person designated as steward shall receive their fair share of the work that they are qualified to perform. In no event shall the Employer discriminate against a steward in the manner of layoffs or rehires or discharge them on account of the proper performance of their duties. There may be designated by

the Union one (1) shop steward who shall be the last laid off in the event a layoff is required, provided the shop steward has the skills to perform the work available. Twenty-four (24) hours advance notice will be given to the steward if they are to be laid off.

A Union steward will be allowed to investigate grievances during their normal work day provided no necessary required work is interrupted by the steward's absence, and the steward's supervisor has given the steward prior approval to engage in such activity. Such prior approval shall not unreasonably be withheld.

**Section 2.** The Employer will not discriminate in any way against a shop steward for presenting a complaint, dispute or grievance to the Employer in the manner provided for in this Agreement. The full grievance procedure as set forth in this Agreement shall be available to the Union if it feels that its shop steward(s) have been discriminated against in the administration of their duties and responsibilities as a shop steward(s).

## ARTICLE 15
## PAY DAY

**Section 1.** All employees will be paid pursuant to WAC 82-50-021 as now in effect or hereinafter amended by the OFM.

**Section 2.** In case an employee is laid off or discharged by the Employer, they shall receive their pay in compliance with state law.

## ARTICLE 16
## TRAVEL TIME AND OUT-OF-YARD WORK

**Section 1.** When employees are required to travel to and from work locations other than Eagle Harbor during their regular shift hours, they shall receive the regular straight-time hourly rate as specified in Appendix A. The Employer shall provide a state-owned vehicle, when available. Employees may use a privately-owned vehicle if in accordance with applicable state policy.

**Section 2.** The employee may transport tools and small equipment not to exceed seventy-five (75) pounds.

**Section 3.** Employees required to travel to and from work locations other than Eagle Harbor when outside of their regular shift hours and on Saturday, Sunday, or holidays shall receive the established overtime rate as defined in Article 6, Hours of Work and Rates of Pay, hereof.

**Section 4.** Employees required to be in travel status beyond their normal shift in order to complete work assignments located away from the WSF maintenance facility shall be entitled to state per diem allowance in accordance with applicable state travel policy.

**Section 5.** When an employee is required to travel from home to and from an assigned work location other than the maintenance facility during the normal work week:

A. Employees who reside on the East side of Puget Sound will be paid for travel time and mileage either from their residence to the assigned work location, or from Pier 52, Seattle, to the assigned work location, whichever is the lesser distance.

B. Employees who reside on the West side of Puget Sound will be paid for travel time and mileage either from their residence to the assigned work location, or from Eagle Harbor to the assigned work location, whichever is the lesser distance.

When such travel is required on Saturday, Sunday, or a holiday, employees will be paid for actual travel time and mileage from their homes directly to the assigned work location.

## ARTICLE 17
## SICK LEAVE

**Section 1.** Full-time employees shall receive one (1) day (eight [8] hours) of sick leave credit for each completed month of service, provided the employee has been in pay status for eighty (80) non-overtime hours in a calendar month. Full-time employees who are in pay status for less than eighty (80) non-overtime hours in a calendar month, part-time, and temporary employees in an overtime eligible position will accrue sick leave in an amount proportionate to the number of hours the employee is in pay status in the month, up to a maximum of eight (8) hours in a month. Sick leave is accumulative.

**Section 2.** Sick leave credits may be used as soon as granted. Sick leave shall not be used except for the purposes expressed in Sections 5, 6 and 7 of this Article.

**Section 3.** Each employee's sick leave credit days are canceled automatically upon the employee’s termination of service. Terminating employees do not receive sick leave credit for the month in which they terminate unless they are in pay status for at least forty (40) non-overtime hours in the month.

Accumulated sick leave credit days follow the employee if the employee is transferred to another State of Washington department.

**Section 4.** At the employee’s option, annual leave may be used in lieu of sick leave, but sick leave may not be used as annual leave.

**Section 5.** Sick leave may be claimed from the accumulated days of credit for any employee for illness or injury which incapacitates the employee to the extent that they are unable to perform their work.

Sick leave may be claimed for reasons allowed under the Minimum Wage Requirements Act and Labor Standards Act, RCW 49.46.210.

**Section 6.** Sick leave use for bereavement is limited to five (5) days or more, if approved by the Employer. This applies to the list approved in Article 18, Section 13, as well as the list below. A relative is defined as: aunt, uncle, niece, nephew, sibling-in-law, first cousin, and corresponding relatives of the employees spouse or registered domestic partner.

**Section 7.** When an employee's place of business has been closed by order of public official for any health-related reasons, or when an employee's child's school or place of care has been closed for such a reason or after the declaration of an emergency by a local or state government or agency, or by the federal government. Health-related reason defined in WAC 296-128-600 (8), means a serious public health concern that could result in bodily injury or exposure to an infectious agent, biological toxin, or hazardous material. Health-related reason does not include closure for inclement weather.

**Section 8.** An employee must promptly notify their supervisor on the first day of sick leave and each day after, unless there is mutual agreement to do otherwise. All claims for sick leave must be submitted using WSDOT Time and Attendance System – DOTtime, or on forms otherwise indicated by the Employer if the DOTtime system in not utilized for the employee's assigned work unit.

**Section 9.** No payment of wages chargeable to sick leave credits will be made until the claim has been properly submitted and received in the general offices, except that the claims for sick leave may be prepared for an employee by supervisory employees in the general offices when the employee is incapacitated to the extent that they cannot submit the claim themselves.

**Section 10.** In accordance with RCW 49.46.210 and for claims of more than five (5) consecutive working days, the employee must secure a verifying statement from their doctor to support their claim. This statement must be presented to the Employer prior to the employee's return to work.

**Section 11.** A verifying statement from the employee's doctor may be requested by the Employer, at its option, to support sick leave claims for five (5) days or less.

**Section 12.** No sick leave claims will be honored for time loss for which the employee is receiving State of Washington Industrial Insurance time-loss payments (Workers' Compensation).

**Section 13.** All accumulated sick leave may be restored when a previously separated employee is re-employed on a permanent basis within five (5) years of leaving state service (WAC 357-31-160). It also may be transferred between state departments.

**Section 14. Sick Leave Cash Out**

A. Sick Leave Annual Cash Out

Each January, employees are eligible to receive cash on a one (1) for four (4) hours basis for ninety-six (96) hours or less of their accrued leave, if:

1. Their sick leave balance at the end of the previous calendar year exceeds four hundred and eighty (480) hours;

2. The converted sick leave hours do not reduce their previous calendar year sick leave balance below four hundred and eighty (480) hours; and

3. They notify their payroll office by January 31st that they would like to convert their sick leave hours earned during the previous calendar year, minus any sick leave used during that previous year, to cash.

All converted hours will be deducted from the employee's sick leave balance.

B. Sick Leave Cash Out For Retirement or Death:

At the time of retirement from state service or at death, an eligible employee or the employee's estate will receive cash for their total sick leave balance on a one (1) hour for four (4) hour basis. For the purposes of this Section, retirement will not include "vested out of service" employees who leave funds on deposit with the retirement system.

C. If, at any time during the term of this Agreement, the Legislature of this state should pass any legislation which would allow any group of state employees to cash out or otherwise receive compensation for accumulated sick leave upon retirement, said legislative provisions shall immediately become a part of this Agreement and shall be fully applicable to all employees covered by this Agreement.

**Section 15.** Employees may designate sick leave as a supplemental benefit while receiving a partial wage replacement for paid family and/or medical leave under the Washington State Paid Family and Medical leave Insurance Program, Title 50A RCW. The employer may require verification that the employee has been approved to receive benefits for paid family and/or medical leave under Title 50A RCW before approving sick leave as a supplemental benefit.

## ARTICLE 18
## LEAVES OF ABSENCE

**Section 1. Employment Status**

Employees are expected to report ready to work at the beginning of their scheduled work shift, to work their scheduled hours, and to have regular work attendance.

Except as provided in this Article, the rules and procedures for scheduled and unscheduled absences and protected leave benefits such as Family Medical Leave, Family Care Act, Paid Family Medical Leave and Military Leave, shall follow the WSDOT Human Resource Desk Manual, Chapter 8, Leave.

Failure to adhere to the provisions of this chapter may be regarded as an unauthorized absence, which shall be treated as an absence without pay and subject to progressive discipline as set forth in Article 34, Discipline.

**Section 2. Return from Leave**

Employees who have been on an approved leave of absence shall return to work on the date specified on the leave request. An employee on leave of absence (paid or unpaid) who fails to report to work at the end of such leave, or fails to obtain a written extension before the leave expiration date and does not report to work, is absent without an approved leave and subject to the rule outlined in Section 2, unless the failure was unavoidable due to injury or illness, which must be documented in writing and certified by a physician as soon as possible in order to be considered for return to work.

**Section 3. No Accrual**

An employee on a leave of absence without pay or by reason of an industrial injury/illness will continue to accrue seniority only for the purposes of layoff and recall during such leave. During such leave, vacation and sick leave shall not be accrued.

**Section 4. No Conversion**

Leaves approved as compensated leaves shall remain so and shall not be converted to leave without pay.

**Section 5. Bereavement Leave**

A. An employee is entitled to three (3) days of paid bereavement leave if their family member (identified below) or household member dies or for loss of pregnancy. An employee may request less than three (3) days of bereavement.

For the purposes of this section family members include: parent, parent-in-law, sibling, spouse, and registered domestic partner as defined by RCW 26.60.020 and RCW 26.60.030, grandparent, grandchild, child or a child for whom the employee stands in loco parentis, is a legal guardian or is de facto parent, regardless of the age or dependency status.

Household members: Persons who reside in the same home who have reciprocal duties to and do provide financial support for one another. The term does not include persons sharing the same house when the living style is primarily that of a dormitory or commune.

For loss of pregnancy, a qualifying pregnancy is defined as the pregnancy of the employee or employee’s spouse or partner, including surrogacy or

adoption, where the employee or the employee's spouse or partner would have been the parent.

B. The employer may require verification of the family member's or household member's death.

C. In addition to paid bereavement leave, the employer may approve an employee's request for the use of compensatory time, sick leave, vacation leave or leave without pay for the purposes of bereavement and in accordance with this agreement.

**Section 6. PFML Insurance Program Premiums**
The Employer will deduct premium amounts from the wages of each employee in accordance with RCW 50A. The employer will not pay any portion of the employee's share of the premium for family leave or medical leave benefits, or both.

**Section 7.** The employee may use sick leave, personal (optional) holiday, compensatory time, personal leave day, or vacation leave as a supplemental benefit while receiving a partial wage replacement for paid family and/or medical leave under the Washington State Paid Family and Medical Leave Insurance Program, Title 50A RCW. The employer may require verification that the employee has been approved to receive benefits for paid family and/or medical leave under Title 50A RCW before approving leave as a supplemental benefit.

**Section 8.** Annual leave will be in accordance with the terms of the Collective Bargaining Agreement.

**Section 9. Military Leave of Absence**
A military leave of absence will be granted as required by Federal law and regulations applying thereto. An Employee's right to return to employment, seniority, and benefits shall be governed by and limited to the protection afforded in the Uniformed Services Employment and Reemployment Rights Act (USERRA) and RCW 38.40.060. Military leave for public employees, as currently in effect or as hereafter amended.

A. An Employee participating in Reserve or National Guard training is required to give WSF notice and is encouraged to submit written notification indicating the inclusive dates of anticipated duty accompanied by military orders, as early as possible. For request for military leave in support of active duty for training, military orders should accompany the request at the earliest possible date. (Orders do not have to be in hand prior to the beginning of the active duty tour.) All requests for military leave should be submitted to the Operations Manager in writing.

B. Employees should attempt to bid for schedules that do not conflict with their Reserve or National Guard obligations. However, if a conflict occurs the Employee must notify their Operations Manager as soon as the conflict is

known to exist. Alterations to the Employee's bid will be made if necessary to ensure that they can comply with the military orders.

For workdays lost, the Employee may elect to take compensatory time or accrued vacation leave to prevent loss of pay.

C. In addition to inactive duty for training (monthly meetings) and active-duty for training, occasionally, Reservist and Guard members are called to extended active duty, either voluntarily or involuntarily. For extended military leave, an employee's right to return to employment, their seniority, service credit and benefits will be governed by and limited to the protection afforded in the USERRA and the U.S. Department of Labor's Re-employment Rights for Veterans. These rights are a matter of law, not policy.

## ARTICLE 19
## SAFETY, SANITATION, VENTILATION AND PHYSICAL EXAMINATION

**Section 1.** It is the duty of every employer to protect the health and safety of employees by establishing and maintaining a healthy and safe work environment and by requiring all employees to comply with health and safety measures.

**Section 2.** The Employer will exert every reasonable effort to provide and maintain safe working conditions and the Union will cooperate to that end and encourage their members to work in a safe manner. To that end, a Safety Committee shall be established to be composed of a minimum of two (2) representatives designated by the Employer and two (2) representatives designated by the Union representing Journeyperson craft positions at Eagle Harbor, which Committee shall assist, make recommendations to, and cooperate with the Employer. The employees designated for this Committee shall be employees who have knowledge of the practices of the facility and who have worked for the Employer a minimum of one (1) year. The functions of such Committee shall be advisory only. This Committee should meet once a month with minutes of the meeting prepared by Management and a copy thereof furnished to the Union.

**Section 3.** All staging, walks, ladders, gangplanks, and safety appliances shall be constructed in a safe and proper manner by competent mechanics.

**Section 4.** The Employer shall provide covered transportation with sufficient seating accommodations for employees to be transported to and from jobs away from the yard or shop. No material or equipment not safely secured shall be transported in the same compartment of the truck with employees.

**Section 5.** The Employer shall furnish suitable guards around welders for the protection of workers' eyes.

**Section 6.** The Employer shall furnish hard hats and employees shall be required to wear same.

**Section 7** Prompt ambulance service and first-aid to injured workers shall be provided on all shifts, and all employees shall be responsible for the proper enforcement of safety rules. All first-aid personnel shall be identified, and signs indicating location of first aid stations shall be posted.

**Section 8.** An employee suffering an industrial injury who is advised not to resume work by a nurse, first aid attendant, or physician to whom they have been referred by the Employer shall be paid their regular straight time pay to the end of the shift on which the injury occurred. If an injured employee reports such injury immediately following its occurrence to the nurse, first-aid attendant, or physician designated and after reporting for work on the following day is advised by the nurse, first-aid attendant, or physician designated by the Employer not to continue work because of said injury, they shall be paid to the end of said shift.

**Section 9.** The Employer shall notify the Union not later than the end of the next regular working day of any lost-time accidents to any of its members that necessitated confinement in any hospital or clinic, providing the Employer has knowledge of such confinement.

**Section 10.** Suitable lockers, washrooms and drinking water shall be furnished by the Employer.

**Section 11.** All toilets and washrooms shall be kept in a clean and sanitary condition, properly heated and ventilated, and adequate quarters with heat and hot water shall be provided for persons to change and dry their clothes. Lunch areas with benches and tables shall be provided and shall be separate from toilet facilities.

**Section 12.** Where workers are assigned to work in confined spaces as described in the U.S. Bureau of Labor Safety and Health Regulations for ship repairing and/or ship building as published by the Bureau of Labor Standards, frequent checks for the employee's safety shall be made.

**Section 13.** There shall be no doctor's physical examination nor age limit, except as required by law. Unless required by law, no employee shall be compelled to pay hospital or insurance fees in the course of employment or as a condition to secure employment.

**Section 14.** The Employer agrees to reimburse employees up to two hundred dollars ($200.00) maximum per calendar year for industrial work clothing. The wrong selection of size, style, and/or color will not be subject to or reason for additional reimbursement. Employees will provide legible proof of a purchase receipt(s) from the vendor to the Employer in order to be reimbursed. As an alternative, employees may order two (2) pair of coveralls per calendar year from the Washington State Correctional Industries organization.

**Section 15.** All current and new employees shall be annually fit tested for a respirator mask in accordance with required governmental regulations which require employees be

clean shaven in the sealing surface area of the face in order to get a proper fit of the respirator mask. Prior to being fit tested, all employees are required to complete a medical questionnaire from a Professional Licensed Health Care Provider (PLHCP) designated by management. An employee must complete all questions as applicable in the questionnaire each time they submit a medical questionnaire. The information on the questionnaire is confidential and subject to all protections provided by state and federal laws. Management will attempt to arrange for the governmental required annual fit test to occur between June through July of each year. After the fit test, current employees may re-grow a beard or other facial hair on the condition that if an employee is required by the employer to work in an environment which requires a respirator mask the employee shall shave to obtain the proper fit for the respirator mask. Management will attempt to advise employees twenty-four (24) hours in advance of the need for donning the respirator mask.

**Section 16** During the term of this Agreement, the Employer agrees to reimburse employees up to two-hundred dollars ($200.00) for the purchase of soft-toed safety shoes or, at the employee's option, up to two hundred dollars ($200.00) for the purchase of safety-toe footwear with either a steel or composite safety-toe and in accordance with applicable WSDOT and/or WSF policy. The Employer recommends wearing safety-toe footwear for employees when they are working.

**Section 17** The Employer agrees to reimburse employees for TWIC renewal costs.

## ARTICLE 20
## UNION REPRESENTATIVES - MEETINGS AND RELATED MATTERS

**A. Union Representatives**

**Section 1.** Upon prior notification, authorized representatives of the Union shall be allowed to go on the Employer's property and on board vessels covered by this Agreement at reasonable times while at the dock, provided that such visitation will not unduly disrupt the normal work flow of the employees. The Employer will issue the duly accredited representative a pass for such visits, and the Union agrees that the Employer is absolved from all claims resulting from any accident involving such representative while on the property or on board vessels of the Employer.

**B. Meetings and Related Matters**

**Section 1.** The Parties agree to have meetings quarterly between Eagle Harbor management representatives and representatives of the Union, including stewards from the Eagle Harbor facility. It shall be the responsibility of the parties to determine the schedule and agenda for such quarterly meetings.

**Section 2.** The parties agree, in the interest of promoting resolution of grievances and addressing representational issues at the Eagle Harbor facility, to have monthly meetings not to exceed one (1) hour of the union stewards. It is understood and agreed by the parties that the monthly meetings are not intended to conduct internal Union business. Stewards will be in a straight-time pay status for purposes of attending the monthly meetings.

**Section 3.** The parties agree that Union stewards required by or otherwise directed by the Employer to attend meetings or discussions on matters under the terms of this Agreement shall be entitled to travel time to the WSF Headquarters, Pier 52, or other locations in accordance with applicable travel regulations.

The Union will provide the Employer with a written designation of the steward liaison and shop steward when changes are made or upon request of the employer.

**Section 4.** A bargaining unit employee may be granted a leave of absence for the purpose of accepting full-time employment as an official of the Union or for the purpose of accepting full-time employment with the Employer in a position outside of the bargaining unit. Anyone taking a leave of absence under this section shall retain their seniority at the time the leave without pay is effective. Additionally, the employee will receive in writing the length of the approved leave of absence and their return rights to the same or comparable open position in the bargaining unit at the same or comparable wage rate. It is the obligation of the employee to notify the Employer and the Union of any change in leave status in a timely and responsible manner, including the employee's intent to exercise return rights to the bargaining unit. The Employee must notify the Employer fourteen (14) days prior to the end of the approved leave of absence to notify the employer of their return or to request an extension to their leave of absence

**Section 5.** In order that WSF employees serving as delegates to the collective bargaining negotiating committee for each biennium not suffer any loss of time used in calculating pension benefits, these employees may code their timesheets as annual leave when negotiating with the Employer, and the Employer will reimburse their annual leave account for those hours used (a maximum of eight [8] hours) per day per contract negotiations meeting.

## ARTICLE 21
## NO LIMITS ON PRODUCTION

There shall be no contract, bonus, piece or task work, nor shall there be a limit on or curtailment of production, or any self-imposed restrictions placed by employees or imposed by the Union.

## ARTICLE 22
## DIRTY WORK

**Section 1.** Employees required to work in tanks, bilges, or under floor plates where oil or water has accumulated, or inside boilers, or disassembling boilers, uptakes or stacks, or the removal and handling of used dock cable shall be paid double the straight time rate of pay, for the entire period so employed unless such places are reasonably clean. Dirty pay situations shall be designated by either the Vessel or Terminal General Foreperson after review with the Foreperson.

**Section 2.** When employees are required to clean or work in sewage holding tanks, lift tanks or come in direct contact with sewage containing human waste, they shall be paid double the straight time rate of pay, provided they are wearing the required protective gear.

**Section 3.** Employees required to perform work while in direct contact with animal/avian feces will be paid double the straight time rate of pay, for the period such work is performed provided they are wearing the required protective gear.

**Section 4.** It shall be the responsibility of the Vessel or Terminal General Foreperson, Forepersons and Leadpersons when available, to insure employees are wearing proper protective gear and to authorize and verify work performed under this provision.

**Section 5.** Dirty work under this Article shall be recognized by the Employer and the Union as work conditions that are more dirty, disagreeable, or unpleasant than normal Eagle Harbor working conditions. It is the intent of the parties to limit dirty work pay to situations that are exceptionally dirty relative to normal facility work. In the event of a dispute over dirty pay, a craft steward, a representative of the Employer, and a WSF safety office representative, when available, shall make the determination of dirty work pay prior to commencing work.

## ARTICLE 23
## ASBESTOS PREMIUM

The provisions of this Article shall be applicable only to WSF employees who are members of this Agreement and who have been selected by management and from those employees certified by the State of Washington for asbestos work or who are assigned insulation work as defined in paragraph A herein below.

A. Employees who are actively engaged in asbestos supervision, inspection or abatement work or removal of deteriorated (in place several years) fiberglass or mineral wool insulation, or are actively engaged in installation of friable (actually emitting p Articles) fiberglass or mineral wool insulation, and are physically in contact with the said substances shall, during the time they are so engaged, receive a premium payment of twenty percent (20%) per hour in addition to their regular wage rate. The premium pay shall apply to removal of protective barriers but shall not apply during initial set up and preparation for the work, nor during the time required to put on and remove protective clothing, nor for any equipment removal and clean-up time.

B. The aforesaid premium payment will not be made in addition to any premium paid pursuant to the provision of Article 22, Dirty Work, of the current labor agreement between the parties hereto.

C. Employees who are required to wear special protective clothing furnished by WSF while performing the work described in paragraph A herein above shall be allowed to dress in

such clothing on WSF time and shall be allowed reasonable time to decontaminate themselves prior to meal breaks and the end of their shifts.

## ARTICLE 24
## JURISDICTIONAL DISPUTES

The Union agrees that in the event any jurisdictional dispute shall arise with respect to the jurisdiction of work on any classification of employment, whether or not included in the Appendix attached hereto, such dispute shall be settled by the affected local Unions. During the period of dispute, there will be no stoppage of work and work will continue as previously assigned. If the Unions are not able to resolve a jurisdictional dispute within ten (10) working days, the Employer may assign the work in dispute as it deems appropriate until the Unions reach an agreement. Such action will not be subject to the grievance procedure.

Any letters or MOUs between the Union crafts are not subject to this Article.

## ARTICLE 25
## PASSES - MEALS

**A.** **Passes**

**Section 1.** Employees shall be issued annual passes authorizing free passage for such employee, the spouse, and dependents, as well as for such employee's or spouse's motor vehicle and recreation vehicle, including a trailer, on all vessels of the Employer.

**Section 2.** Employees leaving the service of the Employer shall immediately surrender to the Employer any passes which have been issued pursuant to this Article.

**Section 3.** Employees of the Washington State Ferry System who are retired under the provisions of the State of Washington Public Employees Retirement System or who become totally and permanently disabled shall be issued annual passes authorizing free passage for such employee, the spouse, and dependents, as well as for such employee's or spouse's motor vehicle and recreation vehicle, including a trailer, on all vessels of the Employer.

**Section 4.** No passes of any kind shall be used for the purpose of commuting to or from employment other than employment with the WSF. Vehicle passes shall be used only on a space available basis and shall not be used between Anacortes and Sidney from June 15 to September 10. Nothing contained in this Section shall be construed as applying to any employee engaged in traveling to or from work with the Employer.

**Section 5.** Vehicle ferry passes are intended to be used for vehicles that the employee and/or spouse have registered, leased or rented. The vehicle registration or lease/rental agreement shall be required to be shown when using passes, if requested.

Vehicle passes will not be used to evade a ferry fare. A vehicle not registered, leased or rented by an employee and/or spouse shall be subject to verification by terminal staff. Any pass holder, who is uncooperative in the verification process, shall be subject to WSF code of conduct.

**Section 6.** Any employee, employee's spouse or the employee's dependent(s) who knowingly violates WSF Pass Use Policies will be subject to a three (3) month suspension of all pass privileges for a first offense, a one (1) year suspension of all pass privileges for a second offense and permanent revocation of all pass privileges for a third offense. The Employer shall publish and provide to the employees and the Union a copy of the rules, regulations and policies concerning pass usage.

**B.** **Meals**

**Section 1.** The charge for meals purchased and eaten on board the vessels of the Employer by employees of WSF represented by the Union, who are on duty or going to and from duty, shall be at one-half (½) the normal retail price of such meals, rounded upward to the nearest cent ($0.01).

**Section 2.** Employees purchasing meals at a discount shall be required to sign sales slips at the completion of service.

## ARTICLE 26
## TOOLS

**Section 1.** The Employer shall furnish all required tools to employees in the classifications listed in Appendix A of this Agreement. If the Employer fails to furnish tools required by the Employer, then the Employer shall pay any employee assigned to use such tools twenty-five cents ($0.25) per hour worked until tools are furnished.

**Section 2.** Employees who are furnished tools shall use reasonable care in the use of tools and return these to the custody of the Employer when no longer used. Employees shall have sufficient time at the end of each shift to put away tools on the Employer's time. Determination of sufficient time shall be at the Employer's discretion.

**Section 3.** Each employee who receives a tool allowance will prepare an inventory of their tools and provide a copy of the inventory to Eagle Harbor management. Eagle Harbor management will certify that the inventory is accurate and complete. When completed and verified, the inventory list will be used by the Employer to authorize the replacement of lost, stolen, or broken tools. Claims for replacement tools will be processed in accordance with the established WSF and Eagle Harbor claims process and procedures.

## ARTICLE 27
## SAVINGS CLAUSE

If any Article of this Agreement or any addenda thereto should be held invalid by operation of law or by any tribunal of competent jurisdiction, or if compliance with or enforcement of any Article

should be restrained by such tribunal, the remainder of this Agreement and addenda shall not be affected thereby, and the parties shall enter into immediate collective bargaining negotiations for the purpose of arriving at a mutually satisfactory replacement of such Article.

## ARTICLE 28
## MANAGEMENT RIGHTS

Subject only to the limitations expressly stated in this Agreement, the Union recognizes that the Employer retains the exclusive right to manage its business, including but not limited to the right to determine the methods and means by which its operations are to be carried on, to direct the work force, to determine the Employer's budget and size of the agency's workforce, and to conduct its operations in a safe and effective manner.

The agreement expressed herein in writing constitutes the complete and entire agreement between the parties and no oral agreement or statement shall add to or supersede any of its provisions.

## ARTICLE 29
## ADDITIONAL WAGE STIPEND

In addition to the straight-time hourly rates of pay listed in Appendix A, the Employer will pay a total of twenty-five dollars ($25.00) per month as an additional wage payment to each employee covered by this Agreement working sufficient hours to qualify for participation in the State of Washington Public Employees Retirement System.

## ARTICLE 30
## HEALTH CARE BENEFITS AMOUNTS

*This MOU is included as an attachment in this article.

**Section 1.** A. For the 2025-2027 biennium, the Employer Medical Contribution (EMC) will be an amount equal to eighty-five percent (85%) of the monthly premium for the self-insured Uniform Medical Plan (UMP) Classic for each bargaining unit employee eligible for insurance each month, as determined by the Public Employees Benefits Board (PEBB). In no instance will the employee contribution be less than two percent (2%) of the EMC per month.

B. The point-of-service costs of the Classic Uniform Medical Plan (deductible, out-of-pocket maximums and co-insurance/co-payment) may not be changed for the purpose of shifting health care costs to plan participants, but may be changed from the 2014 plan under two (2) circumstances:

1. In ways to support value-based benefits designs; and
2. To comply with or manage the impacts of federal mandates.

C. Value-based benefits designs will:

1. Be designed to achieve higher quality, lower aggregate health care services cost (as opposed to plan costs);

2. Use clinical evidence; and

3. Be the decision of the PEBB.

D. Article 30.1 (B) and (C) will expire June 30, 2027.

**Section 2.** The Employer will pay the entire premium costs for each bargaining unit employee for dental, stand-alone vision, basic life, and any offered basic long-term disability insurance coverage. If changes to the long-term disability benefit structure occur during the life of this Agreement, the Employer recognizes its obligation to bargain with the Coalition over impacts of those changes within the scope of bargaining.

**Section 3. Wellness**

A. To support the statewide goal for a healthy and productive workforce, employees are encouraged to participate in a Well-Being Assessment survey. Employees will be granted work time and may use a state computer to complete the survey.

B. The Coalition of Unions agrees to partner with the Employer to educate their members on the wellness program and encourage participation. Eligible, enrolled subscribers shall have the option to earn an annual one hundred twenty-five dollars ($125.00) or more wellness incentive in the form of reduction in deductible or deposit into the Health Savings Account upon successful completion of required Smart Health Program activities. During the term of this Agreement, the Steering Committee created by Executive Order 13-06 shall make recommendations to the PEBB regarding changes to the wellness incentive or the elements of the Smart Health Program.

**Section 4.** The PEBB Program shall provide information on the Employer Sponsored Insurance Premium Payment Program on its website and in an open enrollment publication annually.

**Section 5. Flexible Spending Arrangement**

A. During January 2026 and again in January 2027, the Employer will make available three hundred dollars ($300.00) in a medical flexible spending arrangement (FSA) account for each bargaining unit member represented by a Union in the Coalition described in RCW 41.80.020(3), who meets the criteria in Subsection 30.5 B below.

B. In accordance with IRS regulations and guidance, the Employer FSA funds will be made available for a Coalition bargaining unit employee who:

1. Is occupying a position that has an annual full-time equivalent base salary of, sixty-eight thousand and four dollars ($68,004.00) or less on November 1 of the year prior to the year the Employer FSA funds are being made available; and

2. Meets PEBB program eligibility requirements to receive the Employer contribution for PEBB medical benefits on January 1 of the plan year in which the Employer FSA funds are made available, is not enrolled in a high-deductible health plan, and does not waive enrollment in a PEBB medical plan except to be covered as a dependent on another PEBB non-high deductible health plan.

