HONORABLE DAVID G. ESTUDILLO

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| GERARDO BAEZ GARCIA, LUKE LOPEZ, and ROWDY PAYNE, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER CONCRETE CONSTRUCTION, INC., a Washington for profit Corporation in the State of Washington, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 3:26-CV-06146-DGE<br><br>**[PROPOSED]**<br><br>**ORDER DENYING DEFENDANT'S SECOND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

This matter comes before the Court on Defendant Caliber Concrete Construction, Inc.'s Second Motion to Dismiss for failure to state a claim upon which relief can be granted.

The Court, having reviewed and considered all relevant pleadings, including:

1. Defendant's Second Motion to Dismiss for Failure to State a Claim, the declaration Matt Laukala in support, and Defendant's proposed order granting the motion;

2. Plaintiff's Opposition to Defendant's Second Motion to Dismiss for Failure to State a Claim; the declarations of Gerardo Baez Garcia, Luke Lopez, and Rowdy Payne



BIBIYAN LAW GROUP, P.C.
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043

in support, and Plaintiff's proposed order denying the motion; and

3. Defendant's Reply in support of Defendant's Second Motion to Dismiss for Failure to State a Claim and any supporting declarations or exhibits;

It is HEREBY ORDERED: Defendant's Motion is Denied in its entirety.

DATED this _________ day of___________________, 2026.

_______________________________
The Honorable David G. Estudillo
United States District Judge

Presented by:

BIBIYAN LAW GROUP, P.C.

*s/Cassandra W. Lenning*
Cassandra W. Lenning, WSBA No. 54336
Danielle E. Kim, WSBA No. 54154
Adarsh N. Parthasarathy, WSBA No. 62319
Alexis E. Hanson, WSBA No. 64041
**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043
Fax: (206) 225-2067
*clenning@tomorrowlaw.com*
dkim@tomorrowlaw.com
*aparthasarathy@tomorrowlaw.com*
*ahanson@tomorrowlaw.com*