3. Hourly employees' annual base salary shall be the base hourly rate multiplied by two thousand eighty-eight (2,088).

4. Base salary excludes overtime, shift differential and all other premiums or payments.

C. An FSA will be established for all employees eligible under this Section who do not otherwise have one. An employee who is eligible for Employer FSA funds may decline this benefit but cannot receive cash in lieu of this benefit.

D. The provisions of the State's salary reduction plan will apply. In the event that a federal tax that takes into account contributions to an FSA is imposed on PEBB health plans, this provision will automatically terminate. The parties agree to meet and negotiate over the termination of this benefit.

## ARTICLE 31
## NON-DISCRIMINATION

**Section 1.** The Employer and the Union are mutually committed to discourage discrimination in any and all forms. To this end, the parties agree that they will not engage in any practice, or pursue any policy, which results in coercion, discrimination, or harassment because of race, creed, sex, gender expression, gender identity, sexual orientation, age, color, national origin, marital or veterans' status, military status, status as an honorably discharged veteran, disabled veteran, Vietnam era veteran, genetic information, political affiliation, marital status, any real or perceived sensory, mental or physical disability, political affiliation, or the presence of a sensory, mental, or physical disability, status as a victim of domestic violence, sexual assault or stalking, citizenship or immigration status, or because of participation or lack of participation in Union activities.

The Employer agrees to provide appropriate training, and the Union agrees to support and encourage participation in training to positively accept the cultural diversity that exists in the workplace and to understand, as well as prevent, all forms of discrimination and harassment.

**Section 2.** The parties agree that unlawful forms of harassment of any nature are strictly prohibited. Processing of harassment complaints shall be in accordance with applicable Department of Transportation (DOT) policies and procedures.

**Section 3.** The parties to this Agreement agree that acts of discrimination and harassment are intolerable and shall be subject to appropriate discipline.

## ARTICLE 32
## ACCOMMODATION FOR DISABILITIES

**Section 1.** WSF will at all times comply with the Americans with Disabilities Act (ADA) and RCW 49.60 et seq. and DOT Policies regarding reasonable accommodation, as those statutes and policies apply to WSF Operations. In a case where an employee has a disability, as defined by ADA or comparable state statute, WSF shall consider a reasonable accommodation that allows an employee to perform the essential job functions of the classification for which they are otherwise qualified.

**Section 2.** In the event the employee cannot perform the essential job functions of the current classification as determined by WSF, WSF shall consider other open classification positions within WSF which the employee would be qualified to perform. WSF shall consider the employee for transfer to such open positions.

**Section 3.** Employees so transferred to another job classification shall perform the essential job functions of the new classification and shall be paid the compensation provided by the new job classification. In no event does WSF guarantee that an employee will be accommodated by a job transfer.

## ARTICLE 33
## TIME, LEAVE, AND ATTENDANCE

All employees will accurately report time worked, leave taken and other attendance requirements in accordance with a time reporting process and system(s) as determined by the Employer.

## ARTICLE 34
## DISCIPLINE

**Section 1.** The Union and the Employer agree that it is in the best interest of all parties to resolve disputes at the earliest opportunity and at the lowest level.

**Section 2.** The Employer shall not discharge or otherwise discipline any employee without just cause. The first step in discipline will be based on the egregiousness of the violation(s) as determined by management.

# ARTICLE 35
# EFFECTIVE DATE AND DURATION OF AGREEMENT

Except where otherwise provided, this Agreement shall be effective on July 1, 2025, and shall continue in effect until June 30, 2027, and shall be considered as renewed from year to year thereafter between the parties, unless either party shall give written notice to the other of its desire to amend or to terminate the same. Such notice is to be given at least sixty (60) days prior to June 30, 2027, or sixty (60) days prior to June 30 of any subsequent calendar year.

# APPENDIX A
# STRAIGHT TIME HOURLY WAGE RATES

Effective July 1, 2025, the wage rates for each classification represented by the Union shall include a four percent (4.0%) increase. The wage rates shall be as follows and will remain in effect through June 30, 2026.

Effective July 1, 2025, a targeted market adjustment of two and one half (2.5%) percent will be added to the journeyperson.

| **Position** | **Effective 7-1-2025** |
|---|---|
| Journeyperson (all crafts) | $40.16 |
| Leadperson (5% over Journeyperson) | $42.17 |
| Foreperson (10% over Journeyperson) | $44.18 |
| Health & Safety Supervisor (10% over Journeyperson) | $44.18 |
| Planner (10% over Journeyperson) | $44.18 |
| Vessel General Foreperson (12% over Journeyperson) | $44.98 |
| Terminal General Foreperson (12% over Journeyperson) | $44.98 |
| Helper – starting rate: 65% of Journeyperson rate | $26.10 |

Effective July 1, 2026, the wage rates for each classification represented by the Union shall include a four percent (4.0%) increase. The wage rates shall be as follows and will remain in effect through June 30, 2027.

| **Position** | **Effective 7-1-2026** |
|---|---|
| Journeyperson (all crafts) | $41.77 |
| Leadperson (5% over Journeyperson) | $43.86 |
| Foreperson (10% over Journeyperson) | $45.95 |
| Health & Safety Supervisor (10% over Journeyperson) | $45.95 |
| Planner (10% over Journeyperson) | $45.95 |
| Vessel General Foreperson (12% over Journeyperson) | $46.78 |
| Terminal General Foreperson (12% over Journeyperson) | $46.78 |
| Helper – starting rate: 65% of Journeyperson rate | $27.15 |

It is the intent of the parties' signatory hereto to utilize Helpers for unskilled/semi-skilled work. Along this line, a committee shall be formed to define the Helper's intended functions, which shall include assisting Journeyperson, and to review any abuse of Helper functions. Such committee will be comprised of two (2) management representatives and two (2) representatives from the Unions representing employees at the Eagle Harbor facility. Helpers will not be hired to perform Journeyperson/Apprentice work.

There may be a ratio of one (1) Helper to every five (5) Journeyperson. No Helper shall be upgraded to Journeyperson without the mutual consent of management and the Union.

Helpers shall be subject to layoff before Journeypersons and Apprentices who are actively employed by the Employer in permanent or temporary positions.

Shipyard Competent persons shall receive a ten percent (10%) per hour premium while performing such duties.

All "hours" referred to herein means hours of work with the Employer in the classification indicated.

Penny Rounding Differences: The Union and the Employer recognize that the statewide payroll system (HRMS) rounds payroll calculations to five (5) decimal places. Therefore, manual calculations using rates in the Collective Bargaining Agreement may result in penny rounding differences. The parties accept these differences and do not require further payroll adjustments that would cause the WSRCC 2021-23 A-2 employee to pay back penny rounding differences or for the Employer to add penny rounding differences to an employee's pay.

# A. MEMORANDUM OF UNDERSTANDING
# BETWEEN
# THE STATE OF WASHINGTON
# AND
# WESTERN STATES REGIONAL COUNCIL OF CARPENTERS

## Data Sharing Agreement

This Memorandum of Understanding (MOU) by and between Washington State (Employer), the Washington State Office of Financial Management, State Human Resources, Labor Relations Section, and the Western States Regional Council of Carpenters (Union) is entered into for the purposes of obtaining a Data Sharing Agreement (DSA) with the Union which ensures that OFM confidential information is provided, protected, and used only for purposes authorized by the Data Sharing Agreement.

DSAs are part of a suite of tools designated to safeguard and protect employee information. DSAs are a best practice when an agency shares category 3 or higher data. Additionally, the Washington Technology Solutions outlines in policy SEC-08-01 that when an agency shared category 3 or higher data outside of their agency, an agreement must be in place unless otherwise prescribed by law.

Data shared under the DSA will be in response to information requests, status reports, and voluntary deductions reporting as set forth in the collective bargaining agreement and covers both Category 3 and 4 data, including Personal Information and Confidential Information that OFM may provide.

**Category 3 – Confidential Information**
Confidential information is information that is specifically protected from either release or disclosure by law. This includes, but is not limited to:

a. Personal information as defined in RCW 42.56.590 and RCW 19.255.010.

b. Information about public employees as defined in RCW 42.56.250.

c. Lists of individuals for commercial purposes as defined in RCW 42.56.070 (9).

d. Information about the infrastructure and security of computer and telecommunication networks as defined in RCW 42.56.420.

**Category 4 – Confidential Information Requiring Special Handling**
Confidential Information requiring special handling is information that is specifically protected from disclosure by law and for which:

a. Especially strict handling requirements are dictated, such as by statutes, regulations, or agreements.

b. Serious consequences could arise from unauthorized disclosure, such as threats to health and safety, or legal sanctions.

**In recognition of the above, the parties agree to the following:**
The Employer and the Western States Regional Council of Carpenters strive to ensure that any sharing of personal or confidential information is supported by a written DSA, which will address the following:

(1) The data that will be shared.
(2) The specific authority for sharing the data.
(3) The classification of the data shared.
(4) Access methods for the shared data.
(5) Authorized users and operations permitted.
(6) Protection of the data in transport and at rest.
(7) Storage and disposal of data no longer required.
(8) Backup requirements for the data if applicable.
(9) Other applicable data handling requirements.

**The provisions contained in this MOU become effective on July 1, 2025.**

**This MOU shall expire June 30, 2027.**

For the Employer

/s/

Brenda Moen, Labor Negotiator
OFM/SHR Labor Relations &
Compensation Policy Section

For the Union

/s/

Jesse Scott-Kandoll,
Contract Administrator
Western States Regional Council of
Carpenters

/s/

Antonio Acosta
Regional Manager
Western States Regional Council of
Carpenters

# B. MEMORANDUM OF UNDERSTANDING
# BETWEEN
# THE STATE OF WASHINGTON
# AND
# PEBB COALITION OF UNIONS

## Medical Flexible Spending Arrangement Work Group

Since the 2019-2021 PEBB healthcare agreement between the Coalition of Unions and the State of Washington, the parties have agreed to a benefit involving a Medical Flexible Spending Arrangement (FSA). Due to unknown reasons, a majority of eligible employees did not use some or all of this benefit.

The parties agree to use the already scheduled quarterly series of meetings between Health Care Authority (HCA), Office of Financial Management (OFM) and Union staff representatives to review data and discuss possible options and solutions to increase represented employees' awareness and utilization of the FSA benefit. The parties will focus their efforts on the following items"

1. Creating an introductory paragraph explaining the FSA benefit for represented employees for use in HCA communications. This communication shall include all the participatory unions' logos and/or names provided by the unions as well as HCA/PEBB branding.

2. Exploring the option of sharing a list of all eligible employees who did not use the three hundred dollar ($300) benefit for the previous calendar year.

3. Creating a timely and targeted communication for those employees who have not yet accessed their FSA benefit.

4. Reviewing existing communications provided to new employees about the FSA benefit.

5. Assisting the Coalition of Unions with providing information to their members about the FSA benefit.

6. Ensuring that any information shared protects employees' personally identifiable information and protected health information.

7. Exploring options to provide access to this information for non-English speakers, for example, a flyer in multiple languages with notification of these benefits.

**This MOU will expire on June 30, 2027.**

| For the Employer | Date | For the Healthcare Coalition | Date |
|---|---|---|---|
| /s/ | | /s/ | |
| Janetta Sheehan, Sr. Labor Negotiator<br>OFM/SHR Labor Relations &<br>Compensation Policy Section | | Kurt Spiegel, Executive Director<br>WFSE | |
| | | /s/ | |
| | | Jane Hopkins, President<br>SEIU 1199NW | |

# C. MEMORANDUM OF UNDERSTANDING
# BETWEEN
# THE STATE OF WASHINGTON
# AND
# THE WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, FERRIES DIVISION
# AND
# THE WESTERN STATES REGIONAL COUNCIL OF CARPENTERS

## Eagle Harbor Second Shift Staffing and Schedules

The Washington State Ferries, Eagle Harbor Maintenance Facility has implemented a second shift to ensure maintenance work on vessels is completed timely and to ensure consistency with operational demands. The second shift work schedules and shift transfer process will continue as follows:

A. Working Hours
The working hours for the second shift shall be the following:

1. Monday through Thursday

2. 1:15 pm – 11:15 pm (4x10-hour days)

- First break from 3:30 pm to 3:45 pm
- Lunch period from 6:00 pm to 6:30 pm
- Second break from 9:15 pm to 9:30 pm

B. Shift Transfers
Transfer requests will be processed in the following manner:

1. Each Foreperson shall maintain two (2) lists of transfer requests. One list will be in seniority order of AM to PM requests and one list will be in seniority order of PM to AM requests.

2. Once an employee has worked on a shift a minimum of six (6) months, an employee will have the opportunity to exercise a "seniority bump" if someone with less seniority is on the opposite shift in which they are requesting to transfer.

3. "Seniority bumps" will only occur on the second Monday of the month following the employee's eligibility and approved transfer.

4. Any transfer request outside of this process will be evaluated on a case-by-case basis for approval of management.

The Employer will notify the Union should there be a need to modify or adjust the information contained within this MOU.

**This MOU will expire on June 30, 2027.**

For the Employer

/s/

Brenda Moen, Labor Negotiator
OFM/SHR Labor Relations &
Compensation Policy Section

For the Union

/s/

Jesse Scott-Kandoll
Contract Administrator
Western States Regional Council of
Carpenters

/s/

Antonio Acosta
Regional Manager
Western States Regional Council of
Carpenters

# D. MEMORANDUM OF UNDERSTANDING
# BETWEEN
# THE STATE OF WASHINGTON
# AND
# THE WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, FERRIES DIVISION
# AND
# WESTERN STATES REGIONAL COUNCIL OF CARPENTERS

## COMPENSATORY TIME

In response to a request from the union proposing the inclusion of compensatory time for employees covered under this agreement, Washington State Ferries has agreed to assess the feasibility of allowing compensatory time in lieu of the payment of overtime.

The General Manager for Eagle Harbor or their designee will convene a workgroup with Human Resources and Payroll to discuss the allowance of compensatory time in lieu of paying overtime, the parameters for implementing compensatory time, and the impacts such provision may have related to staff attendance, workload production, budget, timekeeping/administration, and other business operations. To further determine the impacts of allowing compensatory time for employees, WSF leadership may establish a pilot program to gather data related to the impacts. A pilot for compensatory time would begin no sooner than July 1, 2025, and have a maximum accrual limit of 80 hours.

Management will provide the union with updates on this matter.

**This MOU will expire on June 30, 2027.**

For the Employer

/s/

Brenda Moen, Labor Negotiator
OFM/SHR Labor Relations &
Compensation Policy Section

For the Union

/s/

Jesse Scott-Kandoll,
Contract Administrator
Western States Regional Council of
Carpenters

/s/

Antonio Acosta
Regional Manager
Western States Regional Council of
Carpenters

# E. Memorandum Of Understanding
# Between
# The State Of Washington
# And
# Pacific Nw Regional Council Of Carpenters

**Leave with Pay in Response to Emergency Proclamation 25-07**

On December 10, 2025, Governor Bob Ferguson issued emergency Proclamation 25-07 declaring a state of emergency exists in all areas of the State of Washington. All state agencies have been directed to utilize state resources to respond to and recover from the extreme weather event. Because this event has caused employees to experience extraordinary or severe impacts, such as displacement from their homes temporarily or permanently through evacuation or significant damage or loss throughout Washington State, the parties enter into this agreement for the purpose of assisting state employees who have been directly impacted by this emergency.

Beginning December 10, 2025, the following shall apply:

The Employer may temporarily grant up to twenty-four (24) hours of leave with pay to employees who are experiencing extraordinary or severe impacts, such as displacement from their homes temporarily or permanently through evacuation or significant damage or loss. Employers may require verification of the use of leave with pay.

If twenty-four (24) hours of leave with pay are approved, an employee is not required to use the twenty-four (24) hours of leave with pay consecutively, and it does not need to be taken in full day increments.

This MOU will expire when the emergency proclamation 25-07 has been rescinded or when the emergency rule is rescinded, whichever is first.

Dated: December 23, 2025

*An electronic signature to this Agreement shall be given effect as if it were an original signature*

| For the Employer | For the Union |
|---|---|
| /s/ | /s/ |
| Rachel Barckley-Miller, Labor Negotiator<br>OFM/SHR Labor Relations &<br>Compensation Policy Section | Jesse Scott-Kandoll<br>Contract Administrator<br>PNWRCC |

THE PARTIES, BY THEIR SIGNATURES BELOW, ACCEPT AND AGREE TO THE TERMS AND CONDITIONS OF THIS COLLECTIVE BARGAINING AGREEMENT.

Executed this 1st day of July 2025.

For the Western States Regional Council of Carpenters, General Government:

/s/
Antonio Acosta
Regional Manager
WSRCC

For the State of Washington:

/s/
Bob Ferguson
Governor

/s/
Gina Comeau, Section Chief
OFM/SHR, Labor Relations and Compensation Policy Section

/s/
Brenda Moen, Lead Negotiator
OFM/SHR, Labor Relations and Compensation Policy Section

# Exhibit D

# WESTERN/CENTRAL WASHINGTON MASTER LABOR AGREEMENT

**2021 -2024 AGREEMENT**
**between the**
**ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON**
**and the**
**WASHINGTON AND NORTHERN IDAHO**
**DISTRICT COUNCIL OF LABORERS**


| | |
|---|---|
| INDEX | PAGE 1 |
| PREAMBLE | 2 |
| ARTICLE | |
| 1. PURPOSE OF AGREEMENT | 2 |
| 2. WORK AFFECTED | 3 |
| 3. TERRITORY OF AGREEMENT | 3 |
| 4. EFFECTIVE DATE AND DURATION | 4 |
| 5. UNION SECURITY | 4 |
| 6. UNION RECOGNITION AND HIRING PROCEDURES | 5 |
| 7. SUBCONTRACTORS | 8 |
| 8. HOLIDAYS | 8 |
| 9. LUNCH PROVISIONS, REST PERIODS AND PAID SICK LEAVE | 8 |
| 10. PAY DAY | 10 |
| 11. UNION REPRESENTATIVE | 11 |
| 12. SETTLEMENT OF DISPUTES | 11 |
| 13. SETTLEMENT OF JURISDICTIONAL DISPUTES | 12 |
| 14. STRIKES AND PICKET LINES | 13 |
| 15. SAFETY MEASURES | 13 |
| 16. SAVINGS CLAUSE | 14 |
| 17. HOURS OF WORK | 14 |
| 18. OVERTIME | 16 |
| 19. REPORTING AND MINIMUM HOURS PAY | 16 |
| 20. MANAGEMENT RIGHTS CLAUSE | 17 |
| 21. SPECIAL CONDITIONS | 18 |
| 22. PRE-DETERMINED WAGE RATE PROJECTS | 18 |
| 23. UNION DUES DEDUCTIONS | 19 |
| 24. EQUAL EMPLOYMENT OPPORTUNITY | 19 |
| 25. SUBSTANCE ABUSE POLICY | 19 |
| 26. NORTHWEST LABORERS-EMPLOYERS COOPERATION AND EDUCATION TEAM | 20 |
| 27. LIGHT DUTY RETURN TO WORK | 20 |
| APPENDIX 1 | |
| SCHEDULE A CLASSIFICATIONS AND WAGE SCALES | 20 |
| SCHEDULE B – FRINGE BENEFITS | 28 |
| SCHEDULE C – ZONE PAY DIFFERENTIAL | 30 |
| APPENDIX 2 | |
| CRAFT WORKING RULES | 32 |
| APPENDIX 3 | |
| COMPRESSED AIR WORK | 32 |
| APPENDIX 4 | |
| CENTRAL WASHINGTON AREA | 34 |
| APPENDIX 5 | |
| HIRING OF APPRENTICES | 39 |
| APPENDIX 6 | |
| OPERATION OF LOCAL UNION HIRING HALLS | 41 |
| WESTERN/CENTRAL WASHINGTON LOCALS | 45 |

**WESTERN/CENTRAL WASHINGTON MASTER LABOR AGREEMENT**
**2021 – 2024 AGREEMENT**

**between the**

**ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON**

**and the**

**WASHINGTON AND NORTHERN IDAHO**
**DISTRICT COUNCIL OF LABORERS**

## PREAMBLE

This Agreement is a successive principal Agreement of the **2018 - 2021** Agreement, and all other prior Agreements thereto by and between the Associated General Contractors of Washington, a Chapter of the Associated General Contractors of America, Inc., and the Washington and Northern Idaho District Council of Laborers.

For the purposes of this Agreement, the AGC of Washington is not acting as a multi-employer bargaining agent in a single multi-employer unit but is acting for and on behalf of Employers who have individually requested the AGC of Washington to act as their individual and separate bargaining agent in individual Employer units. Further, each individual principal member reserves the right to review and accept or reject any proposed Agreement negotiated between the Union and the AGC of Washington acting as an agent for the individual contractor members.

This is a collective bargaining Agreement between certain individual members of the Associated General Contractors of Washington, a Chapter of the Associated General Contractors of America, Inc. (hereinafter referred to as the "Employer"), and the Washington and Northern Idaho District Council of Laborers (hereinafter referred to as the "Union"), and shall constitute an Agreement between the parties hereto for the work conditions and wage rates provided for herein in the territory of Western and Central Washington.

## ARTICLE 1
## PURPOSE OF AGREEMENT

SECTION 1. The purpose of this Agreement is to promote the settlement of labor disagreements by conference, to prevent strikes and lockouts and to stabilize wages and working conditions in building, heavy highway construction and engineering work in the area affected.

SECTION 2. Bylaws of either party are not part of this Agreement. It is agreed and understood between the parties hereto that this Agreement contains all the covenants, stipulations and provisions agreed upon by the parties hereto. No agent or representative of either party has authority to make any promise, inducement or agreement contrary to the provisions herein.

SECTION 3. The Employer hereby voluntarily recognizes the Union as the exclusive bargaining agent of all employees performing bargaining unit work covered by this Agreement and agrees that a majority of those employees have designated the Union as their collective bargaining representative.

SECTION 4. The Union recognizes the AGC of Washington as the exclusive individual bargaining agent for each Employer who has authorized the AGC of Washington to negotiate individually with the Union on its behalf.

**SECTION 5. The Employer recognizes the Union as the sole and exclusive collective bargaining representative of employees over whom the Union has jurisdiction pursuant to Section 9 of the Labor Management Relations Act as amended.**

**SECTION 6. Any reference to "mutual agreement" is defined to mean an agreement between the Union and the Employer.**

## ARTICLE 2
## WORK AFFECTED

SECTION 1. This Agreement shall cover all Highway, Building, Heavy Construction and Engineering projects including the loading and unloading of barges or other carriers of the Employer's materials and equipment at loading facilities for the contractor's work performed by Employer parties to this Agreement in the counties outlined in Article 3, Section 1.

SECTION 2. For clarification, Heavy, Highway and Engineering projects are defined as follows: construction of railroads, street railways, roads, highways, streets, alleys, sidewalks, curbs and gutters, paving (Portland Cement or Asphaltic Concrete), airports, bridges, overpasses, sewers, water mains, sanitation projects, irrigation projects, flood control projects, reclamation projects, reservoirs, dams, dikes, levees, revetments, channels, aqueducts, channel cutoffs, jetties, breakwaters, harbor developments, docks, dry docks, piers, abutments, retaining walls, transmission lines, duct lines, subways, shafts, tunnels, excavation of earth and rock, power generating projects, reinforced earthwork, and all other heavy construction and engineering operations in connection therewith, and all site clearing, demolition work, pipeline and refinery work when covered by this Agreement.

SECTION 3. For further clarification, the term "Building" shall mean a building structure, including modifications thereof, or additions or repairs thereto, intended for use for shelter, protection, comfort and convenience.

SECTION 4. Asbestos, Lead, Mold and Toxic Waste: This Agreement shall also cover all work in connection with the handling, control, removal, abatement, encapsulation or disposal of asbestos, lead, mold and/or toxic waste.

## ARTICLE 3
## TERRITORY OF AGREEMENT

SECTION 1. This Agreement shall cover all construction work in the following counties: Whatcom, Skagit, Snohomish, King, Pierce, Thurston, Lewis, that portion of Pacific County north of a straight line made by extending the north boundary of Wahkiakum County west to the Pacific Ocean, Grays Harbor, Clallam, Jefferson, Mason, Kitsap, Island, San Juan, Chelan, Kittitas, Yakima and that portion of Douglas County lying west of the 120° meridian.

SECTION 2. Attached hereto and made a part of this Agreement is Appendix 4 which contains any differences in wages, travel or working conditions for the Central Washington area.

**ARTICLE 4**
**EFFECTIVE DATE AND DURATION**

SECTION 1. This Agreement shall be effective commencing **June 1, 2021** and shall continue in force and effect through **May 31, 2024**. Upon its expiration, this Agreement shall continue from year to year, June 1 through May 31 of each year, by automatic renewal unless changed, or superseded by a successor principal agreement, or terminated. For the purpose of negotiating alterations in wages and other terms and conditions of employment, either party may open this Agreement or any contract effectuated through automatic renewal by giving written "Notice of Opening" not later than sixty (60) nor more than ninety (90) days prior to the expiration date. "Notice of Opening" is in no way intended by the parties as a termination of, nor shall it in any way be construed as a termination of this Agreement or any annual contract effectuated through automatic renewal nor as forestalling automatic renewal as herein provided. The parties reserve the right to economic recourse in negotiations, except during the interval between the giving of "Notice of Opening" and the expiration date.

SECTION 2. Except by mutual written agreement, termination of this Agreement or any annual contract effectuated through automatic renewal must, to the exclusion of all other methods, be perfected by giving written "Notice of Termination" not later than sixty (60) nor more than ninety (90) days prior to the expiration date, whereupon the contract shall, on its expiration date, terminate. Effective termination eliminates automatic renewal.

SECTION 3. Any "Notice of Opening" or "Notice of Termination" by the Employer shall be sent via certified mail to the Washington & Northern Idaho District Council of Laborers.

SECTION 4. Any "Notice of Opening" or "Notice of Termination" not submitted per the provisions of this article shall be absolutely null and void and completely ineffective for all purposes.

**ARTICLE 5**
**UNION SECURITY**

SECTION 1. The employees shall become and remain members of the Union as a condition of employment from the seventh but not later than the eighth day of employment, or the effective date of this Agreement, whichever is later. To "become and remain members of the Union as a condition of employment" shall mean an employee's payment or tender of initiation fees and membership dues to the Union.

SECTION 2. No employee covered by this agreement shall be required to sign or be bound by a non-competition agreement of any kind or nature that restricts future employment opportunities.

SECTION 3. It is further agreed that all Union members employed by the Employer shall maintain their membership in good standing in the Union. To "maintain their membership in good standing in the Union" shall mean an employee's payment or tender of fees or dues as required by this Agreement, Article 23.

SECTION 4. Failure of any employee to pay or tender normal initiation fees or dues as required by this Agreement shall, upon the request of the Union in writing, result in the termination of such employee within two (2) working days, provided a replacement is available. Termination in this Article shall be within seven (7) working days under any circumstance.

**ARTICLE 6**
**UNION RECOGNITION AND HIRING PROCEDURES**

SECTION 1. The Employer will call upon the Local Union in whose territory the work is to be accomplished to refer qualified applicants for work in the classifications herein contained. In requesting applicants for work, the Employer shall notify the Local Union office either in writing or by telephone, stating the location, starting time, type of shift schedule (i.e., 5 days at 8 hours or 4 days at 10 hours), approximate duration of the job, the type of work to be performed and the number of employees required.

A. All qualified applicants referred for work to an Employer shall provide to the Employer when reporting for work two pieces of identification, one of which has a picture of the applicant.

B. All qualified applicants shall complete and sign W-4 and I-9 forms as requested by the Employer.

C. An applicant who fails or refuses to submit this information or who provides false information when referred to an Employer shall be registered on the bottom of the appropriate out-of-work list for which the applicant qualifies.

D. An applicant who, upon a subsequent referral to an Employer, fails or refuses to submit this information or provides false information shall be denied use of all hiring facilities within the area of this District Council, unless the applicant enters into a written agreement that the applicant will submit the information to Employers.

SECTION 2. When the Employer has placed a verbal or written order for referral of workers from the Local Union and should a shortage of applicants exist and they cannot be supplied by the Local Union within twenty-four (24) hours from the time workers ordered are required to report to the job, Saturdays, Sundays and holidays excluded, the Employer may then seek applicants from other sources. When an Employer so hires employees from sources other than the Local Union, the Employer shall notify the Union, giving the names and addresses and classifications of the employees hired within five (5) days of the date of employment.

SECTION 3. The Employer shall have the right to reject any job applicant, but the applicant and the Local Union shall be entitled to the reason for such rejection in writing.

SECTION 4. The Employers acknowledge and support the LIUNA Code of Performance, dated 5/14/2010, as an effort to increase competitiveness by improving the quality and performance of the workforce. To assist the Union with implementation of this Code of Performance, the Employers agree to designate discharges "for cause" in writing, when appropriate. This clause is intended only to assist the Union in implementing its Code of Performance with future referrals under the Union's hiring hall procedures. Otherwise, this clause does not create any new or additional rights for the workers or additional responsibility for Employers under this Agreement.

SECTION 5. Whenever an employee is discharged for cause, including failure to pass a substance abuse test, not able to perform the assigned work due to lack of skills or as unsatisfactory, the Employer agrees to send a written termination notice, within fifteen (15) working days to the Union, stating the reasons for termination. If no notice of cause is provided, the individual shall be eligible for rehire without exception.

SECTION 6. General Termination: When a registrant has been terminated as unsatisfactory or has been discharged for cause by at least three (3) Employers within a twenty-four (24) month period, he/she shall be denied further use of all hiring halls covered by the District Council provided the Employers have furnished the Local Unions in writing the reasons for such terminations or discharges. Members wishing to demonstrate that corrective action has been taken by them, and therefore they should be allowed access to the hiring hall facilities, may petition the District Council's Executive Board for an opportunity to appear and give their position. The member's petition to the District Council's Executive Board shall be filed within one year from the date he/she has been denied further use of the hiring halls covered by the District Council. A member may petition twice for the restoration of his/her use of the hiring hall facilities covered by the District Council. The burden is on the petitioning member to demonstrate that corrective action has been taken to remedy the issue(s) outlined in the termination letters. The District Council's Executive Board shall be the sole judge as to whether such corrective action is sufficient for reinstatement.

SECTION 6.1. Skills Termination: When a registrant has been terminated for lack of possessing the necessary skills to perform assigned duties, by at least three (3) Employers within a twenty-four (24) month period, satisfactory completion of additional training will be required before hiring hall privileges are restored in the classification in question.

SECTION 6.2. Substance Abuse Termination: The following provision applies only to those Employers using the AGC-Labor Substance Abuse Program or one that has been jointly negotiated with the Union. In order to protect the privacy of all employees, termination notices for failure of the drug test must be sent "Personal and Confidential" to:

Business Manager
Washington & Northern Idaho District Council of Laborers
**12101 Tukwila International Boulevard, Suite 300**
**Seattle, WA 98168**

When a registrant has been terminated, and/or is deemed ineligible for rehire, for failure to pass a substance abuse test, the individual shall be registered on the bottom of the appropriate out-of-work list for which he/she qualifies. Should the registrant be terminated a second time within a twenty-four (24) month period for failure to pass a substance abuse test, the registrant shall be denied use of all hiring facilities within the area of the District Council until he/she has successfully completed a State certified drug/alcohol program or has been released for employment purposes by a State certified counselor, and continues to remain free of all prohibited substances as defined in the AGC-Labor Substance Abuse Program. In order to determine compliance with this section, prior to having hiring hall privileges restored, the registrant must sign a privacy release to allow the Union to discuss and to exchange with the drug/alcohol program or counselor any necessary information pertaining to the registrant's case.

SECTION 7. Where Employers engage in a joint venture, individuals employed by a member company of the joint venture may be transferred to the job or called for by name by said member company of the joint venture within the territory covered by this Agreement.

SECTION 8. The referral procedure as contained herein shall be followed except:

A. Requests by the Employer for key personnel to act as supervisors or foremen shall be honored without regard to the requested employee's place on the out-of-work list. To qualify for a request under this Section, the employee must actually perform the duties of the position requested.

B. Bona fide requests will be honored for individuals previously employed by the Employer when requested by name and whose name appears on the out-of-work list and who have been legally employed by the Employer in the area of the jurisdiction of the Local Union.

   Note: Any individual who was previously hired illegally or improperly by the Employer may not seek priority of dispatch under this Section.

C. The Employer may bring three (3) present employees at his discretion into the geographic jurisdiction of the Local Union for each job. In such cases, the Employer transferring such employees from one Local jurisdiction into another Local Union jurisdiction shall be required to check in and receive clearance from the Local Union having jurisdiction over the project. Failure to comply with this provision may be grounds for the Union to request termination of said employees.

D. Additionally, the Employer may request by name, regardless of their respective position in Group A, one (1) individual for each three (3) Laborers hired. (Exception for Central Washington only: one (1) individual for each one (1) Laborer hired.) The provision will apply to Group A registrants only.

E. When the Employer has placed an order for employees requiring special skills or of special classification, applicants possessing the qualifications of the job will be referred in the order in which their names appear on Group A, C or D of the out-of-work list.

SECTION 9. College Students: College students seeking employment during the period of May 1st through October 1st shall register on the Local Union's out-of-work list by personal call or in writing. An Employer (owner) desiring to hire such students shall notify the Local Union of such desire and the student shall not be employed until such registration has been complied with. Employers agree to terminate College Student by October 1st. Hours worked by college students shall not count towards any Hiring Hall list qualifications.

By mutual agreement between the Employer and the Local Business Manager, a college student may be called for by name, and be referred to the Employer without regard to his/her place on the out-of-work list. Such request for college students and Interns combined may be allowed on a ratio of one (1) for the first five (5) Laborers employed up to a total of three (3) students or Interns on any one job. However, this ratio may be waived by mutual agreement of the Union and the Employer.

A college student must demonstrate that he/she has been accepted as a full-time student and is currently registered in school with no less than twelve (12) credited hours of instruction.

In the case of a formal construction related college internship, mutual agreement is implied herein, and the student shall be called for by name and will be referred to the Employer without regard to their place on the out-of-work list, provided such request shall not displace any current employees. All conditions related to ratios indicated above shall apply to this provision. Formal construction related college interns shall be allowed to work at any time during the year when mutually agreed to by the Employer and the Local having jurisdiction over the job. Hours worked by interns shall not count towards any Hiring Hall list qualifications.

## ARTICLE 7
## SUBCONTRACTORS

SECTION 1. The Employer agrees it will not subcontract or otherwise transfer in whole or in part any work covered by this Agreement to be done at the site of the construction, alteration, painting or repair of a building, structure, or other work unless the person, firm, corporation or other business entity is signatory to this Agreement. The Employer agrees that a member of the Union will be employed by the Employer or any contractor or subcontractor at the jobsite if there is work to be done coming under the jurisdiction of the Union Agreement. The Union agrees that it will not take strike action to enforce this Article. In the event of any change in the present law, this clause will be renegotiated.

SECTION 2. Whenever the Employer is obligated to satisfy MBE/WBE/DBE recruiting or similar governmental subcontracting requirements, the employer shall provide proof of the requirement and the Union shall provide a list of qualified subcontractors to the Employer prior to the bid date. The Union and the Employer by mutual agreement may waive this provision prior to commencement of the work, provided the Employer can document attempts have been made to obtain qualified competitive Union MBE/WBE/DBE subcontractors to meet these requirements.

SECTION 3. When potential union subcontractors are not available in the locality of the jobsite to perform the work or where the general contractor receives no competitive union bids, by mutual agreement, the Employer and the Union may waive this provision. Provided, however, the Union and the Employer shall review the prices submitted before assigning the non-union subcontractor.

SECTION 4. When the total landscaping portion of a project is under two hundred and seventy-five thousand dollars ($275,000) in value and there is no portion of the landscaping excluded from the project or bid separately, the Employer may waive this provision. For the purpose of this Section, landscaping shall be as currently defined in WAC 296-127-01346.

## ARTICLE 8
## HOLIDAYS

SECTION 1. Holidays recognized by this Agreement shall be New Year's Day, **Martin Luther King, Jr. Day**, Memorial Day (last Monday in May), Fourth of July, Labor Day, Thanksgiving Day, Friday and Saturday after Thanksgiving Day and Christmas Day. Any holiday which falls on a Sunday shall be observed as a holiday on the following Monday. **A holiday shall be a twenty-four (24) hour period beginning with the regular starting time of the first shift on the date of the holiday unless otherwise mutually agreed to by the Employer and the Union.** If any of the listed holidays falls on a Saturday, the preceding Friday shall be a regular workday. No work shall be performed on Labor Day except to protect life and property or by mutual agreement of the Union and the Employer.

## ARTICLE 9
## LUNCH PROVISIONS, REST PERIODS AND PAID SICK LEAVE

SECTION 1. Employees shall not be required to work more than five (5) hours from the start of the shift without at least a one-half (½) hour break for lunch. This lunch period shall not begin earlier than three and one-half (3 ½) hours after the start of the shift. If they are required to work past five (5) hours, one-half (½) hour at the applicable overtime rate shall be added to the hours worked and they must then be allowed time to eat their lunch. If not allowed to eat lunch, employees will be paid an additional one-half (½) hour of overtime.

SECTION 2. Employees required to work more than two (2) hours after the end of the regular shift shall be allowed at least one-half (½) hour meal period which shall be considered as time worked, and if it is impractical for the employees to leave the job, they shall be provided a lunch by the Employer. If not given one-half (½) hour meal period, one-half (½) hour at the applicable overtime rate shall be added to the hours worked.

SECTION 3. Employees required to work more than five (5) hours after the end of the regular shift shall be allowed at least one-half (½) hour meal period which shall be considered as time worked, and if it is impractical for the employees to leave the job, they shall be provided a lunch by the Employer. If not given the one-half (½) hour meal period, one-half (½) hour at the applicable overtime rate shall be added to the hours worked.

SECTION 4. In the event that the Employer establishes a ten (10) hour day, the first lunch period shall be at mid-shift. Employees' lunch period may be staggered during the period of three and one-half (3½) to five (5) hours from the start of the shift to cover necessary work of a continuous nature.

SECTION 5. For the purpose of this Article, the applicable overtime rate following a delay/missed meal, as noted above, shall be as follows:

A. In the event the rate of the day is straight time, the applicable overtime rate will be time and one-half (1½) times the straight time rate of pay.

B. In the event the rate of the day is time and one-half (1½), the applicable overtime rate will be two (2) times the straight time rate of pay.

C. In the event the rate of the day is double time, the applicable overtime rate will be two and one-half (2½) times the straight time rate of pay.

SECTION 6. REST PERIODS

A. The nature of the construction work covered by this Agreement allows intermittent rest periods. Employers shall provide such intermittent rest periods as workflow permits, not to exceed ten (10) minutes for each four (4) hours worked. Scheduled rest periods are not required.

B. Such intermittent rest periods shall be taken on the work site, at the employee's place of work. A rest period means to stop work duties, exertion or activities for personal rest and rejuvenation.

C. It will be the responsibility of each employee to take rest periods. If an employee does not take a rest period, then the employee must notify his/her immediate supervisor and a rest period will be provided.

SECTION 7. PAID/SICK LEAVE

A. The parties to this Agreement acknowledge that given the nature of the construction industry, paid sick leave is not appropriate and hereby expressly waive the provisions of Seattle City Ordinance 123698, requiring paid sick leave, City of Tacoma Ordinance 28275, requiring paid leave, and/or any city, state or county ordinance, rule or regulation granting paid sick leave to the employees under the jurisdiction of this Agreement, assuming that said ordinance, rule or regulation allows for such a waiver.

B. All applicable rules, accrual, and pay, per any paid sick leave law shall be subject to the grievance procedures set forth in Article 12.

## ARTICLE 10
## PAY DAY

SECTION 1. Employees shall be paid in full once each week (on the same day), but in no event shall more than five (5) days' (Saturday, Sunday and holidays excluded) wages be withheld.

A. If the regular payday falls on a holiday, the employees shall be paid on the last regular workday before the holiday. The check must be dated for the last regular workday before the holiday.

B. The Employer will have the following options of making payment: 1.) negotiable check made on a local bank, paid prior to quitting time at the job site; 2.) direct deposit, into employee's bank account; or by mail, at the election of employee, in writing at the time of hire or with ten (10) days advance notice of a change. If paid by mail, the check shall be postmarked not later than two (2) business days prior to the established payday.

C. No employee shall be discharged, laid off, disciplined, replaced, transferred or have any other adverse action taken against him/her for refusing to use the direct payroll deposit or mail option.

D. The Employer shall furnish to each employee, at the time of payment of wages, an itemized statement showing the pay basis (i.e., hours or days worked), rate or rates of pay, gross wages and all deductions from that pay period. In addition, the name, address and phone number of the Employer shall be indicated.

**An itemized pay statement means a separate written statement from the paycheck issued to employees on each payday. Pay periods shall be identified on the pay statement by month, day, year and payment date.**

**The pay statement may be furnished or made available electronically provided each employee has access to receive and copy it on payday. If an employee cannot receive an electronic pay statement at work or at home on the established payday, the Employer must provide a written pay statement to the employee on the payday.**

E. No adjustment of disputed pay will be made unless the employee or the Union shall make a claim in writing to the Employer's representative within fifteen (15) days from the pay period in question.

SECTION 2. Employees who quit shall be paid not later than the next regular pay period.

SECTION 3. Employees who are laid off or discharged shall be paid not later than the end of the next regular business day. If the employee is on direct deposit payment, payment shall be deposited into employee's bank account within two (2) business days.

SECTION 4. If the payment is not made expressly as provided in this Article, then the employee shall be paid two (2) hours pay at the appropriate hourly wage rate for each twenty-four (24) hour period (Saturday and Sunday excepted; holidays shall be excepted unless the regular payday falls on a holiday and the check is not dated for the last regular workday before the holiday), thereafter until payment is made. In the case of payment by mail, the postmark on the envelope will serve as the

cutoff date for any penalty. Employees must notify the Union within three (3) working days after the payday, layoff, or discharge to be eligible for penalty pay.

SECTION 5. Non-Sufficient Funds: In the event an employee receives a non-sufficient funds (NSF) check, the payment shall then be made by money order or certified check. In addition, any documented bank fees or charges incurred by the employee as a result of receiving a NSF check payment will be reimbursed to the affected employee. If requested, a letter of explanation will be sent to the employee's bank and any creditors that may have been affected. If an employee receives an NSF check for the second time in any four (4) week period, the make-up check and all subsequent payments shall be by money order or certified check.

## ARTICLE 11
## UNION REPRESENTATIVE

SECTION 1. Authorized representatives of the Union shall have access to the projects provided they do not unduly interfere with the work of employees and that they fully comply with the safety and security procedures established for the project. On projects with restricted access, the Employer will cooperate with the Union officials in this regard as far as regulations permit.

SECTION 2. Union representatives will attempt to report to job site supervision prior to entering the job site.

**SECTION 3. Shop Steward: There will be no discrimination against any worker because of past or present union activities or because of race, creed, sex, age or color. However, no workman, unless he/she has been designated as the working steward on the job, is to use the Employer's time for union activities. The Employer shall be informed of the names of the appointed stewards.**

**The authority of the job steward shall be limited to the investigation of complaints which may be in violation of this collective bargaining Agreement. He/she shall present such finding to the Union Agent for processing.**

**No steward shall be allowed to solicit membership in this organization or to collect any monies from any employees, nor shall they have any authority to take strike action, or any action interrupting the Employer's business, and shall perform work of the Employer to the same extent as other employees.**

**When an Employer or superintendent deems it necessary to discharge an appointed working steward during the course of a job, he/she will, to maintain harmony, inform the Union beforehand of the necessity of such action.**

## ARTICLE 12
## SETTLEMENT OF DISPUTES

SECTION 1. In cases of violation, misunderstandings or differences in interpretation of this Agreement, there shall be no cessation or stoppage of work. Both parties pledge their immediate cooperation to eliminate the above-mentioned possibilities, and the procedure in Section 2 is outlined for this purpose.

SECTION 2. Procedure for Settlement of Disputes:

A. Step One: In the event that a dispute arising on the job cannot be satisfactorily adjusted on the job between the representative of the Union involved and the Employer, the dispute shall promptly (not later than fifteen (15) working days), be referred to the Business Manager of the

Local Union involved and the Employer's authorized representative who is vested with decision making authority. Should they fail to effect a settlement, the matter shall proceed to Step Two.

B. Step Two: Board of Conciliation: The dispute shall be referred to the District Council and the Employer's authorized representative who is vested with decision making authority for a Board of Conciliation within fifteen (15) working days. This Board shall consist of two (2) persons who have no direct involvement in the dispute, appointed by each party. If these four (4) persons cannot effect a settlement within seven (7) days after the dispute has been referred to them, the matter shall proceed to Step Three. Either party may waive their right to a Board of Conciliation in Step Two. However, if this step is waived, mediation, in Step Three shall become mandatory. At no time will more than twenty (20) working days pass between the conclusion of Step One and the decision to waive the right to Step Two.

C. Step Three: Mediation: Except as provided in Step Two, by mutual agreement, the issue may be referred to mediation. The parties shall request a mediator from the Federal Mediation & Conciliation Service or other mutually acceptable service. This person shall serve as the mediator to resolve the dispute. The expense of employing the mediator shall be borne equally by both parties and each party shall be responsible for their own attorney fees and costs. Should mediation be waived or the parties fail to reach agreement, the matter shall proceed to Step Four.

D. Step Four: Arbitration: The parties shall request a list of seven (7) arbitrators from the Federal Mediation & Conciliation Service or other acceptable service and shall alternately strike names until only one name remains. This person shall serve as the arbitrator to resolve the dispute. The expense of employing the arbitrator shall be borne by the non-prevailing party and each party shall be responsible for their own attorney fees and costs.

Any decisions shall be within the scope and terms of this Agreement. It may also provide retroactivity not exceeding sixty (60) days and shall state the effective date. Decisions by the Board shall be rendered within twenty (20) days or at their discretion after the dispute is referred to them, and such decision shall be final and binding upon all parties. By mutual agreement, the aforementioned time frames in this Article may be waived or extended.

## ARTICLE 13
## SETTLEMENT OF JURISDICTIONAL DISPUTES

SECTION 1. There will be no strikes, no work stoppages or slowdowns or other interference with the work because of jurisdictional disputes.

SECTION 2. The Employer shall be responsible for all jurisdictional assignments. In issuing such assignments, the Employer shall be guided by area practice, decisions of record and jurisdictional agreements of record. Craft jurisdiction is neither determined nor awarded by classifications appearing in any labor agreement.

SECTION 3. If a jurisdictional dispute arises, it shall first be submitted to the Local Unions involved and the affected AGC Chapter for settlement. If no understanding or agreement is reached within forty-eight (48) hours, the parties may refer the dispute to the International Unions with which the disputing Unions are affiliated for resolution and the Employer shall abide by the resolution. The disputed work shall continue as assigned by the Employer until the dispute has been resolved.

SECTION 4. MUTUALLY AGREED TO WORK ASSIGNMENTS: The Employer explicitly assigns the following classifications to be performed exclusively by members of the Laborers Union at all times: Pipe Layer/Tailor Caulker, Remote Equipment Operator (i.e. Compaction and Demolition), Nozzleman Shotcrete/Gunite, Asphalt Raker, Lead Pipe Layer, Mortarman and Hodcarrier.

Upon request from the Union, the Employer shall provide to the Union, with a copy to the AGC, a Letter of Assignment that sets out any work assignments made on a jobsite. The Union may make such requests during the pre-job or while a project is under construction in order to verify work that is performed by its members. If the request is made after the project has been completed, the Employer and the Union shall ensure the accuracy of the descriptions of assignments. The Letter of Assignment shall contain a complete description of the work and work processes, the make-up of the crew and the name and location of the project. Employers who fail to comply with the request within ten (30) days shall be subject to the Grievance Procedure.

SECTION 5. MUTUALLY AGREED TO TOOLS OF THE TRADE: The Employer explicitly assigns the work classifications to be performed exclusively by members of the Laborers Union when used as tools of their trade.

## ARTICLE 14
## STRIKES AND PICKET LINES

SECTION 1. It is mutually agreed that there shall be no strikes, lockouts or other slow down or cessation of work by either party on account of any labor difference pending the utilization of the grievance machinery, as set forth in Article 12.

SECTION 2. Employees will not be discharged, disciplined or permanently replaced for any protected activity related to the recognition of a primary picket line approved by the Union party to this Agreement.

SECTION 3. As required by law, employees shall be furnished to the Employer during labor disputes with other construction crafts and the Employer will endeavor to work as long as economically possible during these periods.

## ARTICLE 15
## SAFETY MEASURES

SECTION 1. The Employer and the employee will conform to all Federal and State health and safety regulations applicable to work covered by this Agreement and shall have adequate shelters available where necessary, with heat, where the employees can change and dry their clothes and store their tools. On all projects covered by this Agreement, there shall be provided by the Employer at all times during construction, sanitary facilities consisting of a reasonable number of toilets and urinals, on tunnel projects separate showers for men and women. Fresh drinking water will be available to the employees. Employer will furnish all welding, safety and protective equipment required; including, but not limited to, leathers, hard hats, eye protection, ear protection, respirators, safety belts and lanyards, reflective vests, flagging signs and paddles.

SECTION 2. This Agreement is not intended to and shall not be construed as creating, imposing, or adopting on the Union or representatives any state common-law duties in areas of safety.

## ARTICLE 16
## SAVINGS CLAUSE

SECTION 1. This Agreement is not intended to and shall not be construed to permit acts which violate any valid Federal or State law.

SECTION 2. If any provision of this Agreement or the application of such provision shall in any court or other Governmental action, be held invalid, the remaining provisions and their application shall not be affected thereby. Provided, however, upon such invalidation the parties signatory hereto agree to immediately meet to re-negotiate such provisions affected. The parties agree to arrive at a mutually satisfactory replacement within sixty (60) days unless a definite extension of time is mutually agreed to. In the event that the parties are unable to negotiate a replacement, the matter shall be resolved through the provisions of Article 12.

## ARTICLE 17
## HOURS OF WORK

SECTION 1. SINGLE SHIFT OPERATION

A. Eight (8) hours shall constitute a day's work, five (5) days shall constitute a week's work, Monday through Friday.

B. A single shift operation shall be restricted to the hours between 5:00 A.M. and 6:00 P.M. and eight (8) hours of continuous employment (except for lunch period) shall constitute a day's work Monday through Friday of each week. In the event the job is down due to weather conditions, Monday through Friday, then Saturday may, at the option of the Employer, be worked as a voluntary make-up day at the straight time rate. However, Saturday shall not be utilized as make-up day when a holiday falls on Friday.

C. Four ten (10) hour shifts at the straight time rate may be established on a project either Monday through Thursday or Tuesday through Friday. There will be no overlapping of four ten (10) hour shifts between crews or other crafts on the same project of the Employer. In the event the job is down due to weather conditions, then Friday (when working Monday through Thursday) may, at the option of the Employer, be worked as a make-up day. In the event the job is down due to weather conditions, then Saturday (when working Tuesday through Friday) may, at the option of the Employer, be worked as a voluntary make-up day. All hours worked in excess of ten (10) hours a day or forty (40) hours a week must be compensated at the overtime rate. However, Saturday shall not be utilized as a make-up day when a holiday falls on Friday.

D. No employee shall be discharged, laid off, disciplined, replaced or transferred for refusing to work a voluntary make-up day, provided they inform the Employer they will not be working.

E. In the event of a civil emergency such as, but not limited to, earthquakes, floods, or fires, starting time of the shift may be made to fit the emergency and eight (8) hours in any twenty-four (24) hour period may be worked at straight time. In order to work such shift, mutual agreement shall be received.

F. Special Shifts: When due to conditions beyond the control of the Employer or when contract specifications require that work can only be performed outside the regular day shift, then a special shift may be worked at the straight time rate. The starting time of work will be arranged to fit such conditions of work. Such shift shall consist of eight (8) hours work for eight (8) hours

pay or ten (10) hours work for ten (10) hours pay for four ten- hour shifts worked in accordance with paragraph (C) of this Section.

The Employer shall provide three (3) days written notice to the Union prior to starting a special shift.

G. Holiday Week: In the event that a holiday is celebrated during the week (Monday through Friday), the remaining four days of the week may be worked as four ten-hour shifts, as defined in paragraph (C) of this Section.

SECTION 2. MULTIPLE SHIFT OPERATION: Shifts may be established when considered necessary by the Employer. Shift hours and rates will be as follows:

A. Two Shift Operation: On a two (2) consecutive shift operation, no shift penalty is involved for work performed on either of these two (2) shifts. Each shift must be scheduled for at least eight (8) hours except as provided for in Section 1 of this Article. On a two (2) shift operation, the second shift shall be established for a minimum of three (3) days. The Employer shall notify the Local Union prior to the start of a two (2) shift operation. Once the starting times are established for the two (2) shift operation, they shall not be changed except upon three (3) working days, written notice to the Union.

B. Three Shift Operation: On a three (3) shift operation, the following shall apply:

   1. First Shift – The regular hours of work on the first shift of three (3) shift operations shall be eight (8) hours of continuous employment, except for lunch period at mid-shift, between the hours of 5:00 A.M. and 6:00 P.M.

   2. Second Shift – The second shift shall be seven and one-half (7½) hours of continuous employment, except for lunch period at mid-shift, and shall be paid eight (8) hours at the straight time hourly wage rate.

   3. Third Shift – The third shift shall consist of seven (7) consecutive hours of employment, except for lunch period at mid-shift, and shall be paid eight (8) hours at the straight time hourly wage rate.

C. Multiple shift: a two (2) or three (3) shift) operation will not be construed on the entire project if at any time it is deemed advisable and necessary for the Employer to multiple shift a specific operation. Those groups of employees only who relieve first shift groups of employees and such first shift groups of employees who are relieved by groups of employees on a second shift, and on a three-shift operation those groups of employees who relieve the groups of employees on a second shift, shall be construed as working multiple shifts. The intent of this clause shall be construed so as to recognize that a “reliever group” and a “relief group” do not necessarily mean “employee for employee” relief.

D. It is understood and agreed when the first shift of a multiple shift (a two (2) or three (3) shift) operation is started at the basic straight time rate or at a specific overtime rate, all shifts of that day’s operation shall be completed at that rate.

E. The Employer shall notify the Local Union prior to the start of a multiple shift (a two (2) or three (3) shift).

SECTION 3. GENERAL PROVISIONS:

A. Call Out. When employees have completed their scheduled shift and are "called out" to perform special work of a casual, incidental or irregular nature they shall receive premium pay in accordance with the proper overtime rates with a minimum guarantee of two (2) hours pay at the employee's overtime wage rate. When an employee is called out to work without at least eight (8) hours off since his/her previous shift, all such call out time shall be paid at the applicable overtime rate until the employee has had a break of eight (8) hours or more.

B. Paving Operations. To take full advantage of weather conditions, starting time of operations for the paving of asphalt paving, road oiling and concrete paving will be at the option of the Employer. However, standby time will be considered as part of the regular operation and will be paid at the regular rate.

C. Tide Work. When employees are called out between the hours of 6:00 p.m. and 6:00 a.m. to work broken time on tide work, all time worked shall be at time and one-half (1½) the basic hourly rate of pay, and a minimum of four (4) hours will be paid at the employee's straight time rate. Except for the above, all tide work shall be worked in accordance with provisions of the general Agreement.

D. Maintenance, Watchperson and Flagger. When no other work is in progress and it is necessary to keep a maintenance person, watchperson, or flagger on duty on Saturdays and Sundays, they will be paid straight time rates but allowed two (2) regular consecutive days off each week. If these employees work more than five (5) consecutive days in any one week, the sixth (6th) day shall be paid for at time and one-half (1½) the basic rate and the seventh (7th) day shall be paid for at double (2x) the basic rate.

## ARTICLE 18
## OVERTIME

SECTION 1. Work performed in excess of eight (8) hours of straight time per day, or ten (10) hours of straight time per day when four ten (10) hour shifts are established, Monday through Friday, or outside the normal shift, and all work on Saturdays, except for make-up days, shall be paid at time and one-half (1½) the straight time rate. All work performed on Sundays and holidays and work in excess of twelve (12) hours per day shall be paid at double (2x) the straight time rate of pay.

The Employer shall have the sole discretion to assign overtime work to employees. Primary consideration for overtime work shall be given to employees regularly assigned to the work to be performed on overtime situations.

SECTION 2. After an employee has worked eight (8) hours at an applicable overtime rate, all additional hours shall be at the applicable overtime rate until such time as the employee has had a break of eight (8) hours or more.

## ARTICLE 19
## REPORTING AND MINIMUM HOURS PAY

SECTION 1. Reporting Pay: Employees reporting for work and not put to work shall receive two (2) hours pay at the regular straight time rate, unless inclement weather conditions prohibits work, or notified not to report at the end of the previous shift or two (2) hours prior to the start of a shift. The

Employer may require employees to remain at the jobsite for the two (2) hours to receive such reporting pay.

It is understood that it shall be the responsibility of the Employer to secure from each employee a telephone number by which to be contacted. The Employer will make every effort to notify employees of inclement weather conditions. If the employee does not, at the Employer's request, furnish a telephone number or fails to inform the Employer of any change of number at which he may be reached, then the Employer shall be relieved of any responsibility of notification and shall not have to pay show-up time.

When employees, including new hires, reporting for work arrive on the job unprepared to perform the work required (for example, including but not limited to: under the influence of alcohol or drugs, not possessing the right requested certifications, or inadequately clothed), the Employer shall not have to pay show up time. If the employee is put to work and lacks requested qualifications employer shall pay actual time worked only.

Reporting pay on overtime days shall be a minimum of two (2) hours at the applicable overtime wage rate.

SECTION 2. Employees who work less than two (2) hours shall be paid two (2) hours; they shall be paid a minimum of four (4) hours if required to work more than two (2) hours; they shall be paid a minimum of six (6) hours if required to work more than four (4) hours; they shall be paid eight (8) hours if required to work more than six (6) hours; and they shall be paid ten (10) hours if required to work more than eight (8) hours on a regularly established ten (10) hour shift. When a shift is suspended due to inclement weather, after the two (2) hour minimum, employees shall be paid for actual time worked.

SECTION 3. If any employee refuses to start work or if any employee stops work of his own volition, the minimums set forth in Section 2 above shall not apply.

SECTION 4. Any applicant who is required to report to the Employer's designated location for employment orientation shall be paid a minimum two (2) hours reporting time. Any applicant who is required by the Employer to travel more than thirty (30) miles from the dispatch point to the employment orientation shall be paid a minimum of four (4) hours reporting time. The Employer who conducts the orientation at the job location and puts the applicant to work shall not be subject to the provisions of this Section 4.

## ARTICLE 20
## MANAGEMENT RIGHTS CLAUSE

SECTION 1. The Employer retains full and exclusive authority for the management of its operation unless otherwise limited by this bargaining Agreement. The Employer shall direct his working forces at his sole prerogative including, but not limited to hiring, promotion, transfer, layoff or discharge for just cause as traditionally practiced within the construction industry. The Employer shall utilize the most efficient methods or techniques of construction, tools or labor-saving devices. There shall be no limitations upon the choice of materials or design except those imposed by safety and health considerations.

SECTION 2. The foregoing enumeration of management rights shall not be deemed to exclude other functions not specifically set forth. The Employer retains all legal rights not specifically covered by this Agreement.

SECTION 3. It shall not be a violation of this Agreement when an Employer considers it necessary to shut down a job to avoid the possible loss of human life, because of an emergency situation beyond the Employer's control that could endanger the life and safety of an employee. In such cases, employees will be compensated only for the actual time worked. In the case of a situation described above whereby the Employer requests the employees to stand by, the employees will be compensated for the "stand by" time.

If such a condition continues, the Employer agrees to give at least two (2) hours' notice to members of the next shift scheduled to report for duty. In the event that at least two (2) hours' notice is not given, employees who report for work at their regular reporting time and are not put to work shall be paid "**reporting** pay."

This article shall be subject to the grievance procedure set forth in Article 12.

## ARTICLE 21
## SPECIAL CONDITIONS

SECTION 1. Both parties recognize that there may be extenuating circumstances when it is to the mutual interest of both parties to modify the terms of this Agreement. In that event, it will not be a violation of this Agreement for the parties to meet and mutually agree to make such modifications to meet a specific need on a specific project.

SECTION 2. In order to maximize the effect of this provision, all crafts will be requested to act uniformly. The General Contractor shall encourage his subcontractors to comply with any modifications granted under this provision.

## ARTICLE 22
## PRE-DETERMINED WAGE RATE PROJECTS

SECTION 1. In the event the Employer bids a public job or project being awarded by a Federal, state, county, city or other public entity which is to be performed at a pre-determined and/or prevailing wage rate established or established by the U.S. Department of Labor (pursuant to the Davis-Bacon Act, 40 U.S.C.§ 3141 et seq., whose regulations are contained in 29 CFR Parts 1, 3, 5, 6, and 7 and which determinations are published in the Federal Register) or by the Director of the Washington State Department of Labor and Industries (pursuant to RCW 39.12.010 to RCW 39.12.900) prevailing wages on public works Washington State, Prevailing Wage on Public Works, the published hourly wage rate set forth in said public work at the time of bid shall apply for the first twenty-four (24) months of the project from the date the Contractor is permitted to proceed. After twenty-four (24) months the current contract wage and fringe rate will apply. The fringe benefit contribution rates shall be those as established and maintained by the Master Agreement and any fringe increases are the responsibility of the Employer. Notwithstanding the above, the project agreements may be mutually agreed upon to allow use of the pre-determined wage rate for the duration of a project to exceed twenty-four (24) months.

SECTION 2. In the event the specifications include an escalator provision covering wages, such amount will be included as an increase to wages to the extent that the Employer may recover in the escalator claim.

SECTION 3. Except as provided in Article 17, Section 1 B and C (makeup days) on affected Washington State public works projects, all work performed on Saturdays shall be paid at time and one-half (1½) the straight time rate and all work performed on Sundays and holidays shall be paid at

double (2x) the straight time rate, as established by the prevailing wage determinations for the project (overtime code and holiday code).

SECTION 4. The Employer shall, when requested in writing, supply accurate and reliable information on company stationery that will assist the Union in establishing the correct rates when responding to governmental requests for prevailing wage data.

## ARTICLE 23
## UNION DUES DEDUCTIONS

SECTION 1. Upon presentation of a proper authorization form executed by the individual employee, the Employer agrees to deduct Union dues from net pay after taxes and remit same to the Union in accordance with applicable law. It is understood the Employers will remit each month the Union dues deducted in accordance with this Article on the transmittal forms used for fringe benefit contributions and that the pro-rata costs of such forms and the collection and accounting thereof will be paid by the Union to the fringe benefit administrator.

## ARTICLE 24
## EQUAL EMPLOYMENT OPPORTUNITY

SECTION 1. The parties to this Agreement acknowledge and agree to comply with the requirements of Federal and State laws, Executive Orders and other rules and regulations governing civil rights to ensure that there shall be no discrimination in employment against any employee or applicant for employment because of age, race, color, religion, sex or national origin.

SECTION 2. The parties hereto recognize that the Employer's compliance with project specifications is of paramount importance. It is mutually agreed, therefore, by the parties to this Agreement, that provisions of this Agreement will be interpreted, applied and enforced in a manner that will serve to assure compliance with project specifications as they relate to recruiting, training and hiring.

## ARTICLE 25
## SUBSTANCE ABUSE POLICY

SECTION 1. Labor and Management are committed to providing employees with a drug-free and alcohol-free workplace. It is the goal to protect the health and safety of employees and to promote a productive workplace, and to protect the reputation of Labor and Management and the employees.

SECTION 2. Consistent with these goals, the Employer prohibits the use, possession, distribution or sale, at its employment sites, of drugs, drug paraphernalia or alcohol. A testing program pursuant to the Substance Abuse Program, may be instituted, upon mutual consent of labor and management, which consent shall not unreasonably be withheld, to monitor compliance with this policy.

SECTION 3. An acceptable Substance Abuse Program is contained in a separate addendum to this Collective Bargaining Agreement, but it is not a part of this Agreement and modifications to this Substance Abuse Program, by mutual agreement of an Employer and the Union, will not constitute a change to this Agreement.

SECTION 4. Any grievance related to any Employer's substance abuse program shall be resolved through Article 12, Settlement of Disputes, of this Agreement.

## ARTICLE 26
## NORTHWEST LABORERS-EMPLOYERS COOPERATION AND EDUCATION TEAM

SECTION 1. The Employer and the Union recognize that they must confront many issues of mutual concern which are more susceptible to resolution through Labor-Management Cooperation than through collective bargaining. To seek resolution of these mutual concerns and to advance mutual interest through Labor-Management Cooperative efforts, the Employer and the Union agree to participate in the Northwest Laborers'-Employers' Cooperation and Education Team (NWLECET) which is established in accordance with Section 302 (C)(9) of the Taft-Hartley Act.

SECTION 2. The parties agree that the Employers shall contribute to NWLECET an amount provided in Schedule A for each employee covered by this Agreement. Said contribution shall become effective for hours worked starting **June 1, 2021** and for each month thereafter for the term of this Agreement.

SECTION 3. Contributions will be made on the same form as the Health and Security payments in the amount of $0.14 **per hour**. The pro-rata costs of such forms, collection and accounting will be paid by the NWLECET to the fringe benefit administrator.

SECTION 4. This Article will sunset May 31, **2024** unless the parties to this contract mutually agree to continue the contributions to NWLECET or to reallocate for another purpose.

SECTION 5. Use of the Fringe option (Schedule A, Section 9) does not apply to this Article.

## ARTICLE 27
## LIGHT DUTY RETURN TO WORK

SECTION 1. The Employer may return an injured employee to light duty status when allowed by the employee's doctor. When such light duty work is available, light duty functions may not be work of another craft or work under classifications covered by the Master Laborers Agreement.

SECTION 2. At no time will the employee's total earnings be less than his/her full-time loss compensation under industrial insurance. Further, the employee will be provided with a full fringe package, as per the collective bargaining agreement, over and above total remuneration.

SECTION 3. Should the employee on light duty have to be laid off due to no work available, the Employer will not adversely affect his/her ability to continue to receive loss time benefits from the Industrial Insurance Division of Labor and Industries (including self-insured employers), provided they are still medically eligible.

**APPENDIX 1**
**CLASSIFICATIONS AND WAGES**

SCHEDULE A. WESTERN WASHINGTON: To include the following counties: Whatcom, Skagit, Snohomish, King, Pierce, Thurston, Lewis, that portion of Pacific County north of a straight line made by extending the north boundary of Wahkiakum County west to the Pacific Ocean, Grays Harbor, Clallam, Jefferson, Mason, Kitsap, Island and San Juan.

SCHEDULE B. FRINGE BENEFITS

SCHEDULE C. ZONE PAY DIFFERENTIAL

**APPENDIX 2**
**CRAFT WORKING RULES**

**APPENDIX 3**
**COMPRESSED AIR WORK**

**APPENDIX 4**
**CENTRAL WASHINGTON PROVISIONS**

**APPENDIX 5**
**HIRING OF APPRENTICES**

**APPENDIX 6**
**OPERATION OF LOCAL UNION HIRING HALLS**

**APPENDIX 7**
**SUBSTANCE ABUSE POLICY**

# SCHEDULE "A"
# CLASSIFICATIONS AND WAGE SCALES

SECTION 1. Wage scales shall be recognized as applying to classifications and employees shall be paid at the rate of the classification which their work calls for.

The wage rates in the schedules below shall become effective **June 10, 2021** and shall remain in effect until **May 31, 2024.**

**NOTE:** ONLY ZONE "A" RATES ARE SHOWN FOR ALL CLASSIFICATIONS. REFER TO SCHEDULE "C" FOR ZONE "B" & "C" RATE ADJUSTMENTS.

SECTION 2.

| **GROUP I** | **6/10/21** | **6/1/22*** | **6/1/23*** |
|---|---|---|---|
| | **$28.75** | **$1.68** | **$1.75** |

Landscaping & Planting & Irrigation Sprinkler Systems (1)
Watchman
Window Washer/Cleaner (2)

(1) Landscape construction does not include:

- Any activity or task when performed prepatory to any non-landscaping construction work.
- Constructing roads, footpaths, trails or rock walls more than four feet high.
- Custom fabrication of trellis work, play equipment, benches or picnic tables.
- Constructing restrooms, shelters or similar structures.
- Installing sewer systems, storm sewer systems, catch basins, vaults or drainage systems for impervious surfaces (such as parking lots).
- Installing drainage systems or underground sprinkler systems more than three feet below final grade.
- Land clearing, dozing, grading, excavating or hauling except as permitted above.
- Tree falling or bucking.
- Sub-grade preparation.
- The use of power equipment with more than ninety horsepower.
- The use of trucks with more than one rear axle except hydroseeders.
- Demolition of structures.
- Asphalt or concrete work except incidental anchorage for play equipment, benches or picnic tables.
- Welding.
- Installing agricultural irrigation systems.
- Encapsulation of landfills.

[Statutory Authority: Chapter 39.12 RCW, RCW 43.22.270 and 43.22.050. 00-15-077, § 296-127-01346, filed 7/19/00, effective 7/19/00.]

(2) Detail clean-up, such as, but not limited to, cleaning floors, ceilings, walls, windows, etc., prior to final acceptance by the Owner.

| **GROUP IIA** | **6/10/21** | **6/1/22*** | **6/1/23*** |
| --- | --- | --- | --- |
| | **$32.96** | **$1.85** | **$1.93** |

Batch Weighman
Crusher Feeder
Fence Laborer
Firewatch
Flagger
Pilot Car
Swinging Stage/Boatswain Chair

| **GROUP IIB** | **6/10/21** | **6/1/22*** | **6/1/23*** |
| --- | --- | --- | --- |
| | **$36.17** | **$1.98** | **$2.06** |

Traffic Control Laborer

| **GROUP IIC** | **6/10/21** | **6/1/22*** | **6/1/23*** |
| --- | --- | --- | --- |
| | **$39.12** | **$2.10** | **$2.18** |

Traffic Control Supervisor

| **GROUP III** | **6/10/21** | **6/1/22*** | **6/1/23*** |
| --- | --- | --- | --- |
| **(Gen. Laborer)** | **$41.29** | **$2.18** | **$2.27** |

Air, Gas or Electric
Vibrating Screed
Asbestos Abatement Worker
Ballast Regular Machine
Brick/Pedestal Pavers
Brush Cutter
Lead Abatement Worker
Brush Hog Feeder
Burner
Carpenter Tender
Cement Finisher Tender
Change House or Dry Shack
Chipping Gun (Under 30 LBS.)
Choker Setter
Chuck Tender
Clean-up Laborer
Concrete Form Stripper
Curing Laborer
Demolition: Wrecking & Moving
(incl. Charred material)
Ditch Digger
Dry Stack Walls
Dump Person
Epoxy technician
Erosion Control Worker
Fine Graders
Gabian Basket Builders
Grout Machine Tender
Grinders
Guardrail Erector
Hazardous Waste Worker
(Level C)
Mold Abatement Worker
Maintenance Person
Material Yard Person
Pot Tender
Powderman's Helper
Power Washer
Rip Rap Person
Scale Person
Scaffold Erector
Sloper Sprayer
Stake Hopper
Stock Piler
Toolroom Person (at jobsite)
Topper
Track Laborer
Truck Spotter
Vinyl Seamer

NOTE: All other Laborer work classifications not specifically listed shall be classified as General Laborer Group III.

| **GROUP IV** | **6/10/21** | **6/1/22*** | **6/1/23*** |
|---|---|---|---|
| | **$42.29** | **$2.22** | **$2.31** |

Cement Dumper-Paving
Chipping Gun(30 LBS. *and over*)
Clary Power Spreader
Concrete Dumper/Chute Operator
Concrete Placement Crew
Concrete Saw Operator/Core Driller
Drill Operator (Hydraulic,Diamond)
Faller & Bucker Chain Saw
Form Setter
Groutmen (Pressure)including
Post Tension Beams
Hazardous Waste Worker
(Level B)
Jackhammer
Laserbeam Operator
Manhole Builder-Mudman
Pavement Breaker
Pipe Layer[1]/Tailor
Caulker
Pipe Pot Tender
Pipe Reliner
Pipe Wrapper
Power Jacks
Railroad Spike
Puller - Power
Rigger/Signal Person
Rivet Buster
Rodder
Sloper (over 20")
Spreader (Concrete)
Tamper (multiple &
self-propelled)
Tamper & Similar
electric, air & gas
operated tools
Timber Person - Sewer
(lagger, shorer & cribber)
Track Liner (Power)
Tugger Operator
Vibrator
Welder
Well Point Laborer
Remote Equipment Operator[2]

| **GROUP V** | **6/10/21** | **6/1/22*** | **6/1/23*** |
|---|---|---|---|
| | **$42.98** | **$2.25** | **$2.34** |

Airtrac Drill Operator
Caisson Worker
Diver
High Scaler
Powderman
Re-Timberman
Hazardous Waste Worker (Level A)

| **GROUP V(a)** | **6/10/21** | **6/1/22*** | **6/1/23*** |
|---|---|---|---|
| | **$43.98** | **$2.54**** | **$2.64**** |

****SEE NOTE BELOW CLASSIFICATION LISTING**

**Grade Checker & Transit Person**
**Mortarman & Hodcarrier**
**Nozzleman (Concrete Pump, Green Cutter when using combination of high pressure air & water on concrete & rock, sandblast, gunite, shotcrete, Water Blaster, Vacuum Blaster)**
**Pipe Layer (Lead)**
**Raker – Asphalt**

****NOTE: In both 2022 and 2023 - in addition to the 4% total package increase, an additional $0.25 per hour is to be added after the percentage increase is calculated.**

---

[1] Including pressurized and non-pressurized ductile pipe, gravity pipe and HDPE (fused and non fused)
[2] i.e. Compaction and Demolition

| **GROUP VI** | **6/10/21** | **6/1/22*** | **6/1/23*** |
|---|---|---|---|
| Miner | **$43.98** | **$2.54**** | **$2.64**** |
| Gauge and Lock Tender | **$43.98** | ****SEE NOTE BELOW GROUP VI** | |
| Motorman Dinky Locomotive | | | |
| Compressed Air Worker | | | |
| 0-30 psi | **$129.39** | | |
| 30.01-44.00 psi | **$134.42** | | |
| 44.01-54.00 | **$138.10** | | |
| 54.01-60.00 | **$143.80** | | |
| 60.01-64.00 | **$145.92** | | |
| 64.01-68.00 | **$151.02** | | |
| 68.01-70.00 | **$152.92** | | |
| 70.01-72.00 | **$154.92** | | |
| 72.01-74.00 | **$156.92** | | |

Rates over 74psi shall be negotiated.

The highest pressure registered on the gauge for an accumulated time of more than fifteen (15) minutes during the shift shall be used in determining the scale paid.

Compressed air workers shall receive a four (4) hour minimum at the applicable rate when performing compressed air work. All preparation and medical observation time shall be paid at the Miners rate of pay.

Miner classification includes all other work performed by Laborers below the collar on a Tunnel project not specifically listed under Group VI.

****NOTE: 2022 and 2023 - in addition to the 4% total package increase, an additional $0.25 per hour is to be added after the percentage increase is calculated.**

**APPRENTICESHIP RATES:** (Percentage Computed on Group III Rate)

| | | **6/10/21** | **6/1/22** | **6/1/23** |
|---|---|---|---|---|
| 0 – 1000 hours | 60% | **$24.77** | | |
| 1001 – 2000 hours | 70% | **$28.90** | **To be** | |
| 2001 – 3000 hours | 80% | **$33.03** | **Recomputed** | |
| 3001 – 4000 hours | 85% | **$35.10** | | **After** |
| 4001 – 5000 hours | 90% | **$37.16** | | **Allocation** |
| 5001 – 6000 hours | 95% | **$39.23** | | |

HOWEVER, AT NO TIME WILL APPRENTICES' WAGE RATES EXCEED THOSE OF JOURNEYMEN FOR THE SAME CLASSIFICATION OF WORK.

**FRINGE BENEFIT RATES:**

| | **6/10/21** | **6/1/22** | **6/1/23** |
|---|---|---|---|
| Health and Security | **$7.20** | | |
| Pension | **$5.04** | **To be** | |
| Apprenticeship/Training | **$0.95** | **Recomputed** | |
| Apprenticeship/Training-Tunnel | **$0.10+** | | **After** |
| L.E.C.E.T. | **$0.14** | | **Allocation** |

+Apprenticeship/Training-TUNNEL contributions shall ONLY apply to Group 6 Tunnel Work classifications and is an addition to the **$0.95** Apprenticeship/Training contribution.

**WAGE DEDUCTIONS: (These deductions are included in wages):**

| | | |
|---|---|---|
| | | **6/10/21** |
| Credit Union | | **$1.05** |
| Union Dues | **WESTERN:** | **$1.72** |
| | **CENTRAL:** | **$1.70** |

* Total package increase. The **2022 and 2023** allocation of the wage/fringe will be determined sixty (60) days prior to the anniversary date.

The fringe benefit contribution rates for the apprentices shall be the same as for the journeymen.

SECTION 3. Swinging Stage/Boatswain Chair: Employees working on a swinging stage or boatswain chair or under conditions that require them to be tied off to allow their hands to be free shall receive seventy-five cents ($0.75) per hour above the classification rate. This provision also applies to high scalers when using pneumatic tools.

SECTION 4. Cofferdam Work: Miners shall be employed on work within or behind cofferdams if hazard is equivalent to shaft excavation.

SECTION 5. Compressed Air Work: The conditions for compressed air work are contained in Appendix 3 to this Agreement and hereby become a part of this Agreement as though contained in the body thereof. The wage schedule is now listed under Appendix I, Schedule A, Group VI Tunnel Work.

SECTION 6. Riggers, Burners and Welders shall be paid according to the classification in which they are working.

SECTION 7. Foreman, Asbestos, Lead, Mold or Toxic Waste Supervisor: When one of the Laborers is designated to act as a Foreman, Asbestos, Lead, Mold or Toxic Waste Supervisor, that individual shall receive **three dollars and fifty cents ($3.50)** per hour above the highest Laborers' classification supervised.

Foreman – When Laborers have the responsibility of supervising other Laborers on a project, they shall be paid three dollars **and fifty cents ($3.50)** per hour above the highest paid Journeyman Laborer classification supervised. This does not apply to TCS as they are in Group IIC.

**General Foreman – Whenever a Laborer has the responsibility of supervising Laborer Foremen on the project, they shall be paid General Foreman's scale. General Foremen shall be paid three dollars ($3.00) per hour above the highest paid Journeyman Laborer Foreman supervised.**

The Employer has the right to assign a non-bargaining unit employee as a Traffic Control Supervisor. The Employer may utilize no more than one (1) non-bargaining unit employee per shift. However, if the employee performs any work of a "Traffic Control Laborer", he/she shall be required to make membership in the Union in accordance with the requirements of Article 5.

SECTION 8. Live Sewer: When Laborers are required to work in or with live sanitary sewage, they will receive a premium pay of forty dollars ($40.00) per day above their regular daily classification pay. Further, the Employer will pay for all necessary inoculations to prevent disease if requested by the employee and as recommended by the Department of Labor and Industries (Industrial Safety & Health Division).

**SECTION 9.** Fringe Option: Union option to take up to twenty cents ($0.20) from wages to apply to fringe benefits with sixty (60) day notice prior to any anniversary date of this Agreement. If any additional sums are necessary to maintain fringe benefit plans, by mutual agreement such sums may be deducted from wages at any anniversary date of the Agreement.

**SECTION 10. The Union and the Employer shall discuss at their quarterly meeting any changes to technology that affect work under this Agreement.**

**APPENDIX 1**
**SCHEDULE "B"**
**FRINGE BENEFITS**

SECTION 1. Health and Security: It is agreed that all Employers employing employees within the geographical area covered by this Agreement shall contribute a sum as listed in Schedule "A," for each hour worked by all employees performing work covered by this Agreement regardless of union membership. Said contributions shall be made to the Northwest Laborers-Employers Health and Security Trust Fund in the manner as set forth in the Trust Agreement of said Trust Fund. The details of the Health and Security Plan established by this Trust Fund shall continue to be controlled and administered by a Joint Board of Trustees composed of equal representation from the Unions and the Chapters of the Associated General Contractors of America, Inc., who are signatories to the Trust Agreement of the aforesaid Trust Fund. Each trustee appointed by the Union shall be a member of the Union, or a regular paid employee of the Union. Each trustee appointed for the Employer after June 1, 2003, shall be a member with assigned bargaining rights, of an affiliated firm of the Chapters, that is making regular contributions on compensable hours to the Trust or a regular paid employee of the Chapters of the Associated General Contractors of America, Inc. The Trust Agreement, as amended, shall become a part of this Agreement.

SECTION 2. Pension:

A. It is agreed that all Employers employing employees within the geographic area covered by this Agreement shall contribute a sum, as listed in Schedule "A," for each hour worked by all employees performing work covered by this Agreement regardless of union membership. Said contributions shall be made to the Western Washington Laborers-Employers Pension Fund in the manner as set forth in the Trust Agreement of the said Trust Fund. The details of the Pension Plan established by this Trust shall continue to be controlled and administered by a Joint Board of Trustees composed of equal representation from the Unions and the Chapters of the Associated General Contractors of America, Inc., who are signatories to the Trust Agreement of the aforesaid Trust Fund. Each trustee appointed by the Union shall be a member of the Union, or a regular paid employee of the Union. Each trustee appointed for the Employer after June 1, 2003, shall be a member with assigned bargaining rights of an affiliated firm of the Chapters, that is making regular contributions on compensable hours to the Trust or a regular paid employee of the Chapters of the Associated General Contractors of America, Inc. The Trust Agreement, as amended, shall become a part of this Agreement. Contributions will be made on the same form as Health & Security payments.

B. It is agreed that a portion of the negotiated contributions to the Pension Fund in 2A above, in an amount determined by the Board of Trustees of the Pension Fund in consultation with the Pension Fund actuary, may be remitted to a Non-Qualified Excess Benefit Trust to be utilized as necessary to establish, fund and administer the Non-Qualified Excess Benefit Trust and a Non-Qualified Excess Benefit Plan under guidelines established in Internal Revenue Service Letter Rulings. The Excess Benefit Plan will be used solely to provide pension benefits to the Pension Fund participants whose benefits are otherwise limited by the Internal Revenue Code Section 415. The Excess Benefit Plan and Trust will be administered by a Board of Trustees, consisting of the same Trustees who administer the Pension Fund. The Pension Fund Trustees are granted the authority to establish and maintain the Excess Benefit Plan and Trust, provided that the language of the Excess Benefit Plan will allow for its termination if continuing benefits under the Excess Benefit Plan will impair the funding status of the Pension Plan, or if legislation is adopted modifying Internal Revenue Code Section 415 to such an extent that the Excess Benefit Plan is no longer required. In such event, the remaining articles and sections of this collective bargaining agreement shall be unaffected and shall otherwise remain in full force and effect.

SECTION 3. Credit Union: It is agreed that all Employers employing employees within the geographic area covered by this Agreement shall subtract a sum, as listed in Schedule "A" from each employee's net paycheck (after taxes), for each hour worked by its employees performing work covered by this Agreement regardless of union membership. Said contributions shall be made to Qualstar Credit Union. Contributions will be made on the same form as Health & Security payments and that the pro-rata costs of such forms and the collection and accounting thereof will be paid by the Union to the fringe benefit administrator.

SECTION 4. Training: It is agreed that all Employers employing employee within the geographic area covered by this Agreement shall contribute a sum, as listed in Schedule "A," for each hour worked by all employees performing work covered by this Agreement regardless of union membership. Said contributions shall be made to the Northwest Laborers-Employers Training Fund in the manner as set forth in the Trust Agreement of said Trust Fund. The details of the Training Program established by this Trust Fund shall continue to be controlled and administered by a Joint Board of Trustees composed of equal representation from the Union and Chapters of the Associated General Contractors of America, Inc., who are signatories to the Trust Agreement of the aforesaid Trust Fund. Each trustee appointed by the Union shall be a member of the Union or a regular paid employee of the Union. Each Trustee appointed by the Employers after June 1, 2003 shall be a member with assigned bargaining rights of an affiliated firm of the Chapters that is making regular contributions on compensable hours to the Trust or a regular paid employee of the Associated General Contractors of America, Inc. The Trust Agreement, as amended shall become a part of this Agreement. Contributions will be made on the same form as Health & Security payments.

SECTION 5. Economic Action: In the event an Employer fails to make the monetary contributions in conformity with this section of the Agreement, the Union is free to take any economic action against such Employer it deems necessary, including, but not limited to, the removal of all employees covered by this Agreement and such action shall not be considered a violation of this Agreement.

SECTION 6. Rights of Parties: It is understood that the Union and Employer Associations are principal parties to all Trust Agreements and are, therefore, entitled to full information on the action of the trustees and the operation of the Trust.

SECTION 7. Trust Agreements: The individual Trust documents are part of this Agreement as if included herein but may be amended during the term of this Agreement and such amendments when adopted by the parties shall also become part of the Agreement.

SECTION 8. Consolidation Study: The trustees may have a study made to see if it would be beneficial to the funds and their recipients if any or all of the trusts were consolidated or merged with the Trust Funds of any other Trusts. If the study shows that a consolidation or merger would be beneficial, then the Bargaining Committee will consider such merger. The trustees have the authority to investigate, evaluate and present their recommendations to the negotiating committee regarding merger, consolidation, amalgamation, joinder or other similar situations. The trustees' authority, in this respect, shall be limited to the power to prepare and recommend agreements to consummate the same and to recommend the transfer of the monies and properties of the said Trust Fund or Funds to any successor trust.

SECTION 9. It is agreed by the Employers within the area covered by this Agreement that this section covering the Employers' Trust Fund contributions shall continue as a separate written agreement including the legal remedies for collection of contributions during the period of negotiations for a new Agreement and may be enforced by the Trust Funds in either State or Federal Court, at the election of the Trust Funds.

**APPENDIX 1**
**SCHEDULE "C"**
**ZONE PAY DIFFERENTIAL**

SECTION 1. The payment for transportation reimbursement shall be governed by the following provisions: The parties recognize that it is sometimes inconvenient to get to the job location because of varying distances. It is agreed and understood that while traveling to and from work, the employees are not within the course and scope of their employment and the relationship of Employer-employee does not commence until hourly wage commences.

SECTION 2. The parties therefore adopt the following provisions for wage scales:

FOR THE FOLLOWING WESTERN WASHINGTON CITIES:

| | | |
|---|---|---|
| Aberdeen | Kent | Seattle |
| Bellingham | Mt. Vernon | Shelton |
| Bremerton | Olympia | Tacoma |
| Centralia | Port Angeles | |
| Everett | Port Townsend | |

Zone Pay Remuneration:

A. All jobs or projects located within twenty-five (25) radius miles of the respective city halls of the above-mentioned cities shall receive the basic rate of pay for all classifications (Zone A) as listed in Schedule "A."

B. All jobs or projects located more than twenty-five (25) radius miles and less than forty-five (45) radius miles from the respective city halls of the above-mentioned cities shall receive Zone "B" allowance. The basic rate of pay shall be increased by one dollar ($1.00) per hour.

C. All jobs or projects located more than forty-five (45) radius miles from the respective city halls of the above- mentioned cities shall receive Zone "C" allowance. The basic rate of pay shall be increased by one dollar and thirty cents ($1.30) per hour.

SECTION 3.1. FOR THE FOLLOWING CENTRAL WASHINGTON CITIES:

Chelan Sunnyside Wenatchee Yakima

Zone Pay Remuneration:

A. All jobs or projects located within twenty-five (25) radius miles of the respective city halls of the above-mentioned cities shall receive the basic rate of pay for all classifications (Zone A) as listed in Appendix 4.

B. All jobs or projects located more than twenty-five (25) radius miles from the respective city halls of the above- mentioned cities shall receive Zone "B" allowance. The basic rate of pay shall be increased by two dollars and twenty-five cents ($2.25) per hour.

SECTION 3.2. FOR ELLENSBURG: All jobs or projects located more than twenty (20) radius miles from the Ellensburg City Hall shall receive Zone "B" allowance. The basic rate of pay shall be increased by two dollars and twenty-five cents ($2.25) per hour.

SECTION 4. Toll & Ferry Fares: All necessary ferry or other forms of water transportation made necessary by the special conditions of a specific project are to be reimbursed by the Employer in the following instances and manner:

A. Employees will be reimbursed for the passenger's fare or passenger's carfare when substantiated by receipts, submitted within thirty (30) days of expense.

B. When employees elect to temporarily live at or near the project and forego daily ferry travel, it is recognized that they are entitled to the prerogative of visiting their homes for the weekend, and in that event, charges shall be paid for such weekend travel as substantiated by receipts, submitted within thirty (30) days of expense.

C. When circumstances make it necessary that a toll bridge be utilized, the employees will be reimbursed accordingly. The Employer shall pay tolls for all company owned vehicles. The Employee shall not be required to pay tolls for company owned vehicles.

SECTION 5. Board & Lodging: When an Employer provides camp or board and lodging, the basic wage scale will be observed and the rate for camp or board and lodging will not exceed fifteen dollars ($15.00) per day to be paid by the employee. Any costs over fifteen dollars ($15.00) per day will be absorbed by the Employer. On jobs in remote areas where camp or board and lodging is not provided and housing is inadequate or the cost of housing is prohibitive the Employer will make every effort to arrange for housing at reasonable rates to its employees.

On jobs where an Employer establishes a camp with board and lodging, or where the Employer prohibits private vehicles beyond a designated area, which in either case is more than reasonable walking distance from the job site, the Employer, the District Council representative and the Chapter representative concerned shall be required to enter into immediate negotiations to establish all conditions of travel and/or transportation from the camp or parking area to the place of work on the job site.

SECTION 6. Downtown Seattle Zone Pay **(effective October 12, 2021)**

A. The Downtown Seattle Zone is defined as the area West of I-5, East of Elliott Bay, South of Mercer Street and North of Royal Brougham. **It also includes the area North of Yesler Way, West of Broadway, South of Pike St. and East Pike St. and the section of I-5 North of Yesler Way and South of Pike St.** For the purpose of this section, the Mercer and Royal Brougham boundaries will be straight line extensions to a point the straight line intersects Elliott Bay.

B. **When parking is not reimbursed or provided, a fixed rate** of **$1.50** per hour shall be paid for each hour worked on projects within this Zone.

**SECTION 7. Bellevue Zone Pay (Effective June 1, 2023)**

**A. The Bellevue Zone is defined as the area West I-405, East of 100th Avenue NE, North of Main Street, South of NE 12th Street which includes a straight line extension to a point that intersects with 100th Avenue NE.**

**B. When parking is not reimbursed or provided, a fixed rate of $1.50 per hour shall be paid for each hour worked on projects within this Zone.**

## APPENDIX 2
## CRAFT WORKING RULES

**SECTION 1.** Union Notification: When an Employer moves into a territory away from its home area in the jurisdiction of the Washington and Northern Idaho District Council to begin a new project, he/she will notify the District Council prior to starting said project.

**SECTION 2.** Protective Clothing: On sewer, water mains, tunnels, concrete and other work which actually warrants, such protective clothing as rubber boots, pants, coats and leather or rubber gloves of proper size will be supplied by the Employer, such clothing to be charged and signed out to the employee who are to guarantee their return in like condition, normal wear and tear excepted or pay for the same. Rubber gear will not be furnished to turn foul weather.

**SECTION 3.** Flaggers: It is agreed by placing the classification of flaggers under Group IIA that when in the opinion of the Employer the "uniform" has the effect of better control of traffic and thereby protects the public and the workmen on major arterials or severely congested city streets or highways, the Employer may use off duty uniformed policemen without violation of this Labor Agreement. However, the Employer may not use retired policemen or security guards. Further, it is the intent to use Laborers who are certified as flaggers where possible.

Where conditions are normal, it is the intent to use Laborers to do on-the-job flagging, on new roads or street construction and on sewer and other work in residential or rural areas.

**SECTION 4.** Termination Notices: Upon termination, each employee will be given a termination notice. If they are not eligible for rehire the reasons will be stated.

**SECTION 5.** A single pre-job conference will be held if requested by either party. Additional pre-job conferences may be held if requested by either party.

## APPENDIX 3
## COMPRESSED AIR WORK

It is agreed that the following provisions shall apply on work under compressed air:

SECTION 1. Except as stated or modified hereafter, the condition provisions of the Master Agreement apply.

SECTION 2. All on-the-job travel, compression time and decompression time shall be exclusive of time worked as set forth in the wage schedule below, but compensation for this time is included in the pay set forth for the work shift.

SECTION 3. There shall be one rate of pay for all classifications and types of work and workmen working under compressed air.

SECTION 4. Foremen shall receive twelve dollars and eighty cents ($12.80) per shift over workmen.

SECTION 5. Health and Security shall be paid at eight (8) times the hourly rate in effect for each day worked.

SECTION 6. Retirement pay shall be paid at eight (8) times the hourly rate in effect for each day worked.

SECTION 7. On a six (6) hour shift the employees shall not be required to work more than five (5) hours from the start of the shift without a fifteen (15) minute break for lunch. This lunch period will not begin earlier than three and one-half (3½) hours after the start of the shift. The employees may be rotated so as to keep continuous work at the heading.

SECTION 8. The highest pressure registered on the gauge for an accumulated time of more than fifteen (15) minutes during the shift shall be used in determining the scale paid.

SECTION 9. All necessary protective clothing shall be furnished by the Employer, but the employees shall guarantee its return, normal wear and tear excepted.

SECTION 10. Outside lock tenders and gauge tenders shall be paid at eight (8) times the miner's rate but shall work the same shift time as worked by the gang under compressed air.

SECTION 11. All other outside classifications shall be at classifications and conditions for tunnel workers in free air except that cleaning and maintaining of the change house will be done at general laborer rate.

SECTION 12. Employees shall be relieved at the heading or working points as designated by the Employer.

SECTION 13. To compute overtime for each hour of overtime worked at the heading, the overtime pay shall be derived by dividing the applicable shift rate by the "overtime devisor" and this figure multiplied by the applicable overtime rate from the Master Agreement. On Saturdays, Sundays and holidays, all work shall be at the applicable overtime rate.

SECTION 14. There shall be only one (1) straight time shift in any twenty-four (24) hour period.

SECTION 15. When required to return for additional decompression in the medical decompression chamber, the time spent in medical decompression shall be paid at the General Laborers' straight time rate and such time shall not be considered as time worked.

SECTION 16. Medical examinations will be provided by the Employer at no cost to the employee. Such examinations shall be conducted on the Employer's time.

**APPENDIX 4**
**CENTRAL WASHINGTON AREA**

SECTION 1. Territory: This Addendum shall cover all construction work in Chelan, Kittitas, and Yakima Counties and that portion of Douglas County lying west of the 120° Meridian.

SECTION 2. Adoption of Master Agreement: The parties agree to be bound by, to adopt and incorporate by reference, as part of this Addendum, all of the terms and conditions of the Master Labor Agreement, except as provided in this Addendum.

SECTION 3. Wage Rates:

NOTE: Only zone "A" rates are shown for all classifications. Refer to Appendix 1, Schedule C, Section 3 for zone "B" Rate adjustments.

| | 6/10/21 | 6/1/22** | 6/1/23** |
|---|---|---|---|
| **Group I** | **$24.47** | **$1.51** | **$1.57** |
| **Group IIA** | **28.11** | **$1.66** | **$1.72** |
| **Group IIB** | **30.59** | **$1.76** | **$1.83** |
| **Group IIC** | **33.53** | **$1.87** | **$1.95** |
| **Group III** | **30.79** | **$1.76** | **$1.84** |
| **Group IV** | **31.54** | **$1.79** | **$1.87** |
| **Group V** | **32.09** | **$1.82** | **$1.89** |
| **Group V(a)** | **33.09** | **$2.11*** | **$2.19*** |
| **Group VI** | **33.09** | **$2.11*** | **$2.19*** |

*** 2022 and 2023 - in addition to the 4% total package increase, an additional $0.25 per hour is to be added after the percentage increase is calculated.**

**Apprenticeship Rates**: Percentage Computed on Group III Rate.

| | | 6/10/21 | 6/1/22 | 6/1/23 |
|---|---|---|---|---|
| **0 – 1000 hours** | **60%** | **$18.47** | | |
| **1001 – 2000 hours** | **70%** | **21.55** | **To Be** | |
| **2001 – 3000 hours** | **80%** | **24.63** | **Recomputed** | |
| **3001 – 4000 hours** | **85%** | **26.17** | **After** | |
| **4001 – 5000 hours** | **90%** | **27.71** | **Allocation** | |
| **5001 – 6000 hours** | **95%** | **29.25** | | |

**Total package increase. The **2022 and 2023** allocation of the wage/fringe package will be determined sixty (60) days prior to the anniversary date.

However, at no time will apprentices' wage rates, exceed those of journeymen for the same classification of work.

The fringe benefit contribution rates for apprentices shall be the same as for journeymen.

SECTION 4. CENTRAL WASHINGTON HIRING HALL

A. The hiring of workers shall be done in accordance with the National Labor Relations Act as amended to date.

Discharging of employees upon request of the Union shall be in accordance with the National Labor Relations Act as amended.

B. The Union shall establish non-discriminatory hiring halls and the Employer will use these halls as one source of applications for consideration for hire. Registration and referral of applicants shall be on a non-discriminatory basis without regard to race, color, sex, age or creed or to membership or non-membership in the Union and shall be in accordance with the following plan. The Union shall register all applicants for employment on the basis of the Groups listed below. Each applicant shall be registered in the highest priority Group for which he/she is qualified.

C. The Employer retains the right to reject any job applicant referred from any source.

D. Employers shall hire Laborers by calling the local Union in the area where the work is to be accomplished. Whenever the Employer requires Laborers on any job, he shall notify the local Union office either by personal contact, in writing, or by telephone stating the location, starting time, approximate duration of the job, the type of work to be performed and the number of workers required.

E. For the purpose of this section, each party to a joint venture will retain his individual rights as an Employer.

F. The following regulations will apply to the hiring and/or rehiring of applicants:

1. Requests by Employers for Laborers on the "A" or "B" List shall be honored without regard to the requested individual's place on the out-of-work list.

2. Employees being transferred from one local Union's jurisdiction into another local Union's jurisdiction shall check in and be cleared by the Local having jurisdiction over the project. Failure to comply with this provision may be grounds for the Union to request termination of said employee.

3. Each Employer may request, in writing, signed by a principal of the company, individuals by name in each calendar year who are currently registered on the Union's C or D list on the following basis:

Employers employing less than 10 journeymen Laborers per calendar year may request one (1) individual by name; Employers employing more than 10 journeymen Laborers per calendar year may request two (2) individuals by name. In order for the Employer to qualify for this request, one (1) member from the local Union having jurisdiction of a project must be dispatched to that Employer under the terms of this Agreement. Additional requests may be honored by mutual written agreement between the Employer (Owner) and the Business Manager in the local area.

The preceding ratio shall not apply to foremen who have previously worked for the Employer as a Foreman, nor to any Foreman who has worked within the Eastern Washington-Northern Idaho area as a Foreman for at least 2000 hours. The Employer must notify the Union in writing of their

intent to hire such individuals and the Union may require the Employer to provide proof of previous employment.

4. Preference will be given to qualified local resident Laborers who have registered on the out-of-work list and the local supply of workers will be exhausted in their turn from the list before other workmen are employed.

5. Employers may request individuals to return to work regardless of the list they are registered on provided the individual has been employed by that Employer within the immediately preceding twelve (12) months.

G. Realizing that employees working under this Agreement acquire certain rights through experience in the industry and acquire health and welfare benefits for themselves and their families, it is agreed that selection of applicants for referral will be on the following basis:

GROUP A: Effective January 1, 2003, Group A shall consist of:

All Laborers who have previously qualified for Group A list status under the terms of this Agreement.

Laborers who have successfully completed the Apprenticeship program, which consists of **480** hours of training and **6000** hours of covered employment.

Laborers who have been rated by the New Entrant Assessment (NEA) process as Journey Level Construction Craft Laborers.

Laborers who have worked at least 6000 hours under the terms of an agreement with a District Council as herein defined and have achieved a passing score at a level established by the NEA on the "Knowledge Assessment" portion of the assessment or a "Classification Specific Knowledge Assessment" that is approved by the Training Trust.

All other Laborers who have worked at least 6000 hours under the terms of an agreement with a District Council will qualify for Group A list status only in the classification(s) for which they have demonstrated proficiency through a history of employment.

GROUP B: Effective January 1, 2003, Group B shall consist of:

Individuals who are registered with and have been qualified by the JETC subcommittee and are signatory to a training agreement with the JATC. Such individuals shall register at the training office with the subcommittee. The area JATC shall determine the number of individuals accepted into the new entrant training program upon the recommendation of the subcommittee.

Individuals that do not successfully complete their apprenticeship will be denied use of all hiring halls within this District Council for a period of twelve (12) months from the date of their termination from the Program. Hours worked during their apprenticeship will not count toward any list status.

GROUP C: Effective January 1, 2003, Group C shall consist of:

All Laborers who have previously qualified for Group C status under the terms of this Agreement.

Laborers who have worked at least 200 hours under the terms of an agreement with this District Council.

GROUP D: All other individuals who are seeking employment and who are physically fit. Any individual who has previously failed to pass or complete the Pre-Construction Training (PCT) shall not be eligible to register on the D list.

The Hiring Hall shall make up and prepare the roster for preference of rehire by grouping all applicants who come within the above classifications and shall utilize the health and welfare and pension records in establishing these accrued rights based on length of employment. Each applicant for employment shall be required to furnish such data, records, names of employers and length of employment and licenses as may be deemed necessary, and each applicant shall complete such forms or registration as may be submitted to him. Applicants for employment shall also list any special skills as they may possess.

1. Referral of Applicants:

Applicants shall be referred from Group A, as qualified, in successive order as their names appear on the out-of-work list. (See Schedule "C" Hiring Hall (F) (1). This provision will apply to Group A registrants only. When Group A has been exhausted:

Dispatching of Group B Apprentices shall be in successive order as registered on the out-of-work list. When Group B has been exhausted:

Applicants shall be referred from Group C, as qualified, in successive order as their names appear on the out-of-work list. When Group C has been exhausted:

Dispatching of Group D registrants shall be in successive order as registered on the out-of-work list.

2. Any Employer who violates the hiring provisions of this Agreement may be denied further use of apprentices or preferential dispatching of Group A registrants.

Any question concerning a violation of the hiring hall provisions shall be determined by a joint hiring hall committee composed of an equal number of representatives of the parties signatory to this Agreement.

3. When a registrant has been terminated as unsatisfactory or has been discharged for cause by at least three (3) employers within a twenty-four (24) month period, he/she may be denied further use of all hiring halls covered by the District Council provided the employers have furnished the District Council in writing the reasons for such terminations or discharges. Complaints concerning the applications of this procedure will be submitted in writing by the registrant for work within ten (10) working days of denial of hiring hall privileges and will be referred to a joint committee composed of equal representatives of the parties signatory to the Agreement for a decision.

4. If said layoffs or discharges are for the lack of necessary skills to perform assigned duties, additional training will be required before hiring hall privileges are restored in the classification in question. Complaints concerning the applications of this procedure will be submitted in writing by the registrant

for work within ten (10) working days of denial of hiring hall privileges and will be referred to a joint committee composed of equal representatives of the parties signatory to the Agreement for a decision.

When a registrant has been terminated for failure to pass a substance abuse test, the individual shall be registered on the bottom of the appropriate out-of-work list for which he/she qualifies. Should the registrant be terminated a second time for failure to pass a substance abuse test, the registrant shall be denied use of all hiring hall facilities within the area of the District Council until he/she has successfully completed a State Certified drug/alcohol program or has been released by a State Certified Counselor, for employment purposes, while completing the program. Continued use of the hiring hall facilities will depend upon the individual remaining free of all prohibited substances as defined in the AGC-Labor Substance Abuse Program.

**APPENDIX 5**
**HIRING OF APPRENTICES**

SECTION 1. Employers signatory to this agreement may only employ Laborer apprentices registered through the Northwest Laborers-Employers Training Trust.

SECTION 2. Apprentices: The employment of apprentices shall be in accordance with the following ratios per job:

**A.** An Employer employing one or more Journey-level Laborers may employ apprentices **on a one to one ratio**. This is to be interpreted as per job. Each Contractor or contract is separate with their own ratios on the job.

**NOTE: Employers who are signatory to this collective bargaining agreement are recognized as being an "Approved Training Agent" per WAC 296-05-009. If required, Employers shall sign a Training Agent Agreement to be approved by the Washington State Department of Labor and Industries.** Employers may lose their training agent status with the State of Washington if they are found to be in violation of the established ratios.

Employers who are signatory to this collective bargaining agreement are recognized as being an "Approved Training Agent" per Washington State Department of Labor and Industries Apprenticeship guidelines.

**B.** The apprentice to Journey-level worker shall never exceed a one to one (1:1) ratio.

**C.** The proper ratio of journeymen to apprentices will be maintained when reducing the work force and when transferring employees from project to project.

**D.** When performing overtime or emergency work, Journeyman Laborers will be given preference.

Work Defined: By a single crew or on a crew by crew basis, and not to the job as a whole.

**E.** When Employers wish to transfer apprentices from one project to another resulting in the need to transfer from one local union to another covered by this Agreement, they must have permission of both local JETC subcommittees.

Note: Apprentices may not be transferred outside the area of the subcommittee's jurisdiction except when done in accordance with this subsection **1 E.**

**F.** At no time will apprentices' wage rates exceed those of journeyman for the same classification of work.

**G.** Apprentices shall be indentured in accordance with the Northwest Laborers Apprenticeship Committee Standards of Apprenticeship.

**H.** When an apprentice is required to attend training necessary for maintaining and/or upgrading his/her status in the apprenticeship program, and such training necessitates the absence of the apprentice from a job, the Employer shall grant the apprentice leave from the job to satisfy the training requirement and restore his/her status on the job when the

training is completed, provided a position is available. Apprentices returning from training shall be given preference for employment.

**APPENDIX 6**
**OPERATION OF LOCAL UNION HIRING HALLS**

SECTION 1. In order to maintain employment and preserve workable labor relations, as well as to insure accomplishment of private and public work, the following shall prevail:

A. It is recognized within the construction industry that the Union and the Employer have jointly developed a pool of qualified and safety trained workers.

B. The Employer recognizes the Union as the sole and exclusive collective bargaining representative of employees over whom the Union has jurisdiction.

C. The recruitment of employees shall be the responsibility of the Union and its Local Unions will maintain offices or other designated facilities for the convenience of the Employer and for job applicants.

D. Selection and referral of applicants for jobs shall be on a non-discriminatory basis and shall in no way be affected by race, color, age, sex, or creed, nor by Union membership, bylaws, rules, regulations, constitutional provisions, or any other aspect or obligation of Union membership, policies or requirements.

E. Realizing that employees working under this Agreement acquire certain rights through experience in the industry and acquire Health and Welfare benefits for themselves and their families, it is agreed that selection of applicants for referral will be on the following basis:

The Union shall maintain a list of applicants in the Union office or designated point, who are out of work and available for employment.

Registration and referral of applicants shall be on a non-discriminatory basis without regard to race, color, sex, age or creed or to membership or non-membership in the Union and shall be in accordance with the following plan. Each applicant shall be registered in the highest priority Groups for which he/she is qualified.

**GROUP A**

Effective January 1, 2003, Group A shall consist of:

All Laborers who have previously qualified for Group A list status under the terms of this Agreement.

Laborers who have successfully completed the Apprenticeship program, which consists of three hundred twenty (320) hours of training and four thousand (4000) hours of covered employment or Laborers who registered in the Apprenticeship program after June 1, 2012 who have successfully completed the Apprenticeship program which consists of four hundred eighty (480) hours of training and six thousand (6000) hours of covered employment.

Laborers who have been rated by the New Entrant Assessment (NEA) process as Journey Level Construction Craft Laborers.

Laborers who have worked at least four thousand (4000) hours under the terms of an agreement with a District Council as herein defined and have achieved a passing score at a level

established by the NEA on the "Knowledge Assessment" portion of the assessment or a "Classification Specific Knowledge Assessment" that is approved by the Training Trust.

All other Laborers who have worked at least four thousand (4000) hours under the terms of an agreement with a District Council will qualify for Group A list status only in the classification(s) for which they have demonstrated proficiency through a history of employment.

**GROUP B**

Effective January 1, 2003, Group B shall consist of:

Individuals who are registered with and have been qualified by the JETC subcommittee and are signatory to a training agreement with the Joint Apprenticeship Training Committee. Such individuals shall register at the Training Office with the subcommittee. The Area JATC shall determine the number of individuals accepted into the new entrant training program upon the recommendation of the subcommittee.

Individuals who do not successfully complete their apprenticeship will be denied use of all hiring halls within this District Council for a period of twelve (12) months from the date of their termination from the Program. Hours worked during their apprenticeship will not count towards any list status.

If at any time, the indenturing of Apprentices causes the Training Trust to be out of compliance with Affirmative Action requirements in any Local Union area, the Training Trust will indenture additional Apprentices from their pool of eligible individuals, at the earliest opportunity, to get the Local Union area back into compliance.

**GROUP C**

Effective January 1, 2003, Group C shall consist of:

All Laborers who have previously qualified for Group C list status under the terms of this Agreement.

Laborers who have worked at least two hundred (200) hours under the terms of an agreement with this District Council.

**GROUP D**

**Group D is an optional group that a Local Union may establish or maintain or discontinue as an out-of-work D list for the registration and referral of applicants for employment. This option GROUP D shall consist of all other individuals who are seeking employment and who are physically fit.** Any individual who has previously failed to pass or complete the Pre-Construction Training (PCT) shall not be eligible to register on the "D" list.

F. The Hiring Hall shall make up and prepare the roster for preference of rehire by grouping all applicants who come within the above classifications and shall utilize the Health and Welfare and Pension records and/or check stubs in establishing these accrued rights based on length of employment. The registrant shall have the burden of proving his past experience and skills to the hiring hall.

G. Seattle/Everett Metropolitan Area: In order to have applicants available and ready for work in the densely populated Seattle/Everett Metropolitan area, the Locals in that area shall give preference to those applicants present at the hiring hall during the Local's established dispatch hours. Any dispatching done outside of the Local's established dispatching hours will be done by telephone.

H. Definition of Employer: "Employer" under this Article means, (1) any Employer party to the Agreement, or (2) any Employer who employs Laborers under the terms of this Agreement and is a contributing employer within the meaning of the Health and Welfare and Pension Plans.

I. Referral of Laborers: Laborers shall be referred from Group A, as qualified, in successive order as their names appear on the out-of-work list. When Group A has been exhausted:

Dispatching of Group B apprentices shall be in successive order as registered on the out-of-work list. When Group B has been exhausted:

Laborers shall be referred from Group C, as qualified, in successive order as their names appear on the out-of-work list. When Group C has been exhausted:

Dispatching of Group D registrants shall be by qualification in successive order as registered on the out-of-work list.

J. When an applicant is referred for employment and is actually employed on a specified short-term job, such applicant's position shall not be changed on the out-of-work list. If a registrant, upon being referred for employment in regular order, refused to accept employment for which he/she is qualified, or voluntarily quits such employment prior to completion of the job, or is fired for cause, such registrant's name shall be placed at the bottom of the Group out-of-work list on which he/she is registered.

K. It shall not be a violation of this Agreement for the Hiring Hall dispatching officer to refer Laborers to a job which is located outside of a metropolitan area whose residence is in close proximity to that job even though their priority on the out-of-work list may not be as great as some other Laborers living at a greater distance.

L. There shall be no discrimination by the Employer or the Local Union, with respect to recruitment, referral, hiring, tenure or discharge of any applicant or worker and any requirement as to membership or non-membership in any Union shall be in accordance with the National Labor Relations Act of 1947 as amended.

M. There shall be no discrimination by the Employer or the Local Union, with respect to recruitment, referral, hiring, tenure or discharge of any applicant or worker because of race, color, sex, age or creed and both the Employer and the Local Union agree to abide by Presidential Orders, Federal Laws or State Laws providing for non-discrimination in employment.

N. It is the intent of the Employer and of the Union by these procedures to fully comply with the National Labor Relations Act of 1947 as amended and the regulations and criteria of the National Labor Relations Board.

O. The Union and each Local Union shall post in their main offices all provisions relating to the referral and hiring provisions of this Agreement.

**IN WITNESS WHEREOF** this Agreement has been executed by the Washington and Northern Idaho District Council of Laborers and its Local Unions party hereto, and the AGC of Washington, a Chapter of the Associated General Contractors of America, Inc., on behalf of certain individual members who have authorized the Chapter to execute the Agreement on their behalf.

FOR THE EMPLOYERS:

Brandon Dully
Co-Chair Laborers Bargaining
AGC of Washington

12/10/2021
Date

Jason Harrison
Co-Chair Laborers Bargaining
AGC of Washington

12/10/2021
Date

FOR THE WASHINGTON AND
NORTHERN IDAHO DISTRICT
COUNCIL OF LABORERS:

Stacy Martin, Business Manager/Secretary
Treasurer – Negotiating Committee Chair

12/10/2021
Date

# WESTERN/CENTRAL WASHINGTON LOCALS

| | |
|---|---|
| Everett #292<br>2810 Lombard Ave. Suite #100<br>Everett, WA 98201 | (425) 259-5077<br>(425) 252-3062 FAX |
| Bellingham Sub-Office | (360) 733-0900<br>(360) 733-0089 FAX |
| Seattle #242<br>22323 Pacific Hwy. S.<br>Des Moines, WA 98198 | (206) 441-0481<br>(206) 728-8756 FAX |
| Tacoma #252<br>4803 S. "M" St.<br>Tacoma, WA 98408 | (253) 383-1493<br>(253) 597-4980 FAX |
| Silverdale Sub-Office | (360) 613-4073<br>(360) 692-2759 FAX |
| Tumwater Sub-Office | (360) 357-6460<br>(360) 357-9900 FAX |
| Port Angeles Sub-Office | (360) 457-6929<br>(360) 417-1545 FAX |
| Richland #348<br>2505 Duportail St.<br>Richland, WA 99352 | (509) 420-4581<br>(509) 420-4585 FAX |
| Wenatchee Sub-Office | (509) 662-9762<br>(509) 663-8572 |
| Yakima Sub-Office | (509) 452-4332<br>(509) 452-4337 FAX |

# Exhibit E

# WESTERN/CENTRAL WASHINGTON MASTER LABOR AGREEMENT

## 2024 – 2027 AGREEMENT
between the
ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON
and the
WASHINGTON AND NORTHERN IDAHO
DISTRICT COUNCIL OF LABORERS


| INDEX | | PAGE |
|---|---|---|
| PREAMBLE | | 2 |
| ARTICLE | | |
| 1. | PURPOSE OF AGREEMENT | 2 |
| 2. | WORK AFFECTED | 3 |
| 3. | TERRITORY OF AGREEMENT | 3 |
| 4. | EFFECTIVE DATE AND DURATION | 4 |
| 5. | UNION SECURITY | 4 |
| 6. | UNION RECOGNITION AND HIRING PROCEDURES | 5 |
| 7. | SUBCONTRACTORS | 8 |
| 8. | HOLIDAYS | 8 |
| 9. | LUNCH PROVISIONS, REST PERIODS AND PAID SICK LEAVE | 9 |
| 10. | PAY DAY | 10 |
| 11. | UNION REPRESENTATIVE | 12 |
| 12. | SETTLEMENT OF DISPUTES | 12 |
| 13. | SETTLEMENT OF JURISDICTIONAL DISPUTES | 13 |
| 14. | STRIKES AND PICKET LINES | 14 |
| 15. | SAFETY MEASURES | 14 |
| 16. | SAVINGS CLAUSE | 14 |
| 17. | HOURS OF WORK | 15 |
| 18. | OVERTIME | 17 |
| 19. | REPORTING AND MINIMUM HOURS PAY | 17 |
| 20. | MANAGEMENT RIGHTS CLAUSE | 18 |
| 21. | SPECIAL CONDITIONS | 19 |
| 22. | PRE-DETERMINED WAGE RATE PROJECTS | 19 |
| 23. | UNION DUES DEDUCTION | 20 |
| 24. | EQUAL EMPLOYMENT OPPORTUNITY | 20 |
| 25. | SUBSTANCE ABUSE POLICY | 20 |
| 26. | NORTHWEST LABORERS-EMPLOYERS COOPERATION AND EDUCATON TEAM | 20 |
| 27. | LIGHT DUTY RETURN TO WORK | 21 |
| APPENDIX 1 | | |
| | SCHEDULE A – CLASSIFICATIONS AND WAGE SCALES | 23 |
| | SCHEDULE B – FRINGE BENEFITS | 29 |
| | SCHEDULE C – ZONE PAY DIFFERENTIAL | 32 |
| APPENDIX 2 | | |
| | CRAFT WORKING RULES | 34 |
| APPENDIX 3 | | |
| | COMPRESSED AIR WORK | 35 |
| APPENDIX 4 | | |
| | CENTRAL WASHINGTON AREA | 37 |
| APPENDIX 5 | | |
| | HIRING OF APPRENTICES | 42 |
| APPENDIX 6 | | |
| | OPERATION OF LOCAL UNION HIRING HALLS | 43 |
| WESTERN/CENTRAL WASHINGTON LOCALS | | 47 |

**WESTERN/CENTRAL WASHINGTON MASTER LABOR AGREEMENT**
**2024 – 2027 AGREEMENT**

**between the**

**ASSOCIATED GENERAL CONTRACTORS OF WASHINGTON**

**and the**

**WASHINGTON AND NORTHERN IDAHO**
**DISTRICT COUNCIL OF LABORERS**

## PREAMBLE

This Agreement is a successive principal Agreement of the **2021-2024** Agreement, and all other prior Agreements thereto by and between the Associated General Contractors of Washington, a Chapter of the Associated General Contractors of America, Inc., and the Washington and Northern Idaho District Council of Laborers.

For the purposes of this Agreement, the AGC of Washington is not acting as a multi-employer bargaining agent in a single multi-employer unit but is acting for and on behalf of Employers who have individually requested the AGC of Washington to act as their individual and separate bargaining agent in individual Employer units. Further, each individual principal member reserves the right to review and accept or reject any proposed Agreement negotiated between the Union and the AGC of Washington acting as an agent for the individual contractor members.

This is a collective bargaining Agreement between certain individual members of the Associated General Contractors of Washington, a Chapter of the Associated General Contractors of America, Inc. (hereinafter referred to as the "Employer"), and the Washington and Northern Idaho District Council of Laborers (hereinafter referred to as the "Union"), and shall constitute an Agreement between the parties hereto for the work conditions and wage rates provided for herein in the territory of Western and Central Washington.

## ARTICLE 1
## PURPOSE OF AGREEMENT

SECTION 1. The purpose of this Agreement is to promote the settlement of labor disagreements by conference, to prevent strikes and lockouts and to stabilize wages and working conditions in building, heavy highway construction and engineering work in the area affected.

SECTION 2. Bylaws of either party are not part of this Agreement. It is agreed and understood between the parties hereto that this Agreement contains all the covenants, stipulations, and provisions agreed upon by the parties hereto. No agent or representative of either party has authority to make any promise, inducement or agreement contrary to the provisions herein.

SECTION 3. The Employer hereby voluntarily recognizes the Union as the exclusive bargaining agent of all employees performing bargaining unit work covered by this Agreement and agrees that a majority of those employees have designated the Union as their collective bargaining representative.

SECTION 4. The Union recognizes the AGC of Washington as the exclusive individual bargaining unit for each Employer who has authorized the AGC of Washington to negotiate individually with the Union on its behalf.

SECTION 5. The Employer recognizes the Union as the sole and exclusive collective bargaining representative of employees over whom the Union has jurisdiction pursuant to Section 9 of the Labor Management Relations Act as amended.

SECTION 6. Any reference to "mutual agreement" is defined to mean an agreement between the Union and the Employer.

## ARTICLE 2
## WORK AFFECTED

SECTION 1 This Agreement shall cover all Highway, Building, Heavy, **Renewable** Construction and Engineering projects including the loading and unloading of barges or other carriers of the Employer's materials and equipment at loading facilities for the contractor's work performed by Employer parties to tis Agreement in the counties outlined in Article 3, Section 1.

SECTION 2. For clarification, Heavy, Highway, **Renewable** and Engineering projects are defined as follows: construction of railroads, street railways, roads, highways, streets, alleys, sidewalks, curbs and gutters, paving (Portland Cement or Asphaltic Concrete), airports, bridges, overpasses, sewers, water mains, sanitation projects, irrigation projects, flood control projects, reclamation projects, reservoirs, dams, dikes, levees, revetments, channels, aqueducts, channel cutoffs, jetties, breakwaters, harbor developments, docks, dry docks, piers, abutments, retaining walls, transmission lines, duct lines, subways, shafts, tunnels, excavation of earth and rock, power generating projects, reinforced earthwork, **solar, wind, battery storage, hydrogen, nuclear, carbon capture** and all other heavy construction and engineering operations in connection therewith, and all site clearing, demolition work, pipeline and refinery work when covered by this Agreement.

SECTION 3. For further clarification, the term "Building" shall mean a building structure, including modifications thereof, or additions or repairs thereto, intended for use for shelter, protection, comfort and convenience.

SECTION 4. Asbestos, Lead, Mold and Toxic Waste: This Agreement shall also cover all work in connection with the handling, control, removal, abatement, encapsulation or disposal of asbestos, lead, mold and/or toxic waste.

## ARTICLE 3
## TERRITORY OF AGREEMENT

SECTION 1. This Agreement shall cover all construction work in the following counties: Whatcom, Skagit, Snohomish, King, Pierce, Thurston, Lewis, that portion of Pacific County north of a straight line by extending the north boundary of Wahkiakum County west to the Pacific Ocean, Grays Harbor, Clallam, Jefferson, Mason, Kitsap, Island, San Juan, Chelan, Kittitas, Yakima and that portion of Douglas County lying west of the 120° meridian.

SECTION 2. Attached hereto and made a part of this Agreement is Appendix 4 which contains any differences in wages, travel or working conditions for the Central Washington area.

## ARTICLE 4
## EFFECTIVE DATE AND DURATION

SECTION 1. This Agreement shall be effective commencing **June 1, 2024** and shall continue in force and effect through **May 31, 2027**. Upon its expiration, this Agreement shall continue from year to year, June 1 through May 31 of each year, by automatic renewal unless changed, or superseded by a successor principal agreement, or terminated. For the purpose of negotiating alterations in wages and other terms and conditions of employment, either party may open this Agreement, or any contract effectuated through automatic renewal by giving written "Notice of Opening" not later than sixty (60) nor more than ninety (90) days prior to the expiration date. "Notice of Opening" is in no way intended by the parties as a termination of, nor shall it in any way be construed as a termination of this Agreement or any annual contract effectuated through automatic renewal nor as forestalling automatic renewal as herein provided. The parties reserve the right to economic recourse in negotiations, except during the interval between the giving of "Notice of Opening" and the expiration date.

SECTION 2. Except by mutual written agreement, termination of this Agreement or any annual contract effectuated through automatic renewal must, to the exclusion of all other methods, be perfected by giving written "Notice of Termination" not later than sixty (60) nor more than ninety (90) days prior to the expiration date, whereupon the contract shall, on its expiration date, terminate. Effective termination eliminates automatic renewal.

SECTION 3. Any "Notice of Opening" or "Notice of Termination" by the Employer shall be sent via certified mail to the Washington & Northern Idaho District Council of Laborers.

SECTION 4. Any "Notice of Opening" or "Notice of Termination" not submitted per the provisions of this article shall be absolutely null and void and completely ineffective for all purposes.

## ARTICLE 5
## UNION SECURITY

SECTION 1. The employees shall become and remain members of the Union as a condition of employment from the seventh but not later than the eighth day of employment or the effective date of this Agreement, whichever is later. To "become and remain members of the Union as a condition of employment" shall mean an employee's payment or tender of initiation fees and membership dues to the Union.

SECTION 2. No employee covered by this Agreement shall be required to sign or be bound by a non-competition agreement of any kind or nature that restricts future employment opportunities.

SECTION 3. It is further agreed that all Union members employed by the Employer shall maintain their membership in good standing in the Union. To "maintain their membership in good standing in the Union" shall mean an employee's payment or tender of fees or dues as required by this Agreement, Article 23.

SECTION 4. Failure of any employee to pay or tender normal initiation fees or dues as required by this Agreement shall, upon the request of the Union in writing, result in the termination of such employee within two (2) working days, provided a replacement is available. Termination in this Article shall be within seven (7) working days under any circumstances.

# ARTICLE 6
# UNION RECOGNITION AND HIRING PROCEDURES

SECTION 1. The Employer will call upon the Local Union in whose territory the work is to be accomplished to refer qualified applicants for work in the classifications herein contained. In requesting applicants for work, the Employer shall notify the Local Union office either in writing, **email** or by telephone, stating the location, starting time, type of shift schedule (i.e., 5 days at 8 hours or 4 days at 10 hours), approximate duration of the job, the type of work to be performed and the number of employees required.

A. All qualified applicants referred for work to an Employer shall provide to the Employer when reporting for work two pieces of identification, one of which has a picture of the applicant.

B. All qualified applicants shall complete, and sign W-4 and I-9 forms as requested by the Employer, **before commencement of work.**

C. An applicant who fails or refuses to submit this information or who provides false information when referred to an Employer shall be registered on the bottom of the appropriate out-of-work list for which the applicant qualifies.

D. An applicant who, upon a subsequent referral to an Employer, fails or refuses to submit this information or provides false information shall be denied use of all hiring facilities within the area of this District Council, unless the applicant enters into a written agreement that the applicant will submit the information to Employers.

SECTION 2. When the Employer has placed a verbal or written order for referral of workers from the Local Union and should a shortage of applicants exist and they cannot be supplied by the Local Union within twenty-four (24) hours from the time workers ordered are required to report to the job, Saturdays, Sundays and holidays excluded, the Employer may then seek applicants from other sources. When an Employer so hires employees from sources other than the Local Union, the Employer shall notify the Union, giving the names and addresses and classifications of the employees hired within five (5) days of the date of employment.

SECTION 3. The Employer shall have the right to reject any job applicant, but the applicant and the Local Union shall be entitled to the reason for such rejection in writing.

SECTON 4. The Employers acknowledge and support the LIUNA Code of Performance, dated 5/14/2010, as an effort to increase competitiveness by improving the quality and performance of the workforce. To assist the Union with implementation of this Code of Performance, the Employers agree to designate discharges "for cause" in writing, when appropriate. This clause is intended only to assist the Union in implementing its Code of Performance with future referrals under the Union's hiring hall procedures. Otherwise, this clause does not create any new or additional rights for the workers or additional responsibility for Employers under this Agreement.

SECTION 5. Whenever an employee is discharged for cause, including failure to pass a substance abuse test, not able to perform the assigned work due to lack of skills or as unsatisfactory, the Employer agrees to send a written **or email** termination notice **(on Employer letterhead),** within fifteen (15) working days to the Union, stating the reasons for termination. If no notice of cause is provided, the individual shall be eligible for rehire without exception.

SECTION 6. General Termination: When a registrant has been terminated as unsatisfactory or has been discharged for cause by at least three (3) Employers within a twenty-four (24) month period, **they** shall be denied further use of all hiring halls covered by the District Council provided the Employers have furnished the Local Unions in writing the reasons for such terminations or discharges. Members wishing to demonstrate that corrective action has been taken by them, and therefore they should be allowed access to the hiring hall facilities, may petition the District Council's Executive Board for an opportunity to appear and give their position. The members' petition to the District Council's Executive Board shall be filled within one year from the date **they have** been denied further use of the hiring halls covered by the District Council. A member may petition twice for the restoration of **their** use of the hiring hall facilities covered by the District Council. The burden is on the petitioning member to demonstrate that corrective action has been taken to remedy the issue(s) outlined in the termination letters. The District Council's Executive Board shall be the sole judge as to whether such corrective action is sufficient for reinstatement. **Upon reinstatement the Member will agree and sign a "Last Chance" agreement with Washington and N. Idaho District Council of Laborers' and all affiliated Locals. Regardless of DC Executive Board determination the member will not be allowed for dispatch back to the employers providing termination notice.**

SECTION 6.1. Skills Termination: When a registrant has been terminated for lack of possessing the necessary skills to perform assigned duties, by at least three (3) Employers within a twenty-four (24) month period, satisfactory completion of additional training will be required before hiring hall privileges are restored in the classification in question.

SECTION 6.2. Substance Abuse Termination: The following provision applies only to those Employers using the AGC-Labor Substance Abuse Program or one that has been jointly negotiated with the Union. In order to protect the privacy of all employees, termination notices for failure of the drug test must be sent "Personal and Confidential" to:

Business Manager
Washington & Northern Idaho District Council of Laborers
12101 Tukwila International Boulevard, Suite 300
Seattle, WA 98168

When a registrant has been terminated, and/or is deemed ineligible for rehire, for failure to pass a substance abuse test, the individual shall be registered on the bottom of the appropriate out-of-work list for which **they qualify**. Should the registrant be terminated a second time within a twenty-four (24) month period for failure to pass a substance abuse test, the registrant shall be denied use of all hiring facilities within the area of the District Council until **they have** successfully completed a State certified drug/alcohol program or has been released for employment purposes by a State certified counselor, and continues to remain free of all prohibited substances as defined in the AGC-Labor Substance Abuse Program. In order to determine compliance with this section, prior to having hiring hall privileges restored, the registrant must sign a privacy release to allow the Union to discuss and to exchange with the drug/alcohol program or counselor any necessary information pertaining to the registrant's case.

SECTION 7. Where Employers engage in a joint venture, individuals employed by a member company of the joint venture may be transferred to the job or called for by name by said member company of the joint venture within the territory covered by this Agreement.

SECTION 8. The referral procedure as contained herein shall be followed except:

A. Requests by the Employer for key personnel to act as supervisors or foremen shall be honored without regard to the requested employee's place on the out-of-work list. To

qualify for a request under this Section, the employee must actually perform the duties of the position requested.

B. Bona fide requests will be honored for individuals previously employed by the Employer when requested by name and whose name appears on the out-of-work list and who have been legally employed by the Employer in the area of the jurisdiction of the Local Union.

Note: Any individual who was previously hired illegally or improperly by the Employer may not seek priority of dispatch under this Section.

C. The Employer may bring three (3) present employees at his discretion into the geographic jurisdiction of the Local Union for each job. In such cases, the Employer transferring such employees from one Local jurisdiction into another Local Union jurisdiction shall be required to check in and receive clearance from the Local Union having jurisdiction over the project. Failure to comply with this provision may be grounds for the Union to request termination of said employees.

D. Additionally, the Employer may request by name, regardless of their respective position in Group A, one (1) individual for each three (3) Laborers hired. (Exception for Central Washington only: one (1) individual for each one (1) Laborer hired.) The provision will apply to Group A registrants only.

E. When the Employer has placed an order for employees requiring special skills or of special classification, applicants possessing the qualifications of the job will be referred in the order in which their names appear on Group A, C or D of the out-of-work list.

SECTION 9. College Students: College students seeking employment during the period of May 1st through October 1st shall register on the Local Union's out-of-work list by personal call or in writing. An Employer (owner) desiring to hire such students shall notify the Local Union of such desire and the student shall not be employed until such registration has been complied with. Employers agree to terminate College Student by October 1st. Hours worked by college students shall not count towards any Hiring Hall list qualifications.

By mutual agreement between the Employer and the Local Business Manager, a college student may be called for by name, and be referred to the Employer without regard to his/her place on the out-of-work list. Such request for college students and Interns combined may be allowed on a ratio of one (1) for the first five (5) Laborers employed up to a total of three (3) students or Interns on any one job. However, this ratio may be waived by mutual agreement of the Union and the Employer.

A college student must demonstrate that **they have** been accepted as a full-time student and is currently registered in school with no less than twelve (12) credited hours of instruction.

In the case of a formal construction related college internship, mutual agreement is implied herein, and the student shall be called for by name and will be referred to the Employer without regard to their place on the out-of-work list, provided such request shall not displace any current employees. All conditions related to ratios indicated above shall apply to this provision. Formal construction-related college interns shall be allowed to work at any time during the year when mutually agreed to by the Employer and the Local having jurisdiction over the job. Hours worked by interns shall not count towards any Hiring Hall list qualifications.

## ARTICLE 7
## SUBCONTRACTORS

SECTION 1. The Employer agrees it will not subcontract or otherwise transfer in whole or in part any work covered by this Agreement to be done at the site of the construction, alteration, painting or repair of a building, structure, or other work unless the person, firm, corporation or other business entity is signatory to this Agreement. The Employer agrees that a member of the Union will be employed by the Employer or any contractor or subcontractor at the jobsite if there is work to be done coming under the jurisdiction of the Union Agreement. The Union agrees that it will not take strike action to enforce this Article. In the event of any change in the present law, this clause will be renegotiated.

SECTION 2. Whenever the Employer is obligated to satisfy MBE/WBE/DBE recruiting or similar governmental subcontracting requirements, the employer shall provide proof of the requirement and the Union shall provide a list of qualified subcontractors to the Employer prior to the bid date. The Union and the Employer by mutual agreement may waive this provision prior to commencement of the work, provided the Employer can document attempts have been made to obtain qualified competitive Union MBE/WBE/DBE subcontractors to meet these requirements.

SECTION 3. When potential union subcontractors are not available in the locality of the jobsite to perform the work or where the general contractor receives no competitive union bids, by mutual agreement, the Employer and the Union may waive this provision. Provided, however, the Union and the Employer shall review the prices submitted before assigning the non-union subcontractor.

SECTION 4. When the total landscaping portion of a project is under two hundred and seventy-five thousand dollars ($275,000) in value and there is no portion of the landscaping excluded from the project or bid separately, the Employer may waive this provision. For the purpose of this Section, landscaping shall be as currently defined in WAC 296-127-01346.

## ARTICLE 8
## HOLIDAYS

SECTION 1. **HOLIDAYS shall be:**

New Year's Day
Memorial Day
Labor Day
Friday and Saturday after Thanksgiving Day
Martin Luther King Jr. (MLK)
Fourth of July
Thanksgiving Day
Christmas Day

Any holiday which falls on a Sunday shall be observed as a holiday on the following Monday. A holiday shall be a twenty-four (24) hour period beginning with the regular starting time of the first shift on the date of the holiday unless otherwise mutually agreed to by the Employer and the Union. If any of the listed holidays falls on a Saturday, the preceding Friday shall be a regular workday. No work shall be performed on Labor Day except to protect life and property or by mutual agreement of the Union and the Employer.

**ARTICLE 9**
**LUNCH PROVISIONS, REST PERIODS AND PAID SICK LEAVE (PTO)**

SECTION 1. Employees shall not be required to work more than five (5) hours from the start of the shift without at least a one-half (½) hour break for lunch. This lunch period shall not begin earlier than three and one-half (3 ½) hours after the start of the shift. If they are required to work past five (5) hours, one-half (½)hour at the applicable overtime rate shall be added to the hours worked and they must then be allowed time to eat their lunch. If not allowed to eat lunch, employees will be paid an additional one-half (½)hour of overtime.

SECTION 2. Employees required to work more than two (2) hours after the end of the regular shift shall be allowed at least one-half (½) hour meal period which shall be considered as time worked, and if it is impractical for the employees to leave the job, they shall be provided a lunch by the Employer. If not given one-half (½) hour meal period, one-half (½)hour at the applicable overtime rate shall be added to the hours worked.

SECTION 3. Employees required to work more than five (5) hours after the end of the regular shift shall be allowed at least one-half (½) hour meal period which shall be considered as time worked, and if it is impractical for the employees to leave the job, they shall be provided a lunch by the Employer. If not given the one-half (½) hour meal period, one-half (½)hour at the applicable overtime rate shall be added to the hours worked.

SECTION 4. In the event that the Employer establishes a ten (10) hour day, the first lunch period shall be at mid-shift. Employees' lunch period may be staggered during the period of three and one-half (3½) to five (5) hours from the start of the shift to cover necessary work of a continuous nature.

SECTION 5. For the purpose of this Article, the applicable overtime rate following a delay/missed meal, as noted above, shall be as follows:

A. In the event the rate of the day is straight time, the applicable overtime rate will be time and one-half (1½) times the straight time rate of pay.

B. In the event the rate of the day is time and one-half (1½), the applicable overtime rate will be two (2) times the straight time rate of pay.

C. In the event the rate of the day is double time, the applicable overtime rate will be two and one-half (2½) times the straight time rate of pay.

SECTION 6. REST PERIODS

A. The nature of the construction work covered by this Agreement allows intermittent rest periods. Employers shall provide such intermittent rest periods as workflow permits, not to exceed ten (10) minutes for each four (4) hours worked. Scheduled rest periods are not required.

B. Such intermittent rest periods shall be taken on the work site, at the employee's place of work. A rest period means to stop work duties, exertion or activities for personal rest and rejuvenation.

C. It will be the responsibility of each employee to take rest periods. If an employee does not take a rest period, then the employee must notify **their** immediate supervisor and a rest period will be provided.

SECTION 7. PAID/SICK LEAVE **(PTO)**

**A. The parties to this Agreement acknowledge that given the nature of the construction industry, paid sick leave is not appropriate and hereby expressly waive the provisions of any city, state or county ordinance, rule or regulation granting paid sick leave to the employees under the jurisdiction of this Agreement, assuming that said ordinance, rule or regulation allows for such a waiver.**

**B. The Parties to this agreement will implement, as soon as practicable, a Paid Time Off fund (hereinafter "PTO fund") that is fully compliant with the Washington Paid Sick Leave provisions in RCW 49.46.180 – 49.46.830, and the federal requirements of the EO-13706 Fully Federally Funded jobs and their implementing regulations. The PTO fund must also constitute an express waiver of those sick leave provisions in accordance with RCW 49.46.180(1)(c). The PTO fund must be defined as 'usual benefits' to be included in the prevailing wage and include protections should the sick leave law be changed to disallow pre-payment of sick leave benefits.**

**C. The purpose of the PTO fund is to provide employees with paid time off including, but not limited to vacation and sick leave. Employees are authorized to use paid sick leave for the reasons provided in RCW 49.46.210, as amended.**

**D. The Employer agrees to contribute an amount equal to 2.5% of the employee's normal hourly wage rate for each hour worked when covered by this Agreement to the PTO fund. In the event that additional funds are needed to maintain compliance with the laws stated above, new funds shall be reallocated from the current package. PTO amounts are a fringe benefit and not to be compounded in overtime. Should this program be found to not meet the construction exemption of RCW 49.46 by rule, amendment, direction, decree, or order from an arbitrator, or a court of competent jurisdiction, Washington's Department of Labor and Industry, the State, or any Local government or agency, the obligation to contribute under this program will immediately cease and the Parties will bargain for an alternative solution.**

E. All applicable rules, accrual, and pay, per any paid sick leave law shall be subject to the grievance set forth in Article 12.

## ARTICLE 10
## PAY DAY

SECTION 1. Employees shall be paid in full once each week (on the same day), but in no event shall more than five (5) days' (Saturday, Sunday and holidays excluded) wages be withheld.

A. If a regular payday falls on a holiday, the employees shall be paid on the last regular workday before the holiday. The check must be dated for the last regular workday before the holiday.

B. The Employer will have the following options of making payment: 1.) negotiable check made on a local bank, paid prior to quitting time at the job site; 2.) direct deposit, into

employee's bank account; or by mail, at the election of employee, in writing at the time of hire or with ten (10) days advance notice of a change. If paid by mail, the check shall be postmarked not later than two (2) business days prior to the established payday.

C. No employees shall be discharged, laid off, disciplined, replaced, transferred or have any other adverse action taken against him/her for refusing to use the direct payroll deposit or mail option.

D. The Employer shall furnish to each employee, at the time of payment of wages, an itemized statement showing the pay bases (i.e., hours or days worked), rate or rates of pay, gross wages and all deductions from that pay period. In addition, the name, address and phone number of the Employer shall be indicated.

An itemized pay statement means a separate written statement from the paycheck issued to employees on each payday. Pay periods shall be identified on the pay statement by month, day, year and payment date.

The pay statement may be furnished or made available electronically provided each employee has access to receive and copy it on payday. If an employee cannot receive an electronic pay statement at work or at home on the established payday, the Employer must provide a written pay statement to the employee on the payday.

E. No adjustment of disputed pay will be made unless the employee or the Union shall make a claim in writing to the Employer's representative within fifteen (15) days from the pay period in question.

SECTION 2. Employees who quit shall be paid not later than the next regular pay period.

SECTION 3. Employees who are laid off or discharged shall be paid not later than the end of the next regular business day. If the employee is on direct deposit payment, payment shall be deposited into the employee's bank account within two (2) business days.

SECTION 4. It the payment is not made expressly as provided in this Article, then the employee shall be paid two (2) hours pay at the appropriate hourly wage rate for each twenty-four (24) hour period (Saturday and Sunday excepted; holidays shall be excepted unless the regular payday falls on a holiday and the check is not dated for the last regular workday before the holiday), thereafter until payment is made. In the case of payment by mail, the postmark on the envelope will serve as the cutoff date for any penalty. Employees must notify the Union within three (3) working days after the payday, layoff, or discharge to be eligible for penalty pay.

SECTION 5. Non-Sufficient Funds: In the event an employee receives a non-sufficient funds (NSF) check, the payment shall then be made by money order or certified check. In addition, any documented bank fees or charges incurred by the employee as a result of receiving a NSF check payment will be reimbursed to the affected employee. If requested, a letter of explanation will be sent to the employee's bank and any creditors that may have been affected. If an employee receives an NSF check for the second time in any four (4) week period, the make-up check and all subsequent payments shall be made by money order or certified check.

## **ARTICLE 11**
## **UNION REPRESENTATIVE**

SECTION 1. Authorized representatives of the Union shall have access to the projects provided they do not unduly interfere with the work of employees and that they fully comply with the safety and security procedures established for the project. On projects with restricted access, the Employer will cooperate with the Union officials in this regard as far as regulations permit.

SECTION 2. Union representatives will attempt to report to job site supervision prior to entering the job site.

SECTION 3. Shop Steward: There will be no discrimination against any worker because of past or present union activities or because of race, creed, sex, age or color. However, no workman, unless **they have** been designated as the working steward on the job, is to use the Employer's time for union activities. The Employer shall be informed of the names of the appointed stewards.

The authority of the job steward shall be limited to the investigation of complaints which may be in violation of this collective bargaining Agreement. **They** shall present such a finding to the Union Agent for processing.

No steward shall be allowed to solicit membership in this organization or to collect any monies from any employees, nor shall they have any authority to take strike action, or any action interrupting the Employer's business, and shall perform work of the Employer to the same extent as other employees.

When an Employer or superintendent deems it necessary to discharge an appointed working steward during the course of a job, **they** will, to maintain harmony, inform the Union beforehand of the necessity of such action.

## **ARTICLE 12**
## **SETTLEMENT OF DISPUTES**

SECTION 1. In cases of violation, misunderstandings, or differences in interpretation of this Agreement, there shall be no cessation or stoppage of work. Both parties pledge their immediate cooperation to eliminate the above-mentioned possibilities, and the procedure in Section 2 is outlined for this purpose.

SECTION 2. Procedure for Settlement of Disputes:

A. Step One: In the event that a dispute arising on the job cannot be satisfactorily adjusted on the job between the representative of the Union involved and the Employer, the dispute shall promptly (not later than fifteen (15) working days), be referred to the Business Manager of the Local Union involved and the Employer's authorized representative who is vested with decision making authority. Should they fail to effect a settlement, the matter shall proceed to Step Two.

B. Step Two: Board of Conciliation: The dispute shall be referred to the District Council and the Employer's authorized representative who is vested with decision making authority for a Board of Conciliation within fifteen (15) working days. This Board shall consist of two (2) persons who have no direct involvement in the dispute, appointed by each party. If these four (4) persons cannot effect a settlement within seven (7) days after the dispute has been referred to them, the matter shall proceed to Step Three. Either party may waive their right to a Board of Conciliation in Step Two. However, if this step is waived,

mediation in Step Three shall become mandatory. At no time will more than twenty (20) working days pass between the conclusion of Step One and the decision to waive the right to Step Two.

C. Step Three: Mediation: Except as provided in Step Two, by mutual agreement, the issue may be referred to mediation. The parties shall request a mediator from the Federal Mediation & Conciliation Service or other mutually acceptable service. This person shall serve as the mediator to resolve the dispute. The expense of employing the mediator shall be borne equally by both parties and each party shall be responsible for their own attorney fees and costs. Should mediation be waived or the parties fail to reach agreement, the matter shall proceed to Step Four.

D. Step Four: Arbitration: The parties shall request a list of seven (7) arbitrators from the Federal Mediation & Conciliation Service or other acceptable service and shall alternately strike names until only one name remains. This person shall serve as the arbitrator to resolve the dispute. The expense of employing the arbitrator shall be borne by the non-prevailing party and each party shall be responsible for their own attorney fees and costs.

Any decisions shall be within the scope and terms of this Agreement. It may also provide retroactivity not exceeding sixty (60) days and shall state the effective date. Decisions by the Board shall be rendered within twenty (20) days or at their discretion after the dispute is referred to them, and such decision shall be final and binding upon all parties. By mutual agreement, the aforementioned time frames in this Article may be waived or extended.

## ARTICLE 13
## SETTLEMENT OF JURISDICTIONAL DISPUTES

SECTION 1. There will be no strikes, no work stoppages or slowdowns or other interference with the work because of jurisdictional disputes.

SECTION 2. The Employer shall be responsible for all jurisdictional assignments. In issuing such assignments, the Employer shall be guided by area practice, decisions of record and jurisdictional agreements of record. Craft jurisdiction is neither determined nor awarded by classifications appearing in any labor agreement.

SECTION 3. If a jurisdictional dispute arises, it shall first be submitted to the Local Unions involved and the affected AGC Chapter for settlement. If no understanding or agreement is reached within forty-eight (48) hours, the parties may refer the dispute to the International Unions with which the disputing Unions are affiliated for resolution and the Employer shall abide by the resolution. The disputed work shall continue as assigned by the Employer until the dispute has been resolved.

SECTION 4. MUTUALLY AGREED TO WORK ASSIGNMENTS: The Employer explicitly assigns the following classifications to be performed exclusively by members of the Laborers Union at all times: Pipe Layer/Tailor Caulker, Remote Equipment Operator (i.e. Compaction and Demolition), Nozzleman Shotcrete/Gunite, Asphalt Raker, Lead Pipe Layer, Mortarman and Hodcarrier.

Upon request from the Union, the Employer shall provide the Union, with a copy to the AGC, a Letter of Assignment that sets out any work assignments made on a jobsite. The Union may make such requests during the pre-job or while a project is under construction in order to verify work that is

performed by its members. If the request is made after the project has been completed, the Employer and the Union shall ensure the accuracy of the descriptions of assignments. The Letter of Assignment shall contain a complete description of the work and work processes, the make-up of the crew and the name and location of the project. Employers who fail to comply with the request within thirty (30) days shall be subject to the Grievance Procedure.

SECTION 5. MUTUALLY AGREED TO TOOLS OF THE TRADE: The Employer explicitly assigns the work classifications to be performed exclusively by members of the Laborers Union when used as tools of their trade.

## ARTICLE 14
## STRIKES AND PICKET LINES

SECTION 1. It is mutually agreed that there shall be no strikes, lockouts or other slow down or cessation of work by either party on account of any labor difference pending the utilization of the grievance machinery, as set forth in Article 12.

SECTION 2. Employees will not be discharged, disciplined or permanently replaced for any protected activity related to the recognition of a primary picket line approved by the Union party to this Agreement.

SECTION 3. As required by law, employees shall be furnished to the Employer during labor disputes with other construction crafts and the Employer will endeavor to work as long as economically possible during these periods.

## ARTICLE 15
## SAFETY MEASURES

SECTION 1. The Employer and the employee will conform to all Federal and State health and safety regulations applicable to work covered by this Agreement and shall have adequate shelters available where necessary, with heat, where the employees can change and dry their clothes and store their tools. On all projects covered by this Agreement, there shall be provided by the Employer at all times during construction, sanitary facilities consisting of a reasonable number of toilets and urinals, on tunnel projects separate showers for men and women. Fresh drinking water will be available to the employees. Employer will furnish all welding, safety and protective equipment required; including, but not limited to, leathers, hard hats, eye protection, ear protection, respirators, safety belts and lanyards, reflective vests, flagging signs and paddles.

SECTION 2. This Agreement is not intended to and shall not be construed as creating, imposing, or adopting on the Union or representatives any state common-law duties in areas of safety.

## ARTICLE 16
## SAVINGS CLAUSE

SECTION 1. This Agreement is not intended to and shall not be construed to permit acts which violate any valid Federal or State law.

SECTION 2. If any provision of this Agreement or the application of such provision shall in any court or other Governmental action be held invalid, the remaining provisions and their application shall not be affected thereby. Provided, however, upon such invalidation the parties signatory hereto agree to immediately meet to re-negotiate such provisions affected. The parties agree to arrive at a mutually

satisfactory replacement within sixty (60) days unless a definite extension of time is mutually agreed to. In the event that the parties are unable to negotiate a replacement, the matter shall be resolved through the provisions of Article 12.

## ARTICLE 17
## HOURS OF WORK

SECTION 1. SINGLE SHIFT OPERATION

A. Eight (8) hours shall constitute a day's work, five (5) days shall constitute a week's work, Monday through Friday.

B. A single shift operation shall be restricted to the hours between 5:00 A.M. and 6:00 P.M. and eight (8) hours of continuous employment (except for lunch period) shall constitute a day's work Monday through Friday of each week. In the event the job is down due to weather conditions, Monday through Friday, then Saturday may, at the option of the Employer, be worked as a voluntary make-up day at the straight time rate. However, Saturday shall not be utilized as make-up day when a holiday falls on Friday.

C. Four ten (10) hour shifts at the straight time rate may be established on a project either Monday through Thursday or Tuesday through Friday. There will be no overlapping of four ten (10) hour shifts between crews or other crafts on the same project of the Employer. In the event the job is down due to weather conditions, then Friday (when working Monday through Thursday) may, at the option of the Employer, be worked as a make-up day. In the event the job is down due to weather conditions, then Saturday (when working Tuesday through Friday), may, at the option of the Employer, be worked as a voluntary make-up day. All hours worked in excess of ten (10) hours a day or forty (40) hours a week must be compensated at the overtime rate. However, Saturday shall not be utilized as a make-up day when a holiday falls on Friday.

D. No employee shall be discharged, laid off, disciplined, replaced or transferred for refusing to work a voluntary make-up day, provided they inform the Employer they will not be working.

E. In the event of a civil emergency such as, but not limited to, earthquakes, floods, or fires, starting time of the shift may be made to fit the emergency and eight (8) hours in any twenty-four (24) hour period may be worked at straight time. In order to work such shift, mutual agreement shall be received.

F. Special Shifts: When due to conditions beyond the control of the Employer or when contract specifications require that work can only be performed outside the regular day shift, then a special shift may be worked at the straight time rate. The starting time of work will be arranged to fit such conditions of work. Such shift shall consist of eight (8) hours work for eight (8) hours pay or ten (10) hours work for ten (10) hours pay for four ten- hour shifts worked in accordance with paragraph (C) of this Section.

The Employer shall provide three (3) days written notice to the Union prior to starting a special shift.

G. Holiday Week: In the event that a holiday is celebrated during the week (Monday through Friday), the remaining four days of the week may be worked as four ten-hour shifts, as defined in paragraph (C) of this Section.

SECTION 2. MULTIPLE SHIFT OPERATION: Shifts may be established when considered necessary by the Employer. Shift hours and rates will be as follows:

A. Two Shift Operation: On a two (2) consecutive shift operation, no shift penalty is involved for work performed on either of these two (2) shifts. Each shift must be scheduled for at least eight (8) hours except as provided for in Section 1 of this Article. On a two (2) shift operation, the second shift shall be established for a minimum of three (3) days. The Employer shall notify the Local Union prior to the start of a two (2) shift operation. Once the starting times are established for the two (2) shift operation, they shall not be changed except upon three (3) working days, written notice to the Union.

B. Three Shift Operation: On a three (3) shift operation, the following shall apply:

1. First Shift – The regular hours of work on the first shift of three (3) shift operations shall be eight (8) hours of continuous employment, except for lunch period at mid-shift, between the hours of 5:00 A.M. and 6:00 P.M.

2. Second Shift – The second shift shall be seven and one-half (7½) hours of continuous employment, except for lunch period at mid-shift, and shall be paid eight (8) hours at the straight time hourly wage rate.

3. Third Shift – The third shift shall consist of seven (7) consecutive hours of employment, except for lunch period at mid-shift, and shall be paid eight (8) hours at the straight time hourly wage rate.

C. Multiple shift: a two (2) or three (3) shift) operation will not be construed on the entire project if at any time it is deemed advisable and necessary for the Employer to multiple-shift a specific operation. Those groups of employees only who relieve first shift groups of employees and such first shift groups of employees who are relieved by groups of employees on a second shift, and on a three-shift operation those groups of employees who relieve the groups of employees on a second shift, shall be construed as working multiple shifts. The intent of this clause shall be construed so as to recognize that a "reliever group" and a "relief group" do not necessarily mean "employee for employee" relief.

D. It is understood and agreed when the first shift of a multiple shift (a two (2) or three (3) shift) operation is started at the basic straight time rate or at a specific overtime rate, all shifts of that day's operation shall be completed at that rate.

E. The Employer shall notify the Local Union prior to the start of a multiple shift (a two (2) or three (3) shift).

SECTION 3. GENERAL PROVISIONS:

A. Call Out. When employees have completed their scheduled shift and are "called out" to perform special work of a casual, incidental or irregular nature they shall receive premium pay in accordance with the proper overtime rates with a minimum guarantee of two (2) hours pay at the employee's overtime wage rate. When an employee is called out to work without at least eight (8) hours off since his/her previous shift, all such call out

time shall be paid at the applicable overtime rate until the employee has had a break of eight (8) hours or more.

B. Paving Operations. To take full advantage of weather conditions, starting time of operations for the paving of asphalt paving, road oiling and concrete paving will be at the option of the Employer. However, standby time will be considered as part of the regular operation and will be paid at the regular rate.

C. Tide Work. When employees are called out between the hours of 6:00 p.m. and 6:00 a.m. to work broken time on tide work, all time worked shall be at time and one-half (1½) the basic hourly rate of pay, and a minimum of four (4) hours will be paid at the employee's straight time rate. Except for the above, all tide work shall be worked in accordance with provisions of the general Agreement.

D. Maintenance, Watchperson and Flagger. When no other work is in progress and it is necessary to keep a maintenance person, watchperson, or flagger on duty on Saturdays and Sundays, they will be paid straight time rates but allowed two (2) regular consecutive days off each week. If these employees work more than five (5) consecutive days in any one week, the sixth (6th) day shall be paid for at time and one-half (1½) the basic rate and the seventh (7th) day shall be paid for at double (2x) the basic rate.

## ARTICLE 18
## OVERTIME

SECTION 1. Work performed in excess of eight (8) hours of straight time per day, or ten (10) hours of straight time per day when four ten (10) hour shifts are established, Monday through Friday, or outside the normal shift, and all work on Saturdays, except for make-up days, shall be paid at time and one-half (1 ½) the straight time rate. All work performed on Sundays and holidays and work in excess of twelve (12) hours per day shall be paid at double (2x) the straight time rate of pay.

The Employer shall have the sole discretion to assign overtime work to employees. Primary consideration for overtime work shall be given to employees regularly assigned to the work to be performed on overtime situations.

SECTION 2. After an employee has worked eight (8) hours at an applicable overtime rate, all additional hours shall be at the applicable overtime rate until such time as the employee has had a break of eight (8) hours or more.

## ARTICLE 19
## REPORTING AND MINIMUM HOURS PAY

SECTION 1. Reporting Pay: Employees reporting for work and not put to work shall receive two (2) hours pay at the regular straight time rate, unless inclement weather conditions prohibit work, or notified not to report at the end of the previous shift or two (2) hours prior to the start of a shift. The Employer may require employees to remain at the jobsite for the two (2) hours to receive such reporting pay.

It is understood that it shall be the responsibility of the Employer to secure from each employee a telephone number by which to be contacted. The Employer will make every effort to notify employees of inclement weather conditions. If the employee does not, at the Employer's request, furnish a telephone number or fails to inform the Employer of any change of number at which **they** may be

reached, then the Employer shall be relieved of any responsibility of notification and shall not have to pay show-up time.

When employees, including new hires, reporting for work arrive on the job unprepared to perform the work required (for example, including but not limited to: under the influence of alcohol or drugs, not possessing the right requested certifications, or inadequately clothed), the Employer shall not have to pay show up time. If the employee is put to work and lacks requested qualifications, the Employer shall pay actual time worked only.

Reporting pay on overtime days shall be a minimum of two (2) hours at the applicable overtime wage rate.

SECTION 2. Employees who work less than two (2) hours shall be paid two (2) hours; they shall be paid a minimum of four (4) hours if required to work more than two (2) hours; they shall be paid a minimum of six (6) hours if required to work more than four (4) hours; they shall be paid eight (8) hours if required to work more than six (6) hours; and they shall be paid ten (10) hours if required to work more than eight (8) hours on a regularly established ten (10) hour shift. When a shift is suspended due to inclement weather, after the two (2) hour minimum, employees shall be paid for actual time worked.

SECTION 3. If any employee refuses to start work or if any employee stops work of **their** own volition, the minimums set forth in Section 2 above shall not apply.

SECTION 4. Any applicant who is required to report to the Employer's designated location for employment orientation shall be paid a minimum of two (2) hours reporting time. Any applicant who is required by the Employer to travel more than thirty (30) miles from the dispatch point to the employment orientation shall be paid a minimum of four (4) hours reporting time. The Employer who conducts the orientation at the job location and puts the applicant to work shall not be subject to the provisions of this Section 4.

## ARTICLE 20
## MANAGEMENT RIGHTS CLAUSE

SECTION 1. The Employer retains full and exclusive authority for the management of its operation unless otherwise limited by this bargaining Agreement. The Employer shall direct his working forces at his sole prerogative including, but not limited to hiring, promotion, transfer, layoff or discharge for just cause as traditionally practiced within the construction industry. The Employer shall utilize the most efficient methods or techniques of construction, tools or labor-saving devices. There shall be no limitations upon the choice of materials or design except those imposed by safety and health considerations.

SECTION 2. The foregoing enumeration of management rights shall not be deemed to exclude other functions not specifically set forth. The Employer retains all legal rights not specifically covered by this Agreement.

SECTION 3. It shall not be a violation of this Agreement when an Employer considers it necessary to shut down a job to avoid the possible loss of human life, because of an emergency situation beyond the Employer's control that could endanger the life and safety of an employee. In such cases, employees will be compensated only for the actual time worked. In the case of a situation described above whereby the Employer requests the employees to stand by, the employees will be compensated for the "stand by" time.

If such a condition continues, the Employer agrees to give at least two (2) hours' notice to members of the next shift scheduled to report for duty. In the event that at least two (2) hours' notice is not given, employees who report for work at their regular reporting time and are not put to work shall be paid "reporting pay."

This article shall be subject to the grievance procedure set forth in Article 12.

## ARTICLE 21
## SPECIAL CONDITIONS

SECTION 1. Both parties recognize that there may be extenuating circumstances when it is to the mutual interest of both parties to modify the terms of this Agreement. In that event, it will not be a violation of this Agreement for the parties to meet and mutually agree to make such modifications to meet a specific need on a specific project.

SECTION 2. In order to maximize the effect of this provision, all crafts will be requested to act uniformly. The General Contractor shall encourage its subcontractors to comply with any modifications granted under this provision.

## ARTICLE 22
## PRE-DETERMINED WAGE RATE PROJECTS

SECTION 1. In the event the Employer bids a public job or project being awarded by a Federal, state, county, city or other public entity which is to be performed at a pre-determined and/or prevailing wage rate established or established by the U.S. Department of Labor (pursuant to the Davis-Bacon Act, 40 U.S.C.§ 3141 et seq., whose regulations are contained in 29 CFR Parts 1, 3, 5, 6, and 7 and which determinations are published in the Federal Register) or by the Director of the Washington State Department of Labor and Industries (pursuant to RCW 39.12.010 to RCW 39.12.900) prevailing wages on public works Washington State, Prevailing Wage on Public Works, the published hourly wage rate set forth in said public work at the time of bid shall apply for the first twenty-four (24) months of the project from the date the Contractor is permitted to proceed. After twenty-four (24) months the current contract wage and fringe rate will apply. The fringe benefit contribution rates shall be those as established and maintained by the Master Agreement and any fringe increases are the responsibility of the Employer. Notwithstanding the above, the project agreements may be mutually agreed upon to allow use of the pre-determined wage rate for the duration of a project to exceed twenty-four (24) months.

SECTION 2. In the event the specifications include an escalator provision covering wages, such amount will be included as an increase to wages to the extent that the Employer may recover in the escalator claim.

SECTION 3. Except as provided in Article 17, Section 1 B and C (makeup days) on affected Washington State public works projects, all work performed on Saturdays shall be paid at time and one-half (1½) the straight time rate and all work performed on Sundays and holidays shall be paid at double (2x) the straight time rate, as established by the prevailing wage determinations for the project (overtime code and holiday code).

SECTION 4. The Employer shall, when requested in writing, supply accurate and reliable information on company stationery that will assist the Union in establishing the correct rates when responding to governmental requests for prevailing wage data.

**ARTICLE 23**
**UNION DUES DEDUCTION**

SECTION 1. Upon presentation of a proper authorization form executed by the individual employee, the Employer agrees to deduct Union dues from net pay after taxes and remit same to the Union in accordance with applicable law. It is understood the Employers will remit each month the Union dues deducted in accordance with this Article on the transmittal forms used for fringe benefit contributions and that the pro-rata cost of such forms and the collection and accounting thereof will be paid by the Union to the fringe benefit administrator.

**ARTICLE 24**
**EQUAL EMPLOYMENT OPPORTUNITY**

SECTION 1. The parties to this Agreement acknowledge and agree to comply with the requirements of Federal and State laws, Executive Orders and other rules and regulations governing civil rights to ensure that there shall be no discrimination in employment against any employee or applicant for employment because of age, race, color, religion, sex or national origin.

SECTION 2. The parties hereto recognize that the Employer's compliance with project specifications is of paramount importance. It is mutually agreed, therefore, by the parties to this Agreement, that provisions of this Agreement will be interpreted, applied and enforced in a manner that will serve to assure compliance with project specifications as they relate to recruiting, training and hiring.

**ARTICLE 25**
**SUBSTANCE ABUSE POLICY**

SECTION 1. Labor and Management are committed to providing employees with a drug-free and alcohol-free workplace. It is the goal to protect the health and safety of employees and to promote a productive workplace, and to protect the reputation of Labor and Management and the employees.

SECTION 2. Consistent with these goals, the Employer prohibits the use, possession, distribution or sale, at its employment sites, of drugs, drug paraphernalia or alcohol. A testing program pursuant to the Substance Abuse Program may be instituted, upon mutual consent of labor and management, which consent shall not unreasonably be withheld, to monitor compliance with this policy.

SECTION 3. An acceptable Substance Abuse Program is contained in a separate addendum to this Collective Bargaining Agreement, but it is not a part of this Agreement and modifications to this Substance Abuse Program, by mutual agreement of an Employer and the Union, will not constitute a change to this Agreement.

SECTION 4. Any grievance related to any Employer's substance abuse program shall be resolved through Article 12, Settlement of Disputes, of this Agreement.

**ARTICLE 26**
**NORTHWEST LABORERS-EMPLOYERS COOPERATION AND EDUCATION TEAM**

SECTION 1. The Employer and the Union recognize that they must confront many issues of mutual concern which are more susceptible to resolution through Labor-Management Cooperation than through collective bargaining. To seek resolution of these mutual concerns and to advance mutual interest through Labor-Management Cooperative efforts, the Employer and the Union agree to

participate in the Northwest Laborers'-Employers' Cooperation and Education Team (NWLECET) which is established in accordance with Section 302 (C)(9) of the Taft-Hartley Act.

SECTION 2. The parties agree that the Employers shall contribute to NWLECET an amount provided in Schedule A for each employee covered by this Agreement. Said contribution shall become effective for hours worked starting **June 1, 2024** and for each month thereafter for the term of this Agreement.

SECTION 3. Contributions will be made on the same form as the Health and Security payments in the amount of **$0.15** per hour. The pro-rata costs of such forms, collection and accounting will be paid by the NWLECET to the fringe benefit administrator.

SECTION 4. This Article will sunset May 31, **2027** unless the parties to this contract mutually agree to continue the contributions to NWLECET or to reallocate for another purpose.

SECTION 5. Use of the Fringe option (Schedule A. Section 9) does not apply to this Article.

## ARTICLE 27
## LIGHT DUTY RETURN TO WORK

SECTION 1. The Employer may return an injured employee to light duty status when allowed by the employee's doctor. When such light duty work is available, light duty functions may not be work of another craft or work under classifications covered by the Master Laborers Agreement.

SECTION 2. At no time will the employee's total earnings be less than **their** full-time loss compensation under industrial insurance. Further, the employee will be provided with a full fringe package, as per the collective bargaining agreement, over and above total remuneration.

SECTION 3. Should the employee on light duty have to be laid off due to no work available, the Employer will not adversely affect **their** ability to continue to receive loss time benefits from the Industrial Insurance Division of Labor and Industries (including self-insured employers), provided they are still medically eligible.

**APPENDIX 1**
**CLASSIFICATIONS AND WAGES**

SCHEDULE A. WESTERN WASHINGTON: To include the following counties: Whatcom, Skagit, Snohomish, King, Pierce, Thurston, Lewis, that portion of Pacific County north of a straight line made by extending the north boundary of Wahkiakum County west to the Pacific Ocean, Grays Harbor, Clallam, Jefferson, Mason, Kitsap, Island and San Juan.

SCHEDULE B. FRINGE BENEFITS

SCHEDULE C. ZONE PAY DIFFERENTIAL

**APPENDIX 2**
**CRAFT WORKING RULES**

**APPENDIX 3**
**COMPRESSED AIR WORK**

**APPENDIX 4**
**CENTRAL WASHINGTON PROVISIONS**

**APPENDIX 5**
**HIRING OF APPRENTICES**

**APPENDIX 6**
**OPERATION OF LOCAL UNION HIRING HALLS**

**APPENDIX 7**
**SUBSTANCE ABUSE POLICY**

## SCHEDULE "A"
## CLASSIFICATIONS AND WAGE SCALES

SECTION 1. Wage scales shall be recognized as applying to classifications and employees shall be paid at the rate of the classification which their work calls for.

The wage rates in the schedules below shall become effective **June 1, 2024**, and shall remain in effect until **May 31, 2027.**

**NOTE:** ONLY ZONE "A" RATES ARE SHOWN FOR ALL CLASSIFICATIONS. REFER TO SCHEDULE "C" FOR ZONE "B" & "C" RATE ADJUSTMENTS.

SECTION 2.

| **GROUP I** | **6/1/24** | **6/1/25*** | **6/1/26*** |
|---|---|---|---|
| | **$33.97** | **$2.70** | **$2.85** |

Landscaping & Planting & Irrigation Sprinkler Systems[1]
Watchman
Window Washer/Cleaner[2]

---

[1] Landscape construction does not include:

- Any activity or task when performed prepatory to any non-landscaping construction work.
- Constructing roads, footpaths, trails, or rock walls more than four feet high.
- Custom fabrication of trellis work, play equipment, benches or picnic tables.
- Constructing restrooms, shelters or similar structures.
- Installing sewer systems, storm sewer systems, catch basins, vaults or draining systems for impervious surfaces (such as parking lots).
- Installing draining systems or underground sprinkler systems more than three feet below final grade.
- Land clearing, dozing, grading, excavating or hauling except as permitted above.
- Tree falling or bucking.
- Sub-grade preparation.
- The use of power equipment with more than ninety horsepower.
- The use of trucks with more than one rear axle except hydro seeders.
- Demolition of structures.
- Asphalt or concrete work except incidental anchorage for play equipment, benches or picnic tables.
- Welding.
- Installing agricultural irrigation systems.
- Encapsulation of landfills.

[Statutory Authority: Chapter 39.12. RCW, RCW 43.22.270 and 43.22.050. 00-15-077, §296-127-01346, filed 7/19/00, effective 7/19/00.]

[2] Detail clean-up, such as, but not limited to, cleaning floors, ceilings, walls, windows, etc., prior to final acceptance by Owner.

| **GROUP IIA** | **6/1/24** | **6/1/25*** | **6/1/26*** |
|---|---|---|---|
| | **$38.53** | **$2.95** | **$3.11** |

Batch Weighman
Crusher Feeder
Fence Laborer
Firewatch
Flagger
Pilot Car
Swinging Stage/Boatswain Chair

| **GROUP IIB** | **6/1/24** | **6/1/25*** | **6/1/26*** |
|---|---|---|---|
| | **$42.00** | **$3.14** | **$3.32** |

Traffic Control Laborer/ **Truck Mounted Attenuator (TMA)**

| **GROUP IIC** | **6/1/24** | **6/1/25*** | **6/1/26*** |
|---|---|---|---|
| | **$45.19** | **$3.32** | **$3.50** |

Traffic Control Supervisor

| **GROUP III** | **6/1/2** | **6/1/25*** | **6/1/26*** |
|---|---|---|---|
| **(Gen. Laborer)** | **$47.53** | **$3.45** | **$3.64** |

Air, Gas or Electric
Vibrating Screed
Asbestos Abatement Worker
Ballast Regular Machine
Brick/Pedestal Pavers
Brush Cutter
Lead Abatement Worker
Brush Hog Feeder
Burner
Carpenter Tender
Cement Finisher Tender
Change House or Dry Shack
Chipping Gun (Under 30 LBS.)
Choker Setter
Chuck Tender
Clean-up Laborer
Concrete Form Stripper
Curing Laborer
Demolition: Wrecking & Moving
(incl. Charred material)
Ditch Digger
Dry Stack Walls
Dump Person
Epoxy technician
Erosion Control Worker
Fine Graders
Gabian Basket Builders
Grout Machine Tender
Grinders
Guardrail Erector
Hazardous Waste Worker
(Level C)
Mold Abatement Worker
Maintenance Person
Material Yard Person
Pot Tender
Powderman's Helper
Power Washer
Rip Rap Person
Scale Person
Scaffold Erector
Sloper Sprayer
Stake Hopper
Stock Piler
Toolroom Person (at jobsite)
Topper
Track Laborer
Truck Spotter
Vinyl Seamer

NOTE: All other Laborer work classifications not specifically listed shall be classified as General Laborer Group III.

| **GROUP IV** | **6/1/24** | **6/1/25*** | **6/1/26*** |
|---|---|---|---|
| | **$48.61** | **$3.51** | **$3.70** |

Chipping Gun(30 LBS. *and over*)
Clary Power Spreader
Rigger/Signal Person
Rivet Buster
Concrete Saw Operator/Core Driller
Drill Operator (Hydraulic,Diamond)
Faller & Bucker Chain Saw
Groutmen (Pressure)including
Post Tension Beams
Hazardous Waste Worker
(Level B)
Jackhammer
Laserbeam Operator
Manhole Builder-Mudman
Pavement Breaker
Pipe Layer/Tailor
Caulker
Pipe Pot Tender
Pipe Reliner
Pipe Wrapper
Power Jacks
Railroad Spike
Puller - Power
Sloper (over 20")
Tamper (multiple &
self-propelled)
Tamper & Similar
electric, air & gas
operated tools
Timber Person - Sewer
(lagger, shorer & cribber)
Track Liner (Power)
Tugger Operator
Welder
Well Point Laborer
Remote Equipment Operator

| **GROUP V** | **6/1/24** | **6/1/25*** | **6/1/26*** |
|---|---|---|---|
| | **$49.36** | **$3.55** | **$3.74** |

Airtrac Drill Operator
Caisson Worker
**Cement Dumper-Paving**
**Concrete Dumper/Chute Operator**
**Concrete Placement Crew**
Diver
**Form Setter**
Hazardous Waste Worker (Level A)
High Scaler
Powderman
Re-Timberman
**Rodder**
**Spreader (Concrete)**
**Vibrator**

| **GROUP V(a)** | **6/1/24** | **6/1/25*** | **6/1/26*** |
|---|---|---|---|
| | **$50.95** | **$3.64** | **$3.84** |

Grade Checker & Transit Person
Mortarman & Hodcarrier
Nozzleman (Concrete Pump, Green Cutter when using combination of high pressure air & water on concrete & rock, sandblast, gunite, shotcrete, Water Blaster, Vacuum Blaster)
Pipe Layer (Lead)
Raker – Asphalt

| **GROUP VI** | **6/1/24** | **6/1/25*** | **6/1/26*** |
|---|---|---|---|
| | **$50.95** | **$3.64** | **$3.84** |

Miner
Gauge and Lock Tender
Motorman Dinky Locomotive

| | | Compressed Air Worker |
|---|---|---|
| 0-30 | psi | **$185.15** |
| 30.01-44.00 | psi | **$190.18** |
| 44.01-54.00 | | **$193.86** |
| 54.01-60.00 | | **$199.56** |
| 60.01-64.00 | | **$201.68** |
| 64.01-68.00 | | **$206.78** |
| 68.01-70.00 | | **$208.68** |
| 70.01-72.00 | | **$210.68** |
| 72.01-74.00 | | **$212.68** |

Rates over 74psi shall be negotiated.

The highest pressure registered on the gauge for an accumulated time of more than fifteen (15) minutes during the shift shall be used in determining the scale paid.

Compressed air workers shall receive a four (4) hour minimum at the applicable rate when performing compressed air work. All preparation and medical observation time shall be paid at the Miners rate of pay.

Miner classification includes all other work performed by Laborers below the collar on a Tunnel project not specifically listed under Group VI.

**APPRENTICESHIP RATES:** (Percentage Computed on Group III Rate)

| | | 6/1/24 | 6/1/25 | 6/1/26 | |
|---|---|---|---|---|---|
| 0 – 1000 hours | 60% | **$28.52** | | | |
| 1001 – 2000 hours | 70% | **$33.27** | **To be** | | |
| 2001 – 3000 hours | 80% | **$38.02** | | **Recomputed** | |
| 3001 – 4000 hours | 85% | **$40.40** | | **After** | |
| 4001 – 5000 hours | 90% | **$42.78** | | | **Allocation** |
| 5001 – 6000 hours | 95% | **$45.15** | | | |

HOWEVER, AT NO TIME WILL APPRENTICES' WAGE RATES EXCEED THOSE OF JOURNEYMEN FOR THE SAME CLASSIFICATION OF WORK.

**FRINGE BENEFIT RATES:**

| | 6/1/24 | 6/1/25 | 6/1/26 | |
|---|---|---|---|---|
| Health and Security | **$8.20** | | | |
| Pension | **$5.80** | **To be** | | |
| Apprenticeship/Training | **$1.00** | | **Recomputed** | |
| Apprenticeship/Training-Tunnel | **$0.10+** | | **After** | |
| L.E.C.E.T. | **$0.15** | | | **Allocation** |
| **PTO**** | **SEE NOTE BELOW** | | | |

+Apprenticeship/Training-TUNNEL contributions shall ONLY apply to Group 6 Tunnel Work classifications and is an addition to the **$1.00** Apprenticeship/Training contribution.

**<u>WAGE DEDUCTIONS: (These deductions are included in wages):</u>**

| | | |
|---|---|---|
| | | **<u>6/1/24</u>** |
| Credit Union | | **$1.05** |
| **PTO**** | **SEE NOTE BELOW** | |
| Union Dues | **WESTERN:** | **$2.04** |
| | **CENTRAL:** | **$1.98** |

*Total package increase. The **2025 and 2026** allocation of the wage/fringe will be determined sixty (60) days prior to the anniversary date.

****PTO- The Employer shall contribute an amount equal to 2.5% of the employee's normal hourly wage rate for each hour worked when covered by this agreement to the PTO fund. Amounts are not to be compounded as overtime. PTO is in addition to the hourly wage and is to be separate line item on the check.**

The fringe benefit contribution rates for the apprentices shall be the same as for the journeymen.

<u>SECTION 3.</u> Swinging Stage/Boatswain Chair: Employees working on a swinging stage or boatswain chair or under conditions that require them to be tied off to allow their hands to be free shall receive seventy-five cents ($0.75) per hour above the classification rate. This provision also applies to high scalers when using pneumatic tools.

<u>SECTION 4.</u> Cofferdam Work: Miners shall be employed on work within or behind cofferdams if hazard is equivalent to shaft excavation.

<u>SECTION 5.</u> Compressed Air Work: The conditions for compressed air work are contained in Appendix 3 to this Agreement and hereby become a part of this Agreement as though contained in the body thereof. The wage schedule is now listed under Appendix I, Schedule A, Group VI Tunnel Work.

<u>SECTION 6.</u> Riggers, Burners and Welders shall be paid according to the classification in which they are working.

<u>SECTION 7.</u> Foreman, Asbestos, Lead, Mold or Toxic Waste Supervisor: When one of the Laborers is designated to act as a Foreman, Asbestos, Lead, Mold or Toxic Waste Supervisor, that individual shall receive **four dollars ($4.00)** per hour above the highest Laborers' classification supervised.

Foreman – When Laborers have the responsibility of supervising other Laborers on a project, they shall be paid **four dollars ($4.00)** per hour above the highest paid Journeyman Laborer classification supervised. This does not apply to TCS as they are in Group IIC.

General Foreman – Whenever a Laborer has the responsibility of supervising Laborer Foreman on the project, they shall be paid General Foreman's scale. General Foremen shall be paid **three dollars and fifty cents ($3.50)** per hour above the highest paid Journeyman Laborer Foreman supervised.

The Employer has the right to assign a non-bargaining unit employee as a Traffic Control Supervisor. The Employer may utilize no more than one (1) non-bargaining unit employee per shift. However, if the employee performs any work of a "Traffic Control Laborer", **they** shall be required to make membership in the Union in accordance with the requirements of Article 5.

SECTION 8. Live Sewer: When Laborers are required to work in or with live sanitary sewage, they will receive a premium pay of forty dollars ($40.00) per day above their regular daily classification pay. Further, the Employer will pay for all necessary inoculations to prevent disease if requested by the employee and as recommended by the Department of Labor and Industries (Industrial Safety & Health Division).

SECTION 9. Fringe Option: Union option to take up to twenty cents ($0.20) from wages to apply to fringe benefits with sixty (60) day notice prior to any anniversary date of this Agreement. If any additional sums are necessary to maintain fringe benefit plans, by mutual agreement such sums may be deducted from wages at any anniversary date of the Agreement.

SECTION 10. The Union and the Employer shall discuss at their quarterly meeting any changes to technology that affect work under this Agreement.

**APPENDIX 1**
**SCHEDULE "B"**
**FRINGE BENEFITS**

SECTION 1. Health and Security: It is agreed that all Employers employing employees within the geographical area covered by this Agreement shall contribute a sum as listed in Schedule "A," for each hour worked by all employees performing work covered by this Agreement regardless of union membership. Said contributions shall be made to the Northwest Laborers-Employers Health and Security Trust Fund in the manner as set forth in the Trust Agreement of said Trust Fund. The details of the Health and Security Plan established by this Trust Fund shall continue to be controlled and administered by a Joint Board of Trustees composed of equal representation from the Unions and the Chapters of the Associated General Contractors of America, Inc., who are signatories to the Trust Agreement of the aforesaid Trust Fund. Each trustee appointed by the Union shall be a member of the Union, or a regular paid employee of the Union. Each trustee appointed for the Employer after June 1, 2003, shall be a member with assigned bargaining rights of an affiliated firm of the Chapters that is making regular contributions on compensable hours to the Trust or a regular paid employee of the Chapters of the Associated General Contractors of America, Inc. The Trust Agreement, as amended, shall become a part of this Agreement.

SECTION 2. Pension:

A. It is agreed that all Employers employing employees within the geographic area covered by this Agreement shall contribute a sum, as listed in Schedule "A," for each hour worked by all employees performing work covered by this Agreement regardless of union membership. Said contributions shall be made to the Western Washington Laborers-Employers Pension Fund in the manner as set forth in the Trust Agreement of the said Trust Fund. The details of the Pension Plan established by this Trust shall continue to be controlled and administered by a Joint Board of Trustees composed of equal representation from the Unions and the Chapters of the Associated General Contractors of America, Inc., who are signatories to the Trust Agreement of the aforesaid Trust Fund. Each trustee appointed by the Union shall be a member of the Union, or a regular paid employee of the Union. Each trustee appointed for the Employer after June 1, 2003, shall be a member with assigned bargaining rights of an affiliated firm of the Chapters that is making regular contributions on compensable hours to the Trust or a regular paid employee of the Chapters of the Associated General Contractors of America, Inc. The Trust Agreement, as amended, shall become a part of this Agreement. Contributions will be made on the same form as Health & Security payments.

B. It is agreed that a portion of the negotiated contributions to the Pension Fund in 2A above, in an amount determined by the Board of Trustees of the Pension Fund in consultation with the Pension Fund actuary, may be remitted to a Non-Qualified Excess Benefit Trust to be utilized as necessary to establish, fund and administer the Non-Qualified Excess Benefit Trust and a Non-Qualified Excess Benefit Plan under guidelines established in Internal Revenue Service Letter Rulings. The Excess Benefit Plan will be used solely to provide pension benefits to the Pension Fund participants whose benefits are otherwise limited by the Internal Revenue Code Section 415. The Excess Benefit Plan and Trust will be administered by a Board of Trustees, consisting of the same Trustees who administer the Pension Fund. The Pension Fund Trustees are granted the authority to establish and maintain the Excess Benefit Plan and Trust, provided that the language of the Excess Benefit Plan will allow for its termination if continuing benefits under the Excess Benefit Plan will impair the funding status of the Pension Plan, or if legislation is adopted modifying Internal Revenue Code Section 415 to such an extent that the Excess Benefit

Plan is no longer required. In such an event, the remaining articles and sections of this collective bargaining agreement shall be unaffected and shall otherwise remain in full force and effect.

SECTION 3. Credit Union: It is agreed that all Employers employing employees within the geographic area covered by this Agreement shall subtract a sum, as listed in Schedule "A" from each employee's net paycheck (after taxes), for each hour worked by its employees performing work covered by this Agreement regardless of union membership. Said contributions shall be made to Qualstar Credit Union. Contributions will be made on the same form as Health & Security payments and that the pro-rata costs of such forms and the collection and accounting thereof will be paid by the Union to the fringe benefit administrator.

SECTION 4. Training: It is agreed that all Employers employing employee within the geographic area covered by this Agreement shall contribute a sum, as listed in Schedule "A," for each hour worked by all employees performing work covered by this Agreement regardless of union membership. Said contributions shall be made to the Northwest Laborers-Employers Training Fund in the manner as set forth in the Trust Agreement of said Trust Fund. The details of the Training Program established by this Trust Fund shall continue to be controlled and administered by a Joint Board of Trustees composed of equal representation from the Union and Chapters of the Associated General Contractors of America, Inc., who are signatories to the Trust Agreement of the aforesaid Trust Fund. Each trustee appointed by the Union shall be a member of the Union or a regular paid employee of the Union. Each Trustee appointed by the Employers after June 1, 2003, shall be a member with assigned bargaining rights of an affiliated firm of the Chapters that is making regular contributions on compensable hours to the Trust or a regular paid employee of the Associated General Contractors of America, Inc. The Trust Agreement, as amended, shall become a part of this Agreement. Contributions will be made on the same form as Health & Security payments.

SECTION 5. Economic Action: In the event an Employer fails to make the monetary contributions in conformity with this section of the Agreement, the Union is free to take any economic action against such Employer it deems necessary, including, but not limited to, the removal of all employees covered by this Agreement and such action shall not be considered a violation of this Agreement.

SECTION 6. Rights of Parties: It is understood that the Union and Employer Associations are principal parties to all Trust Agreements and are, therefore, entitled to full information on the action of the trustees and the operation of the Trust.

SECTION 7. Trust Agreements: The individual Trust documents are part of this Agreement as if included herein but may be amended during the term of this Agreement and such amendments when adopted by the parties shall also become part of the Agreement.

SECTION 8. Consolidation Study: The trustees may have a study made to see if it would be beneficial to the funds and their recipients if any or all of the trusts were consolidated or merged with the Trust Funds of any other Trusts. If the study shows that a consolidation or merger would be beneficial, then the Bargaining Committee will consider such merger. The trustees have the authority to investigate, evaluate and present their recommendations to the negotiating committee regarding merger, consolidation, amalgamation, joinder or other similar situations. The trustees' authority, in this respect, shall be limited to the power to prepare and recommend agreements to consummate the same and to recommend the transfer of the monies and properties of the said Trust Fund or Funds to any successor trust.

SECTION 9. It is agreed by the Employers within the area covered by this Agreement that this section covering the Employers' Trust Fund contributions shall continue as a separate written agreement including the legal remedies for collection of contributions during the period of negotiations for a new Agreement and may be enforced by the Trust Funds in either State or Federal Court, at the election of the Trust Funds.

**APPENDIX 1**
**SCHEDULE "C"**
**ZONE PAY DIFFERENTIAL**

SECTION 1. The payment for transportation reimbursement shall be governed by the following provisions: The parties recognize that it is sometimes inconvenient to get to the job location because of varying distances. It is agreed and understood that while traveling to and from work, the employees are not within the course and scope of their employment and the relationship of Employer-employee does not commence until hourly wage commences.

SECTION 2. The parties therefore adopt the following provisions for wage scales:

FOR THE FOLLOWING WESTERN WASHINGTON CITIES:

| | | |
|---|---|---|
| Aberdeen | Kent | Seattle |
| Bellingham | Mt. Vernon | Shelton |
| Bremerton | Olympia | Tacoma |
| Centralia | Port Angeles | |
| Everett | Port Townsend | |

Zone Pay Remuneration:

A. All jobs or projects located within twenty-five (25) radius miles of the respective city halls of the above-mentioned cities shall receive the basic rate of pay for all classifications (Zone A) as listed in Schedule "A".

B. All jobs or projects located more than twenty-five (25) radius miles and less than forty-five (45) radius miles from the respective city halls of the above-mentioned cities shall receive Zone "B" allowance. The basic rate of pay shall be increased by one dollar ($1.00) per hour.

C. All jobs or projects located more than forty-five (45) radius miles from the respective city halls of the above-mentioned cities shall receive Zone "C" allowance. The basic rate of pay shall be increased by one dollar and thirty cents ($1.30) per hour.

SECTION 3.1. FOR THE FOLLOWING CENTRAL WASHINGTON CITIES:

Chelan Sunnyside Wenatchee Yakima

Zone Pay Remuneration:

A. All jobs or projects located within twenty-five (25) radius miles of the respective city halls of the above-mentioned cities shall receive the basic rate of pay for all classifications (Zone A) as listed in Appendix 4.

B. All jobs or projects located more than twenty-five (25) radius miles from the respective city halls of the above- mentioned cities shall receive Zone "B" allowance. The basic rate of pay shall be increased by two dollars and twenty-five cents ($2.25) per hour.

SECTION 3.2. FOR ELLENSBURG: All jobs or projects located more than twenty (20) radius miles from the Ellensburg City Hall shall receive Zone "B" allowance. The basic rate of pay shall be increased by two dollars and twenty-five cents ($2.25) per hour.

SECTION 4. Toll & Ferry Fares: All necessary ferry or other forms of water transportation made necessary by the special conditions of a specific project are to be reimbursed by the Employer in the following instances and manner:

A. Employees will be reimbursed for the passenger's fare or passenger's carfare when substantiated by receipts submitted within thirty (30) days of expense.

B. When employees elect to temporarily live at or near the project and forego daily ferry travel, it is recognized that they are entitled to the prerogative of visiting their homes for the weekend, and in that event, charges shall be paid for such weekend travel as substantiated by receipts, submitted within thirty (30) days of expense.

C. When circumstances make it necessary that a toll bridge be utilized, the employees will be reimbursed accordingly. The Employer shall pay tolls for all company owned vehicles. The Employee shall not be required to pay tolls for company owned vehicles.

SECTION 5. Board & Lodging: When an Employer provides camp or board and lodging, the basic wage scale will be observed and the rate for camp or board and lodging will not exceed fifteen dollars ($15.00) per day to be paid by the employee. Any costs over fifteen dollars ($15.00) per day will be absorbed by the Employer. On jobs in remote areas where camp or board and lodging is not provided and housing is inadequate or the cost of housing is prohibitive the Employer will make every effort to arrange for housing at reasonable rates to its employees.

On jobs where an Employer establishes a camp with board and lodging, or where the Employer prohibits private vehicles beyond a designated area, which in either case is more than reasonable walking distance from the job site, the Employer, the District Council representative and the Chapter representative concerned shall be required to enter into immediate negotiations to establish all conditions of travel and/or transportation from the camp or parking area to the place of work on the job site.

SECTION 6. Downtown Seattle Zone Pay

A. The Downtown Seattle Zone is defined as the area West of I-5, East of Elliott Bay, South of Mercer Street and North of Royal Brougham. It also includes the area North of Yesler Way, West of Broadway, South of Pike St. and East Pike St. and the section of I-5 North of Yesler Way and South of Pike St. For the purpose of this section the Mercer and Royal Brougham boundaries will be straight line extensions to a point the straight line intersects Elliott Bay.

B. When parking is not reimbursed or provided, a fixed rate of $1.50 per hour shall be paid for each hour worked on projects within this Zone.

**SECTION 7.** Bellevue Zone Pay

A. The Bellevue Zone is defined as the area West I-405, East of 100th Avenue NE, North of Main Street, South of NE 12th Street which includes a straight-line extension to a point that intersects with 100th Avenue NE.

B. When parking is not reimbursed or provided, a fixed rate of $1.50 per hour shall be paid for each hour worked on projects within this Zone.

## APPENDIX 2
## CRAFT WORKING RULES

**SECTION 1.** Union Notification: When an Employer moves into a territory away from its home area in the jurisdiction of the Washington and Northern Idaho District Council to begin a new project, he/she will notify the District Council prior to starting said project.

**SECTION 2.** Protective Clothing: On sewer, water mains, tunnels, concrete and other work which actually warrants, such protective clothing as rubber boots, pants, coats and leather or rubber gloves of proper size will be supplied by the Employer, such clothing to be charged and signed out to the employee who are to guarantee their return in like condition, normal wear and tear excepted or pay for the same. Rubber gear will not be furnished to turn foul weather.

**SECTION 3.** Flaggers: It is agreed by placing the classification of flaggers under Group IIA that when in the opinion of the Employer the "uniform" has the effect of better control of traffic and thereby protects the public and the workmen on major arterials or severely congested city streets or highways, the Employer may use off-duty uniformed policemen without violation of this Labor Agreement. However, the Employer may not use retired policemen or security guards. Further, it is the intent to use Laborers who are certified as flaggers where possible.

Where conditions are normal, it is the intent to use Laborers to do on-the-job flagging, on new roads or street construction and on sewer and other work in residential or rural areas.

**SECTION 4.** Termination Notices: Upon termination, each employee will be given a termination notice. If they are not eligible for rehire the reasons will be stated.

**SECTION 5.** A single pre-job conference will be held if requested by either party. Additional pre-job conferences may be held if requested by either party.

# APPENDIX 3
# COMPRESSED AIR WORK

It is agreed that the following provisions shall apply on work under compressed air:

SECTION 1. Except as stated or modified hereafter, the condition provisions of the Master Agreement apply.

SECTION 2. All on-the-job travel, compression time and decompression time shall be exclusive of time worked as set forth in the wage schedule below, but compensation for this time is included in the pay set forth for the work shift.

SECTION 3. There shall be one rate of pay for all classifications and types of work and workmen working under compressed air.

SECTION 4. Foremen shall receive twelve dollars and eighty cents ($12.80) per shift over workmen.

SECTION 5. Health and Security shall be paid at eight (8) times the hourly rate in effect for each day worked.

SECTION 6. Retirement pay shall be paid at eight (8) times the hourly rate in effect for each day worked.

SECTION 7. On a six (6) hour shift the employees shall not be required to work more than five (5) hours from the start of the shift without a fifteen (15) minute break for lunch. This lunch period will not begin earlier than three and one-half (3½) hours after the start of the shift. The employees may be rotated so as to keep continuous work at the heading.

SECTION 8. The highest pressure registered on the gauge for an accumulated time of more than fifteen (15) minutes during the shift shall be used in determining the scale paid.

SECTION 9. All necessary protective clothing shall be furnished by the Employer, but the employees shall guarantee its return, normal wear and tear excepted.

SECTION 10. Outside lock tenders and gauge tenders shall be paid at eight (8) times the miner's rate but shall work the same shift time as worked by the gang under compressed air.

SECTION 11. All other outside classifications shall be at classifications and conditions for tunnel workers in free air except that cleaning and maintaining of the change house will be done at general laborer rate.

SECTION 12. Employees shall be relieved at the heading or working points as designated by the Employer.

SECTION 13. To compute overtime for each hour of overtime worked at the heading, the overtime pay shall be derived by dividing the applicable shift rate by the "overtime devisor" and this figure multiplied by the applicable overtime rate from the Master Agreement. On Saturdays, Sundays and holidays, all work shall be at the applicable overtime rate.

SECTION 14. There shall be only one (1) straight time shift in any twenty-four (24) hour period.

SECTION 15. When required to return for additional decompression in the medical decompression chamber, the time spent in medical decompression shall be paid at the General Laborers' straight time rate and such time shall not be considered as time worked.

SECTION 16. Medical examinations will be provided by the Employer at no cost to the employee. Such examinations shall be conducted on the Employer's time.

**APPENDIX 4**
**CENTRAL WASHINGTON AREA**

SECTION 1. Territory: This Addendum shall cover all construction work in Chelan, Kittitas, and Yakima Counties and that portion of Douglas County lying west of the 120° Meridian.

SECTION 2. Adoption of Master Agreement: The parties agree to be bound by, to adopt and incorporate by reference, as part of this Addendum, all of the terms and conditions of the Master Labor Agreement, except as provided in this Addendum.

SECTION 3. Wage Rates:

NOTE: Only Zone "A" rates are shown for all classifications. Refer to Appendix 1, Schedule C, Section 3 for Zone "B" rate adjustments.

| | 6/1/24 | 6/1/25* | 6/1/26* |
|---|---|---|---|
| **Group I** | **$29.34** | **$2.45** | **$2.58** |
| **Group IIA** | **$33.28** | **$2.66** | **$2.81** |
| **Group IIB** | **$35.97** | **$2.81** | **$2.97** |
| **Group IIC** | **$39.14** | **$2.99** | **$3.15** |
| **Group III** | **$36.18** | **$2.82** | **$2.98** |
| **Group IV** | **$36.99** | **$2.87** | **$3.03** |
| **Group V** | **$37.59** | **$2.90** | **$3.06** |
| **Group V(a)** | **$39.18** | **$2.99** | **$3.15** |
| **Group VI** | **$39.18** | **$2.99** | **$3.15** |

**Apprenticeship Rates:** Percentage Computed on Group III Rate.

| | | 6/1/24 | 6/1/25 | 6/1/26 |
|---|---|---|---|---|
| **0-1000 hours** | **60%** | **$21.71** | | |
| **1001 – 2000 hours** | **70%** | **25.53** | **To** | **Be** |
| **2001 – 3000 hours** | **80%** | **28.94** | **Recomputed** | **After** |
| **3001 – 4000 hours** | **85%** | **30.75** | **Allocation** | |
| **4001 – 5000 hours** | **90%** | **32.56** | | |
| **5001 – 6000 hours** | **95%** | **34.37** | | |

*Total package increase. The **2025 and 2026** allocation of the wage/fringe package will be determined sixty (60) days prior to the anniversary date.

However, at no time will apprentices' wage rates exceed those of journeymen for the same classification of work.

The fringe benefit contribution rates for apprentices shall be the same as for journeymen.

SECTION 4. CENTRAL WASHINGTON HIRING HALL

A. The hiring of workers shall be done in accordance with the National Labor Relations Act as amended to date.

Discharging of employees upon request of the Union shall be in accordance with the National Labor Relations Act as amended.

B. The Union shall establish non-discriminatory hiring halls and the Employer will use these halls as one source of applications for consideration for hire. Registration and referral of applicants shall be on a non-discriminatory basis without regard to race, color, sex, age or creed or to membership or non-membership in the Union and shall be in accordance with the following plan. The Union shall register all applicants for employment on the basis of the Groups listed below. Each applicant shall be registered in the highest priority Group for which **they are** qualified.

C. The Employer retains the right to reject any job applicant referred from any source.

D. Employers shall hire Laborers by calling the local Union in the area where the work is to be accomplished. Whenever the Employer requires Laborers on any job, he shall notify the local Union office either by personal contact, in writing, or by telephone stating the location, starting time, approximate duration of the job, the type of work to be performed and the number of workers required.

E. For the purpose of this section, each party to a joint venture will retain his individual rights as an Employer.

F. The following regulations will apply to the hiring and/or rehiring of applicants:

1. Requests by Employers for Laborers on the "A" or "B" List shall be honored without regard to the requested individual's place on the out-of-work list.

2. Employees being transferred from one local Union's jurisdiction into another local Union's jurisdiction shall check in and be cleared by the Local having jurisdiction over the project. Failure to comply with this provision may be grounds for the Union to request termination of said employee.

3. Each Employer may request, in writing, signed by a principal of the company, individuals by name in each calendar year who are currently registered on the Union's C or D list on the following basis:

Employers employing less than 10 journeymen Laborers per calendar year may request one (1) individual by name; Employers employing more than 10 journeymen Laborers per calendar year may request two (2) individuals by name. In order for the Employer to qualify for this request, one (1) member from the local Union having jurisdiction of a project must be dispatched to that Employer under the terms of this Agreement. Additional requests may be honored by mutual written agreement between the Employer (Owner) and the Business Manager in the local area.

The preceding ratio shall not apply to foremen who have previously worked for the Employer as a Foreman, nor to any Foreman who has worked within the Eastern Washington-Northern Idaho area as a Foreman for at least 2000 hours. The Employer must notify the Union in writing of their intent to hire such individuals and the Union may require the Employer to provide proof of previous employment.

4. Preference will be given to qualified local resident Laborers who have registered on the out-of-work list and the local supply of workers will be exhausted in their turn from the list before other workmen are employed.

5. Employers may request individuals to return to work regardless of the list they are registered on provided the individual has been employed by that Employer within the immediately preceding twelve (12) months.

G. Realizing that employees working under this Agreement acquire certain rights through experience in the industry and acquire health and welfare benefits for themselves and their families, it is agreed that selection of applicants for referral will be on the following basis:

GROUP A: Effective January 1, 2003, Group A shall consist of:

All Laborers who have previously qualified for Group A list status under the terms of this Agreement.

Laborers who have successfully completed the Apprenticeship program, which consists of **480** hours of training and **6000** hours of covered employment.

Laborers who have been rated by the New Entrant Assessment (NEA) process as Journey Level Construction Craft Laborers.

Laborers who have worked at least 6000 hours under the terms of an agreement with a District Council as herein defined and have achieved a passing score at a level established by the NEA on the "Knowledge Assessment" portion of the assessment or a "Classification Specific Knowledge Assessment" that is approved by the Training Trust.

All other Laborers who have worked at least 6000 hours under the terms of an agreement with a District Council will qualify for Group A list status only in the classification(s) for which they have demonstrated proficiency through a history of employment.

GROUP B: Effective January 1, 2003, Group B shall consist of:

Individuals who are registered with and have been qualified by the JETC subcommittee and are signatory to a training agreement with the JATC. Such individuals shall register at the training office with the subcommittee. The area JATC shall determine the number of individuals accepted into the new entrant training program upon the recommendation of the subcommittee.

Individuals that do not successfully complete their apprenticeship will be denied use of all hiring halls within this District Council for a period of twelve (12) months from the date of their termination from the Program. Hours worked during their apprenticeship will not count toward any list status.

GROUP C: Effective January 1, 2003, Group C shall consist of:

All Laborers who have previously qualified for Group C status under the terms of this Agreement.

Laborers who have worked at least 200 hours under the terms of an agreement with this District Council.

GROUP D: All other individuals who are seeking employment and who are physically fit. Any individual who has previously failed to pass or complete the Pre-Construction Training (PCT) shall not be eligible to register on the D list.

The Hiring Hall shall make up and prepare the roster for preference of rehire by grouping all applicants who come within the above classifications and shall utilize the health and welfare and pension records in establishing these accrued rights based on length of employment. Each applicant for employment shall be required to furnish such data, records, names of employers and length of employment and licenses as may be deemed necessary, and each applicant shall complete such forms or registration as may be submitted to him. Applicants for employment shall also list any special skills they may possess.

1. Referral of Applicants:

Applicants shall be referred from Group A, as qualified, in successive order as their names appear on the out-of-work list. (See Schedule "C" Hiring Hall (F) (1). This provision will apply to Group A registrants only. When Group A has been exhausted:

Dispatching of Group B Apprentices shall be in successive order as registered on the out-of-work list. When Group B has been exhausted:

Applicants shall be referred from Group C, as qualified, in successive order as their names appear on the out-of-work list. When Group C has been exhausted:

Dispatching of Group D registrants shall be in successive order as registered on the out-of-work list.

2. Any Employer who violates the hiring provisions of this Agreement may be denied further use of apprentices or preferential dispatching of Group A registrants.

Any question concerning a violation of the hiring hall provisions shall be determined by a joint hiring hall committee composed of an equal number of representatives of the parties signatory to this Agreement.

3. When a registrant has been terminated as unsatisfactory or has been discharged for cause by at least three (3) employers within a twenty-four (24) month period, **they** may be denied further use of all hiring halls covered by the District Council provided the employers have furnished the District Council in writing the reasons for such terminations or discharges. Complaints concerning the applications of this procedure will be submitted in writing by the registrant for work within ten (10) working days of denial of hiring hall privileges and will be referred to a joint committee composed of equal representatives of the parties signatory to the Agreement for a decision.

4. If said layoffs or discharges are for the lack of necessary skills to perform assigned duties, additional training will be required before hiring hall privileges are restored in the classification in question. Complaints concerning the applications of this procedure will be submitted in writing by the registrant for work within ten (10) working days of denial of hiring hall privileges and will be referred to a joint committee composed of equal representatives of the parties signatory to the Agreement for a decision.
When a registrant has been terminated for failure to pass a substance abuse test, the individual shall be registered on the bottom of the appropriate out-of-work list for which **they qualify**. Should the registrant be terminated a second time for failure to pass a substance abuse test, the registrant shall be denied use of all hiring hall facilities within the area of the District Council until **they have** successfully completed a State Certified drug/alcohol program or has been released by a State Certified

Counselor, for employment purposes, while completing the program. Continued use of the hiring hall facilities will depend upon the individual remaining free of all prohibited substances as defined in the AGC-Labor Substance Abuse Program.

## APPENDIX 5
## HIRING OF APPRENTICES

SECTION 1. Employers signatory to this Agreement may only employ Laborer apprentices registered through the Northwest Laborers-Employers Training Trust.

SECTION 2. Apprentices: The employment of apprentices shall be in accordance with the following ratios per job:

**A.** An Employer employing one or more Journey-level Laborers may employ apprentices on a one-to-one ratio. This is to be interpreted as per job. Each Contractor or contract is separate with their own ratios on the job.

NOTE: Employers who are signatory to this collective bargaining agreement are recognized as being an "Approved Training Agent" per WAC 296-05-009. If required, Employers shall sign a Training Agent Agreement to be approved by the Washington State Department of Labor and Industries. Employers may lose their training agent status with the State of Washington if they are found to be in violation of the established ratios.

Employers who are signatory to this collective bargaining agreement are recognized as being an "Approved Training Agent" per Washington State Department of Labor and Industries Apprenticeship guidelines.

**B.** The apprentice to Journey-level worker shall never exceed a one to one (1:1) ratio.

**C.** The proper ratio of journeymen to apprentices will be maintained when reducing the workforce and when transferring employees from project to project.

**D.** When performing overtime or emergency work, Journeyman Laborers will be given preference.

Work Defined: By a single crew or on a crew-by-crew basis, and not to the job as a whole.

**E.** When Employers wish to transfer apprentices from one project to another resulting in the need to transfer from one local union to another covered by this Agreement, they must have permission of both local JETC subcommittees.

NOTE: Apprentices may not be transferred outside the area of the subcommittee's jurisdiction except when done in accordance with this subsection **1E.**

**F.** At no time will apprentices' wage rates exceed those of journeyman for the same classification of work.

**G.** Apprentices shall be indentured in accordance with the Northwest Laborers Apprenticeship Committees Standards of Apprenticeship.

**H.** When an apprentice is required to attend training necessary for maintaining and/or upgrading **their** status in the apprenticeship program, and such training necessitates the absence of the apprentice from a job, the Employer shall grant the apprentice leave from the job to satisfy the training requirement and restore **their** status on the job when the training is completed, provided a position is available. Apprentices returning from training shall be given preference for employment.

## APPENDIX 6
## OPERATION OF LOCAL UNION HIRING HALLS

SECTION 1. In order to maintain employment and preserve workable labor relations, as well as to insure accomplishment of private and public work, the following shall prevail:

A. It is recognized within the construction industry that the Union and the Employer have jointly developed a pool of qualified and safety trained workers.

B. The Employer recognizes the Union as the sole and exclusive collective bargaining representative of employees over whom the Union has jurisdiction.

C. The recruitment of employees shall be the responsibility of the Union and its Local Unions will maintain offices or other designated facilities for the convenience of the Employer and for job applicants.

D. Selection and referral of applicants for jobs shall be on a non-discriminatory basis and shall in no way be affected by race, color, age, sex, or creed, nor by Union membership, bylaws, rules, regulations, constitutional provisions, or any other aspect or obligation of Union membership, policies or requirements.

E. Realizing that employees working under this Agreement acquire certain rights through experience in the industry and acquire Health and Welfare benefits for themselves and their families, it is agreed that selection of applicants for referral will be on the following basis:

The Union shall maintain a list of applicants in the Union office or designated point, who are out of work and available for employment.

Registration and referral of applicants shall be on a non-discriminatory basis without regard to race, color, sex, age or creed or to membership or non-membership in the Union and shall be in accordance with the following plan. Each applicant shall be registered in the highest priority Groups for which **they are** qualified.

### GROUP A

Effective January 1, 2003, Group A shall consist of:

All Laborers who have previously qualified for Group A list status under the terms of this Agreement.

Laborers who have successfully completed the Apprenticeship program, which consists of three hundred twenty (320) hours of training and four thousand (4000) hours of covered employment or Laborers who registered in the Apprenticeship program after June 1, 2012 who have successfully completed the Apprenticeship program which consists of four hundred eighty (480) hours of training and six thousand (6000) hours of covered employment.

Laborers who have been rated by the New Entrant Assessment (NEA) process as Journey Level Construction Craft Laborers.

Laborers who have worked at least four thousand (4000) hours under the terms of an agreement with a District Council as herein defined and have achieved a passing score at a level established by the NEA on the "Knowledge Assessment" portion of the assessment or a "Classification Specific Knowledge Assessment" that is approved by the Training Trust.

All other Laborers who have worked at least four thousand (4000) hours under the terms of an agreement with a District Council will qualify for Group A list status only in the classification(s) for which they have demonstrated proficiency through a history of employment.

**GROUP B**

Effective January 1, 2003, Group B shall consist of:

Individuals who are registered with and have been qualified by the JETC subcommittee and are signatory to a training agreement with the Joint Apprenticeship Training Committee. Such individuals shall register at the Training Office with the subcommittee. The Area JATC shall determine the number of individuals accepted into the new entrant training program upon the recommendation of the subcommittee.

Individuals who do not successfully complete their apprenticeship will be denied use of all hiring halls within this District Council for a period of twelve (12) months from the date of their termination from the Program. Hours worked during their apprenticeship will not count towards any list status.

If at any time, the indenturing of Apprentices causes the Training Trust to be out of compliance with Affirmative Action requirements in any Local Union area, the Training Trust will indenture additional Apprentices from their pool of eligible individuals, at the earliest opportunity, to get the Local Union area back into compliance.

**GROUP C**

Effective January 1, 2003, Group C shall consist of:

All Laborers who have previously qualified for Group C list status under the terms of this Agreement.

Laborers who have worked at least two hundred (200) hours under the terms of an agreement with this District Council.

**GROUP D**

Group D is an optional group that a Local Union may establish or maintain or discontinue as an out-of-work list D for the registration and referral of applicants for employment. This option GROUP D shall consist of all other individuals who are seeking employment and who are physically fit. Any individual who has previously failed to pass or complete the Pre-Construction Training (PCT) shall not be eligible to register on the "D" list.

F. The Hiring Hall shall make up and prepare the roster for preference of rehire by grouping all applicants who come within the above classifications and shall utilize the Health and Welfare and Pension records and/or check stubs in establishing these accrued rights

based on length of employment. The registrant shall have the burden of proving his past experience and skills to the hiring hall.

G. Seattle/Everett Metropolitan Area: In order to have applicants available and ready for work in the densely populated Seattle/Everett Metropolitan area, the Locals in that area shall give preference to those applicants present at the hiring hall during the Local's established dispatch hours. Any dispatching done outside of the Local's established dispatching hours will be done by telephone.

H. Definition of Employer: "Employer" under this Article means, (1) any Employer party to the Agreement, or (2) any Employer who employs Laborers under the terms of this Agreement and is a contributing employer within the meaning of the Health and Welfare and Pension Plans.

I. Referral of Laborers: Laborers shall be referred from Group A, as qualified, in successive order as their names appear on the out-of-work list. When Group A has been exhausted:

Dispatching of Group B apprentices shall be in successive order as registered on the out-of-work list. When Group B has been exhausted:

Laborers shall be referred from Group C, as qualified, in successive order as their names appear on the out-of-work list. When Group C has been exhausted:

Dispatching of Group D registrants shall be by qualification in successive order as registered on the out-of-work list.

J. When an applicant is referred for employment and is actually employed on a specified short-term job, such applicant's position shall not be changed on the out-of-work list. If a registrant, upon being referred for employment in regular order, refused to accept employment for which he/she is qualified, or voluntarily quits such employment prior to completion of the job, or is fired for cause, such registrant's name shall be placed at the bottom of the Group out-of-work list on which he/she is registered.

K. It shall not be a violation of this Agreement for the Hiring Hall dispatching officer to refer Laborers to a job which is located outside of a metropolitan area whose residence is in close proximity to that job even though their priority on the out-of-work list may not be as great as some other Laborers living at a greater distance.

L. There shall be no discrimination by the Employer or the Local Union, with respect to recruitment, referral, hiring, tenure or discharge of any applicant or worker and any requirement as to membership or non-membership in any Union shall be in accordance with the National Labor Relations Act of 1947 as amended.

M. There shall be no discrimination by the Employer or the Local Union, with respect to recruitment, referral, hiring, tenure or discharge of any applicant or worker because of race, color, sex, age or creed and both the Employer and the Local Union agree to abide by Presidential Orders, Federal Laws or State Laws providing for non-discrimination in employment.

N. It is the intent of the Employer and of the Union by these procedures to fully comply with the National Labor Relations Act of 1947 as amended and the regulations and criteria of the National Labor Relations Board.

O. The Union and each Local Union shall post in their main offices all provisions relating to the referral and hiring provisions of this Agreement.

DocuSign Envelope ID: F90B8505-CCEB-4A6E-BA5A-BB5C7D9A4AB5

**IN WITNESS WHEREOF** this Agreement has been executed by the Washington and Northern Idaho District Council of Laborers and its Local Unions party hereto, and the AGC of Washington, a Chapter of the Associated General Contractors of America, Inc., on behalf of certain individual members who have authorized the Chapter to execute the Agreement on their behalf.

FOR THE EMPLOYERS:

DocuSigned by:
Brandon Dully
57402AE7D7F14F7...

Brandon Dully
Co-Chair Laborers Bargaining
AGC of Washington

6/20/2024
Date

DocuSigned by:
Jason Harrison
225CC84380284D7...

Jason Harrison
Co-Chair Laborers Bargaining
AGC of Washington

6/20/2024
Date

FOR THE WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS:

DocuSigned by:
Stacy J Martin
F0FF0FEBF873479...

Stacy Martin, Business Manager/
Secretary-Treasurer –
Negotiating Committee Chair

6/19/2024
Date

# WESTERN/CENTRAL WASHINGTON LOCALS

| | |
|---|---|
| Everett #292<br>2911 Bond St.<br>Everett, WA 98201 | (425) 259-5077<br>(425) 252-3062 FAX |
| Bellingham Sub-Office | (360) 733-0900<br>(360) 733-0089 FAX |
| Seattle #242<br>22323 Pacific Hwy. S.<br>Des Moines, WA 98198 | (206) 441-0481<br>(206) 728-8756 FAX |
| Tacoma #252<br>4803 S. "M" St.<br>Tacoma, WA 98408 | (253) 383-1493<br>(253) 597-4980 FAX |
| Silverdale Sub-Office | (360) 613-4073<br>(360) 692-2759 FAX |
| Tumwater Sub-Office | (360) 357-6460<br>(360) 357-9900 FAX |
| Port Angeles Sub-Office | (360) 457-6929<br>(360) 417-1545 FAX |
| Richland #348<br>2505 Duportail St.<br>Richland, WA 99352 | (509) 420-4581<br>(509) 420-4585 FAX |
| Wenatchee Sub-Office | (509) 662-9762 |
| Yakima Sub-Office | (509) 452-4332<br>(509) 452-4337 FAX |